**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

Case number *(if known)* _____    Chapter __11__

☐ Check if this an
  amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Zetta Jet USA, Inc.** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | **FKA  Advanced Air Management, Inc.** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **95-4851173** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **10676 Sherman Way** **Burbank, CA 91505** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Los Angeles** County | **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.zettajet.com`** |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor   **Zetta Jet USA, Inc.**                                                    Case number (*if known*) _____
    Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

■ Yes.

Debtor   **Zetta Jet PTE Ltd.**      Relationship   **Parent**

District   **Central District of California, Los Angeles Division**    When   **9/15/17**    Case number, if known _____

---

| Debtor | **Zetta Jet USA, Inc.** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

**11. Why is the case filed in this district?**    *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

    - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
        What is the hazard? _____
    - ☐ It needs to be physically secured or protected from the weather.
    - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
    - ☐ Other _____

    **Where is the property?** _____
    Number, Street, City, State & ZIP Code

    **Is the property insured?**

    - ☐ No
    - ☐ Yes.    Insurance agency _____
        Contact name _____
        Phone _____

---

**█  Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

- ☐ Funds will be available for distribution to unsecured creditors.
- ■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ☐ 1-49
- ☐ 50-99
- ☐ 100-199
- ■ 200-999

- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000

- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than100,000

**15. Estimated Assets**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ■ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ■ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor    **Zetta Jet USA, Inc.**                                        Case number (*if known*) _____
          Name

| | Request for Relief, Declaration, and Signatures |

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 15, 2017**
               MM / DD / YYYY

X **/s/ Michael A. Maher**                              **Michael A. Maher**
   Signature of authorized representative of debtor        Printed name

Title    **Chief Executive Officer and President**

**18. Signature of attorney**

X **/s/ Ron Bender**                              Date    **September 15, 2017**
   Signature of attorney for debtor                          MM / DD / YYYY

**Ron Bender**
Printed name

**Levene, Neale, Bender, Yoo & Brill LLP**
Firm name

**10250 Constellation Blvd.**
**Suite 1700**
**Los Angeles, CA 90067**
Number, Street, City, State & ZIP Code

Contact phone    **(310) 229-1234**    Email address _____

**143364**
Bar number and State

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Zetta Jet USA, Inc.** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **September 15, 2017**          X **/s/ Michael A. Maher**
                                                Signature of individual signing on behalf of debtor

                                                **Michael A. Maher**
                                                Printed name

                                                **Chief Executive Officer and President**
                                                Position or relationship to debtor

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Zetta Jet USA, Inc. |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Bombardier (Learjet Inc. )**<br>**7761 West Kellogg**<br>**Coldwater, KS**<br>**67029** | Martin Bruyere<br>martin.bruyere@aero.bombardier.com | **Contract Liquidated Damages** | | | | **$15,135,000.00** |
| **Rolls-Royce Deutschland Ltd & Co KG**<br>**PO Box 31**<br>**Derby, DE24 8BJ**<br>**UNITED KINGDOM** | Michael Mechler<br>Phone:  +49 33708 6-1739<br>Mobile:  +49 171 614 6555<br>Email:<br>michael.mechler@rolls-royce.com | **Trade Debt** | | | | **$4,190,941.00** |
| **World Fuel Svcs (Singapore) Pte Ltd**<br>**238A Thomson Road #08-01/10**<br>**Novena Square Tower A   307684**<br>**SINGAPORE** | Calvin Chia<br>Office: +65 6215 6942<br>Mobile: +65 9155 7799<br>cchia@wfscorp.com | **Trade Debt** | | | | **$4,083,965.00** |
| **Universal Fuels, Inc. (UVAir)**<br>**1150 Gemini Street**<br>**Houston, TX 77058** | Amen Fung (Ms.)<br>Phone: +852-2109 2130<br>Email:<br>afung@univ-wea.com | **Trade Debt** | | | | **$2,757,332.00** |
| **CAE SimuFlite, Inc**<br>**POB 619119 2929 W. Airfield TX**<br>**Dallas, TX 75261** | Nathan Metzler<br>T. +1 214 952-8669<br>E.<br>nathan.metzler@cae.com | **Trade Debt** | | | | **$2,264,166.00** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Zetta Jet USA, Inc.** | | Case number *(if known)* | | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Hongkong & Shanghai Banking Corp Ltd Robinson Road P.O.Box 896 901746 SINGAPORE** | Ashlyn Lim Phone.    65 6658 6927 Email. ashlynlim@hsbc.com.sg | **Credit Card Services** | | 4,157,523 | 2,074,074 | **$2,083,449.00** |
| **Scout Aviation II, LLC Trafalgar Court, 2nd Floor East Wing Admiral Park, Saint Peter Port Guernsey, GY1 3EL GUERNSEY** | Tel: 44 1481 729466 fax: 44 1481 729499 | **Engine Maintenance** | **Contingent** | | | **$1,337,377.00** |
| **Universal Weather & Aviation Inc. (UWA) 1150 Germini Street Houston, TX 77058-2708** | Amen Fung (Ms.) Phone: +852-2109 2130 Fax: 1-713-943 4640 Email: afung@univ-wea.com | **Trade Debt** | | | | **$1,196,724.00** |
| **Festin Management 2808 NE 1st Avenue Wilston Manners, FL 33334** | James Torrey Jimmy Jets `Tel`:954 682 1807 | **Engine Maintenance** | **Contingent** | 1,389,754.46 | 681,748.05 | **$708,006.00** |
| **Hanergy [Yoda Aviation] 10th Fl, KeJi Mansion, #28 of TianZhu Rd ShunYi District, Beijing CHINA** | John Zhang Tel +86 10 83914567(7797) Fax +86 10 83914666 zhangbin@hanergy.com | **Trade Debt** | | | | **$652,363.00** |
| **Corporate Jet Support 1 Graphic Place Moonachie NJ 07074 Moonachie, NJ 07074** | Whitne Keenan Tel: 201-490-9296 wkeenan@corpjetsupport.com | **Trade Debt** | | | | **$525,466.00** |
| **Eurocontrol Rue De la Fusee 96 Bruxelles, Bruxelles-Capitale 1130 BELGIUM** | Nancy Coveliers Tel + 32 2 729 38 40 nancy.coveliers@eurocontrol.int | **Trade Debt** | | | | **$475,649.00** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor **Zetta Jet USA, Inc.**
_____
Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Associated Energy Group, LLC (AEG Fuel)**<br>**PO Box 5606, 165 Hwy 50**<br>**Stateline, NV 89449** | Victor Pena<br>Tel: +1.305.913.5253 Ext 109<br>Fax: +1.305.262.6080<br>vpena@aegfuels.com | **Trade Debt** | | | | **$441,085.00** |
| **Tongda Air Service**<br>**B-7-D, Fuhua Mansion,**<br>**No.8 Chaoyangmen North Street**<br>**Dongcheng District,**<br>**Beijing 100027**<br>**CHINA** | Tel +86 10 6554 6588/6388<br>tongda@tdas-intl.com | **Trade Debt** | | | | **$412,480.00** |
| **WEX BANK**<br>**33548 TREASURY CENTER**<br>**CHICAGO, IL 60694-3500** | Kiran Patel<br>Kiran.Patel@wexinc.com | Trade Debt | | | | 368,328 |
| **Jeppesen Sanderson, Inc**<br>**55 Inverness Drive East**<br>**Englewood, CO 80112-5498** | Doris Fuller –<br>Tel: 303-328-4320|<br>fax: 303-328-4115<br>doris.fuller@jeppesen.com | **Trade Debt** | | | | **$365,488.00** |
| **UVair European Fuelling Svcs Ltd**<br>**Office 10-14, Wing 5**<br>**Shannon Arpt**<br>**Shannon, Co. Clare**<br>**IRELAND** | Amen Fung (Ms.)<br>Tel: +852-2109 2130<br>Fax: 1-713-943 4640<br>Email: afung@univ-wea.com | **Trade Debt** | | | | **$364,274.00** |
| **ARINC Direct**<br>**2551 Riva Road M/S 6-2566**<br>**Annapolis, MD 21401-7465** | Saira Kanchwala<br>sfk@arinc.com  Tel: +65 98179217 | **Trade Debt** | | | | **$324,678.00** |
| **SN 1360, LLC**<br>**2808 NE 1st Avenue**<br>**Wilston Manners, FL 33334** | James Torrey<br>Jimmy Jets<br>Tel:954 682 1807 | **Rent and (Contingent) Engine Maintenance for $37,200** | **Contingent** | 395,386.00 | 100,000 | **$295,386.00** |
| **Jet Support Services (JSSI)**<br>**180 N. Stetson Ave.**<br>**29th Floor**<br>**Chicago, IL 60601-6704** | Richard Schumacher<br>Tel: 312.644.7651<br>RSchumacher@jetsupport.com | **Trade Debt** | | | | **$232,282.00** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **Zetta Jet USA, Inc.**
          Name

Case number *(if known)*

# United States Bankruptcy Court
## Central District of California - Los Angeles Division

In re  **Zetta Jet USA, Inc.**

Debtor(s)

Case No.

Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Zetta Jet PTE Ltd.** | | | **100%** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Chief Executive Officer and President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **September 15, 2017**

Signature  **/s/ Michael A. Maher**

**Michael A. Maher**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
### UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at ___Los Angeles_____ , California.

Date:    ___September 15, 2017_____

/s/ Michael A. Maher
**Michael A. Maher**
Signature of Debtor

_____
Signature of Joint Debtor

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                      *Page 1*      **F 1015-2.1.STMT.RELATED.CASES**

BOARD RESOLUTION
OF
ZETTA JET Pte. Ltd

We, the undersigned, being the Directors of Zetta Jet Pte. Ltd, organized and existing under the laws of Singapore and having its principle place of business 700 West Camp Road 04-10, JTC Aviation One, Singapore, 797649 (the "Corporation") hereby certify that the following is a true and correct copy of a resolution duly adopted at a meeting of the Directors of the Corporation duly held and convened on September 5th 2017, at which a quorum of the Board of Directors was present and voting throughout, and that such resolution has not been modified, rescinded or revoked, and is at present in full force and effect.

Therefore, it is resolved.

Effective immediately, Chief Executive Officer Michael A. Maher shall be given the authority to seek out and engage legal counsel for bankruptcy protection and filing in Singapore and/or the USA.

DIRECTORS

_____                                Date: _____
Li Qi
Board of Director Zetta Jet, Pte. Ltd, Member

_____                                Date: 09/07/17_____
Mathew Walter
Vice President and Director of Sales

_____                                Date: 09/07/17_____
James Seagrim
Vice President and Director of Operations
Chairman of the Board

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Ron Bender**<br>**10250 Constellation Blvd.**<br>**Suite 1700**<br>**Los Angeles, CA 90067**<br>**(310) 229-1234**<br>California State Bar Number: **143364**<br><br><br><br><br><br><br><br><br>☐ *Debtor(s) appearing without an attorney*<br>■ *Attorney for Debtor* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>    **Zetta Jet USA, Inc.**<br><br><br><br><br><br><br>                                                                    Debtor(s). | CASE NO.:<br><br>CHAPTER: **11** |
|---|---|
| | **VERIFICATION OF MASTER MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __58__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date:  **September 15, 2017** _____

**/s/ Michael A. Maher** _____
Signature of Debtor 1

Date: _____

_____
Signature of Debtor 2 (joint debtor) ) (if applicable)

Date:  **September 15, 2017** _____

**/s/ Ron Bender** _____
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                                                    **F 1007-1.MAILING.LIST.VERIFICATION**

Zetta Jet USA, Inc.
10676 Sherman Way
Burbank, CA 91505


Ron Bender
Levene, Neale, Bender, Yoo & Brill LLP
10250 Constellation Blvd.
Suite 1700
Los Angeles, CA 90067


121 Inflight Catering
45 Rason Rd, Inwood
New York City, NY 11096


2heads Global Design Ltd
Crosby House, Meadowbank
Furlong Road, Bourne End
Buckinghamshire, England, SL8 5AJ
UNITED KINGDOM


A roport Dinard Bretagne
35730 Pleurtuit
Ille-et-Vilaine, Bretagne 35730
FRANCE


AAS AirSupport GmbH
Flughafenstra e 1
H rsching, Ober sterreich AT-4063
AUSTRIA


AAS Luton Ltd-GBP
Hangar 7&8
Luton, England  GB-LU2 9LX
UNITED KINGDOM


Abelag Luxaviation Group
Brussels National Airport Business Addre
Abelag Handling NV Building 28
Zaventem, Vlaanderen 1930
BELGIUM

ACC
712-1 Banghwa-Dong
Gangseo-gu, Seoul 157-220
SOUTH KOREA


Access Flight Support
P.O Box 95027, Dubai, JLT, Cluster T,
Fortune Executive Tower, Unit 1202
Dubai, Dubai
UNITED ARAB EMIRATES


ACUKWIK
24653 Network Place
Chicago, IL 60673-1246


Adelaide Airport Limited
1 James Schofield Dr  Adelaide Airport
Adelaide, South Australia SA 5950
AUSTRALIA


Administracion de Aeropuertos y Servicio
Calle Reyes Ortiz N  74 Esq. Federico Su
La Paz
BOLIVIA


Advance Air Support
A roport du Bourget
1, Avenue De l'Europe
LE BOURGET,  le-de-France  93350
FRANCE


Aerlex Law Group
2800 28th Street, Suite 200
Santa Monica, CA 90405-6203


Aerlex Tax Services, LLC
2800 28th Street, Suite 200
Santa Monica, CA 90405-6203

Aero Transporte S.A.
Calle Enrique Palacios 360 Oficina 602
Miraflores, Lima 15074
PERU


Aero Wheel & Brake Service Corp.
6900 Acco Street,
Montebello, CA 90640


Aero-Nasch Aviation Inc.
6849 Hayvenhurst Ave
Los Angeles, CA 91406


Aerocare New Zealand Ltd
P O Box 73 151 Auckland International Ai
Manukau, Auckland 2150
NEW ZEALAND


AeroChefs B.V.
Schweitzerlaan 64
Amstelveen, Noord-Holland 1187
NETHERLANDS


Aeronautical Telecommunications Ltd.
1 Braemar Ave.
Kingston 10
JAMAICA


Aeroport de Quebec Inc.
505 Rue Principale
Aeroport int'l Jean-Lesage
L'Ancienne-Lorette SW, Quebec  G2G 0J4
CANADA


Aeroport de Strasbourg
67960 Entzheim
Bas-Rhin, Grand-Est 67960
FRANCE

Aeroport De Toulouse-Blagnac
31703 Blagnac Cedex
Haute-Garonne, Occitanie 31703 Cedex
FRANCE


Aeroport Toulon Hyeres
Boulevard de la Marine, Hy res
Var, Provence-Alpes-Cote d'Azur 83400
FRANCE


Aeroport Tours Val De Loire- EUR
Soci t d'Exploitation de l'A roport de
40 rue de l a roport de Tours 37100 Tour
Indre-et-Loire, Indre-et-Loire 37100
FRANCE


Aeroports de Lyon
BP 113 - 69125
Lyon-Saint Exup ry A roport
Auvergne-Rh ne-Alpes  69125
FRANCE


Aeroports De Montreal
800 Leigh-Capreol Place,  Suite 1000
Dorval, Quebec H4Y 0A5
CANADA


Aeroports De Paris
14 rue Louis Bl riot, Bat 549
CS90052, Orly A rogare
le-de-France, 9455 Cedex
FRANCE


Aerospace Australia Limited
P O Box 4095 Geelong VIC
Geelong, Victoria  3220
AUSTRALIA


AEROTRON
Westley House Jenner Road
Crawley
West Sussex, England RH10 9GA
UNITED KINGDOM

AHS Koln
Airport Cologne Terminal D
Regierungsbezirk K ln, Nordrhein-Westfal
GERMANY


Air BP Ltd
Chertsey Road Sunbury on Thaomes
Middlesex
Surrey, England TW16 7BP
UNITED KINGDOM


Air Charter Svc Limited - USD
Millbank House 171-185 Ewell Rd
Surbiton
City of London, England KT6 6AP
UNITED KINGDOM


Air Culinaire Worldwide
5830 W Cypress Street
Suite B & C
Tampa, FL 33607


Air Navigation Services of Czech Republi
Route Charges Office of NAS CR
Navigachi 787
Jenec 252 61
CZECH REPUBLIC


Air Niugini Limited
P. O. Box 7186 Boroko
Port Moresby
PAPUA NEW GUINEA


Air Service Hawaii
Honolulu International Airport
95 Nakolo Place
Honolulu, HI 96819


Air Tahiti
Air Tahiti Aeroport Internationale
BP 314 Papeete - No Tahiti 23598
Papeete 98713
FRENCH POLYNESIA

