JEFFREY N. POMERANTZ (CA BAR NO. 143717)
JOHN W. LUCAS (CA BAR NO. 271038)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA  90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail:  jpomerantz@pszjlaw.com
            jlucas@pszjlaw.com

[Proposed] Attorneys for Official Committee of Unsecured Creditors

FILED & ENTERED

NOV 08 2017

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY may          DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>**ZETTA JET USA, INC., a California corporation**,<br><br>Debtor and Debtor-in-Possession. | Case No.: 2:17-bk-21386-SK<br>Chapter 11<br><br>Jointly Administered With:<br>Case No. 2:17-bk-21387-SK |
| In re:<br><br>**ZETTA JET PTE, LTD., a Singaporean corporation**,<br><br>Debtor and Debtor-in-Possession, | **ORDER AUTHORIZING AND APPROVING THE EMPLOYMENT OF PACHULSKI STANG ZIEHL & JONES LLP AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, EFFECTIVE AS OF OCTOBER 12, 2017**<br><br>[Relates to Dkt. No. 214]<br><br>[No hearing required pursuant to Local Bankruptcy Rule 2014-1(b)(1)] |

The Court has considered the *Application for an Order Authorizing and Approving the Employment of Pachulski Stang Ziehl & Jones LLP as Counsel for the Official Committee of Unsecured Creditors, Effective as of October 12, 2017* (the "Application"),[1] and the Declaration of John W. Lucas [Docket No. 214] (the "Lucas Declaration"), and based upon the record before the Court, it appears that Pachulski Stang Ziehl & Jones LLP ("PSZJ") does not hold or represent an

---

[1] All capitalized terms not otherwise defined herein shall have the same meaning as those ascribed in the Application [Docket No. 214].

interest adverse to the estate, that PSZJ is a disinterested person, that its employment is in the best interest of the estate, and that no hearing on the Application is required pursuant to the Local Bankruptcy Rules.  Accordingly, it is hereby

**ORDERED** that the Committee is authorized to employ PSZJ, its bankruptcy counsel herein, effective as of October 12, 2017, on the terms and conditions set forth more fully in the Application and the accompanying Lucas Declaration.

# # #

Date: November 8, 2017

Sandra R. Klein
United States Bankruptcy Judge

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

2