PETER C. ANDERSON
UNITED STATES TRUSTEE
JILL M. STURTEVANT, State Bar No. 089395
ASSISTANT UNITED STATES TRUSTEE
DARE LAW, State Bar No. 155714
TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
915 Wilshire Boulevard, Suite 1850
Los Angeles, California 90017-3560
(213) 894-4925 telephone
(213) 894-2603 facsimile
Email: dare.law@usdoj.gov

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - Los Angeles Division

| In re: | ) | Case No.: 2:17-bk-21386-SK |
|---|---|---|
| ZETTA JET USA, INC., | ) | Chapter 11 |
| | ) | SECOND AMENDED NOTICE OF APPOINTMENT AND APPOINTMENT OF COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS |
| Debtor. | ) | |

Pursuant to 11 U.S.C. Section 1102(a), the United States Trustee hereby Amend the Notice of Appointment of Committee of Creditors Holding Unsecured Claims which was filed on October 12, 2017.

**REMOVE**

Scout Aviation II, LLC
c/o Dawn M. Coulson
Epps & Coulson, LLP
707 Wilshire Blvd., Ste. 3000
Los Angeles, CA 90017
Telephone: (213) 929-2390
Facsimile: (213) 929-2394
E-mail: dcoulson@eppscoulson.com

1

Accordingly, the following three (3) creditors are appointed to serve on the Committee.

SEE ATTACHED EXHIBIT A

DATED: *November 21, 2017*

**PETER C. ANDERSON**
**UNITED STATES TRUSTEE**

By: _____
Jill M. Sturtevant
Assistant United States Trustee

2

**EXHIBIT "A"**

In re: : ZETTA JET USA, INC; 2:bk-17-21386-SK (Jointly Administered with Zetta Jet PTE, Ltd; 2:17-bk-21387-SK)

COMMITTEE OF CREDITORS  COUNSEL FOR CREDITOR

Associated Energy Group, LLC
Attn: Christopher Clementi, Vice President
701 Waterford Way, Suite 490
Miami, FL 33126
Telephone: (305) 913-5253
Facsimile: (305) 262-6080
E-mail: cclementi@aegfuels.com

Festin Management Corp.  Klee, Tuchin, Bogdanoff & Stern LLP
Attn: Jimmy Torrey, Manager  Attn: Michael L. Tuchin & David M, Guess
2808 NE 1st Ave.  1999 Avenue of the Stars, 39th Floor
Wilton Manors, FL 33334  Los Angeles, CA 90067
Telephone: (954) 682-1807  Telephone: (310) 407-4000
Facsimile: (954) 337-3227  Facsimile: (310) 407-9090
E-mail: jimt@jimmyjets.net  E-mail: dguess@ktbslaw.com

New Target Investments Limited  Micheal B. Lubic
24/F, AXA Centre  c/o K&L Gates LLP
151 Gloucester Road  10100 Santa Monica Boulevard, Suite 800
Wanchai, Hong Kong  Los Angeles, CA 90067
Telephone: +86 139 1095 2868  Telephone: (310) 552-5030
Facsimile: (852) 2726 0372  Facsimile: (310) 552-5001
E-mail: grace@investments.hk  E-mail: Michael.lubric@klgates.com

///

///

///

3

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**915 Wilshire Boulevard, Suite 1850, Los Angeles, California 90017-3560**

A true and correct copy of the foregoing document entitled (*specify*): **Second Amended Notice of Appointment and Appointment of Committee of Creditors Holding Unsecured Claims** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document.  On __**November 21, 2017**__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:  On __**November 21, 2017**__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**:  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on __**November 21, 2017**__, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 21, 2017 | Stephanie Hill | *Stephanie Hill* |
|---|---|---|
| Date | Print Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**ADDITIONAL SERVICE INFORMATION**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

