ROBBIN L. ITKIN (SBN 117105)
robbin.itkin@dlapiper.com
DLA PIPER LLP (US)
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, California 90067-4704
Tel: (310) 595-3000
Fax: (310) 595-3300

JOHN K. LYONS (*Pro Hac Vice*)
john.lyons@dlapiper.com
KATIE ALLISON (*Pro Hac Vice*)
katie.allison@dlapiper.com
DLA PIPER LLP (US)
444 West Lake Street, Suite 900
Chicago, Illinois 60606-0089
Tel: (312) 368-4000
Fax: (312) 236-7516

Proposed Attorneys for Jonathan D. King as Chapter 11 Trustee

**FILED & ENTERED**

**NOV 30 2017**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY may       DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISIONS

| | |
|---|---|
| In re:<br><br>ZETTA JET USA, INC., a California corporation,<br><br>   Debtor. | Lead Case No.: 2:17-bk-21386-SK<br><br>Chapter 11<br><br>Jointly Administered With:<br>Case No.: 2:17-bk-21387-SK |
| In re:<br><br>ZETTA JET PTE, LTD., a Singaporean corporation,<br><br>   Debtor. | **ORDER GRANTING THE CHAPTER 11 TRUSTEE'S APPLICATION TO EMPLOY DLA PIPER LLP (US) AS BANKRUPTCY COUNSEL PURSUANT TO SECTION 327(a) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 2014, EFFECTIVE AS OF OCTOBER 5, 2017** |
| ☒   Affects Both Debtors<br>☐   Affects Zetta Jet USA, Inc., a California corporation, only<br>☐   Affects Zetta Jet PTE, Ltd., a Singaporean corporation, only | [Relates to Docket Nos. 265, 316, & 387]<br><br>[No hearing required pursuant to Local Bankruptcy Rule 2014-1(b)(1)] |

The application (the "Application")[1] [Docket No. 265] of Jonathan D. King, in his capacity as the chapter 11 trustee appointed in these cases (the "Chapter 11 Trustee"), pursuant to Sections 327(a) and 330

---
[1] Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Application.

1  of title 11 of chapter 11 of the United States Code (the "Bankruptcy Code"), Rules 2014 and 6003(a) of
2  the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 2014-1 of the Local
3  Bankruptcy Rules of the United States Bankruptcy Court for the Central District of California (the "Local
4  Bankruptcy Rules"), for an order authorizing the Chapter 11 Trustee's retention and employment of DLA
5  Piper LLP (US) ("DLA Piper") as bankruptcy counsel in connection with the chapter 11 cases (the
6  "Chapter 11 Cases") of the above-captioned debtors (together, the "Debtors"), effective as of October 5,
7  2017 (which is the date that the Chapter 11 Trustee was appointed and retained DLA Piper), has come
8  before the Honorable Sandra R. Klein, United States Bankruptcy Judge, presiding.

9  The Court having reviewed the Application, the *Declaration of John K. Lyons*, as incorporated by
10  reference to the Application (the "Declaration") [Docket No. 265], that certain *Supplemental Declaration*
11  *of John K. Lyons in Support of Chapter 11 Trustee's Application to Employ DLA Piper LLP (US) as*
12  *Bankruptcy Counsel Pursuant to Section 327(a) of the Bankruptcy Code and Bankruptcy Rule 2014,*
13  *Effective as of October 5, 2017*, filed November 1, 2017 (the "Supplemental Declaration") [Docket No.
14  316], and that certain *Second Supplemental Declaration of John K. Lyons in Support of Chapter 11*
15  *Trustee's Application to Employ DLA Piper LLP (US) as Bankruptcy Counsel Pursuant to Section 327(a)*
16  *of the Bankruptcy Code and Bankruptcy Rule 2014, Effective as of October 5, 2017*, filed November 17,
17  2017 (the "Second Supplemental Declaration") [Docket No. 387], and it appearing that the Application
18  should be approved, that adequate notice has been given under the circumstances and no opposition
19  thereto was timely filed, and for other good cause appearing, therefor,

20  **IT IS HEREBY ORDERED that:**

21  1.  The Application is **GRANTED**.

22  //
23  //
24  //
25  //
26  //
27  //
28  //

2. The Chapter 11 Trustee is authorized to retain and employ DLA Piper as bankruptcy counsel, effective as of October 5, 2017, on the terms and conditions set forth more fully in the Application, Declaration, Supplemental Declaration, and Second Supplemental Declaration.

### #

Date: November 30, 2017

Sandra R. Klein
United States Bankruptcy Judge