| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| ROBBIN L. ITKIN (SBN 117105)<br>robbin.itkin@dlapiper.com<br>DLA PIPER LLP (US)<br>2000 Avenue of the Stars<br>Suite 400 North Tower<br>Los Angeles, CA 90067-4704<br>Tel:  (310) 595-3000<br>Fax: (310) 595-3300<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Jonathan D. King, Chapter 11 Trustee | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -** LOS ANGELES DIVISION

| In re:<br><br>ZETTA JET USA, INC., a California corporation,<br><br><br><br><br><br>Debtor(s). | CASE NO.: 2: 17-bk-21386-SK<br><br>CHAPTER: 11<br><br>**DEBTOR'S MOTION TO CONVERT CASE UNDER 11 U.S.C. §§ 706(a) OR 1112(a)** |
|---|---|

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

1.  Debtor hereby moves this court for an Order converting the above chapter 11 case to a case under chapter 7 on the grounds set forth below:

2.  **Filing Information:**

    a.  ☒  A Voluntary Petition under chapter        ☐ 7   ☒ 11   ☐ 12   ☐ 13   was filed on: 09/15/2017

    b.  ☐  An Involuntary Petition under chapter    ☐ 7   ☐ 11   was filed on: _____
        ☐  An Order of Relief under chapter           ☐ 7   ☐ 11   was entered on: _____

    c.  ☐  An Order of Conversion to chapter      ☐ 7   ☐ 11   ☐ 12   ☐ 13   was entered on: _____

    d.  ☒  Other *(specify)*: The operations of the Debtor shut down at the close of business on
        November 30, 2017

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

3. **Procedural Status**

    a.  Name of trustee appointed *(if any)*:  Jonathan D. King, as the Chapter 11 Trustee

    b.  Name of attorney of record for trustee *(if any)*:  Robbin L. Itkin and John K. Lyons of DLA Piper LLP (US)

4. Debtor alleges that this case has not been previously converted.

5. Debtor alleges that the motion is filed in good faith, and that Debtor is eligible for relief under the chapter for which conversion is requested.

WHEREFORE, Debtor prays that this court issue an Order (the form of which is submitted herewith and has been served) converting this case from one under chapter 11 to a case under chapter 7 .

Date:  12/01/2017 

Respectfully submitted,

DLA Piper LLP (US)
Printed name of law firm

/s/ Jonathan D. King
Signature

Jonathan D. King, as the Chapter 11 Trustee
Printed name of Debtor/trustee

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*      Page 2      **F 1017-1.1.MOTION.DEBTOR.CONVERT**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

DLA Piper LLP (US)
2000 Avenue of the Stars, Suite 400 North Tower
Los Angeles, CA 90067-4704

A true and correct copy of the foregoing document entitled *Debtor's Motion to Convert Case Under 11 U.S.C. §§ 706(a) or 1112(a)* will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On December 1, 2017, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

