STEVEN T. GUBNER – Bar No. 156593
ROBYN B. SOKOL – Bar No. 159506
COREY R. WEBER – Bar No. 205912
BRUTZKUS GUBNER
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Telephone: (818) 827-9000
Facsimile: (818) 827-9099
Emails: sgubner@bg.law
　　　　 rsokol@bg.law
　　　　 cweber@bg.law

Special Litigation Counsel
for Jonathan D. King, Chapter 7 Trustee
for Zetta Jet USA, Inc. and Zetta Jet PTE, LTD.

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>ZETTA JET USA, INC., a California corporation,<br><br>　　　　　　　Debtor.<br>―――――――――――――――<br>ZETTA JET PTE, LTD., a Singaporean corporation,<br><br>　　　　　　　Debtor. | Case No.: 2:17-bk-21386-SK<br>Jointly Administered with<br>Case No. 2:17-bk-21387-SK<br><br>Chapter 7<br><br>**STATUS REPORT REGARDING ADVERSARY PROCEEDINGS PURSUANT TO SECTIONS 547, 548 AND 550 OF THE BANKRUPTCY CODE FOR PENDING AVOIDANCE ACTIONS**<br><br>**Date:** January 7, 2020<br>**Time:** 10:00 a.m.<br>**Place:** Courtroom 1575<br>　　　　United States Bankruptcy Court<br>　　　　255 E. Temple Street<br>　　　　Los Angeles, CA  90012 |

///

2237308

1

# ZETTA JET USA, INC.
## Bk. Case No. 2:17-bk-21386-SK
### Adversary Proceeding Status

| Adv. Proc. # | Defendant Name | Service Effectuated | Answer Filed | Answer Due Date Includes Extensions | Settled | Mediation Referral Filed | Complaint Dismissed |
|---|---|---|---|---|---|---|---|
| 2:19-ap-01285 | Avinode | Y | 9/30/2019 | | | Y | |
| 2:19-ap-01285 | World Fuel Services | Y | 9/30/2019 | | | Y | |
| 2:19-ap-01285 | World Fuel Services (Singapore) Pte Ltd - WFS | Y | N | 2/15/20 | | * Will mediate with Avinode and World Fuel Services | |
| 2:19-ap-01298 | Air Charter Service - CA | Y | N | 1/10/20 | | | |
| 2:19-ap-01299 | Airline Cert LLC | Y | N | 1/13/20 | Y | | |
| 2:19-ap-01300 | ARINC Direct | Y | N | 12/12/19 | | | |
| 2:19-ap-01301 | Arthur J Gallagher RMS Inc. | Y | 9/23/2019 | 10/11/19 | | | |
| 2:19-ap-01302 | Associated Aircraft Group Inc. | Y | N | 11/12/19 | | | |
| 2:19-ap-01303 | AEG Fuels | Y | N | 2/8/20 | | | |
| 2:19-ap-01303 | Associated Energy Group, LLC (AEG Fuel) | Y | N | 2/8/20 | | | |
| 2:19-ap-01304 | Argus Marine/The Winterbotham Group | Y | N | after mediation | | Y | |
| 2:19-ap-01305 | Blue Shield CA | Y | Y | 10/11/19 | | | |

1/6/2020

**ZETTA JET USA, INC.**
**Bk. Case No. 2:17-bk-21386-SK**
**Adversary Proceeding Status**

| Adv. Proc. # | Defendant Name | Service Effectuated | Answer Filed | Answer Due Date Includes Extensions | Settled | Mediation Referral Filed | Complaint Dismissed |
|---|---|---|---|---|---|---|---|
| 2:19-ap-01306 | CKE Associates LLC | Y | N | Settled | Y | | |
| 2:19-ap-01307 | CRS Jet Spares | Y | N | 10/11/19 | | | |
| 2:19-ap-01308 | D&D Travel Group LLC | Y | N | Settled | Y | | Y |
| 2:19-ap-01309 | Evolution Jets | Y | N | 10/11/19 | | | |
| 2:19-ap-01310 | Festin Management Corp | N | N | | | | |
| 2:19-ap-01311 | First Insurance | Y | N | 10/11/19 | | | Y |
| 2:19-ap-01312 | Gama Aviation | Y | N | 10/11/19 | | | |
| 2:19-ap-01313 | Glencoe Aviation Group | Y | N | Settled | Y | | Y |
| 2:19-ap-01314 | Jeppesen Sanderson, Inc | Y | Y | 12/30/19 | | | |
| 2:19-ap-01315 | Jet Edge Intl LLC | Y | N | 10/11/19 | | | |
| 2:19-ap-01316 | Jet Tech | Y | N | 1/13/20 | | | |
| 2:19-ap-01317 | JTW Jets LLC | Y | N | Settled | Y | | |

