**FILED & ENTERED**

**JAN 27 2020**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY may    DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>Zetta Jet USA, Inc.,<br><br>Debtor. | Case No.: 2:17-bk-21386-SK<br>Jointly Administered with<br>Case No. 2:17-bk-21387-SK<br><br>CHAPTER 7<br><br>**ORDER CONTINUING STATUS CONFERENCES ON ADVERSARY COMPLAINTS**<br><br><u>Current Hearing Date:</u><br>Date:  February 12, 2020<br>Time:  10:00 a.m.<br>Crtrm: 1575<br><br><u>Continued Hearing Date:</u><br>Date:   March 11, 2020<br>Time:   10:00 a.m.<br>Crtrm: 1575 |

//

//

-1-

**INTERESTED PARTES PLEASE TAKE NOTICE** that the status conferences on the adversary complaints reflected in the table below are continued from February 12, 2020 at 10:00 a.m. to March 11, 2020 at 10:00 a.m. Counsel for plaintiff is to file and serve a notice of continued status conference in each listed adversary case no later than February 12, 2020.

| Adversary Case |
| --- |
| 19-ap-01285-SK King v. World Fuel Services, Inc. et al |
| 19-ap-01298-SK King v. Air Charter Service - CA |
| 19-ap-01299-SK King v. Airline Cert LLC |
| 19-ap-01300-SK King v. ARINC Direct |
| 19-ap-01301-SK King v. Arthur J. Gallagher RMS Inc. |
| 19-ap-01302-SK King v. Associated Aircraft Group Inc. |
| 19-ap-01303-SK King v. Associated Energy Group, LLC (AEG Fuel) et al |
| 19-ap-01304-SK King v. Argus Marine Ventures Ltd. et al |
| 19-ap-01305-SK King v. Blue Shield CA |
| 19-ap-01306-SK King v. CKE Associates LLC |
| 19-ap-01307-SK King v. CRS Jet Spares |
| 19-ap-01308-SK King v. D&D Travel Group LLC |
| 19-ap-01309-SK King v. Evolution Jets |
| 19-ap-01310-SK King v. Festin Management Corp. |
| 19-ap-01312-SK King v. Gama Aviation |
| 19-ap-01313-SK King v. Glencoe Aviation Group |
| 19-ap-01314-SK King v. Jeppesen Sanderson, Inc. |
| 19-ap-01315-SK King v. Jet Edge Intl LLC |
| 19-ap-01316-SK King v. Jet Tech et al |
| 19-ap-01317-SK King v. JTW Jets LLC |
| 19-ap-01318-SK King v. KLM Jet Center |
| 19-ap-01320-SK King v. Mather Aviation |
| 19-ap-01321-SK King v. Monica Nevarez |
| 19-ap-01322-SK King v. O'Melveny & Meyers LLP |
| 19-ap-01323-SK King v. Red Aviation |
| 19-ap-01324-SK King v. Rockwell Collins |
| 19-ap-01325-SK King v. Satcom Direct Inc. |
| 19-ap-01327-SK King v. The Convention News Company, Inc. |
| 19-ap-01328-SK King v. Universal Weather & Aviation Inc. (UWA) |

| |
|---|
| 19-ap-01329-SK King v. American Express et al |
| 19-ap-01334-SK King v. Scout Aviation II, LLC |
| 19-ap-01337-SK King v. Air BP Ltd. et al |

IT IS SO ORDERED.

###

Date: January 27, 2020

Sandra R. Klein
United States Bankruptcy Judge