DAVID M. RILEY (SBN 292087)
david.riley@us.dlapiper.com
DLA PIPER LLP (US)
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, California 90067-4704
Tel: (310) 595-3000
Fax: (310) 595-3300

JOHN K. LYONS (*Pro Hac Vice*)
john.lyons@us.dlapiper.com
JEFFREY S. TOROSIAN (*Pro Hac Vice*)
jeffrey.torosian@us.dlapiper.com
JOSEPH A. ROSELIUS (*Pro Hac Vice*)
joseph.roselius@us.dlapiper.com
DLA PIPER LLP (US)
444 West Lake Street, Suite 900
Chicago, Illinois 60606-0089
Tel: (312) 368-4000
Fax: (312) 236-7516

Attorneys for Jonathan D. King as Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>ZETTA JET USA, INC., a California corporation,<br><br>    Debtor. | Lead Case No.: 2:17-bk-21386-SK<br><br>Chapter 7<br><br>Jointly Administered With:<br>Case No.: 2:17-bk-21387-SK |
| In re:<br><br>ZETTA JET PTE, LTD., a Singaporean corporation,<br><br>    Debtor. | **OMNIBUS STATUS REPORT ON CERTAIN ADVERSARY CASES**<br><br>Next Hearing:<br> Date: June 12, 2024<br> Time: 10:00 a.m. (PDT) |
| ☒    Affects Both Debtors<br><br>☐    Affects Zetta Jet USA, Inc., a California corporation, only<br><br>☐    Affects Zetta Jet PTE, Ltd., a Singaporean corporation, only | Place: Courtroom 1575<br>    255 East Temple Street<br>    Los Angeles, CA 90012<br><br>[Related to Adversary Case Nos.:<br>2:19-ap-01147, 2:19-ap-01382, 2:19-ap-01383] |

DLA PIPER LLP (US)
LOS ANGELES

1

1610547439.2

**TO THE HONORABLE SANDRA R. KLEIN, UNITED STATES BANKRUPTCY JUDGE, THE UNITED STATES TRUSTEE AND ALL DEFENDANTS:**

COMES NOW, counsel for Jonathan D. King, solely in his capacity as the duly appointed chapter 7 trustee (the "Trustee") in the above-captioned, jointly administered bankruptcy cases of Zetta Jet USA, Inc. and Zetta Jet PTE, Ltd., and plaintiff in the above-referenced adversary proceedings (the "Adversary Proceedings"), and files this status report concerning the Adversary Proceedings.

On August 21, 2023, the United States District Court for the Central District of California (the "District Court") held a consolidated hearing in the appeals from the CAVIC Adversary Case [No. 2:19-ap-01147], the Jetcraft Adversary Case [No. 2:19-ap-01382], and the Yuntian Adversary Case [No. 2:19-ap-01383]. As noted in the *Eleventh Interim Application of DLA Piper for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses Incurred as Counsel to the Chapter 7 Trustee for the Period from October 1, 2023 Through March 31, 2024* [Dkt. No. 2356] (the "DLA Fee Application") and the accompanying *Declaration and Certification of Jonathan D. King* (the "King Declaration"), on March 26, 2024, the District Court filed its consolidated opinion under seal on each of the appeal dockets. *See* DLA Fee Application ¶¶ 59, 80, 96; King Declaration, ¶ 7. As of this writing, a redacted copy of the opinion has not been entered. The Trustee will file a redacted opinion once it is available on the public District Court dockets. *See* DLA Fee Application ¶ 4.

The Trustee filed Notices of Appeal to the Ninth Circuit Court of Appeals with respect to the District Court's opinion in the CAVIC Adversary Case and the Yuntian Adversary Case on April 22, 2024. Bombardier Aerospace Corporation and the other appellees (collectively, "Bombardier") filed a notice of appeal with respect to the District Court's opinion in the Jetcraft Adversary Case on April 24, 2024.

With respect to the Bombardier Adversary Case, on May 3, 2024, the Ninth Circuit *sua sponte* issued an order and stayed briefing. In the order, the Ninth Circuit ordered Bombardier to either file a statement explaining why the appeal should not be dismissed for lack of jurisdiction or move for voluntary dismissal of the appeal and allowing the Trustee to respond to any such

statement.  Pursuant to the order, on May 24, 2024, Bombardier filed the *Defendants-Appellants Bombardier Aerospace Corporation, Bombardier, Inc., and Learjet, Inc.'s Statement in Support of Jurisdiction*.  On June 3, 2024, the Trustee filed the *Trustee's Statement in Opposition to Appellate Jurisdiction*.  The Ninth Circuit has not yet ruled on the pleadings.

                              Respectfully submitted,

DATED:  June 10, 2024        **DLA PIPER LLP (US)**

                              By:   /s/ John K. Lyons
                                   DAVID M. RILEY (SBN 292087)
                                   JOHN K. LYONS (*Pro Hac Vice*)
                                   JEFFREY S. TOROSIAN (*Pro Hac Vice*)
                                   JOSEPH A. ROSELIUS (*Pro Hac Vice*)

                              *Attorneys for the Trustee / Plaintiff*