| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| DAVID M. RILEY (SBN 292087)<br>david.riley@us.dlapiper.com<br>DLA PIPER LLP (US)<br>2000 Avenue of the Stars<br>Suite 400 North Tower<br>Los Angeles, California 90067-4704<br>Tel.: (310) 595-3000<br>Fax: (310) 595-3300<br><br><br>*Attorneys for: Jonathan D. King Chapter 7 Trustee* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re:<br><br>ZETTA JET USA, INC., et al.,<br><br>Jointly Administered with<br>ZETTA JET PTE, LTD<br>Case No. 2:17-bk-21387-SK<br><br><br><br>Debtor(s) | CASE NO.: 2:17-bk-21386-SK<br><br>CHAPTER: 7<br><br>**NOTICE OF LODGMENT OF ORDER FOR PAYMENT OF INTERIM FEES AND/OR EXPENSES**<br><br><br>Hearing:<br>Date:  June 12, 2024<br>Time:  10:00 a.m. (PDT)<br>Place: Courtroom 1575<br>        255 East Temple Street<br>        Los Angeles, CA 90012 |

PLEASE TAKE NOTE that the order titled *Order on Application for Payment of Interim Fees and/or Expenses* was lodged on June 18, 2024, and is attached.  This order relates to the application which is **docket number 2359**.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*
1610870763.1

Page 1

**F 9021-1.2.BK.NOTICE.LODGMENT**