DAVID M. RILEY (SBN 292087)
david.riley@us.dlapiper.com
DLA PIPER LLP (US)
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, California 90067-4704
Tel:  (310) 595-3000
Fax: (310) 595-3300

JOHN K. LYONS (*Pro Hac Vice*)
john.lyons@us.dlapiper.com
JEFFREY S. TOROSIAN (*Pro Hac Vice*)
jeffrey.torosian@us.dlapiper.com
JOSEPH A. ROSELIUS
joseph.roselius@us.dlapiper.com
DLA PIPER LLP (US)
444 West Lake Street, Suite 900
Chicago, Illinois 60606-0089
Tel:  (312) 368-4000
Fax: (312) 236-7516

Attorneys for Jonathan D. King as Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>ZETTA JET USA, INC., a California corporation,<br><br>        Debtor.<br><br>In re:<br><br>ZETTA JET PTE, LTD., a Singaporean corporation,<br><br>        Debtor.<br><br>☒    Affects Both Debtors<br><br>☐    Affects Zetta Jet USA, Inc., a California corporation, only<br><br>☐    Affects Zetta Jet PTE, Ltd., a Singaporean corporation, only | Lead Case No.: 2:17-bk-21386-SK<br><br>Chapter 7<br><br>Jointly Administered With:<br>Case No.: 2:17-bk-21387-SK<br><br>**NOTICE OF HEARING ON INTERIM FEE APPLICATIONS**<br><br>Hearing:<br>Date:  December 18, 2024<br>Time:  10:00 a.m. (PST)<br>Place:  Courtroom 1575<br>          255 East Temple Street<br>          Los Angeles, California 90012 |

1

1610668226.1

**TO THE HONORABLE SANDRA R. KLEIN, BOVITZ & SPITZER, DLA PIPER, FTI CONSULTING, INC., MICHAEL GOLDMAN & ASSOCIATES, LLC, LEECH, TISHMAN FUSCALDO & LAMPL, INC., NANCY B. RAPOPORT, OMNI AGENT SOLUTIONS, OGIER, OON & BAZUL, LLP, PRICEWATERHOUSECOOPERS ADVISORY SERVICES LLC, QUANTUMA (SINGAPORE) PTE, LIMITED, SEABURY CORPORATE FINANCE LLC AND SEABURY SECURITIES LLC, WONGPARTNERSHIP LLP, AND INTERESTED PARTIES**

**PLEASE TAKE NOTICE** that a hearing on interim fee applications (each, an "Application", and together, the "Applications") for the period of April 1, 2024 through September 30, 2024 will be held on **December 18, 2024 at 10:00 a.m. (PST)** (the "Hearing") before the **Honorable Sandra R. Klein, United States Bankruptcy Judge, at the Edward R. Roybal Federal Building and Courthouse, 255 East Temple Street, Courtroom 1575, Los Angeles, California 90012** (the "Court").

**PLEASE TAKE FURTHER NOTICE** that any objection (each, an "Objection" and together, the "Objections") to an Application filed by a party in interest (an "Objector") must be made in accordance with the Federal Rules Bankruptcy Procedure (the "Bankruptcy Rules") and the Local Bankruptcy Rules for the Central District of California (the "Local Rules"), and must be filed with the Clerk of the Court, 255 East Temple Street, Los Angeles, California 90012, and be served upon and receive by: (i) the applicant; (ii) DLA Piper LLP (US), 2000 Avenue of the Stars, Suite 400 North Tower, Los Angeles, California 90067-4704 (Attn.: David M. Riley, Esq.) and 444 West Lake Street, Suite 900, Chicago, Illinois 60606 (Attn.: John K. Lyons, Esq., Jeffrey S. Torosian, Esq., and Joseph A. Roselius, Esq.); and (iii) the Office of the United States Trustee for the Central District of California, 915 Wilshire Boulevard, Suite 1850, Los Angeles, California 90017 (Attn.: Ron Maroko, Esq.) by no later than **December 4, 2024 at 12:00 p.m. (noon) (PST)** (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that only those Objections made in writing and timely filed and received in accordance with the procedures described herein will be considered by the Court at the Hearing. If no Objection to an Application is timely filed, served, and received by the Objection Deadline, the applicant may be paid an amount equal to eighty percent (80%) of the fees and 100 percent (100%) of expenses requested in the Application unless otherwise

1610668226.1

1  expressly requested in the Application.

2  **PLEASE TAKE FURTHER NOTICE** that any reply (a "Reply") to any Objection must
3  be made in accordance with the Bankruptcy Rules and the Local Rules, and must be filed with the
4  Clerk of the Court, 255 East Temple Street, Los Angeles, California 90012, and be served upon
5  and receive by: (i) the Objector; (ii) DLA Piper LLP (US), 2000 Avenue of the Stars, Suite 400
6  North Tower, Los Angeles, California 90067-4704 (Attn.: David M. Riley, Esq.) and 444 West
7  Lake Street, Suite 900, Chicago, Illinois 60606 (Attn.: John K. Lyons, Esq., Jeffrey S. Torosian,
8  Esq., and Joseph A. Roselius, Esq.); and (iii) the Office of the United States Trustee for the Central
9  District of California, 915 Wilshire Boulevard, Suite 1850, Los Angeles, California 90017 (Attn.:
10 Ron Maroko, Esq.) by no later than **December 11, 2024 at 12:00 p.m. (noon) (PST)** (the "Reply
11 Deadline").

12 **PLEASE TAKE FURTHER NOTICE** that professional persons retained pursuant to
13 Court approval may seek approval of interim fees at the Hearing, provided they file and serve their
14 Application in a timely manner in accordance with the Bankruptcy Rules and the Local Rules.
15 Unless otherwise ordered by the Court, hearings on interim fee applications will not be scheduled
16 less than 120 days apart.

Dated: June 18, 2024
       Los Angeles, California      **DLA PIPER LLP (US)**

                                           /s/ *John K. Lyons*
                                        David M. Riley (SBN 292087)
                                        John K. Lyons (*Pro Hac Vice*)
                                        Jeffrey S. Torosian (*Pro Hac Vice*)
                                        Joseph A. Roselius (*Pro Hac Vice*)

                                        *Counsel for the Chapter 7 Trustee*

3

1610668226.1