| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| J. Scott Bovitz (#93548)<br>bovitz@bovitz-spitzer.com<br>Bovitz & Spitzer<br>1100 Wilshire Boulevard, Suite 2403<br>Los Angeles, California 90017-1961<br>(213) 346-8300; fax (213) 928-4174<br><br>☐ Individual appearing without attorney<br>☒ Attorney for: Prof. Nancy B. Rapoport, fee examiner | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>Zetta Jet USA, Inc., debtor<br><br>In re:<br>Zetta Jet PTE Ltd., debtor<br><br>Debtor(s). | CASE NO.: 2:17-bk-21386-SK; 2:17-bk-21387-SK<br>CHAPTER: 7<br><br>**APPLICATION FOR PAYMENT OF:**<br>☒ **INTERIM FEES AND/OR EXPENSES (11 U.S.C. § 331)**<br>☐ **FINAL FEES AND/OR EXPENSES (11 U.S.C. § 330)**<br><br>DATE: 12/18/2024<br>TIME: 10:00 am<br>COURTROOM: 1575<br>PLACE: 255 E. Temple Street<br>        Los Angeles, CA 90012 |
|---|---|

1. Name of Applicant (*specify*): Nancy B. Rapoport (11th interim fee application)

2. Type of services rendered: May-October, 2024
   a. ☐ Attorney for (*specify*): _____
   b. ☐ Accountant for (*specify*): _____
   c. ☒ Other professional (*specify*): fee examiner

3. Date of filing of petition under chapter 11 of the Bankruptcy Code: 09/15/2017

4. Date of entry of Order Approving Applicant's Employment: 07/08/2020

5. Date of filing of last Fee and/or Expense Application: 05/21/2024

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012    Page 1    F 2016-1.2.APP.PAYMENT.FEES

6. Total fees allowed or paid to Applicant to date (including retainers and prior approved fee applications): $ 235,695.00

   a. Retainer received: $ 0.00

   b. Retainer remaining as of the date of this Application: $ 0.00

   c. Total amount requested in all prior applications: $ 235,695.00

   d. Total amount actually paid pursuant to prior approved applications: $ 188,560.00

   e. Total amount currently due but unpaid pursuant to prior approved applications: $ 0.00

   f. Total amount allowed but reserved pending final fee application: $ 47,135.00

7. **Summary of Requested Fees**: (attach detailed supporting documentation to this Application)

| Professional Person's Name | Hourly Rate | X | Total Hours this Person | = | Total Fees this Person |
|---|---|---|---|---|---|
| a. Prof. Nancy B. Rapoport | $ 900.00 | X | 14.5 | = | $ 13,050.00 |
| b. | $ | X | | = | $ |
| c. | $ | X | | = | $ |
| d. | $ | X | | = | $ |
| e. | $ | X | | = | $ |
| f. | $ | X | | = | $ |

   g. ☐ Continued on attached page

8. The hourly rates above are the same rates charged by the above professionals for non-bankruptcy services except as follows: ☐ See attached page
   Prof. Rapoport's current hourly rate is $1,100.00. For this engagement, Rapoport's hourly rate is only $900.00.

9. Bonus requested (final fee applications only): $ _____
   (attach Declaration and Memorandum of Points and Authorities justifying bonus)

10. **TOTAL FEES REQUESTED THIS APPLICATION**: $ 13,505.00

11. Total expenses paid to Applicant to date (including retainers and prior approved expense applications): $ 255,650.00

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012    Page 2    F 2016-1.2.APP.PAYMENT.FEES

12. **Summary of Requested Expense Reimbursement**: (attach detailed supporting documentation to this Application)

| Type of Expense | Reimbursement Requested this Application |
|---|---|
| a. Expense reimbursement for recurring work of Legal Decoder | $ 29,700.00 |
| b. ($4,950.00 a month for May through October 2024) | $ |
| c. | $ |
| d. Award for possible inadvertent use of UNLV university resources | $ 3,000.00 |
| e. ($500.00 a month for May through October 2024) | $ |
| f. | $ |
| g. ☐ Continued on Attached Page | |

