J. Scott Bovitz (#93548)

bovitz@bovitz-spitzer.com

Bovitz & Spitzer

1100 Wilshire Boulevard, Suite 2403

Los Angeles, California 90017-1961

(213) 346-8300; fax (213) 928-4174

Attorneys for
Nancy B. Rapoport, fee examiner

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

In re:

ZETTA JET USA, INC.,

Debtor.

_____

In re:

ZETTA JET PTE, LTD.,

Debtor.

Case No.:  2:17-bk-21386-SK

Chapter 7

Jointly administered with case:
2:17-bk-21387-SK

**DECLARATION OF NANCY B. RAPOPORT IN SUPPORT OF "11th INTERIM APPLICATION FOR PAYMENT OF INTERIM FEES AND/OR EXPENSES (11 U.S.C. §331)"**

December 18, 2024
10:00 a.m.
Courtroom 1575
255 E. Temple Street
Los Angeles, CA 90012

I, Nancy B. Rapoport, declare as follows:

1. This declaration is filed in support of my *11th Application for Payment of Interim Fees and/or Expenses (11 U.S.C. §331)*.

2. For my services as fee examiner in these active bankruptcies, I am seeking an award of interim fees of $13,050.00 for May through October 2024.

3. I am also seeking reimbursement of expenses (charges for computer analysts at Legal Decoder) of $29,700.00 for May through October 2024. Under my direction, Legal Decoder provides the summaries and charts needed for my detailed analysis of the multiple fee applications presented to the Court.

4. I am seeking an award of $500.00 a month for six months ($3,000.00) so that I may reimburse my employer (the University of Nevada, Las Vegas, William S. Boyd School of Law) for any inadvertent use of university resources during my service as a fee examiner to this Court.

5. In total, I am asking for a total interim award of $45,750.00 for May through October 2024: $13,050.00 (hourly fees); $29,700.00 (costs for Legal Decoder); and reimbursement to UNLV ($3,000.00).

6. If the Court grants my application and awards the requested fees and costs, but then directs the trustee to hold back 20% from the awarded fees, the payment on my 11th interim fee application would be $43,140.00: $10,440.00 (80% of $13,050.00 in requested fees); plus $29,700.00 (100% of costs for Legal Decoder); plus reimbursement to UNLV (100% of $3,000.00).

7. Since my employment (including May through October 2024), I have closely monitored the active chapter 7 proceedings, maintained a dialogue with professionals regarding their budgets and billing, and reviewed materials in connection with the prior round and next round of fee applications.

8. After my employment, I played a role in the first 11 rounds of fee applications filed by the chapter 7 trustee's professionals.

9. In the time covered by my current fee application (May through October 2024), I communicated and negotiated with the professionals regarding the prior rounds of fee applications, analyzed the fee applications, filed my 11th report as the fee examiner (Docket #2370), reviewed objections to the fee applications, monitored developments in the adversary proceedings that might relate to fee applications and awards, and laid the groundwork for the next round of general fee applications to be heard on December 18, 2024.

10. I reviewed the proposed and entered orders on the 11th round of professional fee applications.

11. I completed my review of the December 2023 fee applications of professionals, communicated with estate professionals, and drafted my 11th report as a fee examiner.

12. In November 2024, I will file my next fee examiner's report, to be attached to the ***Notice of Filing of 12th Report of Nancy B. Rapoport, Fee Examiner***.

13. During the application period, I reviewed billing records and shared

preliminary reports with estate professionals. I raised issues and omissions that I identified in the accounting supporting the prior and pending fee applications. When needed, the fee applicants and I met and conferred regarding potential problems or misunderstandings. I communicated with the trustees' professionals and other parties about their budgets and projections (to match projected legal work against the likely return to the bankruptcy estate from that work).

14. I kept detailed time records for this engagement. I prepared Exhibits A-G (a summary and monthly invoices for my services).

15. I am billing $900.00 an hour for this segment of the engagement (May through October 2024), because my flat monthly rate ($12,500.00 a month, times four months, or $75,000.00) would be higher than my hourly fees at $900.00 an hour ($13,050.00).

16. On January 1, 2024, my regular hourly rate for other clients and new matters increased to $1,100.00 an hour (to reflect my continuing scholarship, publications, achievements, comparable hourly rates in the bankruptcy community, and inflation). However, for the balance of the present chapter 7 cases, I will continue to bill at my initial hourly rate ($900.00) as a courtesy.

17. I request that the Court continue to award an additional $500.00 a month to permit me to reimburse UNLV for any inadvertent use of state resources as a part of this engagement.

18. I do not have sufficient information to provide a "brief narrative history and report concerning the status of the case" (Local Bankruptcy Rule 2016-1(a)(1)(A)) or the monies held by the trustee. Instead, I will rely upon the

summary provided in the next fee application of trustee's counsel.

19. On July 7, 2021, the Court awarded the interim fees ($81,960.00) and costs ($59,450.00) requested in my first application. Docket #1555. The Court authorized the trustee to pay $65,568.00 (80%) of the allowed fees and $59,450.00 (100%) of the allowed costs. The trustee paid this award.

