ARNOLD & PORTER KAYE SCHOLER LLP
Brian K. Condon (Bar No. 138776)
brian.condon@arnoldporter.com
Oscar Ramallo (Bar No. 241487)
oscar.ramallo@arnoldporter.com
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
Telephone: +1 213.243.4000
Facsimile: +1 213.243.4199

ARNOLD & PORTER KAYE SCHOLER LLP
Michael L. Bernstein (*Pro Hac Vice*)
michael.bernstein@arnoldporter.com
601 Massachusetts Avenue, NW
Washington DC 20001-3743
Telephone: +1 202.942.5000
Facsimile: +1 202.942.5999

*Attorneys for Universal Leader Investment Limited and Glove Assets Investment Limited*

# IN THE UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>ZETTA JET USA, LTD., a California corporation,<br><br>Debtor. | Lead Case No.: 2:17-bk-21386-SK<br><br>Chapter 7<br><br>Jointly Administered With:<br>Case No.: 2:17-bk-21387-SK<br><br>**OBJECTION AND RESERVATION OF RIGHTS OF UNIVERSAL LEADER INVESTMENT LIMITED AND GLOVE ASSETS INVESTMENT LIMITED TO TWELFTH INTERIM APPLICATION OF DLA PIPER FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES INCURRED AS COUNSEL TO THE CHAPTER 7 TRUSTEE FOR THE PERIOD FROM APRIL 1, 2024 THROUGH SEPTEMBER 30, 2024**<br><br>**[Responds to ECF 2444]** |

| | |
|---|---|
| In re:<br><br>ZETTA JET PTE, LTD., a Singaporean corporation,<br><br>Debtor. | Hearing:<br>Date:  December 18, 2024<br>Time:  10:00 a.m. (PST)<br>Place: Courtroom 1575<br>       255 East Temple Street<br>       Los Angeles, California 90012<br>Judge: Hon. Sandra J. Klein |

Universal Leader Investment Limited ("**UL**") and Glove Assets Investment Limited ("**Glove**"), by their undersigned counsel, submit this objection and reservation of rights to DLA Piper's twelfth interim fee application (the "**Twelfth Interim Application**"), filed on November 26, 2024 [ECF 2444]. In support of their objection, UL and Glove respectfully state as follows:

1.   UL and Glove are among the largest creditors in these cases, with claims totaling more than $80 million.

2.   DLA Piper's Twelfth Interim Application seeks allowance of fees and expenses totaling $1,342,310.22[1] for the period of April 1, 2024, through September 30, 2024. These amounts are in addition to the $13,667,514.52 in fees and expenses that have already been paid to DLA Piper; the $17,038,935.70 in fees and expenses that have been previously sought but not yet paid to DLA Piper in the chapter 7 cases;[2] the additional $3,000,000.00 that DLA Piper has stated that it incurred in connection with the Dragon Pearl and New Target litigation but has not yet included in an interim fee application (ECF 2221-12; ECF 2261-5; ECF 2356-7); the $1,800,000.00 apparently incurred by DLA Piper in the chapter 11 cases, prior to conversion, that has not to date been included in an interim fee application (ECF 490); and the $432,000.00 in fees related to the Trustee's pursuit of approval of the settlement in the Jetcraft Adversary Proceeding (*King v. Jetcraft Corporation et al.*, Adv. Proc.

---

[1]   Per DLA Piper's Twelfth Interim Application, this number reflects a voluntary reduction of $37,500.00 in fees and a reduction of $583.00 in expenses as agreed upon by DLA Piper and the fee examiner. *See* DLA Twelfth Interim Application [ECF 2444] at notes 2-3.

[2]   This is comprised of $6,136,658.75 in amounts allowed on an interim basis but held back from DLA Piper's first, second, and third interim fee applications, and $10,902,276.95 in amounts sought by DLA Piper in its fourth, fifth, sixth, seventh, eighth, ninth, tenth, and eleventh interim fee applications but not yet allowed.

2

UNIVERSAL LEADER INVESTMENT LIMITED AND GLOVE ASSETS INVESTMENT LIMITED'S
OBJECTION TO DLA PIPER'S TWELFTH INTERIM FEE APPLICATION

No. 2:19-ap-01382-SK) (ECF 2221-2; ECF 2261-5; ECF 2356-7, ECF 2444-5).  In total, the Trustee has incurred over $30 million in fees and expenses in these cases.  That number will only increase.

