PETER C. ANDERSON
UNITED STATES TRUSTEE
MICHAEL JONES, State Bar No. 271574
ASSISTANT UNITED STATES TRUSTEE
KELLY L. MORRISON, State Bar No. 216155
TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
915 Wilshire Blvd., Suite 1850
Los Angeles, California 90017-5418
(213) 894-2656 telephone
(213) 894-2603 facsimile
Email: Kelly.L.Morrison@usdoj.gov

**FILED & ENTERED**

**MAY 14 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** fortier     **DEPUTY CLERK**

## IN THE UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>ZETTA JET USA, INC., a California corporation,<br><br>    Debtor.<br><br>In re:<br><br>ZETTA JET PTE, LTD., a Singaporean corporation,<br><br>    Debtor.<br><br>☒ Affects Both Debtors<br>☐ Affects Zetta Jet USA, Inc., a California corporation, only<br>☐ Affects Zetta Jet PTE, Ltd., a Singaporean corporation, only | Lead Case No.: 2:17-bk-21386-BR<br><br>Chapter 7<br><br>Jointly Administered With:<br>Case No.: 2:17-bk-21387-BR<br><br>**ORDER APPROVING STIPULATION TO CONTINUE HEARING ON MOTION FOR ORDER PURSUANT TO RULE 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE APPROVING SETTLEMENT AGREEMENT BETWEEN CHAPTER 7 TRUSTEE AND DEFENDANTS**<br><br>[Relates to Adv. Case Nos. 2:19-ap-01147 and 2:19-ap-01382]<br><br><u>Current Hearing</u><br>Date:    May 20, 2025<br>Time:    10:00 a.m.<br>Place:    Courtroom 1668 |

The Court, having considered the "Stipulation to Continue Hearing on Motion for Order Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure Approving Settlement Agreement by and Between Chapter 7 Trustee and Defendants" and for good cause appearing therefor,

**IT IS HEREBY ORDERED as follows:**

1. The Stipulation is APPROVED;
2. The hearing on the 9019 Motion will be on June 24, 2025 at 10:00 a.m. in courtroom 1668; and
3. Deadlines for oppositions and replies, if any shall be set pursuant to Local Bankruptcy Rule 9013-1(f).

///

///

///

Date: May 14, 2025

Barry Russell
United States Bankruptcy Judge