|  | FOR COURT USE ONLY |
|---|---|
| | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

Name of Debtor(s) listed on the bankruptcy case:

In re:

ZETTA JET USA, INC., a California corporation,

Debtor.

CASE NO.: 2:17-bk-21386-BR
CHAPTER: 7

**CHANGE OF MAILING ADDRESS**

1. This change of mailing address is requested by:  ☐ Debtor   ☐ Joint-Debtor   ☒ Creditor

   Attorneys who wish to make a change of mailing address must use CM/ECF.

2. **Old Address:**
   Name(s):                  Daniel J. McCarthy, Hill, Farrer & Burrill LLP
   Mailing Address:          300 S. Grand Ave., 37th Floor
   City, State, Zip Code:    Los Angeles, CA 90071

3. **New Address:**
   Mailing Address:          515 S. Grand Ave., 7th Floor
   City, State, Zip Code:    Los Angeles, CA 90071

4. ☐ Check here if you are a Debtor or a Joint Debtor and you receive court orders and notices by email through the Debtor Electronic Bankruptcy Noticing program (DeBN) rather than by U.S. mail to your mailing address. Please provide your DeBN account number below (DeBN account numbers can be located in the subject title of all emailed court orders and notices).

   Debtor's DeBN account number _____

   Joint Debtor's DeBN account number _____

Date: 07/09/2025                Daniel J. McCarthy_____
                                Requestor's printed name(s)

                                /s/ Daniel McCarthy_____
                                Requestor's signature(s)

                                _____
                                Title (if applicable, of corporate officer, partner, or agent)

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2015*                                                                 F 1002-1.3.CHANGE.ADDRESS

# PROOF OF SERVICE

I, Sonia Padilla, declare:

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is Hill, Farrer & Burrill LLP, City National Plaza, 515 S Flower Street, 7th Floor, Los Angeles, California 90071.

A true and correct copy of the foregoing document entitled (specify): **NOTICE OF CHANGE OF FIRM ADDRESS** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) July 9, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Kristina S Azlin**    Kristina.Azlin@hklaw.com, ericka.mendez@hklaw.com;hapi@hklaw.com
- **Tanya Behnam**    tbehnam@polsinelli.com, tanyabehnam@gmail.com;ccripe@polsinelli.com;ladocketing@polsinelli.com
- **Ron Bender**    rb@lnbyg.com
- **Stephen F Biegenzahn**    steve@sfblaw.com
- **J Scott Bovitz**    bovitz@bovitz-spitzer.com
- **Michael D Breslauer**    mbreslauer@swsslaw.com, sdurazo@swsslaw.com
- **Sara Chenetz**    schenetz@perkinscoie.com, docketLA@perkinscoie.com;cmallahi@perkinscoie.com;jkulow@perkinscoie.com;chenetz-sara-perkins-coie-8670@ecf.pacerpro.com;rleibowitz@perkinscoie.com
- **Brian K Condon**    brian.condon@arnoldporter.com, edocketscalendaring@arnoldporter.com,ecf-10cc1820d4f0@ecf.pacerpro.com,maousbccourts@arnoldporter.com
- **Dawn M Coulson**    dawn@eppscoulson.com, ecfnotices@eppscoulson.com
- **Aaron S Craig**    acraig@kslaw.com, mciatti@kslaw.com;kobrien@kslaw.com;mcadavid@kslaw.com;jseufert@kslaw.com
- **Scott D Cunningham**    scunningham@condonlaw.com, hbeck-kilps@condonlaw.com
- **Cecily A Dumas**    cdumas@bakerlaw.com, hhammonturano@bakerlaw.com
- **Michael J Edelman**    mjedelman@vedderprice.com, ecfladocket@vedderprice.com;michael-jedelman-7401@ecf.pacerpro.com
- **Jamie L Edmonson**    jedmonson@rc.com, lshaw@rc.com

