ARNOLD & PORTER KAYE SCHOLER LLP
BRIAN K. CONDON (Bar No. 138776)
brian.condon@arnoldporter.com
OSCAR RAMALLO (Bar No. 241487)
oscar.ramallo@arnoldporter.com
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
Telephone: +1 213.243.4000
Facsimile: +1 213.243.4199

ARNOLD & PORTER KAYE SCHOLER LLP
BENJAMIN MINTZ (*Pro Hac Vice*)
Benjamin.mintz@arnoldporter.com
250 West 55th Street
New York, NY 10019-9710
Telephone: +1 212.836.8000
Facsimile: +1 212.836.8689

*Attorneys for Universal Leader Investment Limited, Glove Assets Investment Limited, and Truly Great Global Limited*

# IN THE UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>ZETTA JET USA, INC., a California corporation,<br><br>Debtor. | Lead Case No.: 2:17-bk-21386-SK<br><br>Chapter 7<br><br>Jointly Administered With:<br>Case No.: 2:17-bk-21387-SK<br><br>**RESERVATION OF RIGHTS REGARDING OBJECTIONS TO INTERIM FEE APPLICATIONS**<br><br>[Relates to ECF Nos. 1258, 1519, 1773, 1887, 1889, 1966, 2034, 2119, 2290, 2371, 2460 and 2556] |
| In re:<br><br>ZETTA JET PTE, LTD., a Singaporean corporation,<br><br>Debtor. | Hearing:<br>Date: July 29, 2025<br>Time: 10:00 a.m. (PDT)<br>Place: Courtroom 1668<br>255 East Temple Street<br>Los Angeles, California 90012<br>Judge: Hon. Barry Russell |

RESERVATION OF RIGHTS REGARDING OBJECTIONS TO INTERIM FEE APPLICATIONS

Universal Leader Investment Limited ("**UL**"), Glove Assets Investment Limited ("**Glove**"), and Truly Great Global Limited ("**TG**", together with UL and Glove the "**UL Parties**") through their undersigned counsel, submit this *Reservation of Rights* (the "**ROR**") regarding the *Notice of Hearing on Interim Fee Applications* [ECF 2556]. In support of this ROR, the UL Parties respectfully state as follows:

## **RESERVATION OF RIGHTS**

1.  On June 26, 2025, the Chapter 7 trustee (the "**Trustee**") in the above-captioned cases (the "**Chapter 7 Cases**") filed the *Chapter 7 Trustee's Notice of Motion and Motion for Order Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure Approving Settlement Agreement by and Among Chapter 7 Trustee and UL Parties* [ECF 2558] (the "**Settlement Motion**").[1]

2.  Pursuant to the Settlement Agreement, the UL Parties conditionally agreed (i) to withdraw with prejudice their objections to the Trustee's fee applications filed as of the date of the Settlement Agreement; and (ii) not object to future fee applications filed by the Trustee in these Chapter 7 Cases.

3.  As provided in Paragraph 7 of the Settlement Agreement, the UL Parties' obligation to withdraw their pending objections to the Trustee's fee applications is conditioned upon the Court's approval of the Interim Distribution Plan on a final basis. As provided in Paragraph 8(C) of the Settlement Agreement, the UL Parties' agreement not to object to future fee applications filed by the Trustee is contingent upon (a) the fee examiner determining such fee applications to be reasonable; and (b) the fee applications being consistent with the budget attached to the Interim Distribution Approval Order.

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Settlement Motion.

4. In the event that either the Settlement Agreement or the Interim Distribution Plan are not approved by this Court on a final basis, or if the fee examiner determines that any requested fees in the Trustee's fee applications are not reasonable, the UL Parties expressly preserve their rights to object to the Trustee's fee applications.

## CONCLUSION

WHEREFORE, the UL Parties respectfully preserve their objection rights to the Trustee's interim fee applications as outlined above and in accordance with the terms of the Settlement Agreement.

