# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
DLA Piper LLP (US)
2000 Avenue of the Stars, Suite 400 North Tower
Los Angeles, CA 90067-4704

A true and correct copy of the foregoing document entitled *Notice of Hearing on Interim Fee Applications* will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On October 23, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

| Name | Party | Email |
|---|---|---|
| John-Patrick M. Fritz | Zetta Jet USA, Inc. | jpf@lnbyb.com |
| Juliet Y. Oh | Zetta Jet USA, Inc. | jyo@lnbyb.com |
| Ron Bender | Zetta Jet USA, Inc. | rb@lnbyb.com |
| Jeanne M. Jorgensen | Universal Weather & Aviation, Inc. | jjorgensen@pj-law.com |
| Jeanne M. Jorgensen | Universal Fuels, Inc. | jjorgensen@pj-law.com |
| Dawn M. Coulson | Scout Aviation II, LLC | dcoulson@eppscoulson.com |
| William W. Huckins | Ample United Limited | whuckins@allenmatkins.com |
| Michael S. Greger | Ample United Limited | mgreger@allenmatkins.com |
| Andrew Troop | Bombardier Aerospace | andrew.troop@pillsburylaw.com |
| Alan I. Nahmias | NEF Request | anahmias@mbnlawyers.com |
| Mary H. Rose | NEF Request | mrose@buchalter.com |
| Michael D. Breslauer | Big Fly LLC | mbreslauer@swsslaw.com |
| Stephen F. Biegenzahn | NEF Request | sbiegenzahn@mbnlawyers.com |
| David W. Meadows | NEF Request | david@davidwmeadowslaw.com |
| Dare Law | U.S. Trustee | dare.law@usdoj.gov |
| Tiffany M. Ikeda | Li Entities | tiffany.ikeda@aarnoldporter.com; vicky.apodaca@arnoldporter.com; natasha.brunstein@arnoldporter.com; mary.aertker@arnoldporter.com |
| Michael B. Lubic | New Target Investments Limited | michael.lubic@klgates.com |
| Nolan Thomas | New Target Investments Limited | nolan.thomas@klgates.com |
| Victor A. Vilaplana | ARINC Direct, LLC | vavilaplana@foley.com |
| Jeffrey N. Pomerantz | Creditor Committee | jpomerantz@pszjlaw.com |
| John W. Lucas | Creditor Committee | jlucas@pszjlaw.com |
| Paul Laurin | Rolls-Royce Deutschland | paul.laurin@btlaw.com |
| Scott M. Ewing | Rust Consulting/Omni Bankruptcy | sewing@omnimgt.com; ecf@omnimgt.com |
| Kristina S. Azlin | | Kristina.azlin@hklaw.com; ericka.mendez@hklaw.com |
| Jonathan Boustani | | jboustani@btlaw.com |
| J. Scott Bovitz | Fee Examiner | bovitz@bovitz-spitzer.com |
| Brian K. Condon | | brian.condon@arnoldporter.com |
| Jamie L. Edmonson | | jedmonson@rc.com; lshaw@rc.com |

☒ Service information continued on attached page

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*  **F 9013-3.1.PROOF.SERVICE**

1625278377

**2. SERVED BY UNITED STATES MAIL**:
On October 23, 2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Festin Management Corp., SN 1360 LLC, SN 1372 LLC
Attn.:  Daniel J. McCarthy, Esq.
Hill, Farrer & Burrill LLP
One California Plaza, 37th Floor
300 South Grand Avenue
Los Angeles, California 90071

Festin Management Corp., SN 1360 LLC, SN 1372 LLC
Attn.:  James Torrey
Jimmy Jets
2808 Northeast First Avenue
Wilton Manors, Florida 33334

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on October 23, 2025, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

VIA HAND DELIVERY

VIA ELECTRONIC MAIL

(Party, who is being served if different, and email address for each)

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 23, 2025 | William L. Countryman, Jr. | /s/  William L. Countryman, Jr. |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

