# **EXHIBIT B**

**King Declaration**

1625428094

# DECLARATION OF JONATHAN D. KING

I, JONATHAN D. KING, declare as follows:

1. I am over 18 years of age. I have personal knowledge of the facts set forth in this declaration (the "Declaration") and, if called as a witness, could and would testify competently with respect thereto.

2. I am the duly appointed chapter 7 trustee (the "Trustee") of Zetta Jet USA, Inc. and Zetta Jet PTE, Ltd. (together the "Debtors") in the above-captioned, jointly administered bankruptcy cases. I have personal knowledge of the facts set forth below and, if called to testify, I would and could competently testify thereto.

3. I submit this Declaration in support of the *Chapter 7 Trustee's Motion of the Chapter 7 Trustee for an Order to Make an Interim Distribution to the Holders of Administrative, Priority, and General Unsecured Claims and for Related Relief*.

## Claims Administration

4. Over the past two years, I have worked diligently to resolve or otherwise liquidate claims filed against the estates. Over 450 claims totaling over $750 million in prepetition claims and over $47 million in administrative claims were originally filed in the Bankruptcy Cases. I have now fully administered virtually all of the claims, except the CAVIC Proofs of Claim (defined below) and the Au Card claim to which I have sought disallowance [*see* Docket No. 2706], leaving approximately $19 million in unpaid chapter 7 professional fees, $2 million in chapter 11 administrative trade claims, $660,000 in priority claims, and $197 million in nonpriority unsecured claims. There are also $4.4 million in estimated chapter 11 professional claims and $770,000 in chapter 11 trustee fees that are subject to further Bankruptcy Court approval.

5. *CAVIC Claims:* CAVIC has asserted over $3.9 million in administrative priority claims (the "CAVIC Administrative Claims") and over $70 million in general unsecured claims against the estates (the "CAVIC Unsecured Claims"), as set forth below (collectively, the "CAVIC Proofs of Claim"):

//

//

a. Administrative Expense Claims

| Filed Case | Filed Debtor | Claim No. | Date Filed | Filed Amount | Creditor |
|---|---|---|---|---|---|
| 17-21387 | Zetta PTE | 117 | April 16, 2018 | $1,348,078.12 | ZJ6000-3 Statutory Trust |
| 17-21387 | Zetta PTE | 118 | April 16, 2018 | $1,331,964.16 | ZJ6000-2 Statutory Trust |
| 17-21387 | Zetta PTE | 119 | April 16, 2018 | $1,311,855.20 | ZJ6000-1 Statutory Trust |
| 17-21386 | Zetta USA | 129 | April 16, 2018 | $1,311,855.20 | ZJ6000-1 Statutory Trust |
| 17-21386 | Zetta USA | 130 | April 16, 2018 | $1,348,078.12 | ZJ6000-3 Statutory Trust |
| 17-21386 | Zetta USA | 131 | April 16, 2018 | $1,331,964.16 | ZJ6000-2 Statutory Trust |

b. General Unsecured Claims

| Filed Case | Filed Debtor | Claim No. | Date Filed | Filed Amount | Creditor |
|---|---|---|---|---|---|
| 17-21387 | Zetta PTE | 162 | 04/24/2018 | $1,416,591.45 | CAVIC Aviation Leasing (Ireland) Co. |
| 17-21387 | Zetta PTE | 206 | 08/08/2025 | $34,853,540.48 | ZJ6000-2 Statutory Trust |
| 17-21387 | Zetta PTE | 207 | 08/08/2025 | $26,189,077.06 | ZJ6000-1 Statutory Trust |
| 17-21387 | Zetta PTE | 208 | 08/08/2025 | $1,351,591.45 | CAVIC Aviation Leasing (Ireland) 22 Co. DAC |
| 17-21387 | Zetta PTE | 209 | 08/08/2025 | $14,033,621.40 | ZJ6000-3 Statutory Trust |
| 17-21386 | Zetta USA | 261 | 08/08/2025 | $34,853,540.48 | ZJ6000-2 Statutory Trust |
| 17-21386 | Zetta USA | 262 | 08/08/2025 | $26,189,077.06 | ZJ6000-1 Statutory Trust |
| 17-21386 | Zetta USA | 263 | 08/08/2025 | $1,351,591.45 | CAVIC Aviation Leasing (Ireland) 22 Co. DAC |
| 17-21386 | Zetta USA | 264 | 08/08/2025 | $14,033,621.40 | ZJ6000-3 Statutory Trust |

6.  I dispute the validity of all of the CAVIC Proofs of Claim and sought, or intend to seek, disallowance, but will fully reserve for these claims under the proposed Interim Distribution until such claims are fully adjudicated.

7.  I filed a motion seeking to disallow the CAVIC Administrative Claims, but the Bankruptcy Court denied the motion without prejudice due to its finding that it lacked jurisdiction to decide the issues raised in the motion due to the pending appeal in the Ninth Circuit [Docket No. 2683]. Accordingly, with the CAVIC Administrative Claims unresolved, I will reserve $3,991,897.48 on account of the CAVIC Administrative Claims out of settlement proceeds and reserve the full amount of the $2.35 million distribution to unsecured creditors until the CAVIC Unsecured Claims are liquidated. Additionally, I intend to file a motion seeking to estimate the CAVIC Administrative Claims to limit the reserve amount to the fair market rental value of the three planes.

8.  Thus, the only claims that have not been fully administered are the CAVIC Proofs

of Claim, which could take years to fully adjudicate, and the Au Card claim, which should be adjudicated before year end.

### The Proposed CAVIC Contingency Fee Arrangement

9. In order to significantly limit the further incurrence of professional fees, sharply reduce the risk of administrative solvency of the estates, and facilitate the proposed Interim Distribution, DLA Piper has agreed to prosecute the CAVIC Adversary Action on a 40% contingent fee basis and, as part of the arrangement, waive approximately $4.9 million in fees already incurred in connection with the CAVIC Adversary Action and look solely to recoveries from enforcement of the New Target judgement (other than proceeds from the Dragon Pearl sale which will be available for distribution to stakeholders under the waterfall) for payment of approximately $3.2 million in fees that have been deferred with respect to the recovery efforts with respect to the Dragon Pearl. I contemporaneously have filed an application to supplement DLA Piper's engagement to approve the proposed contingency fee arrangement.

10. I, DLA Piper, and Universal Leader/Glove Assets (the Debtors' largest creditor) have negotiated the contours of a proposed contingency fee arrangement to prosecute the CAVIC Adversary Action to conclusion.

