# **EXHIBIT A-1**

**(US Professional Fee Summary)**[1]

---

[1] Amounts in this chart are exclusive of the $100.40 reduction agreed upon by DLA Piper and the fee examiner.

1

| Name of Professional Individual | Position, Practice Group, Year Obtained Relevant License to Practice, Year Assumed Position | Hours | Rate | Amount |
|---|---|---|---|---|
| Lyons, John K. | Partner; Restructuring; Member of the Illinois Bar since 1989; Joined the Firm in 2016. | 234.80 | $2,050.00 | $ 481,340.00 |
| | | 304.60 | $1,795.00 | 546,757.00 |
| | | 11.00 | $897.50[1] | 9,872.50 |
| Torosian, Jeffrey S. | Partner; Litigation; Member of the Illinois Bar since 1993; Joined the Firm in 2014. | 61.40 | $1,890.00 | 115,946.00 |
| | | 49.60 | $1,640.00 | 81,344.00 |
| | | 10.00 | $820.00[1] | 8,200.00 |
| Roselius, Joe | Partner; Litigation; Member of the Illinois Bar since 2009; Joined the Firm in 2008. | 12.60 | $1,505.00 | 18,963.00 |
| | | 13.50 | $1,305.00 | 17,617.50 |
| Juell, Gregory M. | Associate; Restructuring; Member of the New Jersey Bar since 2015; Member of the New York Bar since 2016; Joined the Firm in 2018. | 143.90 | $1,440.00 | 207,216.00 |
| | | 82.80 | $1,215.00 | 100,602.00 |
| Carpenter, Devin J. | Associate; Litigation; Member of the Illinois Bar since 2018; Joined the Firm in 2017. | 2.10 | $1,095.00 | 2,299.50 |
| Moskalewicz, Rob | Associate; Restructuring; Member of the Illinois Bar since 2018; Joined the Firm in 2021. | 4.90 | $1,050.00 | 5,145.00 |
| Moshayedi, Desiree | Associate; Restructuring; Member of the California Bar since 2024; Joined the Firm in 2022. | 19.50 | $895.00 | 17,452.50 |
| Countryman, William Lee | Paralegal / Case Manager; Restructuring; Joined the Firm in 2002. | 32.00 | $570.00 | 18,240.00 |
| | | 88.60 | $515.00 | 45,629.00 |
| Oliver, Clara G. | Paralegal; Restructuring; Joined the Firm in 2024 | 9.20 | $425.00 | 3,910.00 |
| **TOTAL:** | | **1,080.50** | | **$1,680,534.00** |

---

[1] Non-working travel is billed at 50% of standard billing rates.

1

1621564503

# **EXHIBIT A-2**

**(Australia Professional Summary)**

| Name of Professional Individual | Position, Practice Group | Hours | Rate (USD) | Amount |
|---|---|---|---|---|
| Chen, Kelvin | Partner; Litigation. | 0.60 | $1,095.00 | $ 657.00 |
| Caton, Natalie | Partner; Litigation. | 18.80 | $850.00 | 15,980.00 |
| Campbell, Rory | Solicitor; Litigation. | 56.60 | $665.00 | 37,639.00 |
| Dunning, Sarah | Solicitor; Litigation. | 0.90 | $665.00 | 598.50 |
| Griffin, Aimee | Solicitor; Corporate. | 37.80 | $665.00 | 25,137.00 |
| **TOTAL** | | **114.70** | | **$80,011.50** |

1621564503