1

## **EXHIBIT B**

2

### **(US Task Summary)**[1]

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

---

[1]     Amounts in this chart are exclusive of the $100.40 reduction agreed upon by DLA Piper and the fee examiner.

28

1

| Code | Description | Hours | Amount |
|------|-------------|-------|--------|
| B110 | Case Administration | 97.60 | $ 182,013.50 |
| B112 | Creditor Inquiries | 0.70 | 1,358.50 |
| B120 | Asset Analysis and Recovery | 20.30 | 38,963.00 |
| B130 | Asset Sales and Disposition | 105.50 | 171,076.50 |
| B155 | Court Hearings | 2.30 | 3,104.50 |
| B160 | Retention / Fee Applications | 57.40 | 42,613.00 |
| B170 | Retention / Fee Objections | 0.50 | 820.00 |
| B190 | Litigation and Contested Matters | 389.00 | 650,563.00 |
| B195 | Non-Working Travel[1] | 21.00 | 18,072.50 |
| B310 | Claims Administration and Objections | 386.20 | 571,949.50 |
| | **TOTALS** | **1,080.50** | **$1,680,534.00** |

[1]     Non-working travel is billed at 50% of standard billing rates.

1

1621564503