# EXHIBIT C-1[1]

**(US Expense Summary)**

---

[1] Amounts in this chart are exclusive of the $1,023.19 reduction agreed upon by DLA Piper and the fee examiner.

1

1621564503

| Expense Category | Total Expenses |
|---|---:|
| Delivery Services | $ 21.68 |
| Out-of-Town Travel | 133.00 |
| Meals | 1,525.79 |
| Miscellaneous | 335.22 |
| Online Research | 6.00 |
| Duplicating | 0.00 |
| Internet Services | 21.95 |
| Car Service/Taxi | 788.32 |
| Hotel | 4,756.03 |
| Parking/Mileage Reimbursement | 0.00 |
| Air Fare/Rail | 1,013.89 |
| Transcripts | 0.00 |
| CourtCall | 0.00 |
| Temporary Personnel | 0.00 |
| Data Storage | 39,960.00 |
| Court Filing Fees | 0.00 |
| Corporate Research | 60.00 |
| Corporate Filings | 0.00 |
| **TOTAL** | **$48,621.88** |

1

1621564503

# **EXHIBIT C-2**

**(Australia Expense Summary)**

1

1621564503

| **Expense Category** | **Total Expenses** |
|---|---:|
| Delivery Services | $    0.00 |
| Out-of-Town Travel | 0.00 |
| Meals | 0.00 |
| Miscellaneous | 1,689.71 |
| Online Research | 0.00 |
| Duplicating | 0.00 |
| Internet Services | 0.00 |
| Car Service/Taxi | 0.00 |
| Hotel | 0.00 |
| Parking/Mileage Reimbursement | 0.00 |
| Air Fare/Rail | 0.00 |
| Transcripts | 0.00 |
| CourtCall | 0.00 |
| Temporary Personnel | 4,760.84 |
| Data Storage | 0.00 |
| Court Filing Fees | 5,856.78 |
| Corporate Research | 0.00 |
| Corporate Filings | 0.00 |
| **TOTAL** | **$12,307.33** |

1621564503

# **EXHIBIT C-3**

**(Singapore Expense Summary)**

1

1621564503

| Expense Category | Total Expenses |
|---|---|
| Delivery Services | $ 0.00 |
| Out-of-Town Travel | 0.00 |
| Meals | 0.00 |
| Miscellaneous | 0.00 |
| Online Research | 0.00 |
| Duplicating | 0.00 |
| Internet Services | 0.00 |
| Car Service/Taxi | 0.00 |
| Hotel | 0.00 |
| Parking/Mileage Reimbursement | 0.00 |
| Air Fare/Rail | 0.00 |
| Transcripts | 0.00 |
| CourtCall | 0.00 |
| Temporary Personnel | 0.00 |
| Data Storage | 1,366.17 |
| Court Filing Fees | 0.00 |
| Corporate Research | 0.00 |
| Corporate Filings | 0.00 |
| **TOTAL** | **$1,366.17** |

1621564503