Airgas USA, LLC
PO BOX 7423
Pasadena, CA 91109


Airline Cert
3812 Sepulveda Blvd., Suite 410
Torrance, CA 90505


Airline Supervisors Experts  ASE
IMM AICHA - Avenue Hassan II -
CP80000, Agadir
Agadir, Morocco CP80020
RUSSIA


Airmen Aviation Solution Corporation
AAOP Hangar, General Aviation Complex,
Domestic Road
Pasay City, 1301
PHILIPPINES


AirNav Indonesia
Perum LPPNPI Head Office AirNav Bldg Ind
Jl. Ir. H. Juanda, Tangerang, Baten  151
INDONESIA


Airports Fiji Limited
Private Mail Bag
Nadi Airport
FIJI ISLANDS


AirServices Australia
P O Box 231, Civic Square ACT
Canberra, 2608
AUSTRALIA


Airways Corporation of New Zealand Ltd -
P O Box 294
Wellington, 6140
NEW ZEALAND

Airways New Zealand
P O Box 294
Wellington, 6140
NEW ZEALAND


AirX Ferguson
6226 Cherry Avenue Long Beach, CA 90805
Long Beach, CA 90805


All Pro Beverage Inc
16312 Garfield Ave., Ste B
Paramount, CA 90723


Altitude 50 Limited
C/O Synergy Aviation, Fairoaks Airport,
Guildford, GU24 8HX
UNITED KINGDOM


AMAC Aerospace  Switzerland  AG
CH-4051 Basel
Basel, CH-4051
SWITZERLAND


American Aeronautics
P O Box 245
Lake Zurich, IL 60047-0245


ANAC
Rua B Edificio 4 Aeroporto D'Portela 4
Lisboa, 1749-034
PORTUGAL


Apollo Jets LLC - Contra
220 W. 42nd Street, 10th Floor
New York City, NY 10036

Argus International, Inc.
4240 Airport Road
Suite 300
Cincinnati, Ohio 45226-0000


ARINC Direct
2551 Riva Road M/S 6-2566
Annapolis, MD 21401-7465


Arthur J. Gallagher & Co.
1525 Kautz Road Suite 100
West Chicago, IL 60185


ASECNA
Delegation A Paris-75
Rue De La Boetie
Paris   75008
FRANCE


Asia Flight Services Co. Ltd.  Asia Serv
1/F Airport World Trade Centre,
1 Sky Plaza, Unit 2-9
HONG KONG


Asian Business Aviation Association Limi
18F Silver Fortune Plaza
1 Wellington Street, Central
HONG KONG


Asian Business Aviation Services Inc.
Rm 1702, Sino Centre 582-592 Nathan Rd
Monkok, Kowloon
HONG KONG


Asian Sky Group
Suite 3905, Far East Finance Centre
16 Harcourt Road, Admiralty, Harcourt
HONG KONG

Associated Aircraft Group, Inc.  AAG
Dutchess County Airport 32 Griffith Way
Wappingers Fall, NY 12590


Associated Energy Group, LLC  AEG Fuel
PO Box 5606, 165 Hwy 50
Stateline, NV 89449


Atelier Nouveau Pte Ltd
No 1,Commonwealth Lane,#07-31,
One Commonwealth
149544
SINGAPORE


Atiki's Flight Catering
1278 Selby Ave
Saint Paul, MN 55104


Atlantic Aviation
233 Industrial Ave
Teterboro, NJ 07608


Atlantic Burbank
P.O. Box 79648
City of Industry, CA 91716-9648


ATNS-Airports Authority of India
Mumbai  400 093
INDIA


ATNS-NAFISAT
IATA EF Services, 33, Rt de Aeroport,
1215 Geneva 15 Airport
Geneva
SWITZERLAND

AVC Aviation Consultant
162 James Gichuru Road
P.O Box 685-0621, Nairobi City
KENYA, AFRICA


AVFuel
Avflight Belfast City EGAC UK
Ann Arbor MI 48108


Avia Partner
Via delle Arti, 123 00054 Fiumicino  RM
C.F e.PIVA 04038020873
ITALY


Aviall Services Inc.
P O Box 842267
Dallas, TX


Aviapartner Merignac SAS
Aeroport de Bordeaux Merignac Cidex 32 F
M rignac  33700
FRANCE


Aviation Services Management
Suite 217,Building 8WB,Block B,
West Wing,DAFZA
Dubai
UNITED ARAB EMIRATES


Aviator Airport Services Sweden AB
BOX 118
Stockholm-Arlanda, 190 46
SWEDEN


Avinor AS
Postboks 15 Gardermoen
Oslo, NO-2016
NORWAY

Avionco Global Support Services
1002-14 Avenue SW.
Calgary, Alberta T2R 0P1
CANADA


Avions VIP Inc
4422 Rue Du Meandre
Saguenay, Quebec G0V
CANADA


Avjet Routing
P.O. Box 9730, Unit A4-87,
Sharjah Airport Int'l Free Zone, Sharjah
UNITED ARAB EMIRATES


Axion Communication
3201 Corte Malpaso #311
Camarillo, CA 93012


BAFS, Inc.
61 Florida Ave
Bangor, ME 04401


Bague Anne Siret
1 Avenue de Madrid
06400 Cannes
Cannes  6400
FRANCE


BANCO SANTANDER, S.A.
50 Collyer Quay
S049321
SINGAPORE


Bank of Utah, Owner Trustee
200 East South Temple
Suite 210
Salt Lake City, UT 84111

Biggin Hill Airport
6 St.Andrew Street
London EC4A 3AE
City of London, England  EC4A 3AE
UNITED KINGDOM


Bird ExecuJet Airport Services Private L
E-9, Connaught House,
Connaught Place
New Delhi  110001
INDIA


Bizjet International
3515 North Sheridan Road
Tulsa, OK 74115


Bombardier
P.O. Box 6087 Station Centre-Ville
Montreal, Qc  H3C 3G9
CANADA


Bombardier  Learjet Inc.
7761 West Kellogg
Coldwater, KS 67029


Bombardier Aerospace France SAS
52 Rue de la Victoire, TMF Pole
Paris  FR-75009
FRANCE


Bombardier Aerospace Germany GmbH
c/o Distribution Centre Frankfurt
Hans-Broeckler-Strasse 9, 64521 Gross-Ge
Hessen  64521
GERMANY


Bombardier Aerospace Italy srl
Foro Buonaparte 70 IT-20121 Milano
Lombardia, IT-20121
ITALY

Bombardier Aerospace Netherlands B.V
Hangaar 4 Behoudenvaartweg 4
Schiphol Oost 08  Amsterdam, 1117 EL
NETHERLAND


Bombardier Aerospace Services Singapore
Singapore Service Center
10 Seletar Aerospace Heights
S797546
SINGAPORE


Bombardier Inc.
P.O. Box 6087, Station Centre-ville
Montreal, Quebec H3C 3G9
CANADA


Brisbane Airport Corporation
11 The Circuit Brisbane Airport QLD 4007
PO Box 61 Hamilton Central QLD 4007
Queensland, QLD 4007
AUSTRALIA


CAE SimuFlite, Inc
POB 619119 2929 W. Airfield TX
Dallas, TX 75261


Cambodia Air Traffic Services Company Li
CATS Building, Russian Federation Blvd.,
Phum Kbal Dormrey, Sangkat Kakab
Khan Posenchey, Phnom Penh
CAMBODIA


CAMP Systems International Inc.
999 Marconi Avenue
Ronkonkoma, NY 11779


CANAS
P O Boc 2163, National Mall Centre Golde
Piarco
REPUBLIC OF TRINIDAD & TOBAGO

Caribbean Air Navigation and Advisory Se
P.O. Box 2163, National Mail Centre,
Golden Grove Road, Piarco
REPUBLIC OF TRINIDAD & TOBAGO


Caribbean Aviation Management Inc.
Arnos Vale Rd. Suite K694,
Kingstown
Arnos Vale, VC0120
SAINT VINCENT AND THE GRENADINES


Caribbean Dispatch Services Ltd.
Hewanorra International Airport  UVF
P. O.Box 512 Vieux Fort
SAINT LUCIA


Cat Air Service AG
P.O. Box 2221,
CH-8060 Zurich Airport
Z rich, CH-8060
SWITZERLAND


Champion Crane Rental, Inc.
12521 Branford St. Pacoima CA 91331
Pacoima, CA 91331


Cintas Corporation
P O Box 29059
Phoenix, AZ 85038


City Of Abbotsford
32315 South Fraser Way Abbotsford B.C V2
Abbotsford, BC V2T 1X1
CANADA