| Name | Capacity | Email Address |
|---|---|---|
| Ron Bender | Attorney for Debtor | rb@lnbyb.com |
| Stephen F Biegenzahn | Interested Party | efile@sfblaw.com |
| Michael D Breslauer | Attorney for Creditor | mbreslauer@swsslaw.com, wyones@swsslaw.com |
| Dawn M Coulson | Interested Party | dcoulson@eppscoulson.com, cmadero@eppscoulson.com |
| Lisa Hill Fenning | Attorney for Creditor | Lisa.Fenning@apks.com, Jean.Kellett@apks.com |
| John-Patrick M Fritz | Attorney for Debtor | jpf@lnbyb.com, JPF.LNBYB@ecf.inforuptcy.com |
| Eric D Goldberg | Attorney for Creditor | eric.goldberg@dlapiper.com, toyia.ellis@dlapiper.com; eric-goldberg-1103@ecf.pacerpro.com |
| Michael S Greger | Attorney for Creditor | mgreger@allenmatkins.com |
| William W Huckins | Attorney for Creditor | whuckins@allenmatkins.com, clynch@allenmatkins.com |
| Jeanne M Jorgensen | Attorney for Creditor | jjorgensen@pj-law.com, cpage@pj-law.com |
| Dare Law | Attorney for U.S. Trustee | dare.law@usdoj.gov |
| Michael B Lubic | Attorney for Creditor | michael.lubic@klgates.com, jonathan.randolph@klgates.com |
| Thor D McLaughlin | Attorney for Creditor | tmclaughlin@allenmatkins.com, igold@allenmatkins.com |
| John A Moe | Interested Party | john.moe@dentons.com, laurie.soledad@dentons.com jennifer.wall@dentons.com, andy.jinnah@dentons.com |
| Alan I Nahmias | Interested Party | anahmias@mbnlawyers.com, jdale@mbnlawyers.com |
| Juliet Y Oh | Attorney for Debtor | jyo@lnbrb.com, jyo@lnbrb.com |
| R Gibson Pagter | Interested Party | gibson@ppilawyers.com, ecf@ppilawyers.com; r51779@notify.bestcase.com |
| Mary H Rose | Interested Party | mrose@buchalter.com, salarcon@buchalter.com |
| United States Trustee (LA) |  | ustpregion16.la.ecf@usdoj.gov |
| Matthew S Walker | Attorney for Creditor | matthew.walker@pillsburylaw.com, candy.kleiner@pillsburylaw.com |
| Andrew Troop | Attorney for Creditor | andrew.troop@pillsburylaw.com |
| Victor A Vilaplana | Attorney for Creditor | vavilaplana@foley.com, rhurst@foley.com |

*SEE NEF FOR CONFIRMATION OF ELECTRONIC TRANSMISSION TO THE U.S. TRUSTEE AND ANY TRUSTEE IN THIS CASE, AND TO ANY ATTORNEYS WHO RECEIVE SERVICE BY NEF.*

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                **F 9013-3.1.PROOF.SERVICE**

2.    **SERVED BY U.S. MAIL**

**Debtor:**
Zetta Jet USA, Inc.
10676 Sherman Way
Burbank, CA 91505-0000

**Chapter 11 Trustee:**
Jonathan D. King
444 West Lake Street, Suite 900
Chicago, Illinois  60606-0089

**Special Request:**
Stephen G Larson
Larson O'Brien LLP
555 South Flower Street
Suite 4400
Los Angeles, CA 90071

**Committee of Creditors**
Associated Energy Group, LLC
Attn: Christopher Clementi, Vice President
701 Waterford Way, Suite 490
Miami, FL  33126

Festin Management Corp.
Attn: Jimmy Torrey, Manager
2808 NE 1st Ave.
Wilton Manors, FL  33334

New Target Investments Limited
24/F, AXA Centre
151 Gloucester Road
Wanchai, Hong Kong

3.    **SERVED BY FEDERAL EXPRESS OVERNIGHT MAIL** (Pursuant to the UST's agreement with the Bankruptcy Judge's Courtesy Copy was mailed Federal Express overnight mail to the following address.)

Judge's Copy
Honorable Sandra Klein
U.S. Bankruptcy Court
255 E. Temple Street, Room 940
Los Angeles, CA  90012
Attn: Mail Room Clerk-Judges Copies

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.