| | | |
|---|---|---|
| John-Patrick M. Fritz | Zetta Jet USA, Inc. | jpf@lnbyb.com |
| John-Patrick M. Fritz | Zetta Jet PTE Ltd. | jpf@lnbyb.com |
| Juliet Y. Oh | Zetta Jet USA, Inc. | jyo@lnbyb.com |
| Ron Bender | Zetta Jet PTE Ltd. | rb@lnbyb.com |
| Ron Bender | Zetta Jet USA, Inc. | rb@lnbyb.com |
| Jeanne M. Jorgensen | Universal Weather & Aviation | jjorgensen@pj-law.com |
| Jeanne M. Jorgensen | Universal Fuels, Inc. | jjorgensen@pj-law.com |
| Dawn M. Coulson | Scout Aviation II, LLC | dcoulson@eppscoulson.com |
| William W. Huckins | Ample United Limited | whuckins@allenmatkins.com |
| Michael S. Greger | Ample United Limited | mgreger@allenmatkins.com |
| Matthew S. Walker | Bombardier Aerospace | matthew.walker@pillsburylaw.com |
| Alan I. Nahmias | NEF Request | anahmias@mbnlawyers.com |
| Mary H. Rose | NEF Request | mrose@buchalter.com |
| Michael D. Breslauer | Big Fly LLC | mbreslauer@swsslaw.com |
| Stephen F. Biegenzahn | NEF Request | sbiegenzahn@mbnlawyers.com |
| David W. Meadows | NEF Request | david@davidwmeadowslaw.com |
| Andrew Troop | Bombardier Aerospace | andrew.troop@pillsburylaw.com |
| Dare Law | U.S. Trustee | dare.law@usdoj.gov |
| Michael L. Bernstein | Li Entities | michael.bernstein@apks.com |
| Charles A. Malloy | Li Entities | charles.malloy@apks.com |
| Lisa Hill Fenning | Li Entities | lisa.fenning@apks.com |
| Tiffany M. Ikeda | Li Entities | tiffany.ikeda@apks.com |
| Michael B. Lubic | New Target Investments | michael.lubic@klgates.com |
| Victor A. Vilaplana | ARINC Direct, LLC | vavilaplana@foley.com |
| Jeffrey N. Pomerantz | Creditor Committee | jpomerantz@pszjlaw.com |
| Debra I. Grassgreen | Creditor Committee | dgrassgreen@pszjlaw.com |
| John W. Lucas | Creditor Committee | jlucas@pszjlaw.com |
| Paul Laurin | Rolls-Royce Deutschland | paul.laurin@btlaw.com |
| Michael K. McCrory | Rolls-Royce Deutschland | mmccrory@btlaw.com |
| Jonathan Sundheimer | Rolls-Royce Deutschland | jsundheimer@btlaw.com |
| Michael A. Sweet | Associated Energy Group | msweet@foxrothschild.com |
| Rebecca J. Winthrop | CAE SimuFlite, Inc. | rebecca.winthrop@nortonrosefulbright.com |
| Scott M. Ewing | Rust Consulting/Omni Bankruptcy | sewing@omnimgt.com; ecf@omnimgt.com |
| Nolan Thomas | NEF Request | nolan.thomas@klgates.com |
| Alan W. Forsley | NEF Request | alan.forsley@flpllp.com |
| Matthew A. Lesnick | NEF Request | matt@lesnickprince.com |
| Daniel H. Slate | NEF Request | dslate@buchalter.com |

☐  Service information continued on attached page

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**2. SERVED BY UNITED STATES MAIL**:

On (date) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) December 1, 2017, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

VIA HAND DELIVERY

Honorable Sandra R. Klein
United States Bankruptcy Court
  for the Central District of California
255 East Temple Street, Suite 1582
Los Angeles, California 90012

Dare Law
Office of the United States Trustee
915 Wilshire Boulevard, Suite 1850
Los Angeles, CA 90017

VIA ELECTRONIC MAIL

(Party, who is being served if different, and email address for each)

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 1, 2017 | William L. Countryman, Jr. | /s/ William L. Countryman, Jr. |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

EAST\148965536.1

| **20 Largest Creditors Served via Electronic Mail** | |
|---|---|
| Bombardier Aerospace Corporation<br><br>c/o Matthew S. Walker<br>Email:  matthew.walker@pillsburylaw.com<br><br>c/o Andrew Troop<br>Email:  andrew.troop@pillsburylaw.com | Rolls-Royce Deutschland Ltd & Co KG<br><br>c/o Paul Laurin<br>Email:  paul.laurin@btlaw.com<br><br>c/o Michael K. McCrory<br>Email:  mmccrory@btlaw.com<br><br>c/o Jonathan Sundheimer<br>Email:  jsundheimer@btlaw.com |
| World Fuel Services (Singapore) Pte. Ltd.<br><br>Attn.:  Calvin Chia<br>cchia@wfscorp.com | Universal Fuels, Inc. (UVAir)<br><br>c/o Jeanne M. Jorgensen<br>Email:  jjorgensen@pj-law.com |
| Rainbow Aviation Limited<br><br>Attn.:  Benedict Tan<br>benedicttan@stamfordland.com | CAE Simuflite, Inc.<br><br>c/o Rebecca J. Winthrop<br>Email:  rebecca.winthrop@nortonrosefulbright.com |
| Hongkong & Shanghai Banking Corp Ltd<br><br>c/o Jennifer W. Crastz<br>jcrastz@hrhlaw.com | Scout Aviation II, LLC<br><br>c/o Dawn M. Coulson<br>Email:  dcoulson@eppscoulson.com |
| Universal Weather & Aviation Inc. (UWA)<br><br>c/o Jeanne M. Jorgensen<br>Email:  jjorgensen@pj-law.com | Festin Management<br><br>c/o James Torrey at Jimmy Jets<br>Email:  jimt@jimmyjets.net |
| Hanergy [Yoda Aviation]<br><br>Attn.:  John Zhang<br>Email:  zhangbin@hanergy.com | Corporate Jet Support<br><br>Attn.:  Whitne Keenan<br>Email:  wkeenan@corpjetsupport.com |
| Eurocontrol<br><br>Attn.:  Nancy Coveliers<br>Email:  nancy.coveliers@eurocontrol.int | Associated Energy Group, LLC (AEG Fuel)<br><br>Attn.:  Christopher Clementi<br>Email:  cclementi@aegfuels.com<br><br>c/o Michael A. Sweet<br>Email:  msweet@foxrothschild.com<br><br>c/o Jack Praetzellis<br>Email:  jpraetzellis@foxrothschild.com |
| Tongda Air Service<br><br>Attn.:  Fuhua Mansion<br>tongda@tdas-intl.com | Wex Bank<br><br>Attn.:  Kiran Patel<br>kiran.patel@wexinc.com |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