**ZETTA JET USA, INC**
Bk. Case No. 2:17-bk-21386-SK
**Adversary Proceeding Status**

| Adv. Proc. # | Defendant Name | Service Effectuated | Answer Filed | Answer Due Date Includes Extensions | Settled | Mediation Referral Filed | Complaint Dismissed |
|---|---|---|---|---|---|---|---|
| 2:19-ap-01318 | KLM Jet Center | Y | N | 10/11/19 | | | |
| 2:19-ap-01319 | Lyon Aviation Inc | Y | N | 11/11/19 | | | |
| 2:19-ap-01320 | Mather Aviation | Y | Y | 12/12/19 | | Y | |
| 2:19-ap-01321 | Monica Nevarez | | N | 10/11/19 | | | |
| 2:19-ap-01322 | O'Melveny & Myers LLP | Y | N | Settled | Y | | |
| 2:19-ap-01323 | Red Aviation | Y | N | 10/11/19 | | | |
| 2:19-ap-01324 | Rockwell Collins | Y | N | Settled | Y | | |
| 2:19-ap-01325 | Satcom Direct Inc | Y | N | Settled | Y | | |
| 2:19-ap-01326 | Silver Air | Y | N | Dismissed | | | Y |
| 2:19-ap-01327 | The Convention News Company, Inc. | Y | N | 12/12/19 | | | |
| 2:19-ap-01328 | Universal Weather & Aviation Inc. (UWA) | Y | N | 2/10/20 | | | |
| 2:19-ap-01329 | American Express | Y | Y | 10/15/19 | | | |

# ZETTA JET USA, INC
**Bk. Case No. 2:17-bk-21386-SK**
**Adversary Proceeding Status**

| Adv. Proc. # | Defendant Name | Service Effectuated | Answer Filed | Answer Due Date Includes Extensions | Settled | Mediation Referral Filed | Complaint Dismissed |
|---|---|---|---|---|---|---|---|
| 2:19-ap-01329 | American Express Int'l Inc -SGD | Y | Y | 10/15/19 | | | |
| 2:19-ap-01334 | Scout Aviation | Y | N | 1/22/2020 | | | |
| 2:19-ap-01337 | Air BP Ltd | Y | N | 12/18/19 | | | |
| 2:19-ap-01338 | A&L Goodbody Solicitors | N | N | | | | |
| 2:19-ap-01339 | Mourant Ozannes | N | N | | | | |
| 2:19-ap-01341 | Airmen Aviation Solution Corporation | N | N | | | | |
| 2:19-ap-01342 | Avcon Jet Ag | N - | N | | | | |
| 2:19-ap-01343 | Aviation Services Management FZE | N | N | | | | |
| 2:19-ap-01344 | Cloudera Aviation Services Sdn Bhd | N | N | | | | |
| 2:19-AP-01345 | DHT Aviation Inc | N | N | | | | |
| 2:19-AP-01346 | Diligence Global Business Intelligence SA | N | N | | | | |
| 2:19-ap-01347 | Clyde & Co Clasis Singapore Pte Ltd | N | N | | | | |

ZETTA JET USA, INC.
Bk. Case No. 2:17-bk-21386-SK
**Adversary Proceeding Status**

| Adv. Proc. # | Defendant Name | Service Effectuated | Answer Filed | Answer Due Date Includes Extensions | Settled | Mediation Referral Filed | Complaint Dismissed |
|---|---|---|---|---|---|---|---|
| 2:19-ap-01348 | Eurocontrol - EUR | Y | Y | 12/30/19 | | Y | |
| 2:19-ap-01348 | Eurocontrol | Y | Y | 11/30/19 | | Y | |
| 2:19-ap-01350 | Rainbow Aviation Ltd | N | N | 1/11/20 | | | |
| 2:19-ap-01351 | Frances Rose Aviation Ltd | N | N | | | | |
| 2:19-ap-01352 | Freestream Aircraft Bermuda Ltd | N | N | | | | |
| 2:19-ap-01353 | Hanergy [Yoda Aviation] | N | N | 1/20/20 | | | |
| 2:19-ap-01354 | Heron Aviation Gmbh | N | N | | | | |
| 2:19-ap-01355 | Jetex Flight Support, Le Bourget, Paris - EURO | N | N | | | | |
| 2:19-ap-01355 | Jetex Flight Support - USD | N | N | | | | |
| 2:19-ap-01357 | Mainami Kuko Services Co., Ltd - JPY | N | N | | | | |
| 2:19-ap-01358 | Milbank Tweed | N | N | | | | |
| 2:19-ap-01359 | MJets Limited | Y | N | 1/3/20 | | | |

ZETTA JET USA, INC.
Bk. Case No. 2:17-bk-21386-SK
**Adversary Proceeding Status**

| Adv. Proc. # | Defendant Name | Service Effectuated | Answer Filed | Answer Due Date Includes Extensions | Settled | Mediation Referral Filed | Complaint Dismissed |
|---|---|---|---|---|---|---|---|
| 2:19-ap-01360 | Pt. Karisma Bahana Aviasi | Y | N | 10/11/19 | | | |
| 2:19-ap-01361 | Quick International Couriers (UK) Ltd | N | N | | | | |
| 2:19-ap-01362 | Rolls-Royce PLC, Rolls-Royce Deutschland Ltd & Co KG | N | N | 2/4/20 | | | |
| 2:19-ap-01363 | Salem Ibrahim LLC - SGD | N | N | | | | |
| 2:19-ap-01364 | SRC Aviation (P) Ltd | N | N | | | | |
| 2:19-ap-01365 | Zenith Jet Inc | N | N | | | | |
| 2:19-ap-01366 | Stephen Fry | Y | N | 1/22/20 | | | |
| 2:19-ap-01394 | Maritimo Offshore PTY LTD. | Y | N | Matter stayed; Def. filed for bankruptcy in Australia, Ch. 15 order entered | | | |