13. **TOTAL EXPENSE REIMBURSEMENT REQUESTED THIS APPLICATION:** $ 32,700.00

14. Applicant submits the following in support of the Application herein pursuant to LBR 2016-1 (*specify*):
    Memorandum of Points and Authorities in Support of Nancy B. Rapoport's 11th Application for Payment of Interim Fees and/or Expenses; Declaration of Nancy B. Rapoport (filed herewith).

15. Total number of attached pages of supporting documentation: __0__

16. Applicant declares under penalty of perjury under the laws of the United States that the foregoing Application and all attached supporting documentation are true and correct and accurately reflect services rendered and expenses incurred.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/07/2024 | Nancy B. Rapoport | [attached] |
|---|---|---|
| Date | Printed Name | Signature |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                        Page 3                        F 2016-1.2.APP.PAYMENT.FEES

12. **Summary of Requested Expense Reimbursement**: (attach detailed supporting documentation to this Application)

| Type of Expense | Reimbursement Requested this Application |
|---|---|
| a. Expense reimbursement for recurring work of Legal Decoder | $ 29,700.00 |
| b. ($4,950.00 a month for May through October 2024) | $ |
| c. | $ |
| d. Award for possible inadvertent use of UNLV university resources | $ 3,000.00 |
| e. ($500.00 a month for May through October 2024) | $ |
| f. | $ |
| g. ☐ Continued on Attached Page | |

13. **TOTAL EXPENSE REIMBURSEMENT REQUESTED THIS APPLICATION:** $ 32,700.00

14. Applicant submits the following in support of the Application herein pursuant to LBR 2016-1 (specify): Memorandum of Points and Authorities in Support of Nancy B. Rapoport's 11th Application for Payment of Interim Fees and/or Expenses; Declaration of Nancy B. Rapoport (filed herewith).

15. Total number of attached pages of supporting documentation: __0__

16. Applicant declares under penalty of perjury under the laws of the United States that the foregoing Application and all attached supporting documentation are true and correct and accurately reflect services rendered and expenses incurred.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/07/2024 | Nancy B. Rapoport | [signature] |
|---|---|---|
| Date | Printed Name | Signature |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                Page 3                F 2016-1.2.APP.PAYMENT.FEES

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1100 Wilshire Boulevard, Suite 2403, Los Angeles, California 90017-1961

A true and correct copy of the foregoing document entitled: **APPLICATION FOR PAYMENT OF INTERIM (11 U.S.C. § 331)/FINAL FEES AND/OR EXPENSES (11 U.S.C. § 330)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) __11/12/2024__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/12/2024 | J. Scott Bovitz | /s/ J. Scott Bovitz |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                              Page 4                              F 2016-1.2.APP.PAYMENT.FEES