20. On December 6, 2021, the Court awarded the interim fees ($37,170.00) and costs ($32,700.00) requested in my second application. Docket #1693. The Court authorized the trustee to pay $29,736.00 (80%) of the allowed fees and $32,700.00 (100%) of the allowed costs on my second interim fee application. The trustee paid this award.

21. On March 8, 2022, the Court awarded the interim fees ($17,910.00) and costs ($16,350.00) requested in my third application. Docket #1802. The Court authorized the trustee to pay $14,328.00 (80%) of the allowed fees and $16,350.00 (100%) of the allowed costs on my third interim fee application. The trustee paid this award.

22. On June 30, 2022, the Court awarded the interim fees ($13,500.00) and costs ($16,350.00) requested in my fourth application. Docket #1922. The Court authorized the trustee to pay $10,824.00 (80%) of the allowed fees and $16,350.00 (100%) of the allowed costs on my fourth interim fee application. The trustee paid this award.

23. On November 14, 2022, the Court awarded the interim fees ($20,610.00) and costs ($27,250.00) requested in my fifth application. Docket #1983. The Court authorized the trustee to pay $16,488.00 (80%) of the allowed fees and $27,250.00 (100%) of the allowed costs on my fifth interim fee application. The trustee paid this award.

24. On January 30, 2023, the Court awarded the interim fees ($13,695.00) and costs ($10,900.00) requested in my sixth application. Docket #2060. The Court authorized the trustee to pay $10,956.00 (80%) of the allowed fees and $10,900.00 (100%) of the allowed costs on my sixth interim fee application. The trustee paid this award.

25. On May 24, 2023, the Court awarded the interim fees ($19,620.00) and costs ($21,800.00) requested in my seventh application. Docket #2129. The Court authorized the trustee to pay $15,696.00 (80%) of the allowed fees and $21,800.00 (100%) of the allowed costs on my seventh interim fee application. The trustee paid this award.

26. On September 21, 2023, the Court awarded the interim fees ($7,110.00) and costs ($21,800.00) requested in my eighth application. Docket #2240. The Court authorized the trustee to pay $5,688.00 (80%) of the allowed fees and $21,800.00 (100%) of the allowed costs on my eighth interim fee application. The trustee paid this award.

27. On February 6, 2024, the Court awarded the interim fees ($16,470.00) and costs ($27,250.00) requested in my ninth application. Docket #2240. The Court authorized the trustee to pay $13,176.00 (80%) of the allowed fees and $27,250.00 (100%) of the allowed costs on my ninth interim fee application. The trustee paid this award.

28. On June 18, 2024, the Court awarded the interim fees ($7,650.00) and costs ($21,800.00) requested in my tenth application. Docket #2388. The Court authorized the trustee to pay $6,120.00 (80%) of the allowed fees and $21,800.00 (100%) of the allowed costs on my tenth interim fee application. The trustee paid this award.

29. During May through October 2024, I logged fees of $13,050.00, billed at my previous hourly rate of $900.00. From May through October 2024, I continued to use the services of Legal Decoder. Legal Decoder's charges for May through October 2024 are $29,700.00 (a fixed fee of $4,950.00 a month).

30. During May through October 2024, I have continued my service as a law professor (and so I am requesting a $500.00 a month -- a total of $3,000.00 -- for any inadvertent use of university resources at the University of Nevada, Las Vegas).

31. I have attached my detailed billing records (for May through October 2024) as exhibits to this declaration (Exhibits B-G).

32. I have incurred minor charges for postage or shipping, as shown on my monthly invoices. I am not seeking reimbursement for these out-of-pocket expenses. However, I am seeking expense reimbursement for charges from Legal Decoder ($29,700.00) and $500.00 a month to my employer (University of Nevada, Las Vegas) for any inadvertent use of state resources ($3,000.00).

33. For Legal Decoder's services, I am seeking $4,950.00 a month for May through October 2024. Exhibits H-M are Legal Decoder invoices.

34. I have billed 14.5 hours during my service as fee examiner from May through October 2024. Throughout this engagement, I have charged my previous normal hourly rate of $900.00

35. In my *11th Application for Payment of Interim Fees And/Or Expenses (11 U.S.C. §331),* filed herewith, I am seeking an interim award of $13,050.00 (for my hourly fees).

36. In 1982, I received a degree from Rice University, B.A., *summa cum laude,* in Legal Studies and Honors Psychology.

37. In 1985, I received a degree from Stanford Law School.

38. I have been admitted and am in good standing in the following jurisdictions: United States District Court, District of Nevada (2009); Nevada Supreme Court (2008); United States District Court, Northern District of Texas (2003); Texas Supreme Court (2001); United States Supreme Court (2000); Nebraska Supreme Court (1999; inactive status); Ohio Supreme Court (1993; inactive status); United States District Court for the District of Hawaii (1988); California Supreme Court (1987; inactive status); and United States Court of Appeals for the Ninth Circuit (1987).

39. My detailed curriculum vitae is attached to the ***Declaration of Disinterestedness of Nancy B. Rapoport***, Docket #1280, pp. 12-39. I have drafted and posted my up-to-date CV (with current 2024 entries) at https://law.unlv.edu/sites/default/files/05.14.2024_Rapoport_CV.pdf.