3. This Court has held -- and on several occasions reiterated -- that it will not rule on any further fee applications of DLA Piper until the Debtors' chapter 7 cases and the litigation filed by the Trustee in connection therewith have been concluded.  (*See* Mar. 9, 2022, Hr'g Tr. at 13:14–18; June 29, 2022, Hr'g Tr. at 96:18–22; Nov. 8, 2022, Hr'g Tr. at 5:17–23; Feb. 15, 2023, Hr'g Tr. at 133:7–16).  The rationales that UL and Glove believe support this ruling -- including (i) the extraordinary amount of fees that have already been incurred by and paid to DLA Piper in these non-operating chapter 7 cases, (ii) the substantial administrative insolvency, (iii) the uncertainty as to whether the Trustee's (and its counsel's) efforts will generate any recovery for creditors, and (iv) the Trustee's failure to distinguish between assets and liabilities -- including administrative liabilities -- of the two separate bankruptcy estates -- remain true today.  These issues have been addressed in prior fee application objections filed by UL and Glove.  (*See* ECF 1773; ECF 1889; ECF 1966; ECF 2119; ECF 2291; ECF 2371).  For purposes of brevity, UL and Glove respectfully refer to the arguments made in those objections rather than restating them fully here.

## **CONCLUSION**

WHEREFORE, UL and Glove respectfully request that the Court not allow the fees and expenses sought on an interim basis by DLA Piper in the Twelfth Interim Application, consistent with the Court's prior rulings.[3]

[*Signature page follows.*]

---

[3] UL and Glove reserve the right to assert all appropriate objections to the propriety of the services performed by DLA Piper and all other estate professionals, and the reasonableness of the fees sought for such services, at the time of any final fee applications.

3

UNIVERSAL LEADER INVESTMENT LIMITED AND GLOVE ASSETS INVESTMENT LIMITED'S
OBJECTION TO DLA PIPER'S TWELFTH INTERIM FEE APPLICATION

1 | Dated: December 4, 2024          **ARNOLD & PORTER KAYE SCHOLER LLP**

By:   /s/ *Brian K. Condon*
        Brian K. Condon (Bar No. 138776)
        Oscar Ramallo (Bar No. 241487)
        *Attorneys for Universal Leader Investment*
        *Limited and Glove Assets Investment Limited*

4

UNIVERSAL LEADER INVESTMENT LIMITED AND GLOVE ASSETS INVESTMENT LIMITED'S
OBJECTION TO DLA PIPER'S TWELFTH INTERIM FEE APPLICATION

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

Arnold & Porter Kaye Scholer LLP
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844

A true and correct copy of the foregoing document entitled **OBJECTION AND RESERVATION OF RIGHTS OF UNIVERSAL LEADER INVESTMENT LIMITED AND GLOVE ASSETS INVESTMENT LIMITED TO  TWELFTH INTERIM APPLICATION OF DLA PIPER FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES INCURRED AS COUNSEL TO THE CHAPTER 7 TRUSTEE FOR THE PERIOD FROM APRIL 1, 2024 THROUGH SEPTEMBER 30, 2024 [Responds to ECF 2444]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On December 4, 2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Kristina S Azlin on behalf of Creditor CAVIC Aviation Leasing (Ireland) 22 Co. Designated Activity Company, Defendant CAVIC Aviation Leasing (Ireland) 22 Co.; and Litigant CAVIC Aviation Leasing (Ireland) 22 Co. DAC
Kristina.Azlin@hklaw.com, ericka.mendez@hklaw.com; hapi@hklaw.com

Tanya Behnam on behalf of Defendant Avinode Inc.; Defendant World Fuel Services (Singapore) PTE; and Defendant World Fuel Services, Inc.
tbehnam@polsinelli.com, tanyabehnam@gmail.com; ccripe@polsinelli.com; ladocketing@polsinelli.com

Ron Bender on behalf of Debtor Zetta Jet PTE Ltd.; and Defendant World Fuel Services, Inc.
rb@lnbyg.com

Stephen F Biegenzahn on behalf of Creditor Tony Robbins Productions, Inc.
steve@sfblaw.com

J Scott Bovitz on behalf of Attorney Bovitz & Spitzer and Examiner Nancy B. Rapoport
bovitz@bovitz-spitzer.com

Michael D Breslauer on behalf of Creditor Big Fly LLC
mbreslauer@swsslaw.com, yones@swsslaw.com; mbreslauer@ecf.courtdrive.com; wyones@ecf.courtdrive.com