- **Scott Ewing**  contact@omnimgt.com, sewing@omnimgt.com;ecf@omnimgt.com;docketalarm-ecf-cacb-5715976304852992@inbound.docketalarm.com
- **John-Patrick M Fritz**  jpf@lnbyg.com, JPF.LNBYB@ecf.inforuptcy.com
- **Jonathan L Gerber**  jgerber@mmg-llp.com, sjohal@millermenthelaw.com
- **Robert P Goe**  kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com
- **Eric D Goldberg**  eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- **Michael S Greger**  mgreger@allenmatkins.com, kpreston@allenmatkins.com
- **David M. Guess**  dguess@buchalter.com, david-guess-9268@ecf.pacerpro.com
- **Brian D Huben**  hubenb@ballardspahr.com, carolod@ballardspahr.com
- **William W Huckins**  whuckins@allenmatkins.com, clynch@allenmatkins.com;igold@allenmatkins.com
- **Allison B Hudson**  ahudson@vedderprice.com, ecfladocket@vedderprice.com;allison-hudson-3974@ecf.pacerpro.com
- **Tiffany M Ikeda**  tiffany.ikeda@arnoldporter.com, vicky.apodaca@arnoldporter.com;natasha.brunstein@arnoldporter.com;mary.aertker@arnoldporter.com
- **Robbin L. Itkin**  ritkin@sklarkirsh.com, mduran@sklarkirsh.com;KFRAZIER@SKLARKIRSH.COM
- **Lawrence M Jacobson**  lmj@gfjlawfirm.com
- **Jeanne M Jorgensen**  jjorgensen@pj-law.com, cpage@pj-law.com
- **Talin Keshishian**  tkeshishian@bg.law, ecf@bg.law
- **Michael D Kibler**  Mkibler@stblaw.com, Janie.franklin@stblaw.com;raul.duran@stblaw.com
- **Jonathan D King (TR)**  jonathan.king@dlapiper.com
- **Robert Labate**
- **Paul J Laurin**  plaurin@btlaw.com, slmoore@btlaw.com;jboustani@btlaw.com;jose.barajas@btlaw.com
- **Dare Law**  dare.law@usdoj.gov
- **Blake J Lindemann**  Blake@lawbl.com, Nataly@lawbl.com
- **Michael B Lubic**  michael.lubic@klgates.com, jonathan.randolph@klgates.com,klgatesbankruptcy@klgates.com
- **John W Lucas**  jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- **John K Lyons**  , john-lyons-7790@ecf.pacerpro.com;docketingchicago@dlapiper.com
- **John K Lyons**  john.lyons@us.dlapiper.com, john-lyons-7790@ecf.pacerpro.com;docketingchicago@dlapiper.com
- **Ron Maroko**  ron.maroko@usdoj.gov

- **Daniel J McCarthy**  dmccarthy@hillfarrer.com, spadilla@hillfarrer.com;dflowers@hfbllp.com
- **Michael McCollum**  michael@mccollumcounsel.com
- **Thor D McLaughlin**  tmclaughlin@allenmatkins.com, igold@allenmatkins.com
- **David W. Meadows**  david@davidwmeadowslaw.com
- **Joshua M Mester**  jmester@jonesday.com
- **Malcolm D Minnick**  dminnick@pillsburylaw.com, m.minnick@comcast.net
- **Kelly L Morrison**  kelly.l.morrison@usdoj.gov
- **Daniel T Moss**  dtmoss@jonesday.com, dstorborg@JonesDay.com
- **Sabari Mukherjee**  notices@becket-lee.com
- **Alan I Nahmias**  anahmias@mbn.law, jdale@mbn.law
- **Juliet Y. Oh**  jyo@lnbyg.com, jyo@lnbyb.com
- **Scott Olson**  solson@seyfarth.com, scott-olson-2161@ecf.pacerpro.com,ecfsfdocket@vedderprice.com,nortega@vedderprice.com,chidocket@seyfarth.com
- **R Gibson Pagter**  gibson@ppilawyers.com, pagterandperryisaacson@jubileebk.net
- **Kathy Bazoian Phelps**  kphelps@raineslaw.com, hchoi@raineslaw.com
- **Douglas A Plazak**  dplazak@rhlaw.com
- **Jeffrey N Pomerantz**  jpomerantz@pszjlaw.com
- **Samuel Price**  sprice@edzantprice.com
- **Oscar D Ramallo**  oramallo@kayescholer.com
- **Michael B Reynolds**  mreynolds@swlaw.com, kcollins@swlaw.com
- **David J Richardson**  drichardson@bakerlaw.com, jrunner@bakerlaw.com
- **Paul A Rigali**  prigali@larsonllp.com, hpark@larsonllp.com;YGutierrez@larsonllp.com
- **David M Riley**  david.riley@us.dlapiper.com, davidzriley@gmail.com;DLAPiper@ecfxmail.com
- **Mary H Rose**  mrose@buchalter.com, marias@buchalter.com;docket@buchalter.com
- **Caroline A Sayers**  caroline.sayers@lathropgpm.com
- **Daniel H Slate**  dslate@buchalter.com, smartin@buchalter.com;ifs_filing@buchalter.com
- **Alan D Smith**  adsmith@perkinscoie.com, DocketLA@perkinscoie.com,ecf-3ac9070a3959@ecf.pacerpro.com,al-smith-9439@ecf.pacerpro.com
- **Robyn B Sokol**  rsokol@leechtishman.com, rsokol@leechtishman.com;lmoya@leechtishman.com;dmulvaney@leechtishman.com;NArango@LeechTishman.com;dbender@leechtishman.com;nmeyers@leechtishman.com
- **Randye B Soref**  rsoref@polsinelli.com, ccripe@polsinelli.com;ladocketing@polsinelli.com