Dated: July 14, 2025

**ARNOLD & PORTER KAYE SCHOLER LLP**

By:  /s/ *Brian K. Condon*
Brian K. Condon (Bar No. 138776)
Oscar Ramallo (Bar No. 241487)
Benjamin Mintz (admitted *pro hac vice*)
*Attorneys for Universal Leader Investment Limited, Glove Assets Investment Limited, and Truly Great Global Limited*

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

Arnold & Porter Kaye Scholer LLP<br>
777 South Figueroa Street, 44th Floor<br>
Los Angeles, CA 90017-5844

A true and correct copy of the foregoing document entitled **RESERVATION OF RIGHTS REGARDING OBJECTIONS TO INTERIM FEE APPLICATIONS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On July 14, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

| Name | On Behalf of | Email |
|---|---|---|
| Kristina S Azlin | Creditor CAVIC Aviation Leasing (Ireland) 22 Co. Designated Activity Company, Defendant CAVIC Aviation Leasing (Ireland) 22 Co.; and Litigant CAVIC Aviation Leasing (Ireland) 22 Co. DAC | Kristina.Azlin@hklaw.com, ericka.mendez@hklaw.com; hapi@hklaw.com |
| Tanya Behnam | Defendant Avinode Inc.; Defendant World Fuel Services (Singapore) PTE; and Defendant World Fuel Services, Inc. | tbehnam@polsinelli.com, tanyabehnam@gmail.com; ccripe@polsinelli.com; ladocketing@polsinelli.com |
| Ron Bender | Debtor Zetta Jet PTE Ltd.; and Defendant World Fuel Services, Inc. | rb@lnbyg.com |
| Stephen F Biegenzahn | Creditor Tony Robbins Productions, Inc. | steve@sfblaw.com |
| J Scott Bovitz | Attorney Bovitz & Spitzer and Examiner Nancy B. Rapoport | bovitz@bovitz-spitzer.com |
| Michael D Breslauer | Creditor Big Fly LLC | mbreslauer@swsslaw.com, yones@swsslaw.com; mbreslauer@ecf.courtdrive.com; wyones@ecf.courtdrive.com |
| Sara Chenetz | Mediator Sara L. Chenetz | schenetz@perkinscoie.com, docketLA@perkinscoie.com; cmallahi@perkinscoie.com; jkulow@perkinscoie.com; chenetz-sara-perkins-coie-8670@ecf.pacerpro.com; rleibowitz@perkinscoie.com |
| Brian K Condon | Creditor Li Qi, Truly Great Global Ltd., Universal Leader Investment Ltd. and | brian.condon@arnoldporter.com, edocketscalendaring@arnoldporter.com |

US 253519694v1    This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                    **F 9013-3.1.PROOF.SERVICE**