1625278377

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF) (Continued):**

| | | |
|---|---|---|
| Daniel H. Slate | NEF Request | dslate@buchalter.com |
| Ron Maroko | US Trustee | ron.maroko@usdoj.gov |
| Robert Labate | AVIC International Leasing Co. Ltd. | robert.labate@hklaw.com |
| Alan J. Watson | AVIC International Leasing Co. Ltd. | alan.watson@hklaw.com |
| Michael McCollum | New Jubilee Global Limited | michael@mccollumcounsel.com |
| Blake J. Lindemann | NEF Request | blake@lawbl.com |
| Sabari Mukherjee | NEF Request | notices@becket-lee.com |
| Corey R. Weber | NEF Request (Brutzkus Gubner) | cweber@bg.law; ecf@bg.law |
| Robyn B. Sokol | NEF Request (Brutzkus Gubner) | ecf@bg.law; rsokol@leechtishman.com; lmoya@leechtishman.com |
| David J. Richardson | NEF Request (Baker Hostetler LLP) | drichardson@bakerlaw.com |
| Aaron S. Craig | | acraig@kslaw.com; mtunson@kslaw.com; eripley@kslaw.com; mciatti@kslaw.com |
| Scott D. Cunningham | | scunningham@condonlaw.com; epatmore@condonlaw.com |
| Cecily A. Dumas | | cdumas@bakerlaw.com; hhammonturano@bakerlaw.com |
| Michael J. Edelman | | mjedelman@vedderprice.com; edfladocket@vedderprice.com; Michael-jedelman-7401@ecf.pacerpro.com |
| Amir Gamliel | | amir-gamliel-9554@ecf.pacerpro.com; cmallahi@perkinscoie.com; docketla@perkinscoie.com |
| Jonathan L. Gerber | | jgerber@millermenthelaw.com; sjohal@millermenthelaw.com |
| Brian D. Huben | | hubenb@ballardspahr.com; carolod@ballardspahr.com |
| Allison B. Hudson | | ahudson@vedderprice.com; ecfladocket@vedderprice.com; Allison-hudson-3974@ecf.pacerpro.com |
| Talin Keshishian | | tkeshishian@bg.law; ecf@bg.law |
| Michael D. Kibler | | mkibler@stblaw.com; Janie.franklin@stblaw.com; raul.duran@stblawcom |
| Daniel J. McCarthy | | dmccarthy@hillfarrer.com; spadilla@hillfarrer.com; nchacon@hfbllp.com |
| Thor D. McLaughlin | | tmclaughlin@allenmatkins.com; igold@allenmatkins.com |
| Joshua M. Mester | | jmester@jonesday.com |
| Malcolm D. Minnick | | dminnick@pillsburylaw.com; m.minnick@comcast.net |
| Daniel T. Moss | | dtmoss@jonesday.com; dstorborg@jonesday.com |
| Scott H. Olson | | solson@vedderprice.com; scott-olson-2161@ecf.pacerpro.com; ecfsfdocket@vedderprice.com; nortega@vedderprice.com |
| R. Gibson Pagter | | gibson@ppilawyers.com; ecf@ppilawyers.com; pagterrr51779@notify.bestcase.com |
| Kathy Bazoian Phelps | | kphilps@diamondmccarthy.com; helen.choi@diamondmccarthy.com |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**