- Under the proposed arrangement, DLA Piper will waive its fees and expenses incurred in the CAVIC Adversary Action (approximately $3,5000,000), including a $914,000 credit against any interim distribution to be paid to DLA Piper on account of its chapter 7 fees paid in connection with the CAVIC Adversary Action.

- DLA Piper will be entitled to a contingent fee of 40% of all recoveries made in the CAVIC Adversary Action.

- DLA Piper will guarantee that general unsecured creditors will receive a minimum distribution of 10% of total CAVIC recoveries with any shortfall to be taken from DLA Piper's contingent fee.

11. Consistent with discussions with Universal Leader and other stakeholders, I also propose to retain DLA Piper to prosecute the claim objection and estimation proceedings against CAVIC on a contingency fee basis and be paid 40% of any amount of the reserve released to the

estates for distribution to stakeholders. As part of this arrangement, DLA Piper will waive $450,000 in fees already incurred in connection with my motions to disallow and to estimate the CAVIC Proofs of Claim.

12. The proposed arrangement will eliminate the further incurrence of attorney's fees once the claims liquidation process is completed and will be subject to Bankruptcy Court approval upon notice and a hearing.

**Proposed Interim Distribution**

13. As shown in Schedule 1 hereto, the Motion proposes to distribute $23,310,572.39 in funds to pay stakeholders in accordance with the Bankruptcy Code. I formulated the proposed Interim Distribution framework in consultation with my advisors as well as key stakeholders of the estates including professionals, administrative creditors, and Universal Leader, the Debtors' largest general unsecured creditor.

14. The proposed Interim Distribution Plan will pay over $11 million in fees to chapter 7 professionals, $3.7 million to chapter 11 administrative claimants and priority claimants, and fund a reserve with respect to CAVIC's disputed administrative claims and a reserve for general unsecured creditors, each as described below.

15. As to the CAVIC Administrative Claims, I seek to reserve $3,991,897.48 in respect of CAVIC Proofs of Claim to the extent and as such claims are set forth in Schedule 1, which lists such claims and their respective amounts out of settlement proceeds to be paid by Jetcraft Corporation and Bombardier (including the last settlement payment to be made in June 2026) under the settlement agreement with the Trustee [Docket No. 2521-1].

16. In addition, as to general unsecured claims, I seek to reserve $2.25 million for chapter 7 expenses incurred through September 30, 2025 (if approved by the Bankruptcy Court by year end) and for fees and expenses through the closing of the Chapter 7 cases.[1] Any unused funds in the reserve accounts will be released to the Debtors' estates.

17. Of the $11 million to be paid to chapter 7 professionals, DLA Piper has agreed to

---

[1] These reserve amounts are not intended as a cap on fees and expenses. I will seek approval of fees and expenses in my fee applications.

hold $600,000 of its interim distribution as a reserve ("Dragon Pearl/Singapore Reserve") to help address shortfalls in estimated recoveries of proceeds from the sale of the Dragon Pearl ($750,000) and cash, properties and/or assets seized by the Singapore police ($780,000), as the precise amount and timing of these recoveries by the estate are unknown at this time. I note an auction of the yacht is ongoing in Australia and will report the results at the hearing on this Motion.

18.  As noted above, estimated recoveries from the Dragon Pearl and Singapore on **Schedule 1** total $1,530,000. If the Dragon Pearl/Singapore Reserve is inadequate to address any shortfall in recoveries, and there is no additional release of reserves from the CAVIC Chapter 11 Reserve or other offset to the deficiency, the Chapter 7 Reserve specified on **Schedule 1**, currently in the amount of $2,250,000, will be used to fund the remaining deficiency. Any portion of the Dragon Pearl/Singapore Reserve not needed as an offset to the deficiency will be released to DLA Piper.

19.  The proposed Interim Distribution is made possible by, among other things, several key and significant concessions by stakeholders including: (1) DLA Piper's release of $4.9 million in CAVIC fees (upon approval of the CAVIC contingent fee arrangement) and limitation of another $3.2 million in fees to collections obtained through the enforcement of the New Target judgment (other than Dragon Pearl proceeds), (2) DLA Piper's additional deferral of $7 million, or 25% of allowed and estimated, chapter 7 professional fees in other matters, (3) my deferral of 15% of my chapter 7 commission, (4) other chapter 7 professionals' deferral of $600,000, or 15%, of allowed and estimated fees, (5) the deferral of $3 million, or 60%, of estimated fees, claims and commissions of chapter 11 professionals, James Seagrim (the DIP Lender), and me as Trustee, and (6) the deferral of $1 million, or 50%, of certain significant chapter 11 and priority claimants.

20.  As noted above, I believe that all of the chapter 7 and chapter 11 claimants, other than possibly CAVIC, have agreed, or will not object to, the proposed Interim Distribution Plan and, indeed, have made significant concessions to fund a meaningful, albeit modest, distribution to nonpriority unsecured creditors. In addition, the largest unsecured creditor, Universal Leader, supports the Interim Distribution Plan.

//

21. My goal is to ensure the administrative solvency of the estates, provide a timely and meaningful interim distribution to creditors prior to resolution of the CAVIC litigation (which, if not settled, could take years), significantly reduce the further incurrence of professional fees that will be necessary to prosecute the remaining claims against CAVIC, and otherwise take steps to efficiently and expeditious close the cases once the CAVIC litigation is concluded.

22. A chart showing the waterfall of proposed Interim Distributions as well as reserves established under such plan is attached hereto as <u>Schedule 1</u>. A schedule of distributions sorted by payee and amount is attached hereto as <u>Schedule 2.</u>

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Dated: October 28, 2025
Chicago, Illinois

*/s/ Jonathan D. King*
Jonathan D. King

# SCHEDULE 1

**Proposed Interim Distributions and Reserves**

| | | |
|---|---:|---:|
| **Turned over from Chapter 11:** | | $ 139,294.09 |
| **Receipts to Date:** | | |
| Asset Sales: | $ 286,765.64 | |
| Overpayments / Refunds: | $ 337,676.11 | |
| Workers' Compensation Dividends: | $ 36,443.27 | |
| Accounts Receivable Collections: | $ 127,686.66 | |
| ECN Capital Settlement: | $ 15,000,000.00 | |
| Yuntian Settlement: | $ 4,500,000.00 | |
| Jetcraft/Bombardier Settlement: | $ 9,000,000.00 | |
| Other Adversary Settlements: | $ 2,716,282.36 | |
| Other Income: | $ 169,603.80 | |
| Interest Income: | $ 8,465.19 | |
| | | $ 32,182,923.03 |
| **Receipts Expected:** | | |
| Jetcraft/Bombardier Settlement: | $ 9,000,000.00 | |
| Dragon Pearl (Estimate): | $ 750,000.00 | |
| Singapore (Estimate): | $ 780,000.00 | |
| Litigation Reserve (Acumen): | $ 244,289.69 | |
| | | $ 10,774,289.69 |
| **Total Receipts:** | | $ 43,096,506.81 |
| **Disbursements to Date:** | | |
| 401(k) Expenses: | $ 15,179.62 | |
| Asset Disposition Charges: | $ 241,170.99 | |
| Bank Charges: | $ 21,545.99 | |
| Budget Orders: | $ 65,442.84 | |
| Professionals: | $ 17,652,197.96 | |
| Estate Taxes: | $ 75,417.01 | |
| Litigation Expenses: | $ 1,361,434.34 | |
| Operating Expenses: | $ 121,400.83 | |
| Singapore Expenses: | $ 74,245.84 | |
| Trustee's Bond: | $ 157,899.00 | |