City of San Diego
PO Box 129030 San Diego CA 92112-9030
San Diego, CA 92112-9030

Cleveland Airport System
P.O. Box 81009 Cleveland Ohio 44181-0009
Cleveland, OH 44181-0009


Cloudera Aviation Services Sdn Bhd
Capital 2,B-06-02,Level 6, No.2, Jalan
PJU 1A/7A, Oasis Square, Oasis Damansara
Petaling Jaya Selangor 47301
MALAYSIA


Clouds in my Coffee In Flight Catering
by Leigh Ann's Coffee House
PO Box 510047
Key Colony Beach, FL 33051


COCESNA
150 Mts. Al Sur Aeropuerto Toncontin,
Tegucigalpa, M.D.C. Honduras, C.A
HONDURAS


Constant Aviation
18601 Cleveland Parkway
Cleveland, OH 44135


Conyers Dill & Pearman Pte Ltd
9 Battery Road
#20-01 Straits Trading Building
49910
SINGAPORE


Coos County Airport District
1100 Airport Lane
North Bend, OR 97459


Corporate Air Parts, Inc.
7641 Densmore Ave.
Los Angeles, CA 91406

Corporate Jet Support
1 Graphic Place Moonachie NJ 07074
Moonachie, NJ 07074


Corporate Jet Support, Inc.
1 Graphic Place
Moonachie, NJ 07074


Cosgrove Aircraft Service, Inc.
70 Oser Avenue
Hauppauge, NY 11788


CRS Jet Spares
6701 NW 12th Ave,
Fort Lauderdale, FL 33309


D & Y Finest Detailing INC
P.O. Box 1723
New York, NY 10185


Dale A McCombs
60 Thompson Ave. Tweed-New Haven Airport
New Haven County, CT 06512


Dassault Falcon Service, Aeroport de Bou
Zone d'aviation d'affaires, 53-55 ave d
CS 70003, 93352 Le Bourget Cedex
Le Bourget, Paris 93352
FRANCE


DC Aviation Switzerland AG-CHF
Flughofstrasse 54 8152 Glattbrugg
Glattbrugg, 8152
SWITZERLAND

Defence Business Services/Revenue FGN
Walker House,Exchange Flags
Liverpool L2 3YL
UNITED KINGDOM


Delaware River and Bay Authority
PO Box 71 New Castle DE 19720
New Castle, DE 19720


Delifly Srl
Via Del Termine 11
Firenze, 50127
ITALY


Department of Port Control Cleveland Hop
PO Box 81009
Cleveland, OH 44181-0009


DFS Deutsche Flugsicherung-EURO
Am DFS-Campus 10 63225 Langen
Langen  Hesse  63225
GERMANY


DGAC - DSNA
50 Rue Henry Farman
F-75720 Paris cedex 15
Paris  75720
FRANCE


DHL Express USA, Inc.
16592 Collections Cener Dr. Chicago IL 6
Chicago, IL 60693


DHT Aviation Inc
Rm 51, 5th Floor, Britannia House
Negera Brunei Darussalam
Jalan Cator, Bandar Seri Begawan BS8811
BRUNEI

Drakon Aviation Management
6045 Valley Sage
Acton, CA 93510


Dulles Jet Center  Landow Aviation Limit
23800 Wind Sock Drive Dulles, VA 20166 U
Dulles, VA 20166


Duncan Aviation Inc.
PO Box 956153
St. Louis, MO 63195-6153


Easton Hotel Supplies Co., Ltd
Building 1, Newtone Ind'l Park, No 80 Sh
Dongchong Guangzhou 511453
CHINA


ECCELSA AVIATION
Aeroporto Olbia Costa Smeralda
Olbia 07026, Tempio
ITALY


Elite Luxury Publishing Inc
441 Lexington Ave  3rd Floor
New York, NY 10017


Elyse's Catering Inc.
3238 Capitol Blvd South
Tumwater, WA 98502


Emmanuel Serrano
36 Wolcott Rd
Dumont, NJ 07628

Entraco Printing Pte Ltd
362 Paya Lebar Road, #06-14,
Da Jin Factory Building
534963
SINGAPORE


EPIC Aviation LLC
PO Box 12249 Salem OR 97309
Salem, Oregon 97309-0000


Essendon Airport Pty Ltd
Level 2, 7 English Street Essendon Field
Melbourne, Victoria 3041
AUSTRALIA


Establissement National De La Navigation
1 Avenue De L'independance - BP 383
16000 Alger, Algerie, Algiers 16000
ALGERIA


Euro Jet Intercontinental Limited
12 Mount Havelock
Douglas, IM1 2QG
ISLE OF MAN


EuroAirport
A roport de B le-Mulhouse BP 60120
Saint-Louis Grand-Est  F-68304 Cedex
FRANCE


Eurocontrol
Rue De la Fusee 96
Bruxelles, Bruxelles-Capitale 1130
BELGIUM


Evolution Jets LLC
1126 Brashear Lane
Cedar Park, TX 78613

Exclusive Trading International Limited
House # 08, Road # 14 Sector # 03, Uttar
Dhaka 1230
BANGLADESH


Execaire
10225 Ryan Avenue
Dorval Quebec H9P 1A2 K1V 9B4
CANADA


Execujet Aviation Group
Hangar 394, Ross Smith Ave
Mascot, New South Wales 2020
AUSTRALIA


Execujet Aviation Nigeria Ltd
P O Box 1168
Ikeja, Lagos
NIGERIA


Execujet Europe AG
Execujet Aviation Centre P O Box 1
Kanton Z rich, 8058
SWITZERLAND


Execujet Malaysia Sdn Bhd
Unit 3-3A, Level 3, Block A, Peremba Squ
Saujana Resort,Seksyen U2,
Shah Alam, Selangor Darul Ehsan 40150
MALAYSIA


ExecuJet Middle East
Dubai International Airport P O Box 3207
Dubai
UNITED ARAB EMIRATES


Executive Aircraft Services
Rafic Hariri Int'l Airpt,
General Aviation Term'l,
P.O. Box 113-5888, Beirut
LEBANON

Export Development Canada
150 Slater Street
Ottawa
Ontario, Canada   K1A 1K3


Export Development Canada
150 Slater Street
Otawa
Ontario, Canada   K1A 1K3


Export Development Canada
150 Slater Street
Ottawa
Ontario, Canada   K1A 1K3


Export Development Canada
150 Slater Street
Ottowa
Ontario, Canada   K1A 1K3


Export Development Canada
150 Slater Street
Ottowa
Ontario, Canada   K1A 1K3, NY


Fair Wind Air Charter
2525 SE Witham Field Dr.
Stuart, FL 34996


FAS Frankfurt Aviation Service Gmbh
Flughafen Frankfurt am Main,
Gebaude 511
Frankfurt a.M Hessen  60549
GERMANY


Fayair  Stansted  Ltd
Ninth Avenue London Stansted Airport Sta
Essex, England  CM24 1AN
UNITED KINGDOM

Federal Aviation Adminstration-Federal R
U.S. Dept of Transportation
P.O. Box 25082
Oklahoma City, OK 73125


Federal Express  Singapore  Pte Ltd
Ronbinson Road Post Office PO Box 927
901827
SINGAPORE


FEDERAL STATE UNITARY ENTERPRISE   STATE
Leningradskiy prospect, 37, block 7
Moscow 25993
RUSSIA


FedEx Freight
DEPT LA PO BOX 21415
PASADENA, CA 91185


FedEx Office
13061 Lee Jackson Memorial HWY
Fairfax, VA 22033


Festin Management
2808 NE 1st Avenue
Wilston Manners, FL 33334


Festin Management Corp.
P.O. Box 958
Pasea Estate
Road Town, Tortola, BVI


Festin Management Corp.
200 East South Temple
Suite 210
Salt Lake City, UT 84111

FINAVIA
P.O. Box 50
Vantaa  Uusimaa  '01531
FINLAND


Finavia Corporation
P.O. Box 50
Vantaa  Uusimaa  01531
FINLAND


First Class Caterers, Inc.
310 Vista Park Drive
Pittsburgh, PA 15205


First Insurance Funding Corp.
450 Skokie Blvd. Ste. 1000
Northbrook, IL 60062


Fjarvakur, Icelandair Shared Services
Reykjav k Airport
Reykjav k
ICELAND


Flight Consulting Group - EURO
Riga Airport, Dzirnieku iela 15,
M rupe
M rupes novads, LV-1053
LATVIA


Flight Support Maldives
M.Snow Flex, 1st Floor Asaree Hingun
Male, 20276
REPUBLIC OF MALDIVES