| Jeppesen Sanderson, Inc.<br><br>Attn.: Doris Fuller<br>Doris.fuller@jeppesen.com | UVAir European Fuelling Services Ltd<br><br>c/o Jeanne M. Jorgensen<br>Email: jjorgensen@pjlaw.com |
|---|---|
| ARINC Direct<br><br>c/o Victor A. Vilaplana<br>Email: vavilaplana@foley.com<br><br>c/o Erika L. Morabito<br>Email: emorabito@foley.com<br><br>c/o Brittany J. Nelson<br>Email: bnelson@foley.com | SN 1360, LLC<br><br>c/o James Torrey at Jimmy Jets<br>Email: jimt@jimmyjets.net |

| **Aircraft Finance and Aircraft Lease Parties by Electronic Mail** | |
|---|---|
| Angus Marine Ventures, Ltd.<br><br>c/o Stephen G. Larson<br>Email: slarson@larsonobrienlaw.com | Jet Support Services (JSSI)<br><br>c/o Richard Schumacher<br>Email: rschumacher@jetsupport.com |
| AVIC International Leasing Co., Ltd.<br><br>Attn.: Wayne Wong<br>Email: wangqicong@chinaleasing.net | New Target Investments Limited<br><br>c/o Michael Lubic<br>Email: michael.lubic@klgates.com |
| Big Fly LLC<br><br>c/o Michael D. Breslauer<br>Email: mbreslauer@swsslaw.com | Tony Robbins<br><br>c/o Alan I. Nahmias<br>Email: anahmias@mbnlawyers.com<br><br>c/o Stephen F. Biegenzahn<br>Email: sbiegenzahn@mbnlawyers.com |
| TVPX ARS, Inc.<br><br>Attn.: David Wall<br>Email: dwall@tvpx.com | Attorneys for Ample United Limited<br><br>c/o William W. Huckins<br>whuckins@allenmatkins.com<br><br>c/o Michael S. Greger<br>mgreger@allenmatkins.com |
| Attorney for Jet Aviation<br><br>c/o Sarah R. Borders<br>sborders@kslaw.com | SN 1360, LLC and SN 1372, LLC<br><br>Attn.: James Torrey at Jimmy Jets<br>Email: jimt@jimmyjets.net |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

EAST\148965536.1

| | |
|---|---|
| Attorney for Scout Aviation II, LLC<br><br>c/o Dawn M. Coulson<br>Email:  dcoulson@eppscoulson.com | Attorney for Bombardier Aerospace<br><br>c/o Matthew S. Walker<br>Email:  matthew.walker@pillsburylaw.com<br><br>c/o Andrew Troop<br>Email:  andrew.troop@pillsburylaw.com |
| Element Financial Corp.<br><br>Attn.:  Michael O'Keefe<br>Email:  mokeefe@ecncapitalcorp.com | PTJ Associates LLC<br><br>Attn.:  Stephen Hofer<br>Email:  shofer@aerlex.com |
| Attorneys for Yuntian 3 Leasing Company Limited and Yuntian 4 Leasing Company Limited<br><br>Philip S. Warden<br>Email:  philip.warden@pillsburylaw.com<br><br>M. David Minnick<br>Email:  dminnick@pillsburylaw.com | ECN Aviation Inc. (f/k/a Element Aviation)<br><br>Attn.:  Michael O'Keefe<br>Email:  mokeefe@ecncapitalcorp.com |