**Mailing Information for Case 2:17-bk-21386-SK**
**Electronic Mail Notice List**

- **Kristina S Azlin**   Kristina.Azlin@hklaw.com, ericka.mendez@hklaw.com;hapi@hklaw.com
- **Tanya Behnam**   tbehnam@polsinelli.com, tanyabehnam@gmail.com;ccripe@polsinelli.com;ladocketing@polsinelli.com
- **Ron Bender**   rb@lnbyg.com
- **Stephen F Biegenzahn**   steve@sfblaw.com
- **J Scott Bovitz**   bovitz@bovitz-spitzer.com
- **Michael D Breslauer**   mbreslauer@swsslaw.com, wyones@swsslaw.com;mbreslauer@ecf.courtdrive.com;sdurazo@swsslaw.com
- **Sara Chenetz**   schenetz@perkinscoie.com, docketLA@perkinscoie.com;cmallahi@perkinscoie.com;jkulow@perkinscoie.com;chenetz-sara-perkins-coie-8670@ecf.pacerpro.com;rleibowitz@perkinscoie.com
- **Brian K Condon**   Brian.Condon@arnoldporter.com, edocketscalendaring@arnoldporter.com
- **Dawn M Coulson**   dawn@eppscoulson.com, ecfnotices@eppscoulson.com
- **Aaron S Craig**   acraig@kslaw.com, mciatti@kslaw.com;kobrien@kslaw.com;mcadavid@kslaw.com;jseufert@kslaw.com
- **Scott D Cunningham**   scunningham@condonlaw.com, hbeck-kilps@condonlaw.com
- **Cecily A Dumas**   cdumas@bakerlaw.com, hhammonturano@bakerlaw.com
- **Michael J Edelman**   mjedelman@vedderprice.com, ecfladocket@vedderprice.com;michael-jedelman-7401@ecf.pacerpro.com
- **Jamie L Edmonson**   jedmonson@rc.com, lshaw@rc.com
- **Scott Ewing**   contact@omnimgt.com, sewing@omnimgt.com;ecf@omnimgt.com;docketalarm-ecf-cacb-5715976304852992@inbound.docketalarm.com
- **John-Patrick M Fritz**   jpf@lnbyg.com, JPF.LNBYB@ecf.inforuptcy.com
- **Jonathan L Gerber**   jgerber@millermenthelaw.com, sjohal@millermenthelaw.com
- **Robert P Goe**   kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com
- **Eric D Goldberg**   eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- **Michael S Greger**   mgreger@allenmatkins.com, kpreston@allenmatkins.com
- **David M. Guess**   dguess@buchalter.com, david-guess-9268@ecf.pacerpro.com
- **Brian D Huben**   hubenb@ballardspahr.com, carolod@ballardspahr.com
- **William W Huckins**   whuckins@allenmatkins.com, clynch@allenmatkins.com;igold@allenmatkins.com
- **Allison B Hudson**   ahudson@vedderprice.com, ecfladocket@vedderprice.com;allison-hudson-3974@ecf.pacerpro.com

- **Tiffany M Ikeda**   tiffany.ikeda@arnoldporter.com, vicky.apodaca@arnoldporter.com;natasha.brunstein@arnoldporter.com;mary.aertker@arnoldporter.com
- **Robbin L. Itkin**   ritkin@sklarkirsh.com, mduran@sklarkirsh.com;KFRAZIER@SKLARKIRSH.COM
- **Lawrence M Jacobson**   lmj@gfjlawfirm.com
- **Jeanne M Jorgensen**   jjorgensen@pj-law.com, cpage@pj-law.com
- **Talin Keshishian**   tkeshishian@bg.law, ecf@bg.law
- **Michael D Kibler**   Mkibler@stblaw.com, Janie.franklin@stblaw.com;raul.duran@stblaw.com
- **Jonathan D King (TR)**   jonathan.king@dlapiper.com
- **Robert Labate**
- **Paul J Laurin**   plaurin@btlaw.com, slmoore@btlaw.com;jboustani@btlaw.com;jose.barajas@btlaw.com
- **Dare Law**   dare.law@usdoj.gov
- **Matthew A Lesnick**   matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com
- **Blake J Lindemann**   Blake@lawbl.com, Nataly@lawbl.com
- **Michael B Lubic**   michael.lubic@klgates.com, jonathan.randolph@klgates.com,klgatesbankruptcy@klgates.com
- **John W Lucas**   jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- **John K Lyons**   , john-lyons-7790@ecf.pacerpro.com;docketingchicago@dlapiper.com
- **John K Lyons**   john.lyons@us.dlapiper.com, john-lyons-7790@ecf.pacerpro.com;docketingchicago@dlapiper.com
- **Ron Maroko**   ron.maroko@usdoj.gov
- **Daniel J McCarthy**   dmccarthy@hillfarrer.com, spadilla@hillfarrer.com;dflowers@hfbllp.com
- **Michael McCollum**   michael@mccollumcounsel.com
- **Thor D McLaughlin**   tmclaughlin@allenmatkins.com, igold@allenmatkins.com
- **David W. Meadows**   david@davidwmeadowslaw.com
- **Joshua M Mester**   jmester@jonesday.com
- **Malcolm D Minnick**   dminnick@pillsburylaw.com, m.minnick@comcast.net
- **Daniel T Moss**   dtmoss@jonesday.com, dstorborg@JonesDay.com
- **Sabari Mukherjee**   notices@becket-lee.com
- **Alan I Nahmias**   anahmias@mbn.law, jdale@mbn.law
- **Juliet Y. Oh**   jyo@lnbyg.com, jyo@lnbyb.com
- **Scott Olson**   scott.olson@bclplaw.com, scott-olson-2161@ecf.pacerpro.com,ecfsfdocket@vedderprice.com,nortega@vedderprice.com
- **R Gibson Pagter**   gibson@ppilawyers.com, pagterandperryisaacson@jubileebk.net
- **Kathy Bazoian Phelps**   kphelps@raineslaw.com, hchoi@raineslaw.com
- **Douglas A Plazak**   dplazak@rhlaw.com
- **Jeffrey N Pomerantz**   jpomerantz@pszjlaw.com
- **Samuel Price**   sprice@edzantprice.com