40. I am a Fellow of the American College of Bankruptcy.

41. In 2024, Aspen Publishing will be printing its second edition of my book (with Bernard A. Burk and Veronica J. Finkelstein), ***Ethical Lawyering: A Guide for the Well-Intentioned***. In June 2024, I spoke to the Beverly Hills Bar Association on "The Fee Examiner's Perspective: Sensible, Ethical, and Effective Lawyer Billing Hygiene."

42. I am a University of Nevada, Las Vegas Distinguished Professor, the Garman Turner Gordon Professor of Law, William S. Boyd School of Law, and an Affiliate Professor of Business Law and Ethics, Lee Business School.

43. I was tied (with Professor Jean Sternlight) for "Faculty Member of the Year" in 2024. I was named "Faculty Member of the Year" (and faculty commencement speaker) by Boyd law students in 2021. I was named "Dean of the Year" by Boyd law students in 2013.

44. I have specialized experience that aids in my service as a fee examiner. My research areas involve the intersection of ethics with various fields: the behavior of bankruptcy lawyers; employment and fees of bankruptcy professionals; the behavior of lawyers generally; the ways that lawyers and legal ethics are portrayed in popular culture; the changes in the legal profession; the dynamics of law firms; the relationship of social science to the behavior of lawyers and other professionals; possible changes to legal education; the ethics of corporate governance; and the interaction of artificial intelligence with the reasonableness of professional fees. I served as one of two Reporters for the American Bankruptcy Institute's Task Force on National Ethics Rules, which suggested changes to certain ethics rules relating to the practice of bankruptcy lawyers and related professionals. I have also testified in several cases involving ethics issues.

45. I have served as an expert witness or consultant in fee-related cases. I have experience as a fee examiner in complex bankruptcies, including *Toys R Us, Caesars, Station Casinos, Pilgrim's Pride,* and *Mirant*.

46. My hourly rate (formerly $900.00) increased to $1,100.00 in 2024, but I will continue to bill the estate at the $900.00 rate.

47. I been advised of the requirements of Local Bankruptcy Rule 2016-1 and believe that the application complies with that Rule.

48. Through the electronic master mailing list, I will be serving the notice of

1  hearing, my **11th Application for Payment of Interim Fees And/Or Expenses**
2  **(11 U.S.C. §331),** my points and authorities, and this declaration. My
3  counsel (Bovitz & Spitzer) will provide copies of my filings upon request
4  from a party in interest.

5

6  I declare under penalty of perjury that the foregoing is true and correct.
   Executed on November 7, 2024.
7

8

9  Nancy B. Rapoport

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# Exhibit A

## Summary

May 2024

Fees $4,590.00 (5.1 hours)

Costs (Legal Decoder) $4,950.00

Reimbursement (UNLV) $500.00

June 2024

Fees $1,440.00 (1.6 hours)

Costs (Legal Decoder) $4,950.00

Reimbursement (UNLV) $500.00

July 2024

Fees $2,250.00 (2.5 hours)

Costs (Legal Decoder) $4,950.00

Reimbursement (UNLV) $500.00

August 2024

Fees $1,440.00 (1.6 hours)

Costs (Legal Decoder) $4,950.00

Reimbursement (UNLV) $500.00

September 2024

Fees $270.00 (.3 hours)

Costs (Legal Decoder) $4,950.00

Reimbursement (UNLV) $500.00

October 2024

Fees $3,060.00 (3.4 hours)