---

US 253516596v1    This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE

Sara Chenetz on behalf of Mediator Sara L. Chenetz
schenetz@perkinscoie.com, docketLA@perkinscoie.com; cmallahi@perkinscoie.com; jkulow@perkinscoie.com; chenetz-sara-perkins-coie- 8670@ecf.pacerpro.com; rleibowitz@perkinscoie.com

Brian K Condon on behalf of Creditor Li Qi, Truly Great Global Ltd., Universal Leader Investment Ltd. and Glove Assets Investment Ltd.
Brian.Condon@arnoldporter.com, edocketscalendaring@arnoldporter.com

Dawn M Coulson on behalf of Defendant Scout Aviation II, LLC; Party Epps & Coulson, LLP
dawn@eppscoulson.com, ecfnotices@eppscoulson.com

Aaron S Craig on behalf of Defendant FK Group Ltd., FK Partners Limited; Jetcoast 5000-5 LLC; Jetcraft Asia; Jetcraft Corporation; Jetcraft Global, Inc.; Jahid Fazal-Karim
acraig@kslaw.com, mciatti@kslaw.com; kobrien@kslaw.com; mcadavid@kslaw.com; jseufert@kslaw.com

Scott D Cunningham on behalf of Defendant Air Charter Service (California) Inc.; Air Charter
scunningham@condonlaw.com, epatmore@condonlaw.com

Michael J Edelman on behalf of Defendant Export Development Canada
mjedelman@vedderprice.com, ecfladocket@vedderprice.com; michael-jedelman-7401@ecf.pacerpro.com

Jamie L Edmonson on behalf of Defendant Associated Aircraft Group Inc.
jedmonson@rc.com,  lshaw@rc.com

Scott Ewing on behalf of Interested Party Courtesy NEF
contact@omnimgt.com,  sewing@omnimgt.com;ecf@omnimgt.com;docketalarm-ecf-cacb-5715976304852992@inbound.docketalarm.com

John-Patrick M Fritz on behalf of Debtor Zetta Jet PTE Ltd.; Zetta Jet USA,
jpf@lnbyg.com, JPF.LNBYB@ecf.inforuptcy.com

Jonathan L Gerber on behalf of Creditor Miller Miller Gerber LLP
jgerber@millermenthelaw.com, sjohal@millermenthelaw.com

Robert P Goe on behalf of Defendant Arthur J. Gallagher RMS Inc.
kmurphy@goeforlaw.com, rgoe@goeforlaw.com; goeforecf@gmail.com

Eric D Goldberg on behalf of Creditor CAE, Inc.
eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com

US 253516596v1

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                F 9013-3.1.PROOF.SERVICE

Michael S Greger on behalf of Creditor Ample United Limited
mgreger@allenmatkins.com, kpreston@allenmatkins.com

David M. Guess on behalf of Creditor Festin Management Corp., SN
1360 LLC, and SN 1372 LLC
dguess@buchalter.com, david-guess-9268@ecf.pacerpro.com

Brian D Huben on behalf of Defendant American Express Company;
American Express National Bank
hubenb@ballardspahr.com, carolod@ballardspahr.com

William W Huckins on behalf of Creditor Ample United Limited; Zetta Jet PTE Ltd.;
Jet USA, Inc.
whuckins@allenmatkins.com, clynch@allenmatkins.com; igold@allenmatkins.com

Allison B Hudson on behalf of Defendant Export Development Canada
ahudson@vedderprice.com,  ecfladocket@vedderprice.com; allison-hudson-3974@ecf.pacerpro.com

Robbin L. Itkin on behalf of Debtor Zetta Jet USA, Inc.; Interested Party Jonathan King; Plaintiff
Jonathan D. King; Trustee Jonathan D King (TR); Trustee Jonathan D. King; U.S. Trustee United
States Trustee (LA)
ritkin@sklarkirsh.com,  mduran@sklarkirsh.com;KFRAZIER@SKLARKIRSH.COM

Lawrence M Jacobson on behalf of Witness O Jets Pte Ltd., Appearing Specially
lmj@gfjlawfirm.com

Jeanne M Jorgensen on behalf of Creditor Universal Fuels, Inc.; Creditor
Universal Weather & Aviation, Inc
jjorgensen@pj-law.com, cpage@pj-law.com