- **Nolan Thomas**   nolan.thomas@klgates.com, klgatesbankruptcy@klgates.com
- **Andrew Troop**   andrew.troop@pillsburylaw.com
- **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov
- **Victor A Vilaplana**   victor.vilaplana@practus.com, smoreno@foley.com
- **Philip S Warden**   philip.warden@pillsburylaw.com, thomas.loran@pillsburylaw.com;kathy.stout@pillsburylaw.com;yvonne.chan@pillsburylaw.com;docket@pillsburylaw.com;david.stanton@pillsburylaw.com
- **Alan J Watson**   alan.watson@hklaw.com, rosanna.perez@hklaw.com
- **Jessica Wellington**   jwellington@bg.law, ecf@bg.law
- **Claire K Wu**   claire.wu@pillsburylaw.com, renee.evans@pillsburylaw.com;docket@pillsburylaw.com

## 2. SERVED BY UNITED STATES MAIL:

On July 9, 2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first-class, postage-prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| | |
|---|---|
| AU Card LLC<br>Attn: Lori Kirkman, General Counsel<br>3300 North Ashton Blvd. STE. 200<br>Lehi, UT 84043 | Brian L. Beckerman<br>Pillsbury Winthrop Shaw Pittman LLP<br>31 West 52nd Street<br>New York, NY 10019 |
| Bovitz & Spitzer<br>1100 Wilshire Blvd., Ste. 2403<br>Los Angeles, CA 90017-4174 | CAE SimuFlite Inc.<br>c/o Rebecca J. Winthrop<br>Norton Rose Fulbright US LLP<br>555 South Flower Street<br>41st Floor<br>Los Angeles, CA 90071 |
| Lisa Fenning<br>Arnold & Porter, Kaye Scholer<br>777 S Figueroa St<br>Los Angeles, CA 90017 | Eric Fishman<br>Pillsbury Winthrop Shaw Pittman LLP<br>31 West 52nd Street<br>New York, NY 10019 |
| Cindy Lee Hill<br>Hill & Morris, Attorneys at Law<br>5150 Sunrise Blvd Ste E-4<br>Fair Oaks, CA 95628 | Stephen G Larson<br>Larson O'Brien LLP<br>555 S Flower St Ste 400<br>Los Angeles, CA 90071 |

| | |
|---|---|
| Levene, Neale, Bender, Yoo & Brill L.L.P.<br>10250 Constellation Blvd, #1700<br>Los Angeles, CA 90067 | Omni Agent Solutions<br>5955 DeSoto Avenue, Suite #100<br>Woodland Hills, CA 91367 |
| Pachulski Stang Ziehl & Jones LLP<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, CA 90067 | Joseph A Roselius<br>DLA Piper LLP<br>444 West Lake Street, Ste. 900<br>Chicago, IL 60606-0089 |
| Scout Aviation II, LLC<br>Epps & Coulson, LLP<br>707 Wilshire Blvd.<br>Suite 3000<br>Los Angeles, CA 90017 | Seabury Corporate Finance LLC<br>Seabury Corporate Finance LLC<br>1350 Avenue of Americas, 25th Floor<br>New York, NY 10019 |
| David S Torborg<br>JONES DAY<br>51 Louisiana Avenue NW<br>Washington, DC 20001-2113 | U.S. Customs and Border Protection<br>Attn: REV-Bankruptcy-203Ja<br>8899 E. 56th Street<br>Indianapolis, IN 46249 |

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) July 9, 2025, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

*/s /Sonia Padilla*
SONIA PADILLA

#2981501v1 S5680 002        - 5 -