|  |  |  |
|---|---|---|
|  | Glove Assets Investment Ltd. |  |
| Dawn M Coulson | Defendant Scout Aviation II, LLC; Party Epps & Coulson, LLP | dawn@eppscoulson.com, ecfnotices@eppscoulson.com |
| Aaron S Craig | Defendant FK Group Ltd., FK Partners Limited; Jetcoast 5000-5 LLC; Jetcraft Asia; Jetcraft Corporation; Jetcraft Global, Inc.; Jahid Fazal-Karim | acraig@kslaw.com, mciatti@kslaw.com; kobrien@kslaw.com; mcadavid@kslaw.com; jseufert@kslaw.com |
| Scott D Cunningham | Defendant Air Charter Service (California) Inc.; Air Charter | scunningham@condonlaw.com |
| Michael J Edelman | Defendant Export Development Canada | mjedelman@vedderprice.com, ecfladocket@vedderprice.com; michael-jedelman-7401@ecf.pacerpro.com |
| Jamie L. Edmonson | Defendant Associated Aircraft Group Inc. | jedmonson@rc.com, lshaw@rc.com |
| Scott Ewing | Interested Party Courtesy NEF | contact@omnimgt.com, sewing@omnimgt.com; ecf@omnimgt.com docketalarm-ecf-cacb-57159763048529 92@inbound.docketalarm.com |
| John-Patrick M Fritz | Debtor Zetta Jet PTE Ltd.; Zetta Jet USA | jpf@lnbyg.com, JPF.LNBYB@ecf.inforuptcy.com |
| Jonathan L Gerber | Creditor Miller Miller Gerber LLP | jgerber@millermenthelaw.com, sjohal@millermenthelaw.com |
| Robert P Goe | Defendant Arthur J. Gallagher RMS Inc. | kmurphy@goeforlaw.com, rgoe@goeforlaw.com; goeforecf@gmail.com |
| Eric D Goldberg | Creditor CAE, Inc. | eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com |
| Michael S Greger | Creditor Ample United Limited | mgreger@allenmatkins.com, kpreston@allenmatkins.com |
| David M. Guess | Creditor Festin Management Corp., SN 1360 LLC, and SN 1372 LLC | dguess@buchalter.com, david-guess-9268@ecf.pacerpro.com |
| Brian D Huben | Defendant American Express Company; American Express National Bank | hubenb@ballardspahr.com, carolod@ballardspahr.com |
| William W Huckins | Creditor Ample United Limited; Zetta Jet PTE Ltd.; Jet USA, Inc. | whuckins@allenmatkins.com, clynch@allenmatkins.com; igold@allenmatkins.com |
| Allison B Hudson | Defendant Export Development Canada | ahudson@vedderprice.com, ecfladocket@vedderprice.com; allison-hudson-3974@ecf.pacerpro.com |
| Robbin L. Itkin | Debtor Zetta Jet USA, Inc.; Interested Party Jonathan King; Plaintiff Jonathan D. King; Trustee Jonathan D King (TR); Trustee Jonathan D. King; U.S. Trustee United States Trustee (LA) | ritkin@sklarkirsh.com, mduran@sklarkirsh.com; kfrazier@sklarkirsh.com |
| Lawrence M Jacobson | Witness O Jets Pte Ltd., Appearing Specially | lmj@gfjlawfirm.com |
| Jeanne M Jorgensen | Creditor Universal Fuels, Inc.; Creditor Universal Weather & Aviation, Inc. | jjorgensen@pj-law.com, cpage@pj-law.com |
| Talin Keshishian | Plaintiff Jonathan D. King | tkeshishian@bg.law, ecf@bg.law |
| Michael D Kibler | Creditor Silver Lake Technology Management, L.L.C. | mkibler@stblaw.com, Janie.franklin@stblaw.com; |

US 2535196944 This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                              F 9013-3.1.PROOF.SERVICE