1625278377

| | |
|---|---|
| Samuel Price | sprice@pooleshaffery.com; mvalenti@pooleshaffery.com |
| Oscar D. Ramallo | oramallo@kayescholer.com |
| Michael B. Reynolds | mrenolds@swlaw.com; kcollins@swlaw.com |
| Paul A. Rigali | prigali@larsonllp.com; hpark@larsonllp.com; ygurierrez@larsonllp.com |
| David M. Riley | David.riley@morganlewis.com; davidzriley@gmail.com |
| Caroline A. Sayers | caroline.sayers@lathropgpm.com |
| Alan D. Smith | adsmith@perkinscoie.com; docketla@perkinscoie.com; ecf-3ac9070a3959@ecf.pacerpro.com; al-smith-9439@ecf.pacerpro.com |
| Randye B. Soref | rsoref@polsinelli.com; ccripe@polsinelli.com; ladocketing@polsinelli.com |
| United States Trustee | ustpregion16.la.ecf@usdoj.gov |
| Philip S. Warden | Philip.warden@pillsburylaw.com; Thomas.loran@pillsburylaw.com; Kathy.stout@pillsburylaw.com; Deirdre.campino@pillsburylaw.com |
| Jessica Wellington | jwellington@bg.law; ecf@bg.law |

| **20 Largest Creditors Served via Electronic Mail** ||
|---|---|
| **Bombardier Aerospace Corporation** | **Rolls-Royce Deutschland Ltd & Co KG** |
| Attn.:  Andrew Troop<br>Email:  andrew.troop@pillsburylaw.com | Attn.:  Paul Laurin<br>Email:  paul.laurin@btlaw.com |
| Attn.:  Carolina A. Fornos<br>Email:  carolina.fornos@pillsburylaw.com | Attn.:  Michael K. McCrory<br>Email:  mmccrory@btlaw.com |
| Attn.:  Brian L. Beckerman<br>Email:  brian.beckerman@pillsburylaw.com | Attn.:  Jonathan Sundheimer<br>Email:  jsundheimer@btlaw.com |
| Attn.:  Eric Fishman<br>Email:  eric.fishman@pillsburylaw.com | |
| **World Fuel Services, Inc.** | **Corporate Jet Support** |
| Attn.:  Calvin Chia<br>Email:  cchia@wfscorp.com | Attn.:   Whitne Keenan<br>Email:  wkeenan@corpjetsupport.com |
| Attn.:  Randye Soref<br>Email:  rsoref@polsinelli.com | |
| Attn.:  Justin Edelson<br>Email: jedelson@polsinelli.com | |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                              **F 9013-3.1.PROOF.SERVICE**

1625278377

| **20 Largest Creditors Served via Electronic Mail** ||
|---|---|
| **Rainbow Aviation Limited**<br><br>Attn.:  Benedict Tan<br>Email: benedicttan@stamfordland.com<br><br>Attn.:  Dawn M. Coulson<br>Email: dcoulson@eppscoulson.com | **Associated Energy Group, LLC (AEG Fuel)**<br><br>Attn.:  Christopher Clementi<br>Email:  cclementi@aegfuels.com<br><br>Attn.:  Jack Praetzellis<br>Email: jpraetzellis@foxrothschild.com |
| **Hongkong & Shanghai Banking Corp Ltd.**<br><br>Attn.:  Jennifer W. Crastz<br>Email: jcrastz@hrhlaw.com | **Wex Bank**<br><br>Attn.:   Kiran Patel<br>Email: kiran.patel@wexinc.com |
| **Universal Weather & Aviation Inc. (UWA) and Universal Fuels, Inc. (UVAir)**<br><br>Attn.:  Jeanne M. Jorgensen<br>Email: jjorgensen@pj-law.com | **UVAir European Fuelling Services Ltd**<br><br>Attn.:  Jeanne M. Jorgensen<br>Email: jjorgensen@pjlaw.com |
| **Hanergy [Yoda Aviation]**<br><br>Attn.:   John Zhang<br>Email: zhangbin@hanergy.com | **Festin Management, SN 1360 LLC, and SN 1372 LLC**<br><br>Attn.:  Daniel J. McCarthy, Esq.<br>Email:  dmccarthy@hillfarrer.com<br><br>Attn.:  James Torrey at Jimmy Jets<br>Email:  jimt@jimmyjets.net |
| **Eurocontrol**<br><br>Attn.:  Paul Sanze<br>Email: paul.sanze@eurocontrol.int | **Jeppesen Sanderson, Inc.**<br><br>Attn.:  Doris Fuller<br>Email:  Doris.fuller@jeppesen.com |
| **Tongda Air Service**<br><br>Attn.:   Fuhua Mansion<br>Email:  tongda@tdas-intl.com | **ARINC Direct, LLC**<br><br>Attn.:  Victor A. Vilaplana<br>Email:  vavilaplana@foley.com<br><br>Attn.:  Erika L. Morabito<br>Email:  emorabito@foley.com<br><br>Attn.:  Brittany J. Nelson<br>Email:  bnelson@foley.com |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE

1625278377

| **Aircraft Finance and Aircraft Lease Parties by Electronic Mail** ||
| **(if not listed above)** ||
| **Argus Marine Ventures, Ltd.**<br>Attn.:  Stephen G. Larson<br>Email:  slarson@larsonobrienlaw.com | **Jet Support Services (JSSI)**<br>Attn.:  Richard Schumacher<br>Email: rschumacher@jetsupport.com |
| **AVIC International Leasing Co., Ltd.**<br>Attn.:   Wayne Wong<br>Email: wangqicong@chinaleasing.net<br><br>Attn.:  Robert J. Labate<br>Email:  robert.labate@hklaw.com<br><br>Attn.:  Alan J. Watson<br>Email:  alan.watson@hklaw.com | **Tony Robbins Productions, Inc.**<br>Attn.:  Alan I. Nahmias<br>Email: anahmias@mbnlawyers.com<br><br>Attn.:  Stephen F. Biegenzahn<br>Email: sbiegenzahn@mbnlawyers.com |
| **Big Fly LLC**<br>Attn.:  Michael D. Breslauer<br>Email:  mbreslauer@swsslaw.com | **Ample United Limited**<br>Attn.:  William W. Huckins<br>Email: whuckins@allenmatkins.com<br><br>Attn.:  Michael S. Greger<br>Email: mgreger@allenmatkins.com |
| **TVPX ARS, Inc.**<br>Attn.:   David Wall<br>Email: dwall@tvpx.com | **PTJ Associates LLC**<br>Attn.:   Stephen Hofer<br>Email: shofer@aerlex.com |
| **Jet Aviation**<br>Attn.:  Sarah R. Borders<br>Email: sborders@kslaw.com | **ECN Capital Corp. and ECN Aviation, Inc. (f/k/a Element Aviation, Inc.)**<br>Attn.:   Michael O'Keefe<br>Email:   mokeefe@ecncapitalcorp.com<br><br>Attn.:   Cecily A. Dumas<br>Email: Cecily.dumas@pillsburylaw.com |
| **Yuntian 3 Leasing Company Limited and Yuntian 4 Leasing Company Limited**<br>Attn.:  Joshua M. Mester<br>Email:  jmester@jonesday.com<br><br>Attn.:  Dan T. Moss<br>Email:  dtmoss@jonesday.com | |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

1625278377

| **Other Requests for Service by Electronic Mail** | |
|---|---|
| **The Debtors (Zetta Jet USA, Inc. and Zetta Jet PTE, Ltd.)**<br><br>Attn.:  John-Patrick M. Fritz<br>Email: jpf@lnbyb.com<br><br>Attn.:  Juliet Y. Oh<br>Email: jyo@lnbyb.com<br><br>Attn.:  Ron Bender<br>Email: rb@lnbyb.com | **The Li Entities (Truly Great Global, Ltd., Universal Leader Investment Ltd., and Glove Assets Investment Ltd.)**<br><br>Attn.:  Michael L. Bernstein<br>Email:  michael.bernstein@apks.com<br><br>Attn.:  Charles A. Malloy<br>Email:  charles.malloy@apks.com<br><br>Attn.:  Lisa Hill Fenning<br>Email:  lisa.fenning@apks.com<br><br>Attn.:  Tiffany M. Ikeda<br>Email:  tiffany.ikeda@apks.com |
| **United States Trustee**<br><br>Attn.:   Dare Law<br>Email: dare.law@usdoj.gov<br><br>Attn.:   Ron Maroko<br>Email: ron.maroko@usdoj.gov | **New Jubilee Global Limited**<br><br>Attn.:  Michael B. McCollum<br>Email:  Michael@mccullumcounsel.com |
| **Export Development Canada**<br><br>Attn.:   Jeff Blattman<br>Email: jblattman@edc.ca | **Bank of Utah**<br><br>Attn.:   Colleen Schulthies<br>Email:  cschulthies@bankofutah.com |
| **Silver Lake Technology Management, L.L.C.**<br><br>Attn.:  Michael D. Kibler<br>Email: mkibler@stblaw.com | **New Target Investments Limited**<br><br>Attn:  Michael Lubic<br>Email: michael.lubic@klgates.com |