|  |  | $ | 19,785,934.42 |  |  |
|---|---|---|---|---|---|
| **Amount Available for Distribution:** |  | $ | 23,310,572.39 |  |  |
|  |  |  |  |  | Running Estate Balance |
| **Chapter 7 Expenses:** |  |  |  |  |  |
| Professionals Allowed (non-DLA): |  | $ | 198,380.30 | 85% |  |
| Professionals Allowed (DLA)*: |  | $ | 9,713,062.94 | 75% |  |
| Chapter 7 Trustee's Commission: |  | $ | 1,115,269.68 | 85% |  |
| Future Professional Fees & Expenses Reserve: |  | $ | 2,250,000.00 |  |  |
|  |  |  |  | $ (13,276,712.91) | $ 10,033,859.48 |
| **Chapter 11 Administrative Expenses:** |  |  |  |  |  |
| Professionals: |  | $ | 1,551,480.48 | 40% |  |
| Chapter 11 Trustee Commissions: |  | $ | 307,948.89 | 40% |  |
| James Seagrim: |  | $ | 200,000.00 | 40% |  |
| Non-Professionals: |  | $ | 789,275.46 | 50% |  |
| Non-Professionals: |  | $ | 449,052.58 | 100% |  |
|  |  |  |  | $ (3,297,757.41) | $ 6,736,102.07 |
| **CAVIC Admin Claim Reserve:**[1,2] |  |  |  |  |  |
| Zj6000-3 Statutory Trust |  | $ | 1,348,078.12 |  |  |
| Zj6000-2 Statutory Trust |  | $ | 1,331,964.16 |  |  |
| Zj6000-1 Statutory Trust |  | $ | 1,311,855.20 |  |  |
|  |  | $ | 3,991,897.48 |  | $ 2,744,204.59 |
| **Pre-Petition Priority (100%):** |  | $ | 127,487.14 | $ (127,487.14) | $ 2,616,717.45 |
| **Pre-Petition Priority (50%)** |  | $ | 266,717.45 | $ (266,717.45) | $ 2,350,000.00 |
| **Pre-Petition Non-Priority Claim Reserve:**[1] |  |  |  | $ (2,350,000.00) | $ - |

[1] - Some or all of the Reserves may be funded with proceeds from June 2026 Bombardier Settlement Payment.

[2] - These claims will be subject to the Trustee's objection.

# **SCHEDULE 2**

**Proposed Distributions by Payee and Amount**

Chapter 7 Payment Detail

|  | Fees Outstanding | Payment to Bring to 85% |
|---|---|---|
| AJ Capital | $ 57,930.98 | $ 14,482.75 |
| Quantuma | $ 23,273.76 | $ 5,818.44 |
| KCP | $ 14,280.00 | $ 3,570.00 |
| Michael Goldman | $ 5,200.00 | $ 1,300.00 |
| Seabury | $ 118,158.30 | $ 29,539.58 |
| WongPartnership | $ 56,675.27 | $ 14,168.81 |
| PwC | $ 68,414.00 | $ 17,103.50 |
| Oon & Bazul | $ 99,374.53 | $ 24,844.00 |
| FTI Consulting | $ 126,436.70 | $ 31,633.18 |
| Ogier | $ 8,601.35 | $ 2,127.84 |
| Leech Tishman | $ 93,425.85 | $ 23,356.46 |
| Nancy Rapoport | $ 52,203.00 | $ 13,050.75 |
| Bovitz & Spitzer | $ 69,540.00 | $ 17,385.00 |
| **Total Others** | **$ 793,513.74** | **$ 198,380.30** |

|  |  | Payment to Bring to 75% |
|---|---|---|
| DLA Piper | $ 16,981,988.54 | $ 9,713,062.94 |
| **Total DLA Piper** | **$ 16,981,988.54** | **$ 9,713,062.94** |

|  | Outstanding | Payment to Bring to 85% |
|---|---|---|
| Trustee Commission | $ 1,312,081.97 | $ 1,115,269.68 |
| **Total Commission** | **$ 1,312,081.97** | **$ 1,115,269.68** |

**Total Chapter 7 Payments**    **$ 11,026,712.91**

## Chapter 11 Payment Details

**Chapter 11 Admin Expenses (Professionals)**

| Professional | Total Claim | 40% Payment Amount |
|---|---:|---:|
| Ch 11 Trustee Of Zetta Jet PTE | $ 113,688.52 | $ 45,475.41 |
| Ch 11 Trustee Of Zetta Jet USA | $ 656,183.70 | $ 262,473.48 |
| Brutzkus Gubner | $ 88,793.66 | $ 35,517.46 |
| Clyde & Co Clasis Singapore Pte, Ltd | $ 189,515.69 | $ 75,806.28 |
| DLA Piper LLP (US) | $ 2,022,716.89 | $ 809,086.76 |
| Fti Consulting, Inc. | $ 168,269.24 | $ 67,307.70 |
| Levene, Neale, Bender, Yoo & Brill LLP | $ 156,853.33 | $ 62,741.33 |
| Omni Agent Solutions | $ 54,846.57 | $ 21,938.63 |
| Oon & Bazul LLP | $ 6,536.47 | $ 2,614.59 |
| Pachulski Stang Ziehl & Jones LLP | $ 203,776.06 | $ 81,510.42 |
| Pricewaterhousecoopers (Singapore) Pte, Ltd | $ 65,846.84 | $ 26,338.74 |
| Seabury Corporate Finance, LLC & Seabury Se | $ 822,301.39 | $ 328,920.56 |
| Stretto | $ 55,496.03 | $ 22,198.41 |
| Wong Partnership LLP | $ 43,749.03 | $ 17,499.61 |
| **Total Chapter 11 Admin Expenses (Professionals)** | **$ 4,648,573.42** | **$ 1,859,429.37** |