Florida Department of Revenue
5050 W. Tennessee St.
Tallahassee, FL 32399

Flughafen Bern
Flughafenstrasse 31
Belp, Canton de Berne  3123
SWITZERLAND


Flughafen Hannover-Langenhagen GmbH
Postfach 42 02 80
Hannover, Niedersachsen  30662
GERMANY


Food for my Soul
152 Aero Camnino, Unit G
Goleta, CA 93117


Fratelli Cosulich Bunkers  S  Pte Ltd
79 Anson Road #13-05/06
79906
SINGAPORE


Fuel First International
2881 East Oakland Park Blvd.
Suite 208
Fort Lauderdale, FL 33306


Fusion Networking and Technology
14758 Keswick Street
Los Angeles, CA 91405


G-OPS
46 Rue Houdart  CDG Airport
Roissy-en-France,  le-de-France 95700
FRANCE


Gallery Cuisine
Lot 11185  Chanbeylee Magu Hulhumale
Male
REPUBLIC OF MALDIVES

Gama Aviation Engineering Inc.
Two Corporate Drive, Suite 1050
Shelton, CT 06484


Gander International Airport
100 James Boulevard P O Box 400
Gander Newfoundland and Labrador A1V 1W8
CANADA


Gast Maison Limited
Air Livery Ltd, Hanger 2
Western Manchester Airport
Manchester, England  M90 5BA
UNITED KINGDOM


General Civil Aviation Authority
P.O. Box 6558
Abu Dhabi
UNITED ARAB EMIRATES


George Ventura
30 Park Ave Apt 6N
Mount Vernon, NY 10550


GES.AP. s.p.a
Localit  Punta Raisi
Cinisi, Sicilia  90045
ITALY


Glamco Aviation  B  Sdn Bhd
Unit No. 9, 1st Fl, Block H, Lot 25115,
Bangunan Pengkalan Gadong, Tungku Link
Gadong, Bandar Seri Begawan  BE 3719
BRUNEI


Glencoe Aviation Group, LLC
1100 Glendon Av, Ste 2000
Los Angeles, CA 90024

Global Parts Aero
901 Industrial Road
Augusta, KS 67010


GOGO Business Aviation
105 Edgeview Drive - Suite 300
Broomfield, CO 80021


Gold Coast Airport Pty Ltd
ABN 91 077 200 821, PO Box 112
Coolangatta, Queensland 4225
AUSTRALIA


Great Circle Catering LLC
Suite 2, 139 Flightline Rd
Portsmouth, NH 03801


Greater Toronto Airport Authority
Lester B, Pearson Int'l Arpt
PO 6031, 3111 Convair Drive
Toronto AMF, Ontario L5P 1B2
CANADA


Gulfstream Aerospace Corporation
P.O. Box 730349
Dallas, TX 75373


Gulfstream Aerospace Limited
London Luton Airport
Luton, Bedfordshire, LU2 0PA
UNITED KINGDOM


HADID International Services FZE
Dubai Airport Free Zone, W3 Building,
Ground Floor, P.O. Box 54508,
Dubai
UNITED ARAB EMIRATES

Halo Aviation Ltd
Hanger 133, Dunsfold Park
Surrey, England  GU6 8TB
UNITED KINGDOM


Ham Ground Handling Gmbh & Co. KG
Flughafenstr. 1-3
Hamburg, 22335
GERMANY


Hanergy  Yoda Aviation
10th Fl, KeJi Mansion, #28 of TianZhu Rd
ShunYi District, Beijing
CHINA


Hap Heng Hua Electrical & Air-con Servic
111 North Bridge Road #21-01  Peninsula
179098
SINGAPORE


Harper Anderson Aero Inc
11028 N 138th Way Scottsdale
AZ 85259-4605


Harrods Aviation Ltd
President Way  London Luton Airport
Luton, England  LU2 9LY
UNITED KINGDOM


Hawaii State Tax Collector
PO Box 3827
Honolulu, HI 96812


Helinet Aviation Services, LLC
P.O. Box 100702
Pasadena, CA 91189

Helistar FBO
Av. El Dorado No. 103-08
Entrada 1 Interior 8
COLOMBIA


Holman Fenwick Willan
15th Floor Tower One
Lippo Centre
89 Queensway Admiralty, Hong Kong
HONG KONG


Honeywell Aerospace Aviation
Honeywell Spex
1401 Bedford Road
North Kansas, MO 64116


Honeywell International Inc
21111N 19th Ave
Phoenix, AZ 85027


Hong Kong Business Aviation Centtr Ltd
12 South Perimeter Road HKIA
 Hong Kong International Airport  Lantau
HONG KONG


Hongkong & Shanghai Banking Corp Ltd
Robinson Road P.O.Box 896
901746
SINGAPORE


Humana
P.O. Box 0884
Carol Stream, IL 60132


IATA TASF
AFS Ground Handling
0158 Tbilisi, International Airport
Tbilisi, Georgia
GEORGIA

IGS Ground Services
Falkavellir 13 235 Keflavik Airport
ICELAND


Immaculate Flight LLC
PO Box 8336
Grand Rapids, MI 49518


INAC
Rue B, Edificio 4 - Aeroporto d'Portela
Lisboa, 1749-034
PORTUGAL


INC Technologies, Inc.
1212 S. Victory Blvd.
Burbank, CA 91502


Infinity Aircraft Services
3800 Southern Boulevard  Suite #503
West Palm Beach, FL 33406


International Air Transport Association
33, Route de l'A roport  PO Box 416 15 A
Geneva, 1215
SWITZERLAND


International Airport Authority Ottawa
1000 Airport Parkway Private Suite 2500
Ottawa, Ontario K1V 9B4
CANADA


International Corporate And Cargo Servic
Av. Santa Fe 505 Piso 20
Col. Santa Fe
Cruz Manca, Ciudad de M xico 05349
MEXICO

Jacobs Allen Hammond Client Account
3 Fitzhardinge Street,Manchester Square
London, England W1H 6EF
UNITED KINGDOM


Jamaica Civil Aviation Authority
4 Winchester Road
Kingston 10
JAMAICA


Japan Civil Aviation Bureau  JCAB
2-1-3 Kasumigaseki
Chiyoda-ku, Tokyo 100-8918
JAPAN


Jeppesen Sanderson, Inc
55 Inverness Drive East
Englewood, CO 80112-5498


Jet \ Brella, Inc.
6849 Hayvenhurst Ave.
Los Angeles, CA 91406


Jet Aviation
P.O. Box 456 Geneva Airport
Geneva, 1215
SWITZERLAND


Jet Aviation  Asia Pacific  Pte Ltd
1071 West Camp Road, Seletar Airport
797799
SINGAPORE


Jet Aviation AG
P.O. Box 456 Geneva Airport
Geneva, 1215
SWITZERLAND

Jet Aviation Saudi Arabi
King Abdulaziz International Airport,
Jeddah, 2372
SAUDI ARABIA


Jet Aviation Saudi Arabia Co. Ltd
P O Box 40055
Jeddah, 21499
SAUDI ARABIA


Jet Aviation Vienna GmbH
Hangar 7, 1300 Vienna Airport
Schwechat, Nieder sterreich 2320
AUSTRIA


JET Edge International
16135 Cohasset St.
Los Angeles, CA 91406


Jet Logic Limited
22 Great King Street
Edinburgh, Scotland  EH3 6QH
UNITED KINGDOM


Jet Net
101 First Street, 2nd Floor
Utica, NY 13501


Jet Support Services  JSSI
180 N. Stetson Ave.  29th Floor
Chicago, IL 60601-6704


Jet Tech Ltd.
438 Columbia Road
Thousand Oaks, CA 91360

Jetcraft Corporation
P O Box 80248
Raleigh, NC 27623


Jetex Flight Support
Dubai International Airport, 06EA P O Bo
Dubai
UNITED ARAB EMIRATES


Jetex Flight Support, Le Bourget
Square 1 Aviation Aeroport Le Bourget
Batiment 34 - Aviation d'Affaires, 6-8 R
Le Bourget,  le-de-France  93350
FRANCE


Jetorizon Consulting Inc.
PO Box 882, Station B
Montreal, Quebec, H3B 3K5
CANADA


JetSet Interiors, LLC
10420 Miller Rd
Dallas, TX 75238


John C. Munro Hamilton Int'l Airport
9300 Airport Road, #2206, Mount Hope
East Haldimand County, Ontario, L0R 1W0
CANADA


JonK or Joya Favreau
C/O Shephard Mcilwee Tinglof 9200 Sunset
Los Angeles, CA 90069