| | |
|---|---|
| **Creditors' Committee by Electronic Mail** | |
| Associated Energy Group, LLC<br><br>Attn.:  Christopher Clementi<br>Email: cclementi@aegfuels.com<br><br>c/o Michael A. Sweet<br>Email: msweet@foxrothschild.com<br><br>c/o Jack Praetzellis<br>Email:  jpraetzellis@foxrothschild.com | Festin Management Corp.<br><br>c/o James Torrey, Manager<br>Email:    jimt@jimmyjets.net |
| New Target Investments Limited<br><br>c/o Michael B. Lubic, Esquire<br>Email: michael.lubic@klgates.com<br><br>c/o Nolan C. Thomas, Esquire<br>Email: nolan.thomas@klgates.com | Counsel for the Committee<br><br>c/o Jeffrey N. Pomerantz<br>Email:    jpomerantz@pszjlaw.com<br><br>c/o Debra I. Grassgreen<br>Email: dgrassgreen@pszjlaw.com<br><br>c/o John W. Lucas<br>Email: jlucas@pszjlaw.com |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

| **Other Requests for Service by Electronic Mail** | |
|---|---|
| Attorneys for the Debtors<br><br>c/o John-Patrick M. Fritz<br>Email:  jpf@lnbyb.com<br><br>c/o Juliet Y. Oh<br>Email:  jyo@lnbyb.com<br><br>c/o Ron Bender<br>Email:  rb@lnbyb.com | Attorney for the Li Entities<br><br>c/o Michael L. Bernstein<br>Email:  michael.bernstein@apks.com<br><br>c/o Charles A. Malloy<br>Email:  charles.malloy@apks.com<br><br>c/o Lisa Hill Fenning<br>Email:  lisa.fenning@apks.com<br><br>c/o Tiffany M. Ikeda<br>Email:  tiffany.ikeda@apks.com |
| United States Trustee<br><br>Attn.:  Dare Law<br>Email:  Dare.law@usdoj.gov | Attorney for Universal Weather & Aviation and Universal Fuels, Inc.<br><br>c/o Jeanne M. Jorgensen<br>Email:  jjorgensen@pj-law.com |
| Attorney for Rolls-Royce Deutschland<br><br>c/o Paul Laurin<br>Email:  paul.laurin@btlaw.com<br><br>c/o Michael K. McCrory<br>Email:  mmccrory@btlaw.com<br><br>c/o Jonathan Sundheimer<br>Email:  jsundheimer@btlaw.com | Attorneys for ARINC Direct, LLC<br><br>c/o Victor A. Vilaplana<br>Email:  vavilaplana@foley.com<br><br>c/o Erika L. Morabito<br>Email:  emorabito@foley.com<br><br>c/o Brittany J. Nelson<br>Email:  bnelson@foley.com |
| Advanced Air Management, Inc.<br><br>Attn.:  James Seagrim<br>Email:  jseagrim@zettajet.com | Attorney for CAE Simuflite, Inc.<br><br>c/o Rebecca J. Winthrop<br>Email:  rebecca.winthrop@nortonrosefulbright.com |
| Attorney for Hongkong & Shanghai Banking Corp Ltd.<br><br>c/o Jennifer W. Crastz<br>jcrastz@hrhlaw.com | Bank of Utah, Owner / Trustee<br><br>Email:  cschulthies@bankofutah.com |
| Export Development Canada<br><br>Attn.:  Jeff Blattman<br>Email:  jblattman@edc.ca | Eurocontrol<br><br>Attn.:  Nancy Coveliers<br>Email:  nancy.coveliers@eurocontrol.int |
| Hanergy (Yoda Aviation)<br><br>Attn.:  John Zhang<br>Email:  zhangbin@hanergy.com | WEX Bank<br><br>Attn.:  Kiran Patel<br>kiran.patel@wexinc.com |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

| Corporate Jet Support<br><br>Attn.:  Whitne Keenan<br>Email:  wkeenan@corpjetsupport.com | Jeppesen Sanderson, Inc.<br><br>Attn.:  Doris Fuller<br>Doris.fuller@jeppesen.com |
| --- | --- |
| Tongda Air Service<br><br>Attn.:  Fuhua Mansion<br>Email:  tongda@tdas-intl.com | |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.