- **Oscar D Ramallo**  oramallo@kayescholer.com
- **Michael B Reynolds**  mreynolds@swlaw.com, kcollins@swlaw.com
- **David J Richardson**  drichardson@bakerlaw.com, aagonzalez@bakerlaw.com
- **Paul A Rigali**  prigali@larsonllp.com, hpark@larsonllp.com;YGutierrez@larsonllp.com
- **David M Riley**  david.riley@us.dlapiper.com, davidzriley@gmail.com;DLAPiper@ecfxmail.com
- **Mary H Rose**  mrose@buchalter.com, marias@buchalter.com;docket@buchalter.com
- **Caroline A Sayers**  caroline.sayers@lathropgpm.com
- **Daniel H Slate**  dslate@buchalter.com, smartin@buchalter.com;ifs_filing@buchalter.com
- **Alan D Smith**  adsmith@perkinscoie.com, DocketLA@perkinscoie.com,ecf-3ac9070a3959@ecf.pacerpro.com,al-smith-9439@ecf.pacerpro.com
- **Robyn B Sokol**  rsokol@leechtishman.com, rsokol@leechtishman.com;lmoya@leechtishman.com;dmulvaney@leechtishman.com;NArango@LeechTishman.com;dbender@leechtishman.com;nmeyers@leechtishman.com;mmocciaro@leechtishman.com
- **Randye B Soref**  rsoref@polsinelli.com, ccripe@polsinelli.com;ladocketing@polsinelli.com
- **Nolan Thomas**  nolan.thomas@klgates.com, klgatesbankruptcy@klgates.com
- **Andrew Troop**  andrew.troop@pillsburylaw.com
- **United States Trustee (LA)**  ustpregion16.la.ecf@usdoj.gov
- **Victor A Vilaplana**  victor.vilaplana@practus.com, smoreno@foley.com
- **Philip S Warden**  philip.warden@pillsburylaw.com, thomas.loran@pillsburylaw.com;kathy.stout@pillsburylaw.com;yvonne.chan@pillsburylaw.com;docket@pillsburylaw.com;david.stanton@pillsburylaw.com
- **Alan J Watson**  alan.watson@hklaw.com, rosanna.perez@hklaw.com
- **Jessica Wellington**  jwellington@bg.law, ecf@bg.law
- **Claire K Wu**  claire.wu@pillsburylaw.com, renee.evans@pillsburylaw.com;docket@pillsburylaw.com