Costs (Legal Decoder) $4,950.00

Reimbursement (UNLV) $500.00

# Exhibit B

| Nancy Rapoport- May 2024 | | | | | | | |
|---|---|---|---|---|---|---|---|
| Date | Description | Time | Hourly rate | Total time/day | Expenses | NOTES | |
| 5/1/24 | Review several emails with M Bernstein, S Bovitz, J Lyons, B Cuntryman (Dragon Pearl fees, elevent report) | 0.1 | $900.00 | $ 90.00 | | | |
| 5/4/24 | Review docket nos 2336, 2335 | 0.1 | $900.00 | $ 90.00 | | | |
| 5/5/24 | Review LD report on Leech Tishman and send to R Sokol | 0.1 | $900.00 | $ 90.00 | | | |
| 5/5/24 | Review DLA Piper's responses to 4th Q 2023 work and send email to J Lyons and B Countryman | 0.2 | $900.00 | $ 180.00 | | | |
| 5/6/24 | Review Bovitz/Spitzer bill | 0.1 | $900.00 | $ 90.00 | | | |
| 5/9/24 | Review LD report on Seabury and send to M Mason; review LD report on Omni and send to B Osborne; review LD report on Quantuma and send to L Furler and J Tan | 0.2 | $900.00 | $ 180.00 | | | |
| 5/9/24 | Zoom meeting with J Lyons and B Countryman re potential trustee (non-legal) work and update on latest reviews and fees for Dragon Pearl; request new search from J Chi re same | 0.3 | $900.00 | $ 270.00 | | | |
| 5/10/24 | Review LD report on DLA Piper and send to J Lyons and B Countryman; emails with J Chi re Dragon Pearl matter spreadsheet; emails with B Countryman and J Lyons re that spreadsheet; email M Bernstein re status of Dragon Pearl fee calculations | 0.4 | $900.00 | $ 360.00 | | | |
| 5/13/24 | Emails with B Countryman and J Chi re Dragon Pearl fees | 0.1 | $900.00 | $ 90.00 | | | |
| 5/14/24 | Send S Bovitz Legal Decoder/my Jan-Apr stmts (N/C) | 0 | $900.00 | $ - | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 5/14/24 | TW S Bovitz about my fee application and about tomorrow's Dragon Pearl hearing | 0.1 | $900.00 | $ 90.00 | | | |
| 5/15/24 | Attend Dragon Pearl sale hearing (1.3); TW S Bovitz afterwards re whether to order transcript and recap of hearing (.1); email J Tiano and J Chi re how to calculate reduction on Dragon Pearl sale based on comments during court | 1.4 | $900.00 | $ 1,260.00 | | | |
| 5/17/24 | Email with J Chi re calculating Dragon Pearl fees and TW J Lyons and B Countryman re latest report | 0.3 | $900.00 | $ 270.00 | | | |
| 5/21/24 | Review S Bovitz's draft of my 10th fee app and execute it; review declaration for Bovitz & Spitzer fee app and execute it | 0.2 | $900.00 | $ 180.00 | $ 8.50 | POSTAGE | |
| 5/23/24 | Revise draft 11th report in light of filed fee apps and ask B Countryman and J Lyons where Seabury's app is; emails to J Lyons/B Countryman/B Osborne/A Mathivanan/A Phoon/K Tan/L Furler/J Tan/R Sokol re draft of their sections of the report | 0.7 | $900.00 | $ 630.00 | | | |
| 5/24/24 | Emails with J Lyons/B Countryman/B Osborne/A Mathivanan/A Phoon/K Tan/L Furler/J Tan about their sections of the Eleventh Report; revise report after emails with J Lyons and B Countryman | 0.2 | $900.00 | $ 180.00 | | | |
| 5/25/24 | Revise 11th report per S Spitzer and S Bovitz | 0.1 | $900.00 | $ 90.00 | | | |
| 5/28/24 | Finalize 11th report and send to S Bovitz for review and filing; TW S Bovitz re same | 0.3 | $900.00 | $ 270.00 | | | |
| 5/30/24 | Review UL objection to DLA Piper fee app | 0.1 | $900.00 | $ 90.00 | | | |
| 5/31/24 | Review docket nos 2372, 2373 | 0.1 | $900.00 | $ 90.00 | | | |
| | **TOTAL TO BE PAID TO NANCY RAPOPORT IF HOURLY** | **5.1** | | **$4,590.00** | | | **GRAND TOTAL** |
| | **TOTAL UNDER FLAT RATE** | | | $ 12,500.00 | $ 8.50 | $ 12,508.50 | |
| | **TOTAL TO BE PAID TO BOYD LAW** | | | $ 500.00 | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| **GRAND TOTAL IF FLAT RATE** | | | $ | 13,000.00 | | |
| **80% of total (for 20% holdback)/100% of expenses** | | | $ | 4,172.00 | | |
| **20% holdback** | | | $ | 2,500.00 | | |
| **Amount over/under $12,500** | | | $ | (7,910.00) | | |

# Exhibit C

| Nancy Rapoport- June 2024 | | | | | | | |
|---|---|---|---|---|---|---|---|
| Date | Description | Time | Hourly rate | Total time/day | Expenses | NOTES | |
| 6/5/24 | Review Bovitz & Spitzer May 2024 bill and respond to S Spitzer | 0.1 | $900.00 | $ 90.00 | | | |
| 6/11/24 | TW S Bovitz re tomorrow's calendar and review same | 0.2 | $900.00 | $ 180.00 | | | |
| 6/12/24 | Attend 10a hearing (DLA fee app and other matters) | 1.2 | $900.00 | $ 1,080.00 | | | |
| 6/18/24 | Emails with S Bovitz, J Lyons, B Countryman re timing of data supply for 3Q fee reviews; file entered orders in correct folders | 0.1 | $900.00 | $ 90.00 | | | |
| 6/25/24 | Send Legal Decoder its payment | 0 | $900.00 | $ - | $ 9.85 | POSTAGE | |
| | **TOTAL TO BE PAID TO NANCY RAPOPORT IF HOURLY** | **1.6** | | **$1,440.00** | | | **GRAND TOTAL** |
| | **TOTAL UNDER FLAT RATE** | | | $ 12,500.00 | $ 9.85 | $ 12,509.85 | |
| | **TOTAL TO BE PAID TO BOYD LAW** | | | $ 500.00 | | | |
| | **GRAND TOTAL IF FLAT RATE** | | | $ 13,000.00 | | | |
| | **80% of total (for 20% holdback)/100% of expenses** | | | $ 1,652.00 | | | |
| | **20% holdback** | | | $ 2,500.00 | | | |
| | **Amount over/under $12,500** | | | $ (11,060.00) | | | |