Talin Keshishian on behalf of Plaintiff Jonathan D. King tkeshishian@bg.law,
ecf@bg.law

Michael D Kibler on behalf of Creditor Silver Lake Technology Management, L.L.C.
mkibler@stblaw.com, Janie.franklin@stblaw.com;raul.duran@stblaw.com

Jonathan D King (TR)
jonathan.king@dlapiper.com

Robert Labate on behalf of Creditor AVIC International Leasing Co. Ltd.; Creditor Bombardier
Aerospace Corporation; Creditor CAVIC Aviation Leasing (Ireland) 22 Co. Designated Activity
Company
robert.labate@hklaw.com

US 253516596v1  This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                                       F 9013-3.1.PROOF.SERVICE

Paul J Laurin on behalf of Creditor Rolls-Royce Deutscheland Ltd. & Co. KG.; Creditor Rolls-Royce Deutschland Ltd. & CO. KG.
plaurin@btlaw.com, slmoore@btlaw.com;jboustani@btlaw.com;jose.barajas@btlaw.com

Dare Law on behalf of U.S. Trustee United States Trustee (LA)
dare.law@usdoj.gov, ron.maroko@usdoj.gov

Matthew A Lesnick on behalf of Interested Party Courtesy NEF
matt@lesnickprince.com, matt@ecf.inforuptcy.com; jmack@lesnickprince.com

Blake J Lindemann on behalf of Creditor Jeff Nelson
blake@lawbl.com, nataly@lawbl.com

Michael B Lubic on behalf of Creditor New Target Investments Limited; Defendant Linkage Access Limited; Defendant New Target Investments Limited
michael.lubic@klgates.com, jonathan.randolph@klgates.com, klgatesbankruptcy@klgates.com

John W Lucas on behalf of Attorney The Official Committee of Unsecured Creditors; Creditor Committee The Official Committee of Unsecured Creditors
jlucas@pszjlaw.com, ocarpio@pszjlaw.com

John K Lyons on behalf of Attorney DLA Piper LLP (US); Plaintiff Jonathan D. King; Trustee Jonathan D King (TR)
john.lyons@us.dlapiper.com,  john-lyons-7790@ecf.pacerpro.com;docketingchicago@dlapiper.com

Ron Maroko on behalf of U.S. Trustee United States Trustee (LA)
ron.maroko@usdoj.gov

Daniel J McCarthy on behalf of Creditor Festin Management Corp., SN 1360 LLC, and SN 1372 LLC
dmccarthy@hillfarrer.com, spadilla@hillfarrer.com, dflowers@hfbllp.com
Thor D McLaughlin on behalf of Creditor Ample United Limited,
tmclaughlin@allenmatkins.com, igold@allenmatkins.com

David W. Meadows on behalf of Interested Party Courtesy NEF
david@davidwmeadowslaw.com

Joshua M Mester on behalf of Defendant Minsheng Business Aviation Limited; Yuntian 3 Leasing Company Designated Activity Company; Yuntian 4 Leasing Company Designated Activity Company; Creditor Yuntian 3 Leasing Company Limited
jmester@jonesday.com

US 253516596v1  This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                              F 9013-3.1.PROOF.SERVICE

Malcolm D Minnick on behalf of Creditor Yuntian 3 Leasing Company Limited; Creditor Yuntian 4 Leasing Company Limited
dminnick@pillsburylaw.com, m.minnick@comcast.net

Daniel T Moss on behalf of Creditor Minsheng Business Aviation Limited; Creditor Minsheng Financial Leasing Co., Ltd.;  Creditor Yuntian 3 Leasing Company Designated Activity Company; Creditor Yuntian 4 Leasing Company Designated Activity Company; Defendant Minsheng Business Aviation Limited; Defendant Minsheng Financial Leasing Co., Ltd.; Defendant Yuntian 4 Leasing Company Designated Activity Company
dtmoss@jonesday.com, dstorborg@JonesDay.com

Sabari Mukherjee on behalf of Interested Party Courtesy NEF
notices@becket-lee.com

Alan I Nahmias on behalf of Creditor Tony Robbins Productions, Inc.
anahmias@mbn.law, jdale@mbn.law

Juliet Y. Oh on behalf of Debtor Zetta Jet PTE Ltd.; Debtor Zetta Jet USA, Inc.
jyo@lnbyg.com, jyo@lnbyb.com