| | | |
|---|---|---|
| | | raul.duran@stblaw.com |
| Jonathan D King (TR) | Trustee | jonathan.king@dlapiper.com |
| Robert Labate | Creditor AVIC International Leasing Co. Ltd.; Creditor Bombardier Aerospace Corporation; Creditor CAVIC Aviation Leasing (Ireland) 22 Co. Designated Activity Company | robert.labate@hklaw.com |
| Paul J Laurin | Creditor Rolls-Royce Deutscheland Ltd. & Co. KG.; Creditor Rolls-Royce Deutschland Ltd. & CO. KG. | plaurin@btlaw.com, slmoore@btlaw.com; jboustani@btlaw.com; jose.barajas@btlaw.com |
| Dare Law | U.S. Trustee United States Trustee (LA) | dare.law@usdoj.gov, ron.maroko@usdoj.gov |
| Matthew A Lesnick | Interested Party Courtesy NEF | matt@lesnickprince.com, matt@ecf.inforuptcy.com; jmack@lesnickprince.com |
| Blake J Lindemann | Creditor Jeff Nelson | blake@lawbl.com, nataly@lawbl.com |
| Michael B Lubic | Creditor New Target Investments Limited; Defendant Linkage Access Limited; Defendant New Target Investments Limited | michael.lubic@klgates.com, jonathan.randolph@klgates.com, klgatesbankruptcy@klgates.com |
| John W Lucas | Attorney The Official Committee of Unsecured Creditors; Creditor Committee The Official Committee of Unsecured Creditors | jlucas@pszjlaw.com, ocarpio@pszjlaw.com |
| John K Lyons | Attorney DLA Piper LLP (US); Plaintiff Jonathan D. King; Trustee Jonathan D King (TR) | john.lyons@us.dlapiper.com, john-lyons-7790@ecf.pacerpro.com; docketingchicago@dlapiper.com |
| Ron Maroko | U.S. Trustee United States Trustee (LA) | ron.maroko@usdoj.gov |
| Daniel J McCarthy | Creditor Festin Management Corp., SN 1360 LLC, and SN 1372 LLC | dmccarthy@hillfarrer.com, spadilla@hillfarrer.com, dflowers@hfbllp.com |
| Thor D McLaughlin | Creditor Ample United Limited | tmclaughlin@allenmatkins.com, igold@allenmatkins.com |
| David W. Meadows | Interested Party Courtesy NEF | david@davidwmeadowslaw.com |
| Joshua M Mester | Defendant Minsheng Business Aviation Limited; Yuntian 3 Leasing Company Designated Activity Company; Yuntian 4 Leasing Company Designated Activity Company; Creditor Yuntian 3 Leasing Company Limited | jmester@jonesday.com |
| Malcolm D Minnick | Creditor Yuntian 3 Leasing Company Limited; Creditor Yuntian 4 Leasing Company Limited | dminnick@pillsburylaw.com, m.minnick@comcast.net |
| Daniel T Moss | Creditor Minsheng Business Aviation Limited; Creditor Minsheng Financial Leasing Co., Ltd.; Creditor Yuntian 3 Leasing Company Designated Activity Company; Creditor Yuntian 4 Leasing Company Designated Activity Company; Defendant Minsheng Business Aviation Limited; Defendant Minsheng Financial Leasing Co., Ltd.; Defendant Yuntian 4 | dtmoss@jonesday.com, dstorborg@JonesDay.com |