| **Professionals Service by Electronic Mail** | |
|---|---|
| **Quantuma (Singapore) PTE Limited**<br><br>Attn.:  Luke Furler<br>Email: luke.furler@quantuma.com<br><br>Attn.:  Joffrey Tan<br>Email: joffrey.tan@quantuma.com | **Omni Agent Solutions**<br><br>Attn.:  Brian Osborne<br>Email: bosborne@omniagnt.com<br><br>Attn.:  Sarah Steinhorn<br>Email:  ssteinhorn@omniagnt.com<br><br>Attn.:  Paul Deutch<br>Email:  pdeutch@omniagnt.com |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                                **F 9013-3.1.PROOF.SERVICE**

1625278377

| | |
|---|---|
| **Oon & Bazul, LLP**<br><br>Attn.:  Keith Han<br>Email: keith.han@oonbazul.com<br><br>Attn.:  Angela Phoon Yan Ling<br>Email: angela.phoon@oonbazul.com<br><br>Attn.:  Ammani Mathivanan<br>Email: ammani.mathivanan@oonbazul.com<br><br>Attn.:  Loo Sek Lin<br>Email: seklin.loo@oonbazul.com | **Nancy B. Rapoport, Fee Examiner**<br><br>Attn.:  Nancy B. Rapoport<br>Email: zettajetfeeexaminer@gmail.com |
| **Bovitz & Spitzer**<br><br>Attn.:  J. Scott Bovitz<br>Email: bovitz@bovitz-spitzer.com | **Ogier**<br><br>Attn.:  Nicholas Burkill<br>Email: nicholas.burkill@ogier.com<br><br>Attn.:  Sarah Latham<br>Email: sarah.latham@ogier.com |
| **WongPartnership LLP**<br><br>Attn.:  Joel Chng<br>Email: joel.chng@wongpartnership.com<br><br>Attn.:  Jarrett Toh<br>Email: jarrett.toh@wongpartnership.com<br><br>Attn.:  Muhammed Ismail Noordin<br>Email: muhammedismail.konoordin@wongpartnership.com | **FTI Consulting, Inc.**<br><br>Attn.:  Steven J. Hazel<br>Email: steven.hazel@fticonsulting.com<br><br>Attn.:  Melinda Gagyor<br>Email: melinda.gagyor@fticonsulting.com<br><br>Attn.:  Adriana Vega<br>Email: adriana.vega@fticonsulting.com |
| **Michael Goldman & Associates, LLC**<br><br>Attn.:  Michael Goldman<br>Email: michaelgoldman@mindspring.com | **Leech Tishman Fuscaldo & Lampl, Inc.**<br><br>Attn.:  Robyn B. Sokol<br>Email: rsokol@leechtishman.com |
| **PricewaterhouseCoopers Advisory Services, LLC**<br><br>Attn.:  Ryan D. Murphy<br>Email: ryan.d.murphy@pwc.com | **Seabury Corporate Finance LLC and Seabury Securities LLC**<br><br>Attn.:  Michael Cox<br>Email: mcox@seaburysecurities.com<br><br>Attn.:  Michael Mason<br>Email: mmason@seaburysecurities.com |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

1625278377