**Chapter 11 Admin Expenses (Other 40%)**

| | Total Claim | Amount |
|---|---:|---:|
| James Seagrim | $ 500,000.00 | $ 200,000.00 |
| **Total Chapter 11 Admin Expenses (Other 40%)** | **$ 500,000.00** | **$ 200,000.00** |

**Chapter 11 Admin Expenses (Non-Professionals)**

| Claimant | Total Claim | 100% Payment Amount |
|---|---:|---:|
| Abigail Grippin | $ 2,154.48 | $ 2,154.48 |
| Agnieszka Belkot | $ 1,846.00 | $ 1,846.00 |
| Anders S Jensen | $ 5,500.00 | $ 5,500.00 |
| Anita Neale | $ 1,361.51 | $ 1,361.51 |
| Arinc Direct, LLC | $ 873.66 | $ 873.66 |
| Brehamel Johana | $ 3,925.48 | $ 3,925.48 |
| Brenton Woodruff | $ 1,532.60 | $ 1,532.60 |
| Bryan Tan | $ 6,677.29 | $ 6,677.29 |
| Carla Van Der Merwe | $ 1,855.85 | $ 1,855.85 |
| Carlos Manvel Marques Dias | $ 8,930.17 | $ 8,930.17 |
| Carlos Marques | $ 4,992.62 | $ 4,992.62 |
| Celine Bertrand | $ 2,265.00 | $ 2,265.00 |
| Chen Qiuqian | $ 1,785.00 | $ 1,785.00 |
| Chen Xingpei | $ 2,265.53 | $ 2,265.53 |
| Cheong Yew Mun | $ 266.41 | $ 266.41 |
| Cherokee Aviation, Ltd | $ 5,174.78 | $ 5,174.78 |
| Chia Xinyi | $ 1,973.32 | $ 1,973.32 |
| Chia Yong Liang | $ 605.13 | $ 605.13 |
| Christina Gengenbach | $ 1,151.37 | $ 1,151.37 |
| Chua Xiao Jun | $ 1,364.79 | $ 1,364.79 |

**Chapter 11 Payment Details**

| Name | Amount | Amount |
|---|---:|---:|
| Ciara Mcgurk | $14,394.05 | $14,394.05 |
| Ciara Stolwyk | $2,700.00 | $2,700.00 |
| Cloudera Aviation Services SDN BHD | $477.00 | $477.00 |
| Culinary Jet Concierge | $4,388.62 | $4,388.62 |
| Dale A. Mccombs | $4,829.38 | $4,829.38 |
| David Fox | $1,200.00 | $1,200.00 |
| Dewald Visser | $1,964.98 | $1,964.98 |
| Diane Spunway | $2,770.50 | $2,770.50 |
| Diligence Global Business Intelligence Sa | $20,055.69 | $20,055.69 |
| Elisabete Gonzalez | $914.87 | $914.87 |
| Emilia Witula | $3,700.00 | $3,700.00 |
| Entraco Printing Pte, Ltd | $8,264.00 | $8,264.00 |
| Entraco Printing Pte, Ltd | $558.86 | $558.86 |
| Eric Matthew Rastler | $4,870.52 | $4,870.52 |
| Fine Dining Flight | $9,171.27 | $9,171.27 |
| Fortune Times Pte, Ltd | $2,963.40 | $2,963.40 |
| Francisco Miguel De Vasconcelus Pereira | $3,871.93 | $3,871.93 |
| Georgia Mazaraki | $12,353.20 | $12,353.20 |
| Gerhard Fourie | $1,800.00 | $1,800.00 |
| GF Bunting + Co | $8,396.25 | $8,396.25 |
| Gwee Yi Xuan (Jazmyne) | $287.51 | $287.51 |
| Heidy Saxon | $561.54 | $561.54 |
| Japan Civil Aviation Bureau | $19,642.47 | $19,642.47 |
| Joanna Dawidczyk | $3,114.78 | $3,114.78 |
| Jonathan Willment | $5,000.00 | $5,000.00 |
| Jordan Purcell | $2,800.00 | $2,800.00 |
| Kaki Lee | $2,273.18 | $2,273.18 |
| Kent Kallstrom | $14,983.64 | $14,983.64 |
| Laura Maldeikyte | $3,726.03 | $3,726.03 |
| Lauren Bowles | $5,097.68 | $5,097.68 |
| Lauryn Fobian | $3,381.08 | $3,381.08 |
| Lee Ka Ki | $2,362.62 | $2,362.62 |
| Lim Yen (Elizabeth) | $3,780.33 | $3,780.33 |
| Manuel Gutierrez Lozano | $4,093.90 | $4,093.90 |
| Matthew Waterhouse | $106.00 | $106.00 |
| Michelle Yoo | $430.20 | $430.20 |
| Mika Riihiluoma | $1,450.52 | $1,450.52 |
| Morristown Airport Customs Assoc | $671.47 | $671.47 |
| National Jef Express Pty, Ltd | $5,822.08 | $5,822.08 |
| Nicholas Wilson | $1,935.64 | $1,935.64 |
| Office of the US Trustee | $19,350.00 | $19,350.00 |
| Office of the US Trustee | $6,500.00 | $6,500.00 |
| Orlagh Mclaughlin | $3,100.00 | $3,100.00 |
| Paige Stawicki | $1,842.14 | $1,842.14 |
| Pascal Meunier | $4,168.65 | $4,168.65 |
| Paula Gonzalez Bulnes | $44.44 | $44.44 |
| Perum Lppnpi | $1,762.76 | $1,762.76 |