Journey Aviation, LLC
3700 Airport Rd. Suite 206
Boca Raton, FL 33431

Kearsley Airways Ltd - GBP
Romeera House,
Stansted Airport, Stansted
Essex, England
UNITED KINGDOM


Kenny Cirieco
20560 Gresham st
Winnetka, CA 91306


King County International Airport Boeing
7277 Permeter Rd S
Seattle, WA 98108-3844


King's Limousine Company Limited
Office A, 10/F, Tung Lee Commercial Bldg
91-97 Jervois Street
HONG KONG


KLM Jet Center
PO Box 7700 SPLWH
SCHIPHOL, Noord-Holland  1117ZL
NETHERLANDS


Korea Airport Service
Hana Bank Banghwa Branch 282-1 Banghwa-d
Gangseo-gu, Seoul
SOUTH KOREA


Landmark Aviation
Washington Dulles Int'l Airport 23950 Wi
Dulles, VA 20166


Lao Air Traffic Management
Wattay Airport P.O. Box 2985
Vientiane
LOAS

Law Debenture Corporate Services Inc.
801 2nd Avenue, Suite 403
New York, NY 10017


Le Seigneur des Fourneaux
11200, boul. Valcartier Bur: 1
Loretteville North, Quebec G2A 2M6
CANADA


Lee County Port Authority
11000 Terminal Access Rd, Ste 8671
Fort Myers, FL 33913-8213


LegendAire Ltd
Artemidos Ave 17
Sonic House #301
6025 LARNACA
CYPRUS


Level 4 Services
PO Box 941462
Simi Valley, CA 93094


Liberty Insurance Pte Ltd - USD
51 Club Street #03-00 Liberty House
69428
SINGAPORE


LimousinesWorldWide.com Inc.
438 Fifth Avenue, Suite 200
Pelham, NY 10803


LM Excellence - USD
Usha 9
Tel Aviv-Yafo 693929
ISRAEL

London Executive Offices Ltd
33 St James's Square
London, England SW1Y 4JS
UNITED KINGDOM


Lux Aire Aviation LLC
17216 Saticoy Street Suite 151
Los Angeles, CA 91406


Luxury Aircraft Solutions Inc.
90 Arrival Avenue
Ronkonkoma, NY 11779


Mach One Air Charters, Inc.
7000 Merrill Ave Box 63
Chino, CA 91710


Magnum Aviation GmbH
Steinriegelweg 1, Objekt 140
Vienna, A-1300
AUSTRIA


Mainami Kuko Services Co., Ltd - JPY
Narita Int'l Arpt T 2, 1-1 AZA Furugome
Narita-Shi, Chiba  282-0004
JAPAN


Martin Aviation
19300 Ike Jones Road
Santa Ana, CA 92707


Mather Aviation
7240 Hayvenhurst Place
Los Angeles, CA 91406

McBreen & Kopko
500 N. Broadway Suite 129
Jericho, NY 11753


McMaster-Carr
P.O. Box 54960
Los Angeles, CA 90054-0960


MedAire, Inc
4722 N. 24th St. Suite 450
Phoenix, AZ 85016-4854


Melbourne Aviation Precinct
Gate 24 Operations Road
Melbourne Airport, Victoria 3045
AUSTRALIA


Meridian Air Charter
485 Industrial Avenue
Teterboro, NJ 07608


Meridian Jet Center
485 Industrial Ave
Teterboro, NJ 07608


Merone's Catering
43720 Trade Center Place
Dulles, VA 20166


Metrojet Limited
Suite 1301-06 One Citygate
20 Tat Tung Road
HONG KONG

Mike Boal Designs
16101 Saticoy Street
Los Angeles, CA 91406


Ministry of Defence


MirageFlowers
6 Raffles Boulevard, Marina Square
39594
SINGAPORE


MJets Limited
99 Berli Jucker House 18th Fl.,Soi Rubia
Sukhunwit 42 Road, Prakanong
Klongtoey, Bangkok  10101
THAILAND


Monica Nevarez Dry Cleaners
PO Box 11323
Burbank, CA 91510-1323


Morgan Stanley Smith Barney LLC
2000 Westchester Avenue
Purchase, NY 10577-2530


MSRF Crew Services
Block 433 #03-518 Jurong West Street 42
640433
SINGAPORE


NAS Execujet
Prviate Aviation Terminal  PO Box 30516
Riyadh, 11483
SAUDI ARABIA

NATS  En Route  Plc
Citypoint, 2nd Floor  65 Haymarket Terra
Edinburgh, Scotland  EH12 5HD
UNITED KINGDOM


Nav Canada
77 rue Metcalfe Street
Ottawa,  Ontario  K1P 5L6
CANADA


Nerine Fiduciaries
Nerine Chambers POB 905
Quastisky BLDG, Road Town
Tortola VG 1110
BRITISH VIRGIN ISLAND


New Tech Aircraft Services, Inc.
5600 W. Century Blvd. Suite 201
Los Angeles, CA 90045


Newport Aviation
211 Airport Access Rd
Middletown, RI 02842


Newrest Group Holding, S.A.
P.I Prologist, Av. Central 42
Madrid, 28042
SPAIN


NTL Aviation Services
1 Williamtown Drive
Williamtown, NSW 2318
AUSTRALIA


O'neill's Inflight Catering
1420 Schertz Pkwy. Ste 290
Schertz, TX 78154

Oakland County International Airport
6500 Highland Rd.
Waterford, MI 48327-1649


Ocean Media Pty Ltd
Sydney Superyacht Marina
2 Maritime Court Rozelle Bay, NSW 2039
AUSTRALIA


Odyssey Aviation
Coral Harbour Road
P.O. Box AP-59248, Nassau, New Providenc
BAHAMAS


OJR&M
987 University Ave. Suite 6
Los Gatos, CA 95032


Omni Handling
Aerodromo Municaipal de Cascais
Hangar 1
Sao Domingos de Rana, 2785-632
PORTUGAL


On Air Dining Ltd
Diamond Hanger Long Border Road
London Stansted Airport, Stansted
UNITED KINGDOM


Orion Jet Center
15000 NW 44th Avenue
Miami, FL 33054


Orkin
1210 Magnolia Drive
Riverside, CA 92503-4620

Ottawa Macdonald-Cartier International A
1000 Airport Pkwy Private STE 2500
Ottawa, ON
CANADA


Papua New Guinea Air Services Limited
P.O. Box 273 Boroko 111
NCD
PAPUA NEW GUINEA


Pearl Aviation Australia Pty Ltd
GPO Box 338
Darwin, NT 801
AUSTRALIA


Pegasus Elite Aviation, Inc
7943 Woodley Ave
Los Angeles, CA 91406


Performance Carpet And Upholstery Cleani
7415 Hayvenhurst Place
Los Angeles, CA 91406


Petra Aviation
Amman Airport-Marka
POB 143754 Albayder, Amman 11814
JORDAN


Philippe Crevier Consulting Services Inc
33 Honfleur Candiac
Quebec, J5R 3P4
CANADA


Pike Aviation S.A.
Dr. Alejandro Schroeder 6475/101
Montevideo
URUGUAY

Platinum Business Aviation Centre
30 Eastern Ave
Bilinga, Queensland, 4225
AUSTRALIA


Polar Water Distributor Pte Ltd
21 Woodlands Close
#08-21 Primz BizHub, 737854
SINGAPORE


Polish Air Navigation Services Agency
02 - 147 Warszawa
POLAND


Pratt & Whitney Canada Corp
1000, Marie-Victorin
Longueuil, Quebec J4G 1A1
CANADA


Primo's Gourmet Catering
101 Sands Point Drive
Tierra Verde, FL 33715


PrivatPort SA
Chemin des Papillons 18
Geneve-Aeroport, Cointrin 1216
SWITZERLAND


Provo Air Center Ltd
The Old Airport Road at South Dock Road
TKCA 1ZZ
TURKS &  CAICOS ISLANDS


Pt. Karisma Bahana Aviasi
Terminal Building 2nd Floor,
Suite A.64/PK
Halim Perdanakusuma Airport, Jakarta
INDONESIA

Pt. Sari Rahayu Biomantara
Jalan Pulau Adi no.5
Denpasar Bali 80114
INDONESIA


Pulp Kreatives Pte Ltd
20 Bedok South Road
469277
SINGAPORE


QBE Insurance  Singapore  Pte Ltd
1 Raffles Quay
#29-10 South Tower, 48583
SINGAPORE