# Exhibit D

| Nancy Rapoport- July 2024 | | | | | | | |
|---|---|---|---|---|---|---|---|
| Date | Description | Time | Hourly rate | Total time/day | Expenses | NOTES | |
| 7/4/24 | Review Bovitz & Spitzer May 2024 bill and respond to S Spitzer | 0.1 | $900.00 | $ 90.00 | | | |
| 7/8/24 | Draft the skeleton of the 12th report | 2.3 | $900.00 | $ 2,070.00 | | | |
| 7/29/24 | Review latest pleading in the case (2402) and email from S Bovitz re same | 0.1 | $900.00 | $ 90.00 | | | |
| | **TOTAL TO BE PAID TO NANCY RAPOPORT IF HOURLY** | **2.5** | | **$2,250.00** | | | **GRAND TOTAL** |
| | **TOTAL UNDER FLAT RATE** | | | $ 12,500.00 | $ - | $ 12,500.00 | |
| | **TOTAL TO BE PAID TO BOYD LAW** | | | $ 500.00 | | | |
| | **GRAND TOTAL IF FLAT RATE** | | | $ 13,000.00 | | | |
| | **80% of total (for 20% holdback)/100% of expenses** | | | $ 2,300.00 | | | |
| | **20% holdback** | | | $ 2,500.00 | | | |
| | **Amount over/under $12,500** | | | $ (10,250.00) | | | |

# Exhibit E

| Nancy Rapoport- Aug. 2024 | | | | | | | |
|---|---|---|---|---|---|---|---|
| Date | Description | Time | Hourly rate | Total time/day | Expenses | NOTES | |
| 8/19/24 | Review documents sent by S. Bovitz (Docket Nos. 2402/2404) & email S Bovitz about ramifications of admission of admin. insolvency in 2404 | 0.1 | $900.00 | $ 90.00 | | | |
| 8/21/24 | TW R Maroko re posture and length of case; update S Bovitz re conversation | 0.4 | $900.00 | $ 360.00 | | | |
| 8/22/24 | SKIM Docket No. 2407-1 | 0.3 | $900.00 | $ 270.00 | | | |
| 8/23/24 | Continue to skim Docket No. 2407-1 | 0.7 | $900.00 | $ 630.00 | | | |
| 8/31/24 | Emails with S Bovitz re employees' burden of proof | 0.1 | $900.00 | $ 90.00 | | | |
| | **TOTAL TO BE PAID TO NANCY RAPOPORT IF HOURLY** | **1.6** | | **$1,440.00** | | | **GRAND TOTAL** |
| | **TOTAL UNDER FLAT RATE** | | | **$ 12,500.00** | **$ -** | **$ 12,500.00** | |
| | **TOTAL TO BE PAID TO BOYD LAW** | | | **$ 500.00** | | | |
| | **GRAND TOTAL IF FLAT RATE** | | | **$ 13,000.00** | | | |
| | **80% of total (for 20% holdback)/100% of expenses** | | | **$ 1,652.00** | | | |
| | **20% holdback** | | | **$ 2,500.00** | | | |
| | **Amount over/under $12,500** | | | **$ (11,060.00)** | | | |

# Exhibit F

| Nancy Rapoport- Sept. 2024 | | | | | | | |
|---|---|---|---|---|---|---|---|
| Date | Description | Time | Hourly rate | Total time/day | Expenses | NOTES | |
| 9/1/24 | Review Bovitz & Spitzer bill | 0.1 | $900.00 | $ 90.00 | | | |
| 9/24/24 | Review various employee-claim-related pleadings sent by Scott Bovitz | 0.1 | $900.00 | $ 90.00 | | | |
| 9/26/24 | Review docket nos. 2418-20 and emails to S Bovitz re status of case | 0.1 | $900.00 | $ 90.00 | | | |
| | **TOTAL TO BE PAID TO NANCY RAPOPORT IF HOURLY** | **0.3** | | **$270.00** | | | **GRAND TOTAL** |
| | **TOTAL UNDER FLAT RATE** | | | $ 12,500.00 | $ - | $ 12,500.00 | |
| | **TOTAL TO BE PAID TO BOYD LAW** | | | $ 500.00 | | | |
| | **GRAND TOTAL IF FLAT RATE** | | | $ 13,000.00 | | | |
| | **80% of total (for 20% holdback)/100% of expenses** | | | $ 716.00 | | | |
| | **20% holdback** | | | $ 2,500.00 | | | |
| | **Amount over/under $12,500** | | | $ (12,230.00) | | | |