Scott Olson on behalf of Defendant Export Development Canada
scott.olson@bclplaw.com,  scott-olson-2161@ecf.pacerpro.com, ecfsfdocket@vedderprice.com, nortega@vedderprice.com

R Gibson Pagter, Jr. on behalf of Creditor Vincenzo Cante
gibson@ppilawyers.com, pagterandperryisaacson@jubileebk.net

Kathy Bazoian Phelps on behalf of Mediator Kathy Bazoian Phelps
kphelps@raineslaw.com,  hchoi@raineslaw.com

Douglas A Plazak on behalf of Attorney
Douglas A. Plazak dplazak@rhlaw.com

Jeffrey N Pomerantz on behalf of Creditor Committee The Official Committee of Unsecured Creditors
jpomerantz@pszjlaw.com

Samuel Price on behalf of Defendant Jet Tech; Debtor Zetta Jet USA, Inc.
sprice@edzantprice.com

Samuel Price on behalf of Defendant Jet Tech Ltd
sprice@edzantprice.com

US 253516596v1

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                              F 9013-3.1.PROOF.SERVICE

Oscar D Ramallo on behalf of Creditor Glove Assets Investment Ltd.; Debtor Zetta Jet USA, Inc.; Creditor Universal Leader Investment Ltd.; Defendant Glove Assets Investment Limited; Defendant Truly Great Global Limited; Defendant Universal Leader Investment Limited
oramallo@kayescholer.com

Michael B Reynolds on behalf of Defendant Blue Shield CA
mreynolds@swlaw.com, kcollins@swlaw.com

David J Richardson on behalf of Creditor Eurocontrol; Defendant Eurocontrol / Eurocontrol - EUR
drichardson@bakerlaw.com, aagonzalez@bakerlaw.com

Paul A Rigali on behalf of Creditor Argus Bahamas Ltd; Creditor Argus Marine Ventures, Ltd.,
prigali@larsonllp.com, hpark@larsonllp.com; YGutierrez@larsonllp.com

David M Riley on behalf of Plaintiff Jonathan D. King; Trustee Jonathan D King (TR)
david.riley@us.dlapiper.com, davidzriley@gmail.com; DLAPiper@ecfxmail.com

Mary H Rose on behalf of Interested Party Courtesy NEF
mrose@buchalter.com, marias@buchalter.com;docket@buchalter.com

Caroline A Sayers on behalf of Defendant MJets Limited
caroline.sayers@lathropgpm.com

Daniel H Slate on behalf of Interested Party Courtesy NEF dslate@buchalter.com, martin@buchalter.com; ifs_filing@buchalter.com

Alan D Smith on behalf of Defendant Jeppesen Sanderson, Inc.;
adsmith@perkinscoie.com, DocketLA@perkinscoie.com, ecf-3ac9070a3959@ecf.pacerpro.com, al-smith-9439@ecf.pacerpro.com

Robyn B Sokol on behalf of Defendant Cloudera Aviation Services SDN, BHD; Interested Party Jonathan King; Plaintiff Jonathan King; Special Counsel Leech Tishman Fuscaldo & Lampl, Inc.; Trustee Jonathan D King (TR); Trustee Jonathan D King
rsokol@leechtishman.com, rsokol@leechtishman.com; lmoya@leechtishman.com; dmulvaney@leechtishman.com; kgutierrez@leechtishman.com; NArango@LeechTishman.com

Randye B Soref on behalf of Creditor World Fuel Services, Debtor Zetta Jet PTE Ltd. Inc.; Nolan Thomas on behalf of Creditor New Target Investments Limited
rsoref@polsinelli.com, ccripe@polsinelli.com;ladocketing@polsinelli.com

US 253516596v1
This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                              F 9013-3.1.PROOF.SERVICE

Andrew Troop on behalf of Creditor Bombardier Aerospace; Creditor Bombardier Inc. Corporation; Creditor Bombardier Inc.; Creditor Bombardier Inc.; Defendant Bombardier Aerospace Corporation; Defendant Bombardier, Inc.; Defendant Learjet Inc
andrew.troop@pillsburylaw.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Victor A Vilaplana on behalf of Creditor ARINC Direct, LLC victor.vilaplana@practus.com, smoreno@foley.com

Philip S Warden on behalf of Creditor ECN Aviation, Inc.; Creditor ECN Capital Corp.; Creditor Yuntian 4 Leasing Company Limited;
philip.warden@pillsburylaw.com, thomas.loran@pillsburylaw.com; kathy.stout@pillsburylaw.com; yvonne.chan@pillsburylaw.com; docket@pillsburylaw.com; david.stanton@pillsburylaw.com