US 253519694 This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE

|  | Leasing Company Designated Activity Company |  |
| --- | --- | --- |
| Sabari Mukherjee | Interested Party Courtesy NEF | notices@becket-lee.com |
| Alan I Nahmias | Creditor Tony Robbins Productions, Inc. | anahmias@mbn.law, jdale@mbn.law |
| Juliet Y. Oh | Debtor Zetta Jet PTE Ltd.; Debtor Zetta Jet USA, Inc. | jyo@lnbyg.com |
| Scott Olson | Defendant Export Development Canada | scott.olson@bclplaw.com, scott-olson-2161@ecf.pacerpro.com, ecfsfdocket@vedderprice.com, nortega@vedderprice.com |
| R Gibson Pagter, Jr. | Creditor Vincenzo Cante | gibson@ppilawyers.com, pagterandperryisaacson@jubileebk.net |
| Kathy Bazoian Phelps | Mediator Kathy Bazoian Phelps | kphelps@raineslaw.com, hchoi@raineslaw.com |
| Douglas A Plazak | Attorney Douglas A. Plazak | dplazak@rhlaw.com |
| Jeffrey N Pomerantz | Creditor Committee The Official Committee of Unsecured Creditors | jpomerantz@pszjlaw.com |
| Samuel Price | Defendant Jet Tech; Debtor Zetta Jet USA, Inc., Jet Tech Ltd | sprice@edzantprice.com |
| Oscar D Ramallo | Creditor Glove Assets Investment Ltd.; Debtor Zetta Jet USA, Inc.; Creditor Universal Leader Investment Ltd.; Defendant Glove Assets Investment Limited; Defendant Truly Great Global Limited; Defendant Universal Leader Investment Limited | oramallo@kayescholer.com |
| Michael B Reynolds | Defendant Blue Shield CA | mreynolds@swlaw.com, kcollins@swlaw.com |
| David J Richardson | Creditor Eurocontrol; Defendant Eurocontrol / Eurocontrol – EUR | drichardson@bakerlaw.com, aagonzalez@bakerlaw.com |
| Paul A Rigali | Creditor Argus Bahamas Ltd; Creditor Argus Marine Ventures, Ltd. | prigali@larsonllp.com, hpark@larsonllp.com; YGutierrez@larsonllp.com |
| David M Riley | Plaintiff Jonathan D. King; Trustee Jonathan D King (TR) | david.riley@us.dlapiper.com, davidzriley@gmail.com; DLAPiper@ecfxmail.com |
| Mary H Rose | Interested Party Courtesy NEF | mrose@buchalter.com, marias@buchalter.com; docket@buchalter.com |
| Caroline A Sayers | Defendant MJets Limited | caroline.sayers@lathropgpm.com |
| Daniel H Slate | Interested Party Courtesy NEF | dslate@buchalter.com, martin@buchalter.com; ifs_filing@buchalter.com |
| Alan D Smith | Defendant Jeppesen Sanderson, Inc. | adsmith@perkinscoie.com, DocketLA@perkinscoie.com, ecf3ac9070a3959@ecf.pacerpro.com, al-smith-9439@ecf.pacerpro.com |
| Robyn B Sokol | Defendant Cloudera Aviation Services SDN, BHD; Interested Party Jonathan King; Plaintiff Jonathan King; Special Counsel Leech Tishman Fuscaldo & Lampl, Inc.; Trustee Jonathan D King (TR); Trustee Jonathan D King | rsokol@leechtishman.com, rsokol@leechtishman.com; lmoya@leechtishman.com; dmulvaney@leechtishman.com; kgutierrez@leechtishman.com; narango@LeechTishman.com |

US 253519694v1

June 2012

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

F 9013-3.1.PROOF.SERVICE

| | | |
|---|---|---|
| Randye B Soref | Creditor World Fuel Services, Debtor Zetta Jet PTE Ltd. Inc.; Nolan Thomas on behalf of Creditor New Target Investments Limited | rsoref@polsinelli.com, ccripe@polsinelli.com; ladocketing@polsinelli.com |
| Andrew Troop | Creditor Bombardier Aerospace; Creditor Bombardier Inc. Corporation; Creditor Bombardier Inc.; Creditor Bombardier Inc.; Defendant Bombardier Aerospace Corporation; Defendant Bombardier, Inc.; Defendant Learjet Inc. | andrew.troop@pillsburylaw.com |
| United States Trustee (LA) | | ustpregion16.la.ecf@usdoj.gov |
| Victor A Vilaplana | Creditor ARINC Direct, LLC | smoreno@foley.com |
| Philip S Warden | Creditor ECN Aviation, Inc.; Creditor ECN Capital Corp.; Creditor Yuntian 4 Leasing Company Limited | philip.warden@pillsburylaw.com, thomas.loran@pillsburylaw.com; kathy.stout@pillsburylaw.com; yvonne.chan@pillsburylaw.com; docket@pillsburylaw.com; david.stanton@pillsburylaw.com |
| Alan J Watson | Creditor AVIC International; Creditor Bombardier Aerospace Corporation Leasing Co. Ltd.; Creditor CAVIC Aviation Leasing (Ireland) 22 Co. Designated Activity Company; Defendant CAVIC Aviation Leasing (Ireland) 22 Co. Designated Activity Company | alan.watson@hklaw.com, rosanna.perez@hklaw.com |
| Jessica Wellington | Debtor Zetta Jet USA, Inc.; Interested Party Jonathan King; Plaintiff Jonathan D.King | jwellington@bg.law, ecf@bg.law |
| Claire K Wu | Creditor Bombardier Aerospace Corporation; Creditor Bombardier Inc.; Creditor Learjet, Inc.; Defendant Bombardier Aerospace Corporation; Defendant Bombardier, Inc.; Defendant Learjet Inc. | claire.wu@pillsburylaw.com, irene.hooper@pillsburylaw.com; docket@pillsburylaw.com |