### Chapter 11 Payment Details

| | | | |
|---|---:|---|---:|
| Petroula Rikoudi | $ 3,091.98 | $ | 3,091.98 |
| Rene Joubert | $ 2,333.33 | $ | 2,333.33 |
| Rice & Associates, Inc. | $ 9,941.00 | $ | 9,941.00 |
| Richard Van Den Hoef | $ 12,610.84 | $ | 12,610.84 |
| Robb Report Media, LLC | $ 22,000.00 | $ | 22,000.00 |
| Sam Procter | $ 1,700.00 | $ | 1,700.00 |
| Soh Jo Yun | $ 400.00 | $ | 400.00 |
| Stephen Blount | $ 523.92 | $ | 523.92 |
| Susanna Wolmarans | $ 2,015.19 | $ | 2,015.19 |
| Teresa Grywocz | $ 2,673.00 | $ | 2,673.00 |
| Teresa Grzywocz | $ 2,783.00 | $ | 2,783.00 |
| The Government Of The Hksar | $ 3,914.20 | $ | 3,914.20 |
| The Port Authority Of New York and New Jers | $ 40,847.65 | $ | 40,847.65 |
| Thomas Christopher John Brown Williams | $ 14,769.06 | $ | 14,769.06 |
| Thomas Weston | $ 770.42 | $ | 770.42 |
| Us - Ireland Alliance | $ 37,500.00 | $ | 37,500.00 |
| Yap Wei Hunt | $ 6,744.82 | $ | 6,744.82 |
| **Total Chapter 11 Admin Expenses (Non-Professionals)** | **$ 449,052.58** | **$** | **449,052.58** |

| Chapter 11 Admin Expenses (Non-Professionals 50%) | Total Claim | | 50% Payment Amount |
|---|---:|---|---:|
| Ample United Limited | $ 579,766.00 | $ | 289,883.00 |
| Arincdirect, LLC | $ 425,447.86 | $ | 212,723.93 |
| Au Card, LLC ($552K) | $ - | $ | - |
| Eurocontrol | $ 12,733.19 | $ | 6,366.60 |
| Eurocontrol | $ 160,603.87 | $ | 80,301.94 |
| New Jubilee Global Limited | $ 200,000.00 | $ | 100,000.00 |
| SN 1360, LLC | $ 203,650.00 | $ | 100,000.00 |
| **Total Chapter 11 Admin Expenses (Non-Professionals)** | **$ 1,582,200.92** | **$** | **789,275.46** |

| | | |
|---|---|---:|
| **Total Chapter 11 Payments** | $ | **3,297,757.41** |

| CAVIC Admin Claim Reserve | | Total Claim |
|---|---|---:|
| 386-130 | Zj6000-3 Statutory Trust | $ 1,348,078.12 |
| 386-131 | Zj6000-2 Statutory Trust | $ 1,331,964.16 |
| 386-129 | Zj6000-1 Statutory Trust | $ 1,311,855.20 |
| **Total CAVIC Admin Claim Reserve** | | **$ 3,991,897.48** |

**Prepetition Priority Payment Details**

**Prepetition Priority (100%)**

| Claimant | Approved Claim Amount | Interim Payment Amount |
|---|---:|---:|
| Anthony Marrello | $ 12,850.00 | $ 12,850.00 |
| Arkansas Dept. Of Workforce Services | $ 273.75 | $ 273.75 |
| Autoridade Nacional Da Aviacao Civil (Anac) | $ 518.44 | $ 518.44 |
| Hongwei Wang | $ 2,850.00 | $ 2,850.00 |
| State Of Vermont Dept. Of Taxes | $ 5,562.94 | $ 5,562.94 |
| The Government of The Hong Kong Special Administration Region | $ 71,341.20 | $ 71,341.20 |
| Thomas Christopher John Brown Williams | $ 12,850.00 | $ 12,850.00 |
| U.S. Department of the Treasury | $ 5,485.70 | $ 5,485.70 |
| Vincenzo Cante | $ 12,850.00 | $ 12,850.00 |
| Washington State Department Of Labor & Industries | $ 2,905.11 | $ 2,905.11 |
| **Total Approved Prepetition Priority Claims (100%)** | **$ 127,487.14** | **$ 127,487.14** |

**Prepeition Priority (50%)**

| Claimant | Approved Claim Amount | Interim Payment Amount |
|---|---:|---:|
| Eurocontrol | $ 46,878.92 | $ 23,439.46 |
| Eurocontrol | $ 486,555.97 | $ 243,277.99 |
| **Total Approved Prepetition Priority Claims (50%)** | **$ 533,434.89** | **$ 266,717.45** |
| **Total Approved Prepetition Priority Claims** | **$ 660,922.03** | **$ 394,204.59** |