Quality Air Contractors, Inc.  QAC
1470 NW 107 Avenue
Suite E
Miami, FL 33172


Quick International Couriers  UK  Ltd
Unit 1 & 2 Prescott Road
Colnbrook, Berkshire SL3 0AE
UNITED KINGDOM


R.S.and Associates Airport Serv Ltd
Box 47 Stn M Kamloops
BC  V2C 5K3
BRITISH COLUMBIA


ReceptionHQ
2600 N. Central
Suite 904
Phoenix, AZ 85004


Red Aviation
4101 W Highway 29
Georgetown, TX 78628

Refresh Water Trading Pte Ltd
No. 25 Woodlands Link
738731
SINGAPORE


Regies De Voies Aeriennes
548 Crois Avenue
A rodrome et Flambeau R f. ISTA
Barumbu, Kinshasa
REPUBLIC OF CONGO


RIGA- Capital Handling
Zieme u iela 22
R ga, LV-1053
LATVIA


Rigo Monico
11046 Vena Ave.
Mission Hills
CA 91345


RMI Ports Authority
P.O. Box 109
Delap Dr., Majuro 96960
REPUBLIC OF MARSHALL ISLANDS


Rockwell Collins
PO Box 419547
Boston, MA 02241-9547


Rolls-Royce Deutschland Ltd & Co KG
PO Box 31
Derby, DE24 8BJ
UNITED KINGDOM


Ross Aviation
6160 Carl Brady Drive
Anchorage, AL 99502

Ryan Martinez
19123 Hamlin St. Unit 2
Reseda, CA 91335


SAC-Societa Aeroporto Catania
Via Fontanarossa
Catania, CT 95121
ITALY


Salem Ibrahim LLC - SGD
10 Anson Road #15-19
International Plaza, 79903
SINGAPORE


Samuel Rodriguez
5729 Knightsbridge Ct.
Palmdale, CA 93552


San Diego County Regional Airport Author
PO BOX 81323
San Diego, CA 92138-1323


Satcom Direct
PO Box 372667
Satellite Beach
FL 32937-0667


SAVE S.p.A.
Viale G. Galilei, 30/1
Tessera-Venezia 30173
ITALY


SBA Flight Support Services Ltd
1st Floor, Airport House,
Shannon Free Zone
Shannon, Co.Clare, Ballymote
IRELAND

Scandinavian Avionics Greece, SA
28th. kilometer of Koropi, Markopoulo Ro
PO Box 395, Koropi Athens  19400
GREECE


Schlarb/GCP
Matthias Schlarb, Kronthalerstrasse 41
Bad Soden/Neuenhain  65812
GERMANY


SCK Atlantic
Stockton Metropolitan Airport
6364 S Lindbergh Street
Stockton, CA 95206


Scout Aviation II, LLC
Trafalgar Court, 2nd Floor East Wing
Admiral Park, Saint Peter Port
Guernsey, GY1 3EL
GUERNSEY


Serco Shared Service Centre
P O Box 7379
Hook RG27 7FR
UNITED KINGDOM


Services CYHU H-18 Inc.
6575, Chemin De La Savane
Saint-Hubert, QC J37 8Y8
CANADA


Seven Publishing Group Ltd
3-7 Herbal Hill
London, EC1R 5EJ
UNITED KINGDOM


Seychelles Civil Aviation Authority  SCA
P.O. Box 181, Seychelles Intn'lAirport
Mahe
REPUBLIC OF SEYCHELLES

ShangHai Easun Group Imp & Exp Co., Ltd
Room 2308 23/F Suncome Liauw's Plaza
No 738 ShangCheng Road, Pudong, Shanghai
CHINA


Sharp Details Inc.
44770 Cockpit Court
Dulles, VA 20166


ShenZhen Golf&FeiHuang Technology Co.,Lt
Building C8, Block C,
FuHai Industry Park
Fuyong, Bao'An, Shenzhen
CHINA


Signature Flight Support
7240 Hayvenhurst Place
Los Angeles, CA 91406


Silver Lining Inflight Catering, Inc
2059 Blount Road
Pompano Beach, FL 33069


Singtel Telecommunications Ltd
Robinson Rd
P.O. Box 282, 900532
SINGAPORE


SKO BRENNER AMERICAN
PO Box 9320
Baldwin, NY 11510


Sky Services F.B.O. Inc.
10105 Ryan Avenue
Dorval, Quebec, H9P 1A2
CANADA

Sky Valet
Portugal Funchal, Beja
Santa Maria, Ponta Delgada
PORTUGAL


Sky-Tech
Ribera del Loira, 46
Madrid, 28042
SPAIN


Skycare International
PO Box 73 151
Auckland Intn'l Airport, Auckland 2150
NEW ZEALAND


SkysLimo, LLC
1250 Aviation Ave
STE 120b
San Jose, CA 95110


SMATSA LLC.
Trg Nikole Pasica 10 P O 640
Belgrade, 11000
SERBIA AND MONTENEGRO


SN 1360, LLC
2808 NE 1st Avenue
Wilston Manners, FL 33334


SNC-LAVALIN
455 Ren -L vesque Blvd. West
Montreal, Quebec  H2Z 1Z3
CANADA


Socal Jet Services
3355 E. Spring St. Suite #100
Long Beach, CA 90806

Societ  Gestione Aeroporto Cagliari Elma
Via Dei Trasvolatori SNC
Elmas, CA 09030


Solutaire GMBH
Warstrasse 27
8400 Winterhur
SWITZERLAND


South African Weather Service
Bolepi House, 442 Rigel Avenue South
Erasmusrand, Pretoria
SOUTH AFRICA


SP Services Ltd
Orchard P O Box 341
912312
SINGAPORE


SPACE
Parc des Expositions Rennes A roport
La Haie Gautrais  Bruz  35170
FRANCE


Spear Publishing Ltd
Shirethorn House
37-42 Prospect Street, Hull  HU2 8PX
UNITED KINGDOM


SRC Aviation  P  Ltd
Suite 507, G5 Building, Terminal 1
IGI Airport, New Delhi, 110037
INDIA


StandardAero Business Aviation
Los Angeles Facility
6201 West Imperial Highway
Los Angeles, CA 90045

Steecon, Inc.
5362 Industrial Drive
Huntington Beach, CA 92649


Stephen Fry - Jet Fuel Advisor
2.1.1A Rua Guilherme Salgado 37
Cascais, 2750-251
PORTUGAL


Stevens Aviation, Inc. - AOG
600 DELAWARE STREET
GREENVILLE, SC 29605


Stevie's Aviation Catering
16700C Roscoe Blvd #124
Los Angeles, CA 91406


Strasbourg Car Services
13 Rue des Ormes
Strasbourg  67200
FRANCE


Svalbard Lufthavn AS  Avinor AS
Svalbard Lufthavn AS
Postboks 150, Gardermoen  NO-2061
NORWAY


SVG Air Ltd
P.O. Box 39, E.T. Joshua Airport
Arnos Vale, West Indies
SAINT VINCENT AND THE GRENADINES


Swedavia Airports
190 45 Stockholm Arlanda
SWEDEN

Swissport Executive SAS
Aeroport Nice Cote d'Azur, Terminal 2
Nice   6281
FRANCE


TAG Aviation Le Bourget SAS
AEROPORT DU BOURGET
RUE DE PRAGUE BATIMENT
433 LE BOURGET  93350
FRANCE


TAG Aviation SA
Chemin des Papillon, 18
1215 Geneva 15
SWITZERLAND


Take C'Air
Tanja Korty, Hermann-Blenk-Str. 32
Braunschweig  38108
GERMANY


Talismet SA  UBS Financial Services
Libertad, Montevideo
URUGUAY


Tastefully Yours Catering
3187 Corsair Drive
Suite 100
Atlanta, CA 30341


TECHNICAIR
101 Charles A Lindbergh Drive
Teterboro, NJ 07608


Technical Duplicator Services, Inc
1401 E Ball Rd Ste: A
Anaheim, CA 92805

Teterboro Airport
PO Box 95000
Philadelphia, PA 19195-1523


The Convention News Company, Inc.
214 Franklin Avenue
Midland Park, NJ 07432


The Government Of The Hong Kong Special
P.O. Box No 28000
7 Gloucester Road Post Office
HONG KONG


The Pan Pacific Hotel Singapore
7 Raffles Boulevard, Marina Square
39595
SINGAPORE


The Ritz-Carlton, Beijing
83A Jian Guo Road, China Central Place,
Chaoyang District
Beijing 100025
CHINA


The World of Fine Wine  Progressive Luxu
John Carpenter House
John Carpenter Street
London  EC4Y 0AN
UNITED KINGDOM