# Exhibit G

| Nancy Rapoport- Oct. 2024 | | | | | | |
|---|---|---|---|---|---|---|
| Date | Description | Time | Hourly rate | Total time/day | Expenses | NOTES |
| 10/1/24 | Send ASARCO case to S Bovitz for B Countryman & TW S Bovitz re upcoming fee apps | 0.1 | $900.00 | $ 90.00 | | |
| 10/2/24 | Emails with J Lyons and B Countryman re data for upcoming fee apps | 0.1 | $900.00 | $ 90.00 | | |
| 10/9/24 | Review data emails from B Countryman and J Chi | 0.1 | $900.00 | $ 90.00 | | |
| 10/10/24 | Review Goldman invoice and revise 12th report accordingly; email J Lyons, B Countryman, M Goldman re same; emails with B Countryman/J Chi/J Tiano/J Lyons re Seabury data | 0.2 | $900.00 | $ 180.00 | | |
| 10/18/24 | Review latest emails from B Countryman re interim fees and latest filings sent by S Bovitz | 0.1 | $900.00 | $ 90.00 | | |
| 10/21/24 | Review emails from J Chi, B Countryman, S Bovitz & TW S Bovitz re same | 0.1 | $900.00 | $ 90.00 | | |
| 10/25/24 | Emails w R Sokol and S Bovitz about Leech Tishman's fees | 0.1 | $900.00 | $ 90.00 | | |
| 10/27/24 | Review LD report on FTI and send questions to S Hazel (.3); review LD report on Quantuma and email questions to L Furler and J Tan (.2); review LD report on Oon & Bazul and send questions to A Mathivanan, K Han, and A Phoon (.3); review LD report on Omni and send report to B Osborne (.1); review LD report on DLA Piper and send questions to J Lyons and B Countryman (1.4) | 2.3 | $900.00 | $ 2,070.00 | | |
| 10/28/24 | Respond to A Mathivanan and revise draft report accordingly | 0.1 | $900.00 | $ 90.00 | | |
| 10/29/24 | Emails with S Hazel and J Lyons re fee reviews | 0.1 | $900.00 | $ 90.00 | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 10/31/24 | Review responses from Quantuma and adjust draft fee report accordingly | 0.1 | $900.00 | $ 90.00 | | | |
| | **TOTAL TO BE PAID TO NANCY RAPOPORT IF HOURLY** | **3.4** | | **$3,060.00** | | | **GRAND TOTAL** |
| | **TOTAL UNDER FLAT RATE** | | | $ 12,500.00 | $      - | $   12,500.00 | |
| | **TOTAL TO BE PAID TO BOYD LAW** | | | $    500.00 | | | |
| | **GRAND TOTAL IF FLAT RATE** | | | $ 13,000.00 | | | |
| | **80% of total (for 20% holdback)/100% of expenses** | | | $   2,948.00 | | | |
| | **20% holdback** | | | $   2,500.00 | | | |
| | **Amount over/under $12,500** | | | $  (9,440.00) | | | |

# Exhibit H

**Legal Decoder Inc**

cmiller@legaldecoder.com



# INVOICE

**BILL TO**

Nancy Rapoport

Zetta Jet Bankruptcy

**INVOICE #** 1553

**DATE** 05/31/2024

**DUE DATE** 05/31/2024

**TERMS** Due on receipt

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Sales**<br>Zetta Jet - Software and Services - May 2024 | 1 | 4,950.00 | 4,950.00 |

Please Remit Payment to:
Legal Decoder
105 North Virginia Avenue
Suite 204
Falls Church, VA 22046

**BALANCE DUE**      **$4,950.00**

# Exhibit I

**Legal Decoder Inc**

cmiller@legaldecoder.com



# INVOICE

**BILL TO**

Nancy Rapoport

Zetta Jet Bankruptcy

**INVOICE #** 1561
**DATE** 06/28/2024
**DUE DATE** 06/28/2024
**TERMS** Due on receipt

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Sales**<br>Zetta Jet - Software and Services - June 2024 | 1 | 4,950.00 | 4,950.00 |

Please Remit Payment to:
Legal Decoder
105 North Virginia Avenue
Suite 204
Falls Church, VA 22046

**BALANCE DUE**

# $4,950.00

# Exhibit J

**Legal Decoder Inc**

cmiller@legaldecoder.com



# INVOICE

**BILL TO**

Nancy Rapoport

Zetta Jet Bankruptcy

**INVOICE #** 1570
**DATE** 07/31/2024
**DUE DATE** 07/31/2024
**TERMS** Due on receipt

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Sales**<br>Zetta Jet - Software and Services - July 2024 | 1 | 4,950.00 | 4,950.00 |

Please Remit Payment to:
Legal Decoder
105 North Virginia Avenue
Suite 204
Falls Church, VA 22046

**BALANCE DUE** **$4,950.00**

# Exhibit K

# INVOICE

**Legal Decoder Inc**
105 N. Virginia Ave, Suite 204
Falls Church, VA 22046

cmiller@legaldecoder.com
+1 (703) 237-1313
legaldecoder.com



**Bill to**

Nancy Rapoport

Zetta Jet Bankruptcy

**Invoice details**

Invoice no.: 1580

Terms: Due on receipt

Invoice date: 08/30/2024

Due date: 08/30/2024

| # | Date | Product or service | Description | Qty | Rate | Amount |
|---|------|--------------------|-------------|-----|------|--------|
| 1. | | **Sales** | Zetta Jet - Software and Services - August 2024 | 1 | $4,950.00 | $4,950.00 |

| | | |
|---|---|---|
| | **Total** | **$4,950.00** |

Please Remit Payment to:
Legal Decoder
105 North Virginia Avenue
Suite 204
Falls Church, VA 22046

# Exhibit L

# INVOICE

**Legal Decoder Inc**
105 N. Virginia Ave, Suite 204
Falls Church, VA 22046

cmiller@legaldecoder.com
+1 (703) 237-1313
legaldecoder.com



**Bill to**

Nancy Rapoport

Zetta Jet Bankruptcy

**Invoice details**

Invoice no.: 1598

Terms: Due on receipt

Invoice date: 09/30/2024

Due date: 09/30/2024

| # | Date | Product or service | Description | Qty | Rate | Amount |
|---|------|--------------------|-------------|-----|------|--------|
| 1. | | **Sales** | Zetta Jet - Software and Services - September 2024 | 1 | $4,950.00 | $4,950.00 |

| | **Total** | **$4,950.00** |
|---|---|---|

Please Remit Payment to:
Legal Decoder
105 North Virginia Avenue
Suite 204
Falls Church, VA 22046