Alan J Watson on behalf of Creditor AVIC International; Creditor Bombardier Aerospace Corporation Leasing Co. Ltd.; Creditor CAVIC Aviation Leasing (Ireland) 22 Co. Designated Activity Company; Defendant CAVIC Aviation Leasing (Ireland) 22 Co. Designated Activity Company
alan.watson@hklaw.com, rosanna.perez@hklaw.com

Jessica Wellington on behalf of Debtor Zetta Jet USA, Inc.; Interested Party Jonathan King; Plaintiff Jonathan D.King
jwellington@bg.law, ecf@bg.law

Claire K Wu on behalf of Creditor Bombardier Aerospace Corporation; Creditor Bombardier Inc.; Creditor Learjet, Inc.; Defendant Bombardier Aerospace Corporation; Defendant Bombardier, Inc.; Defendant Learjet Inc
claire.wu@pillsburylaw.com, irene.hooper@pillsburylaw.com;docket@pillsburylaw.com

2. **SERVED BY UNITED STATES MAIL**:

On December 4, 2024, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

US 253516596v1

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**F 9013-3.1.PROOF.SERVICE**

| | | |
|---|---|---|
| AU Card LLC<br>Attn: Lori Kirkman,<br>General Counsel<br>3300 North Ashton Blvd.<br>Ste 200<br>Lehi, UT 84043 | Brian L. Beckerman on behalf of Creditor Bombardier Aerospace Corporation; Bombardier Inc.<br>Pillsbury Winthrop Shaw Pittman LLP<br>31 West 52nd Street<br>New York, NY 10019 | Bovitz & Spitzer on behalf of Examiner Nancy B. Rapoport<br>1100 Wilshire Blvd., Ste. 2403<br>Los Angeles, CA 90017-4174 |
| CAE SimuFlite Inc.<br>c/o Rebecca J. Winthrop<br>Norton Rose Fulbright US LLP<br>555 South Flower Street<br>41st Floor<br>Los Angeles, CA 90071 | Eric Fishman on behalf of Creditor Bombardier Aerospace Corporation; Bombardier Inc.<br>Pillsbury Winthrop Shaw Pittman LLP<br>31 West 52nd Street<br>New York, NY 10019 | Cindy Lee Hill on behalf of Defendant Mather Aviation<br>Hill & Morris<br>5150 Sunrise Blvd Ste E-4<br>Fair Oaks, CA 95628 |
| Stephen G Larson on behalf of Creditor Argus Bahamas Ltd; Argus Marine Ventures, Ltd., et al.<br>Larson O'Brien LLP<br>555 S Flower St Ste 400<br>Los Angeles, CA 90071 | Levene, Neale, Bender, Yoo & Brill L.L.P. on behalf of Debtor Zetta Jet USA, Inc.<br>10250 Constellation Blvd, #1700<br>Los Angeles, CA 90067 | Omni Agent Solutions<br>5955 DeSoto Avenue<br>Suite #100<br>Woodland Hills, CA 91367 |
| Pachulski Stang Ziehl<br>& Jones LLP<br>10100 Santa Monica Blvd.<br>13th Floor<br>Los Angeles, CA 90067 | Joseph A Roselius on behalf of Plaintiff Jonathan D. King<br>DLA Piper LLP<br>444 West Lake Street, Ste. 900<br>Chicago, IL 60606-0089 | Scout Aviation II, LLC<br>Epps & Coulson, LLP<br>707 Wilshire Blvd., Suite 3000<br>Los Angeles, CA 90017 |
| Seabury Corporate Finance LLC<br>Seabury Corporate Finance LLC<br>1350 Avenue of Americas,<br>25th Floor<br>New York, NY 10019 | David S Torborg on behalf of Defendant Minsheng Business Aviation Limited; Minsheng Financial Leasing Co., Ltd.; Yuntian 3 Leasing Company Designated Activity Company; Defendant Yuntian 4 Leasing Company Designated Activity Company<br>JONES DAY<br>51 Louisiana Avenue NW<br>Washington, DC 20001-2113 | U.S. Customs and Border Protection<br>Attn: REV-Bankruptcy-203Ja<br>8899 E. 56th Street<br>Indianapolis, IN 46249 |