2. **SERVED BY UNITED STATES MAIL**:

On July 14, 2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| | | |
|---|---|---|
| AU Card LLC<br>Attn: Lori Kirkman,<br>General Counsel<br>3300 North Ashton Blvd.<br>Ste 200<br>Lehi, UT 84043 | Brian L. Beckerman on behalf of Creditor Bombardier Aerospace Corporation; Bombardier Inc.<br>Pillsbury Winthrop Shaw Pittman LLP<br>31 West 52nd Street<br>New York, NY 10019 | Bovitz & Spitzer on behalf of Examiner Nancy B. Rapoport<br>1100 Wilshire Blvd., Ste. 2403<br>Los Angeles, CA 90017-4174 |
| CAE SimuFlite Inc.<br>c/o Rebecca J. Winthrop | Eric Fishman on behalf of Creditor Bombardier Aerospace Corporation; | Cindy Lee Hill on behalf of Defendant Mather Aviation |

US 253519694
This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                    F 9013-3.1.PROOF.SERVICE

| | | |
|---|---|---|
| Norton Rose Fulbright US LLP<br>555 South Flower Street<br>41st Floor<br>Los Angeles, CA 90071 | Bombardier Inc.<br>Pillsbury Winthrop Shaw Pittman LLP<br>31 West 52nd Street<br>New York, NY 10019 | Hill & Morris<br>5150 Sunrise Blvd Ste E-4<br>Fair Oaks, CA 95628 |
| Stephen G Larson on behalf of Creditor Argus Bahamas Ltd; Argus Marine Ventures, Ltd., et al.<br>Larson O'Brien LLP<br>555 S Flower St Ste 400<br>Los Angeles, CA 90071 | Levene, Neale, Bender, Yoo & Brill L.L.P. on behalf of Debtor Zetta Jet USA, Inc.<br>10250 Constellation Blvd, #1700<br>Los Angeles, CA 90067 | Omni Agent Solutions<br>5955 DeSoto Avenue<br>Suite #100<br>Woodland Hills, CA 91367 |
| Pachulski Stang Ziehl & Jones LLP<br>10100 Santa Monica Blvd.<br>13th Floor<br>Los Angeles, CA 90067 | Joseph A Roselius on behalf of Plaintiff Jonathan D. King<br>DLA Piper LLP<br>444 West Lake Street, Ste. 900<br>Chicago, IL 60606-0089 | Scout Aviation II, LLC<br>Epps & Coulson, LLP<br>707 Wilshire Blvd., Suite 3000<br>Los Angeles, CA 90017 |
| Seabury Corporate Finance LLC<br>Seabury Corporate Finance LLC<br>1350 Avenue of Americas,<br>25th Floor<br>New York, NY 10019 | David S Torborg on behalf of Defendant Minsheng Business Aviation Limited; Minsheng Financial Leasing Co., Ltd.; Yuntian 3 Leasing Company Designated Activity Company; Defendant Yuntian 4 Leasing Company Designated Activity Company<br>JONES DAY<br>51 Louisiana Avenue NW<br>Washington, DC 20001-2113 | U.S. Customs and Border Protection<br>Attn: REV-Bankruptcy-203Ja<br>8899 E. 56th Street<br>Indianapolis, IN 46249 |
| Hon Sandra R. Klein<br>United States Bankruptcy Court for the Central District of California<br>255 East Temple Street, Suite 1582<br>Los Angeles, California 90012 | | |

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on July 14, 2025, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

VIA HAND DELIVERY

VIA ELECTRONIC MAIL

(Party, who is being served if different, and email address for each)

---

US 253519694v1  This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                    **F 9013-3.1.PROOF.SERVICE**