| Claim # | Claimant | Claim Amount | Percentage of Total | Interim Payment Amount |
|---|---|---|---|---|
| C386-14 | 2Heads Global Design, Ltd | $ 6,230.78 | 0.0030% | $ 70.33 |
| C386-5 | 9421246 Canada, Inc. | $ 23,194.06 | 0.0111% | $ 261.79 |
| C387-76 | ACM Business Aviation Handling | $ 2,113.81 | 0.0010% | $ 23.86 |
| C387-21 | Acm Business Aviation Handling Gmbh | $ 2,454.87 | 0.0012% | $ 27.71 |
| C387-9 | Aerocare New Zealand Limited | $ 26,852.59 | 0.0129% | $ 303.09 |
| C386-10 | Aeroport Toulouse - Blagnac | $ 1,519.00 | 0.0007% | $ 17.15 |
| C387-24 | Aeroports De Lyon | $ 1,573.19 | 0.0008% | $ 17.76 |
| C386-45 | Aeroports De Paris | $ 1,027.87 | 0.0005% | $ 11.60 |
| C387-32 | Aeroports De Paris | $ 20,280.85 | 0.0097% | $ 228.91 |
| C386-69 | Aerospace Australia Limited | $ 12,151.00 | 0.0058% | $ 137.15 |
| C386-62 | Ahs Koln Aviation Handling Services Gmbh | $ 4,495.00 | 0.0022% | $ 50.74 |
| C386-175 | Air Charter Service Limited | $ 114,110.93 | 0.0548% | $ 1,287.98 |
| C387-171 | Air Navigation Services Of The Czech Rep | $ 351.11 | 0.0002% | $ 3.96 |
| C386-32 | Air Tahiti | $ 8,941.00 | 0.0043% | $ 100.92 |
| C387-25 | Air Tahiti | $ 43,721.00 | 0.0210% | $ 493.48 |
| C387-19 | Airmen Aviation Solution Corporation | $ 17,338.02 | 0.0083% | $ 195.70 |
| C386-50 | Airport Dinard Bretagne | $ 1,216.28 | 0.0006% | $ 13.73 |
| C386-30 | Alpark Sa | $ 15,293.70 | 0.0073% | $ 172.62 |
| C386-72 | Altitude 50 Limited | $ 7,655.22 | 0.0037% | $ 86.41 |
| C386-41 | Amaia Comercio De Aumentos Eireu-Me | $ 4,866.28 | 0.0023% | $ 54.93 |
| C387-141 | Amaya Com. De Almentos Elrelli | $ 4,866.28 | 0.0023% | $ 54.93 |
| C386-95 | American Express Bank, Fsb | $ 183,951.61 | 0.0884% | $ 2,076.28 |
| C386-258 | American Express National Bank | $ 450,000.00 | 0.2161% | $ 5,079.19 |
| C386-59 | Ample United Limited | $ 14,982,583.00 | 7.1962% | $ 169,109.74 |
| C386-165 | Anthony Marrello | $ 395,464.23 | 0.1899% | $ 4,463.64 |
| C386-87 | Arinc Direct, LLC | $ 61,141.03 | 0.0294% | $ 690.10 |
| C387-69 | Arincdirect, LLC | $ 506,567.02 | 0.2433% | $ 5,717.67 |
| C386-93 | Arkansas Dept. Of Workforce Services | $ 273.75 | 0.0001% | $ 3.09 |
| C386-13 | Asian Sky Group Limited | $ 7,400.00 | 0.0036% | $ 83.52 |
| C387-172 | Atlantic Aviation Fbo, Inc | $ 133,792.74 | 0.0643% | $ 1,510.13 |
| C386-31 | Avdata Australia Pty, Ltd | $ 1,474.00 | 0.0007% | $ 16.64 |
| C387-31 | Aviation Services Management Fze | $ 122,261.51 | 0.0587% | $ 1,379.98 |
| C387-167 | Avionco Canada, Ltd | $ 125,597.07 | 0.0603% | $ 1,417.63 |
| C387-11 | Avions Vip, Inc | $ 57,555.83 | 0.0276% | $ 649.64 |
| C387-13 | Avions Vip, Inc | $ 4,500.00 | 0.0022% | $ 50.79 |
| C386-17 | Bhs Media, LLC | $ 20,000.00 | 0.0096% | $ 225.74 |
| C386-116 | Big Fly LLC | $ 158,100.00 | 0.0759% | $ 1,784.49 |
| C387-48 | Bizjet International Sales & Support, Inc. | $ 11,200.00 | 0.0054% | $ 126.42 |
| C386-162 | Block Agreement Party 817 & 7606 | $ 3,075,000.00 | 1.4769% | $ 34,707.80 |
| C387-26 | Brisbane Airport Corporation Pty, Ltd | $ 3,477.32 | 0.0017% | $ 39.25 |
| C386-147 | CAE Northeast Training, Inc. | $ 130,916.12 | 0.0629% | $ 1,477.66 |
| C386-146 | CAE Simuflite, Inc. | $ 2,021,204.66 | 0.9708% | $ 22,813.52 |
| C386-61 | Carlos Manuel Marques Dias | $ 1,107.39 | 0.0005% | $ 12.50 |
| C387-208 | CAVIC Aviation Leasing (Ireland) 22 Co. | $ 1,351,591.45 | 0.6492% | $ 15,255.53 |
| C387-162 | CAVIC Aviation Leasing (Ireland) 22 Co. | $ 1,416,591.45 | 0.6804% | $ 15,989.19 |
| C386-54 | Charter / Spectrum | $ 10,739.03 | 0.0052% | $ 121.21 |
| C386-55 | Charter / Spectrum | $ 1,079.17 | 0.0005% | $ 12.18 |
| C387-99 | Charter Jet One | $ 1,010,446.56 | 0.4853% | $ 11,405.00 |
| C387-38 | Cherokee Aviation | $ 5,174.78 | 0.0025% | $ 58.41 |
| C387-89 | Chia Yong Liang | $ 7,071.50 | 0.0034% | $ 79.82 |
| C387-152 | Cloudera Aviation Services Sdn Bhd | $ 23,536.27 | 0.0113% | $ 265.66 |
| C386-112 | Clyde & Co Clasis Singapore Pte, Ltd | $ 121,323.71 | 0.0583% | $ 1,369.39 |
| C387-55 | Constant Aviation, LLC | $ 2,277.06 | 0.0011% | $ 25.70 |
| C387-125 | Conyers Dill & Pearman Pte, Ltd | $ 10,622.29 | 0.0051% | $ 119.89 |
| C386-138 | Culinary Jet Concierge | $ 3,635.55 | 0.0017% | $ 41.03 |
| C387-68 | Daniel Riccio | $ 690,000.00 | 0.3314% | $ 7,788.09 |
| C386-74 | Department Of The Treasury | $ 7,501.58 | 0.0036% | $ 84.67 |
| C387-178 | Dfs Deutsche Flugsicherung Gmbh | $ 4,923.27 | 0.0024% | $ 55.57 |
| C387-33 | Dgac - Comptable Secondaire Dubacea - Ag | $ 12,094.00 | 0.0058% | $ 136.51 |
| C386-12 | Dgac (Direction Generale De L'Aviation Civile) | $ 22,328.01 | 0.0107% | $ 252.02 |
| C387-52 | Dgac/Dsac Ag | $ 12,094.00 | 0.0058% | $ 136.51 |
| C386-39 | Dht Aviation, Inc. | $ 9,289.90 | 0.0045% | $ 104.86 |
| C386-137 | Duane Morris, Llp | $ 37,525.09 | 0.0180% | $ 423.55 |
| C387-66 | Eccelsa Aviation Srl | $ 4,621.99 | 0.0022% | $ 52.17 |
| C386-178 | Edmonton Regional Airports Authority | $ 456.06 | 0.0002% | $ 5.15 |
| C387-12 | Elite Luxury Publishing, Inc. | $ 55,500.00 | 0.0267% | $ 626.43 |
| C387-140 | Ellery Lim Yu Pei | $ 2,970.00 | 0.0014% | $ 33.52 |
| C387-18 | Emmanuel Serrano | $ 3,900.00 | 0.0019% | $ 44.02 |
| C386-33 | Entraco Printing Pte, Ltd | $ 754.35 | 0.0004% | $ 8.51 |
| C386-89 | Entraco Printing Pte, Ltd | $ 11,154.75 | 0.0054% | $ 125.90 |