Tiffany Jean Hartman
330 De Neve Drive RV800K
Los Angeles, CA 90024


Ting Heng Transport
Blk 155 Rivervale Crescent #01-144
540155
SINGAPORE

Tongda Air Service
B-7-D, Fuhua Mansion,
No.8 Chaoyangmen North Street
Dongcheng District, Beijing 100027
CHINA

Travel Service
K Letisti 1068/30
16000 Praha 6
CZECH REPUBLIC

TTS Copier International Pte Ltd
No 2 Kallang Pudding Road
#04-16 Mactech Building, 349307
SINGAPORE

TVPX ARS Inc.
39 East Eagle Ridge Drive
Suite 201
North Salt Lake, UT 84054

TVPX ARS Inc.
39 East Eagle Ridge Drive
Suite 201
Salt Lake City, UT 84111

TVPX ARS Inc.
39 East Eagle Ridge Drive
Suite 201
NEW YORK, NY

TVPX ARS Inc.
2352 Main Street
Suite 201
Concord, MA 01742

TVPX ARS Inc., Owner Trustee
39 East Eagle Ridge Drive
Suite 201
North Salt Lake, UT 84054

TVPX ARS Inc., Owner Trustee
39 East Eagle Ridge Drive
Suite 201
North Salt Lake, UT  84054


TVPX ARS, Inc.
39 East Eagle Ridge Drive
Suite 201
North Salt Lake, UT 84054


TVPZ ARS Inc.
39 East Eagle Ridge Drive
Suite 201
North Salt Lake, UT 84054


TVPZ ARS Inc., Owner Trustee
39 East Eagle Ridge Drive
Suite 201
North Salt Lake, UT 84054


U.S. Department of Transportation Federa
FAA, MMAC, AMK-322
PO Box 25770
Oklahoma City, OK 73125


UAS International Trip Support
UAS Building, DAFZA
P.O. Box 54482, Dubai
UNITED ARAB EMIRATES


Ukraine State Air Traffic Service Enterp
Airport Boryspil', Kyiv region
Ukraine
UKRAINE


ULine Ship Supplies
700 Uline Way
Allentown, PA 18106

Universal Aviation
Link Corridor, Shannon Airport,
Co. Clare
IRELAND


Universal Aviation - Italy S.r.l
Viale dell'Aviazione, 65
Milano 20138
ITALY


Universal Aviation Australia Pty Ltd  AU
Hangar 394, Ross Smith Avenue
PO Box 323, Mascot NSW 2020
AUSTRALIA


Universal Aviation Greece
Athens International Airport
Suite MTB1/Q02 Spata  19019
GREECE


Universal Aviation Ireland
Dublin International Airport
Corbalis Park, Toberbunny Dublin
IRELAND


Universal Aviation Japan
7F, SOGO Bldg. 2, 1-7-1,
Haneda-kuko, OTA-KU, Tokyo 144-0041
JAPAN


Universal Fuels, Inc.
1150 Gemini Street
Houston, TX 77058


Universal Fuels, Inc.  UVAir
1150 Gemini Street
Houston, TX 77058

Universal Private Transport
5400 South University Drive, Ste 403
Lauderdale, FL 33328


Universal Weather & Aviation Inc.  UWA
1150 Germini Street
Houston, TX 77058-2708


Universal Weather and Aviation, Inc
1150 Gemini Street
Houston, TX 77058


Up & Away Aviation Detailing Ltd
Business Aviation Centre,
Farnborough Airport
Farnborough, Hants, GU14 6XA
UNITED KINGDOM


UpperSky Catering
1 Rue jean Mermoz
Gonessa  95500
FRANCE


Uppersky Gourmet
1 Rue jean Mermoz
Gonessa  95500
FRANCE


UVair European Fuelling Svcs Ltd
Office 10-14, Wing 5  Shannon Arpt
Shannon, Co. Clare
IRELAND


Vancouver Airport Authority
PO Box 23750, Airport Postal Outlet
Richmond, V7B 1Y7
CANADA

Vector Airport System
280 Sunset Park Dr
Herndon, VA 20170


Vector- MASSPORT
PO Box 786231
Philadelphia, PA 19178-6231


Vector-Long Island MacArthur Airport
P.O. Box 787061
Philadelphia, PA 19178-7061


Vector-Santa Monica Airport
PO BOX 845260
Los Angeles, CA 90084-5260


Vietnam Air Traffic Management Corporati
No. 06/200 Nguyen Son Street ,
Long Bien District
Ha Noi
VIETNAM


Washington State Department of Labor & I
PO Box 24106
Seattle, WA 98124


Webexpenses Pty Ltd - AUD
Level 5, 155 Clarence Street
Sydney, NSW 2000
AUSTRALIA


Wells Fargo Bank Northwest, N.A.
299 South Main Street
5th Floor
Salt Lake City, UT 84111

Wells Fargo Bank Northwest, N.A.
299 S. Main Street
5th Floor
Salt Lake City, UT 84111


Wells Fargo Bank, Northwest, N.A.
MAC U1228-51
299 S. Main Street, 5th Floor
Salt Lake City, UT 84111


Wells Fargo Bank, Northwest, N.A.
MAC U1228-051
299 S. Main Street, 5th Floor
Salt Lake City, UT 84111


Wells Fargo Bank, Northwest, N.A.,
MAC U1228-51
299 S. Main Street, 5th Floor
Salt Lake City, UT 84111


Westmoreland County Airport Authority
Arnold Palmer Regional Airport
148 Aviation Lane, Suite 103
Latrobe, PA 15650


Wex Bank
33548 TREASURY CENTER
Chicago, IL 60694-3500


Wildflour Catering
93647 Curlew Ln
North Bend, OR 97459


World Fuel Svcs  Singapore  Pte Ltd
238A Thomson Road #08-01/10
Novena Square Tower A   307684
SINGAPORE

XsJet Aircraft Maintenence
3182 Campus Drive
STE : 375
San Mateo, CA 94403


Yitai Gifts Company Limited
Room 1907,19/F, Lee Garden One
33 Hysan Avenue, Causeway Bay
HONG KONG


Yoke Office Equipment
55 Serangoon North Ave 4 #01-19
S9 Building, 555859
SINGAPORE


Z-Aviation Services Emirates Co LLC
17 Mustafa Riffaat St, Block #1138,
Sheraton Heliopolis, Area Cairo  Gn'l Av
Hall 4, Arrival & Departure Halls
EGYPT


Zracna Luka Rijeka d.o.o.
Hamec 1, 51513, Omi alj
CROATIA

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>**Ron Bender SBN 143364**<br>**Levene, Neale, Bender, Yoo & Brill LLP**<br>**10250 Constellation Blvd.**<br>**Suite 1700**<br>**Los Angeles, CA 90067**<br>**(310) 229-1234**<br><br><br>*Attorney for:* Debtor | CASE NO :<br>CHAPTER: **11**<br>ADVERSARY NO.:<br>(if applicable) |
| In re:<br><br>  **Zetta Jet USA, Inc.**<br>                                          Debtor(s). | **ELECTRONIC FILING DECLARATION**<br>**(CORPORATION/PARTNERSHIP)**<br><br>**[LBR 1002-1(f)]** |

| | | |
|---|---|---|
| ☑ | Petition, statement of affairs, schedules or lists | Date Filed:  9/15/2017 |
| ☐ | Amendments to the petition, statement of affairs, schedules or lists | Date Filed: |
| ☑ | Other *(specify):*    Statement of Related Cases | Date Filed:  9/15/2017 |

**PART I - DECLARATION OF SIGNATORY OF DEBTOR OR OTHER PARTY**

I, the undersigned, declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct printed copy of the Filed Document in such places on behalf of the Filing Party and provided the executed printed copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

Date:    9/15/2017

Signature (handwritten) of authorized signatory of Filing Party

**Michael A. Maher**
Printed name of authorized signatory of Filing Party

**Chief Executive Officer and President**
Title of authorized signatory of Filing Party

**PART II - DECLARATION OF ATTORNEY FOR FILING PARTY**

I, the undersigned Attorney for the Filing Party, declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed Part 1 - *Declaration of Authorized Signatory of Debtor or Other Party of this Declaration* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct printed copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration* and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this Declaration and the Filed Document available for review upon request of the court or other parties.

Date:    9/15/2017

Signature (handwritten) of attorney for Filing Party

**Ron Bender 143364**
Printed Name of attorney for Filing Party

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015                                                           **F 1002-1.DEC.ELEC.FILING.NONINDIVIDUAL**