# Exhibit M

# INVOICE

**Legal Decoder Inc**
105 N. Virginia Ave, Suite 204
Falls Church, VA 22046

cmiller@legaldecoder.com
+1 (703) 237-1313
legaldecoder.com



**Bill to**

Nancy Rapoport

Zetta Jet Bankruptcy

**Invoice details**

Invoice no.: 1600
Terms: Due on receipt
Invoice date: 10/31/2024
Due date: 10/31/2024

| # | Date | Product or service | Description | Qty | Rate | Amount |
|---|------|--------------------|-------------|-----|------|--------|
| 1. | | **Sales** | Zetta Jet - Software and Services - October 2024 | 1 | $4,950.00 | $4,950.00 |

| | **Total** | **$4,950.00** |
|---|---|---|

Please Remit Payment to:
Legal Decoder
105 North Virginia Avenue
Suite 204
Falls Church, VA 22046

10/31/2024

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

1100 Wilshire Boulevard, Suite 2403, Los Angeles, California 90017-1961

A true and correct copy of the foregoing document entitled (*specify*): _____
DECLARATION OF NANCY B. RAPOPORT IN SUPPORT OF "11th INTERIM
APPLICATION FOR PAYMENT OF INTERIM FEES AND/OR EXPENSES (11 U.S.C. §331)"

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 11/12/2024_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☑ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**:  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/12/2024 | J. Scott Bovitz | /s/ J. Scott Bovitz |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                         **F 9013-3.1.PROOF.SERVICE**

**Mailing Information for Case 2:17-bk-21386-SK**
**Electronic Mail Notice List**

- **Kristina S Azlin**   Kristina.Azlin@hklaw.com,
  ericka.mendez@hklaw.com;hapi@hklaw.com
- **Tanya Behnam**   tbehnam@polsinelli.com,
  tanyabehnam@gmail.com;ccripe@polsinelli.com;ladocketing@polsinelli.com
- **Ron Bender**   rb@lnbyg.com
- **Stephen F Biegenzahn**   steve@sfblaw.com
- **J Scott Bovitz**   bovitz@bovitz-spitzer.com
- **Michael D Breslauer**   mbreslauer@swsslaw.com,
  wyones@swsslaw.com;mbreslauer@ecf.courtdrive.com;sdurazo@swsslaw.com
- **Sara Chenetz**   schenetz@perkinscoie.com,
  docketLA@perkinscoie.com;cmallahi@perkinscoie.com;jkulow@perkinscoie.com;chenetz
  -sara-perkins-coie-8670@ecf.pacerpro.com;rleibowitz@perkinscoie.com
- **Brian K Condon**   Brian.Condon@arnoldporter.com,
  edocketscalendaring@arnoldporter.com
- **Dawn M Coulson**   dawn@eppscoulson.com, ecfnotices@eppscoulson.com
- **Aaron S Craig**   acraig@kslaw.com,
  mciatti@kslaw.com;kobrien@kslaw.com;mcadavid@kslaw.com;jseufert@kslaw.com
- **Scott D Cunningham**   scunningham@condonlaw.com, hbeck-kilps@condonlaw.com
- **Cecily A Dumas**   cdumas@bakerlaw.com, hhammonturano@bakerlaw.com
- **Michael J Edelman**   mjedelman@vedderprice.com,
  ecfladocket@vedderprice.com;michael-jedelman-7401@ecf.pacerpro.com
- **Jamie L Edmonson**   jedmonson@rc.com, lshaw@rc.com
- **Scott Ewing**   contact@omnimgt.com,
  sewing@omnimgt.com;ecf@omnimgt.com;docketalarm-ecf-cacb-
  5715976304852992@inbound.docketalarm.com
- **John-Patrick M Fritz**   jpf@lnbyg.com, JPF.LNBYB@ecf.inforuptcy.com
- **Jonathan L Gerber**   jgerber@millermenthelaw.com, sjohal@millermenthelaw.com
- **Robert P Goe**   kmurphy@goeforlaw.com,
  rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnsto
  n@goeforlaw.com
- **Eric D Goldberg**   eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- **Michael S Greger**   mgreger@allenmatkins.com, kpreston@allenmatkins.com
- **David M. Guess**   dguess@buchalter.com, david-guess-9268@ecf.pacerpro.com
- **Brian D Huben**   hubenb@ballardspahr.com, carolod@ballardspahr.com
- **William W Huckins**   whuckins@allenmatkins.com,
  clynch@allenmatkins.com;igold@allenmatkins.com
- **Allison B Hudson**   ahudson@vedderprice.com, ecfladocket@vedderprice.com;allison-
  hudson-3974@ecf.pacerpro.com