US 253516596v1    This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                         F 9013-3.1.PROOF.SERVICE

| |  |
|---|---|
| Hon Sandra R. Klein<br>United States Bankruptcy Court<br>for the Central District of California<br>255 East Temple Street<br>Suite 1582<br>Los Angeles, California 90012 | |

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on December 4, 2024, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

VIA HAND DELIVERY

VIA ELECTRONIC MAIL

(Party, who is being served if different, and email address for each)

☒ Service information continued on attached page I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 4, 2024 | Vicky Apodaca | /s/ Vicky Apodaca |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

US 2535165961
*June 2012*

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

| **20 Largest Creditors Served via Electronic Mail** | |
|---|---|
| **Bombardier Aerospace Corporation**<br><br>Attn.:   Carolina A. Fornos<br>Email:  carolina.fornos@pillsburylaw.com<br><br>Attn.:   Brian L. Beckerman<br>Email:  brian.beckerman@pillsburylaw.com<br><br>Attn.:   Eric Fishman<br>Email:  eric.fishman@pillsburylaw.com | **Rolls-Royce Deutschland Ltd & Co KG**<br><br>Attn.:   Michael K. McCrory<br>Email:  mmccrory@btlaw.com<br><br>Attn.:   Jonathan Sundheimer<br>Email:  jsundheimer@btlaw.com |
| **Tongda Air Service**<br><br>Attn.: Fuhua Mansion<br>Email:   tongda@tdas-intl.com | **Corporate Jet Support**<br><br>Attn.:    Whitne Keenan<br>Email:  wkeenan@corpjetsupport.com |
| **Rainbow Aviation Limited**<br><br>Attn.:   Benedict Tan<br>Email:  benedicttan@stamfordland.com | **Associated Energy Group, LLC (AEG Fuel)**<br><br>Attn.:   Christopher Clementi<br>Email:  cclementi@aegfuels.com<br><br>Attn.:   Jack Praetzellis<br>Email:  jpraetzellis@foxrothschild.com |
| **Hongkong & Shanghai Banking Corp Ltd.**<br><br>Attn.:   Jennifer W. Crastz<br>Email:  jcrastz@hrhlaw.com | **Festin Management, SN 1360 LLC, and SN 1372 LLC**<br><br>Attn.:   James Torrey at Jimmy Jets<br>Email:  jimt@jimmyjets.net |
| **Eurocontrol**<br><br>Attn.:   Paul Sanze<br>Email: paul.sanze@eurocontrol.int<br><br>Attn.:   David J. Richardson, Esq.<br>Email: drichardson@bakerlaw.com | **ARINC Direct, LLC**<br><br>Attn.:   Erika L. Morabito<br>Email: emorabito@foley.com<br><br>Attn.:   Brittany J. Nelson<br>Email: bnelson@foley.com |

US 253516596v1   This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                           **F 9013-3.1.PROOF.SERVICE**

| **Aircraft Finance and Aircraft Lease Parties by Electronic Mail** ||
| **(if not listed above)** ||
| **Argus Marine Ventures, Ltd.**<br>Attn.: Stephen G. Larson<br>Email: slarson@larsonobrienlaw.com | **Jet Support Services (JSSI)**<br>Attn.: Richard Schumacher<br>Email: rschumacher@jetsupport.com |
| **AVIC International Leasing Co., Ltd.**<br>Attn.: Wayne Wong<br>Email: wangqicong@chinaleasing.net | **Tony Robbins Productions, Inc.**<br>Attn.: Alan I. Nahmias<br>Email: anahmias@mbnlawyers.com |
| **TVPX ARS, Inc.**<br>Attn.: David Wall<br>Email: dwall@tvpx.com | **PTJ Associates LLC**<br>Attn.: Stephen Hofer<br>Email: shofer@aerlex.com |
| **Jet Aviation**<br>Attn.: Sarah R. Borders<br>Email: sborders@kslaw.com | **ECN Capital Corp. and ECN Aviation, Inc. (f/k/a Element Aviation, Inc.)**<br>Attn.: Michael O'Keefe<br>Email: mokeefe@ecncapitalcorp.com |
| **Other Requests for Service by Electronic Mail** ||
| **Export Development Canada**<br>Attn.: Jeff Blattman<br>Email: jblattman@edc.ca | **Bank of Utah**<br>Attn.: Colleen Schulthies<br>Email: cschulthies@bankofutah.com |

US 253516596v1

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**