☒ Service information continued on attached page I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 14, 2025 | Vicky Moreno | /s/ *Vicky Moreno* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

US 253519694This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

| **20 Largest Creditors Served via Electronic Mail** ||
|---|---|
| **Bombardier Aerospace Corporation**<br>Attn.:  Carolina A. Fornos<br>Email:  carolina.fornos@pillsburylaw.com<br><br>Attn.:  Brian L. Beckerman<br>Email:  brian.beckerman@pillsburylaw.com<br><br>Attn.:  Eric Fishman<br>Email:  eric.fishman@pillsburylaw.com | **Rolls-Royce Deutschland Ltd & Co KG**<br>Attn.:  Michael K. McCrory<br>Email:  mmccrory@btlaw.com<br><br>Attn.:  Jonathan Sundheimer<br>Email:  jsundheimer@btlaw.com |
| **Tongda Air Service**<br>Attn.: Fuhua Mansion<br>Email:  tongda@tdas-intl.com | **Corporate Jet Support**<br>Attn.:   Whitne Keenan<br>Email:  wkeenan@corpjetsupport.com |
| **Rainbow Aviation Limited**<br>Attn.:  Benedict Tan<br>Email:  benedicttan@stamfordland.com | **Associated Energy Group, LLC (AEG Fuel)**<br>Attn.:  Christopher Clementi<br>Email:  cclementi@aegfuels.com<br><br>Attn.:  Jack Praetzellis<br>Email:  jpraetzellis@foxrothschild.com |
| **Hongkong & Shanghai Banking Corp Ltd.**<br>Attn.:  Jennifer W. Crastz<br>Email:  jcrastz@hrhlaw.com | **Festin Management, SN 1360 LLC, and SN 1372 LLC**<br>Attn.:  James Torrey at Jimmy Jets<br>Email:  jimt@jimmyjets.net |
| **Eurocontrol**<br>Attn.:  Paul Sanze<br>Email: paul.sanze@eurocontrol.int<br><br>Attn.:  David J. Richardson, Esq.<br>Email: drichardson@bakerlaw.com | **ARINC Direct, LLC**<br>Attn.:  Erika L. Morabito<br>Email: emorabito@foley.com<br><br>Attn.:  Brittany J. Nelson<br>Email: bnelson@foley.com |

US 253519694v1  This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                                           F 9013-3.1.PROOF.SERVICE

| **Aircraft Finance and Aircraft Lease Parties by Electronic Mail** ||
| **(if not listed above)** ||
| **Argus Marine Ventures, Ltd.**<br>Attn.:  Stephen G. Larson<br>Email:  slarson@larsonobrienlaw.com | **Jet Support Services (JSSI)**<br>Attn.:  Richard Schumacher<br>Email: rschumacher@jetsupport.com |
| **AVIC International Leasing Co., Ltd.**<br>Attn.:   Wayne Wong<br>Email: wangqicong@chinaleasing.net | **Tony Robbins Productions, Inc.**<br>Attn.:   Alan I. Nahmias<br>Email:  anahmias@mbnlawyers.com |
| **TVPX ARS, Inc.**<br>Attn.:   David Wall<br>Email: dwall@tvpx.com | **PTJ Associates LLC**<br>Attn.: Stephen Hofer<br>Email: shofer@aerlex.com |
| **Jet Aviation**<br>Attn.:  Sarah R. Borders<br>Email: sborders@kslaw.com | **ECN Capital Corp. and ECN Aviation, Inc. (f/k/a Element Aviation, Inc.)**<br>Attn.:   Michael O'Keefe<br>Email:  mokeefe@ecncapitalcorp.com |
| **Other Requests for Service by Electronic Mail** ||
| **Export Development Canada**<br>Attn.: Jeff Blattman<br>Email: jblattman@edc.ca | **Bank of Utah**<br>Attn.:   Colleen Schulthies<br>Email:  cschulthies@bankofutah.com |

US 253519694

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                           **F 9013-3.1.PROOF.SERVICE**