| Claim # | Claimant | Claim Amount | Percentage of Total | Interim Payment Amount |
|---|---|---|---|---|
| C387-170 | Etablissement National De La Navigation Aerienne | $ 2,640.55 | 0.0013% | $ 29.80 |
| C387-169 | Execujet Europe Ag | $ 5,429.25 | 0.0026% | $ 61.28 |
| C386-91 | Finavia Oyj | $ 8,620.42 | 0.0041% | $ 97.30 |
| C387-10 | Fixx Digital Pte, Ltd | $ 10,272.00 | 0.0049% | $ 115.94 |
| C386-16 | Flughafen Hannover-Langenhagen Gmbh | $ 968.16 | 0.0005% | $ 10.93 |
| C387-35 | Fly Service S.R.L. | $ 8,550.93 | 0.0041% | $ 96.52 |
| C386-19 | Galley Cuisine Maldives Pvt, Ltd | $ 5,084.93 | 0.0024% | $ 57.39 |
| C386-67 | Gama Aviation Engineering, Inc. | $ 58,224.02 | 0.0280% | $ 657.18 |
| C387-4 | Gast Maison Limited | $ 1,072.20 | 0.0005% | $ 12.10 |
| C386-38 | General Aviation Flying Services | $ 61,988.65 | 0.0298% | $ 699.67 |
| C387-27 | General Aviation Flying Services | $ 66,380.55 | 0.0319% | $ 749.24 |
| C387-62 | General Civil Aviation Authority | $ 1,350.00 | 0.0006% | $ 15.24 |
| C387-63 | General Civil Aviation Authority | $ 130.00 | 0.0001% | $ 1.47 |
| C387-107 | Glamco Aviation (B) Sdn Bhd | $ 7,368.92 | 0.0035% | $ 83.17 |
| C387-95 | Glove Assets Investment Limited | $ 43,208,715.74 | 20.7532% | $ 487,700.60 |
| C387-7 | G-Ops | $ 3,226.50 | 0.0015% | $ 36.42 |
| C386-9 | Ground Ops Management | $ 3,613.00 | 0.0017% | $ 40.78 |
| C387-133 | Gwee Yi Xuan (Jazmyne) | $ 2,075.10 | 0.0010% | $ 23.42 |
| C386-26 | Hadid International Services Fze | $ 10,656.97 | 0.0051% | $ 120.29 |
| C386-47 | Ham Ground Handling Gmbh & Co Kg | $ 5,228.15 | 0.0025% | $ 59.01 |
| C386-143 | Heidy Saxon | $ 856.64 | 0.0004% | $ 9.67 |
| C386-44 | Honeywell International, Inc. | $ 63,503.50 | 0.0305% | $ 716.77 |
| C387-50 | Hong Kong Yield Team Limited | $ 1,984,400.00 | 0.9531% | $ 22,398.10 |
| C387-43 | Hongwei Wang | $ 12,150.00 | 0.0058% | $ 137.14 |
| C386-35 | Igs Ground Services | $ 4,227.40 | 0.0020% | $ 47.72 |
| C387-39 | Immaculate Flight, LLC | $ 51,762.50 | 0.0249% | $ 584.25 |
| C386-71 | Inc Technologies, Inc. | $ 4,544.68 | 0.0022% | $ 51.30 |
| C387-54 | Jacobs Allen Hammond | $ 6,288.98 | 0.0030% | $ 70.98 |
| C386-36 | Jamaica Civil Aviation Authority | $ 640.00 | 0.0003% | $ 7.22 |
| C386-140 | Japan Civil Aviation Bureau | $ 25,285.48 | 0.0121% | $ 285.40 |
| C387-40 | Jet Aviation (Asia Pacific) Pte, Ltd | $ 62,816.70 | 0.0302% | $ 709.02 |
| C386-51 | Jet Aviation AG, Basel | $ 72,219.92 | 0.0347% | $ 815.15 |
| C386-52 | Jet Aviation AG, Geneva Airport Branch | $ 132,214.18 | 0.0635% | $ 1,492.31 |
| C387-37 | Jet Aviation Ag, Geneva Airport Branch | $ 414.20 | 0.0002% | $ 4.68 |
| C387-36 | Jet Aviation St. Louis, Inc. | $ 4,884.80 | 0.0023% | $ 55.14 |
| C387-41 | Jet Aviation Vnukovo, LLC | $ 1,636.69 | 0.0008% | $ 18.47 |
| C387-22 | Jet East Corp Aviation, LLC | $ 2,600.00 | 0.0012% | $ 29.35 |
| C387-59 | Jet Tech, Ltd | $ 622.86 | 0.0003% | $ 7.03 |
| C386-100 | Jetex Fze | $ 46,797.16 | 0.0225% | $ 528.20 |
| C386-21 | Jetlux, Ltd | $ 3,457.86 | 0.0017% | $ 39.03 |
| C386-133 | John Robert Isenberger, Iii | $ 12,850.00 | 0.0062% | $ 145.04 |
| C387-28 | Jw Marriot Hotel Shenzhen Bao'An | $ 3,037.21 | 0.0015% | $ 34.28 |
| C386-63 | Kenny Cirieco | $ 1,898.64 | 0.0009% | $ 21.43 |
| C387-47 | Kenny Cirieco | $ 1,898.64 | 0.0009% | $ 21.43 |
| C387-16 | Leading International Singapore Pte, Ltd | $ 4,382.75 | 0.0021% | $ 49.47 |
| C387-96 | Mainami Kuko Service Co, Ltd | $ 203,127.60 | 0.0976% | $ 2,292.72 |
| C386-37 | Mathias Schlarb | $ 7,040.30 | 0.0034% | $ 79.46 |
| C387-57 | Metrojet Limited | $ 6,780.73 | 0.0033% | $ 76.53 |
| C386-66 | Mike Boal Designs | $ 4,646.70 | 0.0022% | $ 52.45 |
| C387-14 | Mjets Limited | $ 27,703.01 | 0.0133% | $ 312.69 |
| C387-34 | Mourant Ozannes, Hong Kong | $ 11,238.04 | 0.0054% | $ 126.84 |
| C386-114 | MW Catering, Inc | $ 2,540.31 | 0.0012% | $ 28.67 |
| C386-7 | Nats (Enroute) PLC | $ 708.12 | 0.0003% | $ 7.99 |
| C387-5 | Nats (Enroute) PLC | $ 3,068.52 | 0.0015% | $ 34.63 |
| C386-8 | Nats Services, Ltd | $ 501.73 | 0.0002% | $ 5.66 |
| C387-6 | Nats Services, Ltd | $ 6,668.87 | 0.0032% | $ 75.27 |
| C386-99 | Old Republic Insurance Company | $ 9,836.00 | 0.0047% | $ 111.02 |
| C387-8 | Omni Handling | $ 19,170.83 | 0.0092% | $ 216.38 |
| C387-44 | Ow Chio Kiat | $ 297,000.00 | 0.1426% | $ 3,352.27 |
| C386-90 | Pascal Meunier | $ 18,968.25 | 0.0091% | $ 214.10 |
| C386-92 | Perum Lppnpi | $ 10,811.22 | 0.0052% | $ 122.03 |
| C386-24 | Polish Air Navigation Services Agency | $ 2,829.64 | 0.0014% | $ 31.94 |
| C386-25 | Polish Air Navigation Services Agency | $ 2,662.28 | 0.0013% | $ 30.05 |
| C386-105 | Premier Aero Services Pte, Ltd | $ 2,304.12 | 0.0011% | $ 26.01 |
| C387-15 | Premier Aero Services Pte, Ltd | $ 4,346.42 | 0.0021% | $ 49.06 |
| C387-92 | Premier Aero Services Pte, Ltd* | $ 2,042.30 | 0.0010% | $ 23.05 |
| C386-18 | Progressive Media Group | $ 23,600.00 | 0.0113% | $ 266.38 |
| C386-75 | Quality Air Contractors, Qac | $ 5,094.42 | 0.0024% | $ 57.50 |
| C386-22 | Quick International Couriers (Uk), Ltd | $ 48,094.44 | 0.0231% | $ 542.85 |
| C386-48 | Rijeka Airport ltd | $ 4,346.02 | 0.0021% | $ 49.05 |