- **Tiffany M Ikeda**   tiffany.ikeda@arnoldporter.com,
  vicky.apodaca@arnoldporter.com;natasha.brunstein@arnoldporter.com;mary.aertker@ar
  noldporter.com
- **Robbin L. Itkin**   ritkin@sklarkirsh.com,
  mduran@sklarkirsh.com;KFRAZIER@SKLARKIRSH.COM
- **Lawrence M Jacobson**   lmj@gfjlawfirm.com
- **Jeanne M Jorgensen**   jjorgensen@pj-law.com, cpage@pj-law.com
- **Talin Keshishian**   tkeshishian@bg.law, ecf@bg.law
- **Michael D Kibler**   Mkibler@stblaw.com,
  Janie.franklin@stblaw.com;raul.duran@stblaw.com
- **Jonathan D King (TR)**   jonathan.king@dlapiper.com
- **Robert Labate**
- **Paul J Laurin**   plaurin@btlaw.com,
  slmoore@btlaw.com;jboustani@btlaw.com;jose.barajas@btlaw.com
- **Dare Law**   dare.law@usdoj.gov
- **Matthew A Lesnick**   matt@lesnickprince.com,
  matt@ecf.inforuptcy.com;jmack@lesnickprince.com
- **Blake J Lindemann**   Blake@lawbl.com, Nataly@lawbl.com
- **Michael B Lubic**   michael.lubic@klgates.com,
  jonathan.randolph@klgates.com,klgatesbankruptcy@klgates.com
- **John W Lucas**   jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- **John K Lyons**   , john-lyons-7790@ecf.pacerpro.com;docketingchicago@dlapiper.com
- **John K Lyons**   john.lyons@us.dlapiper.com, john-lyons-
  7790@ecf.pacerpro.com;docketingchicago@dlapiper.com
- **Ron Maroko**   ron.maroko@usdoj.gov
- **Daniel J McCarthy**   dmccarthy@hillfarrer.com,
  spadilla@hillfarrer.com;dflowers@hfbllp.com
- **Michael McCollum**   michael@mccollumcounsel.com
- **Thor D McLaughlin**   tmclaughlin@allenmatkins.com, igold@allenmatkins.com
- **David W. Meadows**   david@davidwmeadowslaw.com
- **Joshua M Mester**   jmester@jonesday.com
- **Malcolm D Minnick**   dminnick@pillsburylaw.com, m.minnick@comcast.net
- **Daniel T Moss**   dtmoss@jonesday.com, dstorborg@JonesDay.com
- **Sabari Mukherjee**   notices@becket-lee.com
- **Alan I Nahmias**   anahmias@mbn.law, jdale@mbn.law
- **Juliet Y. Oh**   jyo@lnbyg.com, jyo@lnbyb.com
- **Scott Olson**   scott.olson@bclplaw.com, scott-olson-
  2161@ecf.pacerpro.com,ecfsfdocket@vedderprice.com,nortega@vedderprice.com
- **R Gibson Pagter**   gibson@ppilawyers.com, pagterandperryisaacson@jubileebk.net
- **Kathy Bazoian Phelps**   kphelps@raineslaw.com, hchoi@raineslaw.com
- **Douglas A Plazak**   dplazak@rhlaw.com
- **Jeffrey N Pomerantz**   jpomerantz@pszjlaw.com
- **Samuel Price**   sprice@edzantprice.com

- **Oscar D Ramallo**    oramallo@kayescholer.com
- **Michael B Reynolds**    mreynolds@swlaw.com, kcollins@swlaw.com
- **David J Richardson**    drichardson@bakerlaw.com, aagonzalez@bakerlaw.com
- **Paul A Rigali**    prigali@larsonllp.com, hpark@larsonllp.com;YGutierrez@larsonllp.com
- **David M Riley**    david.riley@us.dlapiper.com, davidzriley@gmail.com;DLAPiper@ecfxmail.com
- **Mary H Rose**    mrose@buchalter.com, marias@buchalter.com;docket@buchalter.com
- **Caroline A Sayers**    caroline.sayers@lathropgpm.com
- **Daniel H Slate**    dslate@buchalter.com, smartin@buchalter.com;ifs_filing@buchalter.com
- **Alan D Smith**    adsmith@perkinscoie.com, DocketLA@perkinscoie.com,ecf-3ac9070a3959@ecf.pacerpro.com,al-smith-9439@ecf.pacerpro.com
- **Robyn B Sokol**    rsokol@leechtishman.com, rsokol@leechtishman.com;lmoya@leechtishman.com;dmulvaney@leechtishman.com;NArango@LeechTishman.com;dbender@leechtishman.com;nmeyers@leechtishman.com;mmocciaro@leechtishman.com
- **Randye B Soref**    rsoref@polsinelli.com, ccripe@polsinelli.com;ladocketing@polsinelli.com
- **Nolan Thomas**    nolan.thomas@klgates.com, klgatesbankruptcy@klgates.com
- **Andrew Troop**    andrew.troop@pillsburylaw.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **Victor A Vilaplana**    victor.vilaplana@practus.com, smoreno@foley.com
- **Philip S Warden**    philip.warden@pillsburylaw.com, thomas.loran@pillsburylaw.com;kathy.stout@pillsburylaw.com;yvonne.chan@pillsburylaw.com;docket@pillsburylaw.com;david.stanton@pillsburylaw.com
- **Alan J Watson**    alan.watson@hklaw.com, rosanna.perez@hklaw.com
- **Jessica Wellington**    jwellington@bg.law, ecf@bg.law
- **Claire K Wu**    claire.wu@pillsburylaw.com, renee.evans@pillsburylaw.com;docket@pillsburylaw.com