**Proposed Interim Distribution**
**Non-Priority Unsecured Claims**

| Claim # | Claimant | Claim Amount | Percentage of Total | Interim Payment Amount |
|---|---|---|---|---|
| C387-204 | Rolls-Royce Deutschland Ltd & Co KG | $ 200,000.00 | 0.0961% | $ 2,257.42 |
| C387-192 | Rolls-Royce Deutschland, Ltd & Co Kg | $ 2,404,100.50 | 1.1547% | $ 27,135.30 |
| C386-40 | Ruag Aerospace Services Gmbh | $ 9,314.13 | 0.0045% | $ 105.13 |
| C387-180 | Salem Ibrahim, LLC | $ 15,213.40 | 0.0073% | $ 171.71 |
| C387-181 | Salem Ibrahim, LLC | $ 953.44 | 0.0005% | $ 10.76 |
| C387-182 | Salem Ibrahim, LLC | $ 5,595.95 | 0.0027% | $ 63.16 |
| C387-183 | Salem Ibrahim, LLC | $ 2,614.12 | 0.0013% | $ 29.51 |
| C387-184 | Salem Ibrahim, LLC | $ 9,331.81 | 0.0045% | $ 105.33 |
| C387-185 | Salem Ibrahim, LLC | $ 2,186.92 | 0.0011% | $ 24.68 |
| C387-186 | Salem Ibrahim, LLC | $ 1,327.87 | 0.0006% | $ 14.99 |
| C387-187 | Salem Ibrahim, LLC | $ 686.51 | 0.0003% | $ 7.75 |
| C387-188 | Salem Ibrahim, LLC | $ 4,617.16 | 0.0022% | $ 52.11 |
| C387-189 | Salem Ibrahim, LLC | $ 7,712.99 | 0.0037% | $ 87.06 |
| C387-190 | Salem Ibrahim, LLC | $ 3,189.43 | 0.0015% | $ 36.00 |
| C387-191 | Salem Ibrahim, LLC | $ 3,979.30 | 0.0019% | $ 44.91 |
| C386-174 | Save S.P.A | $ 9,701.04 | 0.0047% | $ 109.50 |
| C386-70 | Sltm, LLC | $ 799,900.00 | 0.3842% | $ 9,028.54 |
| C386-159 | Sn 1360, LLC | $ 626,860.40 | 0.3011% | $ 7,075.43 |
| C387-84 | Soh Jo Yun | $ 8,000.00 | 0.0038% | $ 90.30 |
| C386-1 | Standardaero Business Aviation Services, LLC | $ 26,681.01 | 0.0128% | $ 301.15 |
| C386-86 | State Of Vermont Dept. Of Taxes | $ 1,350.00 | 0.0006% | $ 15.24 |
| C387-30 | Stephen Fry | $ 213,010.00 | 0.1023% | $ 2,404.26 |
| C386-60 | Stonebriar Commercial Finance, LLC | $ 10,409,950.34 | 4.9999% | $ 117,498.03 |
| C387-104 | Tan Jun Lin Brien | $ 2,181.26 | 0.0010% | $ 24.62 |
| C387-136 | Tan Wei Hong Ivan | $ 2,400.00 | 0.0012% | $ 27.09 |
| C387-174 | The Convention News Company, Inc. | $ 66,361.50 | 0.0319% | $ 749.03 |
| C386-15 | The Gourmet Gang, Inc. | $ 457.45 | 0.0002% | $ 5.16 |
| C386-23 | The Port Authority Of New York & New Jersey | $ 38,748.85 | 0.0186% | $ 437.36 |
| C387-75 | The Port Authority Of New York and New Jersey | $ 88,642.88 | 0.0426% | $ 1,000.52 |
| C386-46 | Thomas Christopher John Brown Williams | $ 1,919.06 | 0.0009% | $ 21.66 |
| C387-127 | Tvpx Ars, Inc. | $ 41,595.91 | 0.0200% | $ 469.50 |
| C387-51 | Uline Shipping Supplies | $ 136.15 | 0.0001% | $ 1.54 |
| C387-94 | Universal Leader Investment Limited | $ 39,325,321.20 | 18.8880% | $ 443,868.38 |
| C386-29 | Up & Away Aviation Detailing, Ltd | $ 398.75 | 0.0002% | $ 4.50 |
| C387-20 | Up & Away Aviation Detailing, Ltd | $ 6,718.75 | 0.0032% | $ 75.84 |
| C386-76 | Us Customs And Border Protection | $ 5,234.39 | 0.0025% | $ 59.08 |
| C386-43 | Vincenzo Cante | $ 157,558.19 | 0.0757% | $ 1,778.37 |
| C387-53 | Volta Global, LLC | $ 504,750.00 | 0.2424% | $ 5,697.16 |
| C386-34 | Washington State Department Of Labor & Industri | $ 770.77 | 0.0004% | $ 8.70 |
| C387-126 | World Fuel Services | $ 3,543,515.91 | 1.7020% | $ 39,995.98 |
| C386-139 | World Fuel Services, Inc. | $ 195,142.65 | 0.0937% | $ 2,202.59 |
| C387-29 | Worth Group, LLC | $ 5,000.00 | 0.0024% | $ 56.44 |
| C387-134 | Yap Weai Hunt | $ 57,989.23 | 0.0279% | $ 654.53 |
| C387-207 | ZJ6000-1 Statutory Trust | $ 26,189,077.06 | 12.5787% | $ 295,598.43 |
| C387-206 | ZJ6000-2 Statutory Trust | $ 34,853,540.48 | 16.7402% | $ 393,394.99 |
| C387-209 | ZJ6000-3 Statutory Trust | $ 14,033,621.40 | 6.7404% | $ 158,398.73 |
| **TOTALS For Filed Clms Schs** | | **$ 208,202,496.80** | **100.0000%** | **$ 2,350,000.00** |