# **EXHIBIT D-2**

**(DLA Australia Invoice)**

1

1621564503



DLA Piper Australia
80 Collins Street
Melbourne VIC 3000
**ABN** 83 508 451 308
**T** +61 3 9274 5000
**F** +61 3 9274 5111
**W** www.dlapiper.com

**Attn:** Jonathan D. King

DLA Piper LLP (US)
650 South Exeter Street
Suite 1100
Baltimore MD  21202
USA

| | |
|---|---|
| **Your reference** | 411031.000003 |
| **Our reference** | 00393437-000008 |
| **Date** | 31 May 2025 |
| **Invoice no** | 9165051423 |

By email delivery to :  jonathan.king@dlapiper.com

# Tax Invoice

| | | | |
|---|---|---|---|
| **Client** | Jonathan D. King acting as Trustee for Zetta Jet Pte Ltd | | |
| **Matter** | Advice to Zetta Jet | | |
| **Period** | up to and including 31 March 2025 | | |
| | | **GST%** | |
| To our fees for professional services | | 0.0 | 80,011.50 |
| **Disbursements** | | | |
| Counsel Fees | | 0.0 | 786.79 |
| Court Fees | | 0.0 | 5,856.78 |
| Expert Fees | | 0.0 | 1,493.62 |
| Other Disbursements | | 0.0 | 1,165.32 |
| Prof Services-Agents Fee | | 0.0 | 2,480.43 |
| Search Fees | | 0.0 | 312.02 |
| Cross-jurisdictional tax | | 0.0 | 212.37 |
| | | | 12,307.33 |
| **Total** | | **USD** | **92,318.83** |

This invoice is payable on presentation.

**DLA Piper Australia**

DLA Piper Australia is part of DLA Piper, a global law firm, operating through various separate and distinct legal entities.

A list of offices and regulatory information can be found at www.dlapiper.com

## Fee Summary - Invoice 9165051423

| Fee earner | Hours | Rate/hr (USD) | Value (USD) |
|---|---:|---:|---:|
| Aimee Griffin | 37.80 | 665.00 | 25,137.00 |
| Kelvin Chen | 0.60 | 1,095.00 | 657.00 |
| Natalie Caton | 18.80 | 850.00 | 15,980.00 |
| Rory Campbell | 56.60 | 665.00 | 37,639.00 |
| Sarah Dunning | 0.90 | 665.00 | 598.50 |
| **Total** | **114.70** | | **80,011.50** |

## Fee Analysis - Invoice 9165051423

| Date | Fee earner | Hours | Rate/hr (USD) | Value (USD) | Narrative |
|---|---|---|---|---|---|
| 01-10-2024 | Natalie Caton | 0.10 | 850.00 | 85.00 | Email to the Trustee re update to Maritimo |
| 09-10-2024 | Aimee Griffin | 0.30 | 665.00 | 199.50 | Preparing email to H Hill Smith regarding further instructions |
| 10-10-2024 | Aimee Griffin | 0.90 | 665.00 | 598.50 | Preparing short note to the Trustee regarding costs |
| 11-10-2024 | Aimee Griffin | 0.30 | 665.00 | 199.50 | Preparing and sending email to Maritimo's solicitors regarding the valuation of the Dragon Pearl |
| 14-10-2024 | Aimee Griffin | 0.80 | 665.00 | 532.00 | Conferring with counsel regarding next steps following letter from Maritimo's solicitors and steps following |
| 14-10-2024 | Aimee Griffin | 0.20 | 665.00 | 133.00 | Responding to Maritimo regarding arrangements for valuation, requesting advice from counsel [redacted], updating client regarding same |
| 14-10-2024 | Natalie Caton | 0.50 | 850.00 | 425.00 | Reviewing correspondence from Maritimo's lawyers and considering issues raised |
| 14-10-2024 | Natalie Caton | 0.70 | 850.00 | 595.00 | Call with counsel regarding next steps following letter received from Maritimo's solicitors |
| 15-10-2024 | Aimee Griffin | 0.50 | 665.00 | 332.50 | Preparing talking points for call with the Trustee regarding Maritimo's letter and next steps |
| 15-10-2024 | Aimee Griffin | 0.20 | 665.00 | 133.00 | Arranging for valuer to attend Maritimo's premise to conduct valuation |
| 15-10-2024 | Aimee Griffin | 1.00 | 665.00 | 665.00 | Considering the Enforcement Officer's proposal regarding the seizure and sale of the Dragon Pearl and the Trustee's prospects of recovering its judgment debt |
| 15-10-2024 | Aimee Griffin | 2.70 | 665.00 | 1,795.50 | Preparing advice to client on costs associated with seizure and sale of the Dragon Pearl |
| 15-10-2024 | Aimee Griffin | 0.80 | 665.00 | 532.00 | Meeting with client to obtain instructions regarding response to Maritimo's letter regarding enforcement process |
| 15-10-2024 | Aimee Griffin | 1.90 | 665.00 | 1,263.50 | Preparing letter to Maritimo's solicitors regarding next steps in the enforcement process |
| 15-10-2024 | Natalie Caton | 0.80 | 850.00 | 680.00 | Call with Trustee re Maritimo's threat to commence proceedings "if enforcement process does not proceed" |

| Date | Fee Earner | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 16-10-2024 | Aimee Griffin | 1.00 | 665.00 | 665.00 | Preparing correspondence to creditor for sending by the Trustee in relation to enforcement |
| 16-10-2024 | Aimee Griffin | 3.20 | 665.00 | 2,128.00 | Further preparing letter to Maritimo regarding the Dragon Pearl and in response to recent letter dated 14 October 2024 |
| 16-10-2024 | Aimee Griffin | 0.80 | 665.00 | 532.00 | Conferring with N Caton to settle advice to the client on next steps |
| 16-10-2024 | Natalie Caton | 0.30 | 850.00 | 255.00 | Reviewing and approving update to creditor |
| 16-10-2024 | Natalie Caton | 0.60 | 850.00 | 510.00 | Finalising and approving letter to Mariano's lawyers in response to the threat to bring the matter back before the court |
| 16-10-2024 | Natalie Caton | 1.20 | 850.00 | 1,020.00 | Reviewing and finalising advice to client re Maritimo's application and breakdown of expected costs that the enforcement officer will incur |
| 18-10-2024 | Aimee Griffin | 0.20 | 665.00 | 133.00 | Preparing email to Darren Lack regarding the outcome of inspection of the Dragon Pearl |
| 18-10-2024 | Aimee Griffin | 0.30 | 665.00 | 199.50 | Conferring with N Caton regarding next steps |
| 18-10-2024 | Aimee Griffin | 0.20 | 665.00 | 133.00 | Preparing email to Maritimo's solicitors and the Court regarding the provision of the valuation report |
| 18-10-2024 | Aimee Griffin | 0.10 | 665.00 | 66.50 | Preparing email update to the client regarding the valuation |
| 21-10-2024 | Aimee Griffin | 0.20 | 665.00 | 133.00 | Writing correspondence to expert ███████ regarding opinion as to ███████ |
| 21-10-2024 | Aimee Griffin | 1.00 | 665.00 | 665.00 | Preparing engagement letter for ███████ expert |
| 21-10-2024 | Aimee Griffin | 0.20 | 665.00 | 133.00 | Writing correspondence to expert ███████ regarding opinion as to ███████ |
| 21-10-2024 | Aimee Griffin | 0.70 | 665.00 | 465.50 | Preparing engagement letter for █ expert |
| 22-10-2024 | Aimee Griffin | 0.10 | 665.00 | 66.50 | Preparing email to enforcement officer regarding the valuation |
| 22-10-2024 | Aimee Griffin | 0.10 | 665.00 | 66.50 | Preparing email to the valuer |
| 22-10-2024 | Aimee Griffin | 0.70 | 665.00 | 465.50 | Preparing email to client regarding valuation |
| 22-10-2024 | Aimee Griffin | 0.40 | 665.00 | 266.00 | Conferring with N Caton regarding next steps |
| 22-10-2024 | Aimee Griffin | 0.30 | 665.00 | 199.50 | Reviewing the valuation |
| 22-10-2024 | Natalie Caton | 0.30 | 850.00 | 255.00 | Reviewing valuation |

| Date | Name | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 22-10-2024 | Natalie Caton | 0.20 | 850.00 | 170.00 | Determining response to Maritimo's lawyers re movement of vessel |
| 22-10-2024 | Natalie Caton | 0.10 | 850.00 | 85.00 | Reviewing email from Maritimo's lawyers |
| 23-10-2024 | Aimee Griffin | 0.20 | 665.00 | 133.00 | Issuing email to counsel regarding the proposed questions to be put to the experts |
| 24-10-2024 | Natalie Caton | 0.10 | 850.00 | 85.00 | Approving update email to the client re valuation and email from Maritimo |
| 24-10-2024 | Natalie Caton | 0.10 | 850.00 | 85.00 | Approving email to Maritimo's lawyers in relation to auction process |
| 24-10-2024 | Natalie Caton | 0.10 | 850.00 | 85.00 | Approving update email to Australian court enforcement officer re valuation |
| 25-10-2024 | Natalie Caton | 0.20 | 850.00 | 170.00 | Approving draft update to creditor regarding progress in Australia and next steps |
| 29-10-2024 | Aimee Griffin | 0.70 | 665.00 | 465.50 | Updating letter to experts ▮ ▮▮▮▮▮▮▮▮▮▮▮▮ |
| 29-10-2024 | Aimee Griffin | 0.20 | 665.00 | 133.00 | Conference with N Caton regarding Federal Court proceedings and restraints over the Dragon Pearl |
| 29-10-2024 | Aimee Griffin | 0.30 | 665.00 | 199.50 | Conducting review of Zetta Jet files to determine notices filed in relation to Du Yan's address for service |
| 29-10-2024 | Aimee Griffin | 0.20 | 665.00 | 133.00 | Preparing updated email to Maritimo's solicitors following instructions from client |
| 29-10-2024 | Aimee Griffin | 0.30 | 665.00 | 199.50 | Conducting company searches for ▮▮▮▮▮▮▮▮▮▮▮ |
| 29-10-2024 | Aimee Griffin | 0.70 | 665.00 | 465.50 | Preparing email in response to enforcement officer regarding arrest warrant |
| 29-10-2024 | Natalie Caton | 0.30 | 850.00 | 255.00 | Reviewing and finalising email to client re update on call with the AFP |
| 29-10-2024 | Natalie Caton | 0.20 | 850.00 | 170.00 | Reviewing and finalising email to the Federal Court regarding status of earlier enforcement warrant |
| 29-10-2024 | Natalie Caton | 0.10 | 850.00 | 85.00 | Approving update to Maritimo's lawyers |
| 29-10-2024 | Natalie Caton | 0.10 | 850.00 | 85.00 | Finalising email the enforcement officer re arrest warrant issued by the Federal Court |
| 29-10-2024 | Natalie Caton | 0.20 | 850.00 | 170.00 | Approving instructions to ▮▮▮▮▮ expert in relation to ▮▮▮▮▮▮ |

| Date | Fee Earner | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| | | | | | Ltd |
| 29-10-2024 | Natalie Caton | 0.20 | 850.00 | 170.00 | Approving instructions to ▓▓ expert in relation to ▓▓ |
| 30-10-2024 | Aimee Griffin | 0.20 | 665.00 | 133.00 | Providing updated search result to expert regarding ▓▓ |
| 31-10-2024 | Aimee Griffin | 0.30 | 665.00 | 199.50 | Meeting with Kelvin Chen and Dewey Song regarding ▓▓ |
| 31-10-2024 | Natalie Caton | 0.30 | 850.00 | 255.00 | Call with Hong Kong team re ▓▓ |
| 31-10-2024 | Kelvin Chen | 0.40 | 1,095.00 | 438.00 | Attend the call with Australian colleagues regarding ▓▓. |
| 04-11-2024 | Aimee Griffin | 0.20 | 665.00 | 133.00 | Preparing correspondence regarding ▓▓ |
| 04-11-2024 | Kelvin Chen | 0.20 | 1,095.00 | 219.00 | Supervise the outgoing message to the Australian colleagues regarding ▓▓. |
| 11-11-2024 | Aimee Griffin | 0.10 | 665.00 | 66.50 | Email to expert ▓▓ |
| 12-11-2024 | Aimee Griffin | 0.30 | 665.00 | 199.50 | Email to ▓▓ |
| 12-11-2024 | Aimee Griffin | 0.30 | 665.00 | 199.50 | Call with ▓▓ |
| 12-11-2024 | Natalie Caton | 0.30 | 850.00 | 255.00 | Call with ▓▓ |
| 12-11-2024 | Natalie Caton | 0.20 | 850.00 | 170.00 | Reviewing and finalising email to ▓▓ with instructions |
| 13-11-2024 | Aimee Griffin | 0.40 | 665.00 | 266.00 | Reviewing statutory declaration prepared for US motion |
| 14-11-2024 | Aimee Griffin | 0.30 | 665.00 | 199.50 | Writing to ▓▓ |
| 14-11-2024 | Natalie Caton | 0.50 | 850.00 | 425.00 | Reviewing draft declaration and motion for payment of enforcement officers costs |
| 14-11-2024 | Natalie Caton | 0.60 | 850.00 | 510.00 | Meeting with with A Griffin to progress finalisation of my declaration in support of US court application, |
| 14-11-2024 | Aimee Griffin | 0.60 | 665.00 | 399.00 | Meeting with N Caton regarding statutory declaration |
| 18-11-2024 | Aimee Griffin | 0.30 | 665.00 | 199.50 | Reviewing email from counsel and considering response |

| Date | Fee Earner | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| | | | | | regarding upcoming Federal Court hearing |
| 18-11-2024 | Natalie Caton | 0.30 | 850.00 | 255.00 | Call to wrecking company regarding disposal process for Dragon Pearl if it doesn't sell at public auction |
| 18-11-2024 | Natalie Caton | 0.20 | 850.00 | 170.00 | Email to Trustee regarding disposal process of Dragon Pearl if it doesn't sell at public auction |
| 26-11-2024 | Aimee Griffin | 0.60 | 665.00 | 399.00 | Preparing email update to client regarding steps to be undertaken in relation to the enforcement action as well as the applications in the Federal Court |
| 26-11-2024 | Aimee Griffin | 0.30 | 665.00 | 199.50 | Conference with counsel regarding the release of the undertakings as to costs in the Federal Court and progress of that application |
| 26-11-2024 | Natalie Caton | 0.70 | 850.00 | 595.00 | Making additions to N Caton declaration in support of US application |
| 27-11-2024 | Natalie Caton | 0.50 | 850.00 | 425.00 | Finishing comments on declaration in support of application to US court re approval for payment of sale proceeds |
| 27-11-2024 | Natalie Caton | 0.30 | 850.00 | 255.00 | Email to client regarding declaration and next steps |
| 27-11-2024 | Natalie Caton | 0.20 | 850.00 | 170.00 | Reviewing and finalising email to the Trustee regarding application for return of funds sitting in Trust in Australian Federal Court proceedings |
| 27-11-2024 | Aimee Griffin | 0.40 | 665.00 | 266.00 | Conference with N Caton to settle the declaration for US Court motion |
| 28-11-2024 | Aimee Griffin | 0.50 | 665.00 | 332.50 | Conference with D Magee regarding expert reports |
| 28-11-2024 | Aimee Griffin | 0.30 | 665.00 | 199.50 | Sending update to counsel and N Caton following conference with D Magee regarding status of Dragon Pearl Limited |
| 28-11-2024 | Aimee Griffin | 0.40 | 665.00 | 266.00 | Preparation for and conference with expert ▮▮▮ |
| 28-11-2024 | Aimee Griffin | 0.50 | 665.00 | 332.50 | Preparing for conference with ▮▮▮ expert |
| 04-12-2024 | Aimee Griffin | 0.20 | 665.00 | 133.00 | Preparing email to expert ▮▮▮ |
| 04-12-2024 | Aimee Griffin | 0.10 | 665.00 | 66.50 | Preparing email to client regarding status of motion to be filed in the US Court |
| 05-12-2024 | Aimee Griffin | 0.20 | 665.00 | 133.00 | Responding to query from |

| Date | Fee Earner | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| | | | | | counsel regarding status of expert report and US motion |
| 05-12-2024 | Aimee Griffin | 0.20 | 665.00 | 133.00 | Liaising with email to expert ▇ |
| 09-12-2024 | Aimee Griffin | 0.60 | 665.00 | 399.00 | Reviewing amendment to cost breakdown and motion and making amendments for accuracy |
| 09-12-2024 | Aimee Griffin | 0.20 | 665.00 | 133.00 | Preparing email to US regarding costs breakdown included in the motion |
| 10-12-2024 | Aimee Griffin | 0.60 | 665.00 | 399.00 | Preparing declaration of Natalie Caton for swearing |
| 11-12-2024 | Aimee Griffin | 0.50 | 665.00 | 332.50 | Conferring with N Caton to settle and sign the declaration to be filed in support the of the Trustee's motion to the US Bankruptcy Court |
| 11-12-2024 | Natalie Caton | 0.30 | 850.00 | 255.00 | Final review and signing of declaration in support of US motion |
| 11-12-2024 | Natalie Caton | 0.20 | 850.00 | 170.00 | Reviewing and approving final form of the motion |
| 18-12-2024 | Aimee Griffin | 0.40 | 665.00 | 266.00 | Reviewing export report and sending same to counsel |
| 18-12-2024 | Aimee Griffin | 0.40 | 665.00 | 266.00 | Preparing email to J Lyons regarding the preparation of an affidavit to be filed in the proceedings to unwind the undertakings given in various Federal Court proceedings |
| 20-12-2024 | Aimee Griffin | 0.20 | 665.00 | 133.00 | Preparing an update to counsel regarding status of US Bankruptcy Court proceeding |
| 20-12-2024 | Aimee Griffin | 0.40 | 665.00 | 266.00 | Preparing update to Maritimo regarding the status of the enforcement action |
| 23-12-2024 | Aimee Griffin | 0.20 | 665.00 | 133.00 | Reviewing the report of Mr Lacy |
| 21-01-2025 | Aimee Griffin | 1.80 | 665.00 | 1,197.00 | Reviewing counsel's comments and preparing email with further instructions to expert |
| 22-01-2025 | Aimee Griffin | 0.30 | 665.00 | 199.50 | Reviewing report of ▇ expert and preparing further instructions regarding the draft of the report |
| 22-01-2025 | Aimee Griffin | 1.40 | 665.00 | 931.00 | Preparing affidavit of B Lacy (0.7); preparing affidavit of D Magee (0.7) |
| 22-01-2025 | Aimee Griffin | 0.30 | 665.00 | 199.50 | Preparing update to the enforcement officer regarding US motion (0.2); preparing update to Maritimo regarding same (0.1) |
| 22-01-2025 | Natalie Caton | 0.10 | 850.00 | 85.00 | Approving email to ▇ law expert regarding his draft report |
| 22-01-2025 | Natalie Caton | 0.10 | 850.00 | 85.00 | Approving update email to |

| Date | Name | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| | | | | | Maritimo's lawyers regarding US court application |
| 22-01-2025 | Natalie Caton | 0.10 | 850.00 | 85.00 | Approving email to the Queensland court enforcement officer providing update on US application |
| 24-01-2025 | Natalie Caton | 0.30 | 850.00 | 255.00 | Receiving and considering issues arising from QLD court email regarding next steps in sale process |
| 24-01-2025 | Natalie Caton | 0.10 | 850.00 | 85.00 | Approving email to Maritimo regarding enforcement process |
| 24-01-2025 | Aimee Griffin | 0.20 | 665.00 | 133.00 | Preparing email to the enforcement officer regarding security deposit |
| 24-01-2025 | Aimee Griffin | 0.40 | 665.00 | 266.00 | Preparing email to Maritimo's solicitors regarding storage options for the auction process including for their approval draft communication to the court regarding same |
| 24-01-2025 | Natalie Caton | 0.20 | 850.00 | 170.00 | Reviewing and finalising email the court regarding enforcement process |
| 28-01-2025 | Aimee Griffin | 0.10 | 665.00 | 66.50 | Email to the J Lyons seeking instructions in relation to draft affidavit for prospective Federal Court proceeding relating to costs orders |
| 28-01-2025 | Aimee Griffin | 0.10 | 665.00 | 66.50 | Email to ▓▓▓▓▓▓ expert regarding timing of report and further iterations of same |
| 28-01-2025 | Aimee Griffin | 0.10 | 665.00 | 66.50 | Email to counsel regarding next steps for matters and progressing prospective Federal Court application relating to costs |
| 28-01-2025 | Aimee Griffin | 0.10 | 665.00 | 66.50 | Email to ▓▓ expert regarding timing of report and further iterations of same |
| 28-01-2025 | Aimee Griffin | 0.10 | 665.00 | 66.50 | Email to court to provide update regarding entry of orders in US Bankruptcy Court |
| 29-01-2025 | Natalie Caton | 0.50 | 850.00 | 425.00 | Call with counsel regarding the Federal Court proceeding and the upcoming call over on 24 February as well as the progress of the Supreme Court enforcement matter |
| 29-01-2025 | Aimee Griffin | 0.50 | 665.00 | 332.50 | Attending conference with H Hill-Smith regarding next steps in the lead up to the review hearing before Justice Perram |
| 29-01-2025 | Rory Campbell | 0.40 | 665.00 | 266.00 | Meeting with Counsel, N Caton and A Griffin discussing next steps for QSC Proceeding and Federal Court Proceeding |

| Date | Fee Earner | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 29-01-2025 | Rory Campbell | 0.50 | 665.00 | 332.50 | Consolidation of File Note from meeting with counsel |
| 31-01-2025 | Aimee Griffin | 0.50 | 665.00 | 332.50 | Reviewing further draft of D Magee's report (0.3) and preparing correspondence to him regarding same seeking further clarification of ▮▮▮ (0.2) |
| 31-01-2025 | Rory Campbell | 0.10 | 665.00 | 66.50 | Send calculations regarding agreement to settle costs issue in Federal Court proceedings and draft letter to Mills Oakley to N Caton |
| 31-01-2025 | Rory Campbell | 0.30 | 665.00 | 199.50 | Drafting letter to other side re service on Ms Du Yan |
| 31-01-2025 | Rory Campbell | 0.80 | 665.00 | 532.00 | Review documents to ascertain maximum quantum Ms Du Yan is entitled to |
| 05-02-2025 | Natalie Caton | 0.20 | 850.00 | 170.00 | Telephone call with valuer |
| 05-02-2025 | Rory Campbell | 0.40 | 665.00 | 266.00 | Letter to send to Maritimo solicitors regarding update on enforcement process |
| 05-02-2025 | Rory Campbell | 0.20 | 665.00 | 133.00 | Meetings with vessel valuer to discuss feasibility of updated valuation |
| 05-02-2025 | Rory Campbell | 0.10 | 665.00 | 66.50 | Drafting email to D.McGee re follow up on ▮▮▮ |
| 05-02-2025 | Rory Campbell | 0.10 | 665.00 | 66.50 | Correspondence to US clients following email from the Court |
| 05-02-2025 | Rory Campbell | 0.60 | 665.00 | 399.00 | Reviewing draft applications to discover exact funds being sought |
| 05-02-2025 | Rory Campbell | 0.30 | 665.00 | 199.50 | Email To Darren Luck re updated valuation |
| 05-02-2025 | Rory Campbell | 0.50 | 665.00 | 332.50 | Drafting email to send to counsel raising various points in a follow up from 29 Jan meeting |
| 05-02-2025 | Rory Campbell | 0.30 | 665.00 | 199.50 | Drafting, in consultation with N Caton, draft letter to send to Mills Oakley re service of Ms Du Yan |
| 05-02-2025 | Rory Campbell | 0.70 | 665.00 | 465.50 | Draft letter to send to Corrs re questions received from Court. |
| 06-02-2025 | Rory Campbell | 1.50 | 665.00 | 997.50 | Reviewing N Caton Draft affidavit and cross-referencing dates to ensure accuracy. |
| 07-02-2025 | Rory Campbell | 0.10 | 665.00 | 66.50 | Drafting email to send to valuer re desktop valuation |
| 10-02-2025 | Natalie Caton | 0.20 | 850.00 | 170.00 | Letter to Maritimo's lawyers regarding enforcement process |
| 10-02-2025 | Natalie Caton | 0.30 | 850.00 | 255.00 | Approving email to counsel regarding application to Federal Court to recover funds from |

| Date | Fee Earner | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| | | | | | undertaking |
| 10-02-2025 | Natalie Caton | 0.30 | 850.00 | 255.00 | Reviewing and approving letter to Maritimo's lawyers |
| 10-02-2025 | Rory Campbell | 0.30 | 665.00 | 199.50 | Meeting with N Caton to discuss Corrs letter |
| 11-02-2025 | Rory Campbell | 0.20 | 665.00 | 133.00 | Drafting email to counsel re update on expert |
| 11-02-2025 | Rory Campbell | 0.20 | 665.00 | 133.00 | Meeting with N Caton to discuss Corrs response to 24 Jan email and send letter |
| 11-02-2025 | Natalie Caton | 0.10 | 850.00 | 85.00 | Preparing response to Maritimo's lawyers regarding enforcement process |
| 11-02-2025 | Natalie Caton | 0.10 | 850.00 | 85.00 | Reviewing email from Maritimo's Lawyers and considering. |
| 14-02-2025 | Rory Campbell | 0.20 | 665.00 | 133.00 | Meeting with N Caton to discuss next steps |
| 14-02-2025 | Rory Campbell | 0.10 | 665.00 | 66.50 | Drafting follow up email to send to expert |
| 14-02-2025 | Rory Campbell | 0.40 | 665.00 | 266.00 | Drafting email to send to Perram J associate regarding adjournment of Federal Court application to allow application to finalise proceeding and service to be effected |
| 14-02-2025 | Rory Campbell | 0.10 | 665.00 | 66.50 | Drafting email to counsel re adjournment of Federal Court Application |
| 14-02-2025 | Rory Campbell | 0.90 | 665.00 | 598.50 | Drafting response to counsel and obtaining relevant attachments to support application |
| 14-02-2025 | Rory Campbell | 0.20 | 665.00 | 133.00 | Drafting email to client re adjournment of Federal Court application |
| 14-02-2025 | Rory Campbell | 0.10 | 665.00 | 66.50 | Reviewing email from counsel |
| 17-02-2025 | Rory Campbell | 0.40 | 665.00 | 266.00 | Reviewing expert affidavits and making necessary changes |
| 17-02-2025 | Rory Campbell | 0.20 | 665.00 | 133.00 | Reviewing emails from N Caton re expert report updates |
| 17-02-2025 | Rory Campbell | 0.20 | 665.00 | 133.00 | Drafting respective emails for McGee and Corrs to N Caton for approval |
| 17-02-2025 | Rory Campbell | 0.20 | 665.00 | 133.00 | Drafting emails to send to experts re finalisation of reports and affidavits |
| 18-02-2025 | Rory Campbell | 0.70 | 665.00 | 465.50 | Reviewing documents to be exhibited to N Caton's affidavit |
| 18-02-2025 | Rory Campbell | 0.10 | 665.00 | 66.50 | Drafting email to send to client re adjournment |
| 18-02-2025 | Rory Campbell | 0.10 | 665.00 | 66.50 | Drafting email to Perram J |
| 18-02-2025 | Rory Campbell | 2.10 | 665.00 | 1,396.50 | Preparing affidavit of N Caton in |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | support of application to finalise proceedings and recover security |
| 19-02-2025 | Rory Campbell | 0.90 | 665.00 | 598.50 | Finalising affidavit of N Caton |
| 19-02-2025 | Rory Campbell | 1.10 | 665.00 | 731.50 | Preparing exhibits for N Caton affidavit |
| 21-02-2025 | Rory Campbell | 0.20 | 665.00 | 133.00 | Email to counsel re adjournment of Federal Court proceedings |
| 24-02-2025 | Rory Campbell | 0.10 | 665.00 | 66.50 | Drafting email to Corrs to follow up on enforcement warrant |
| 24-02-2025 | Rory Campbell | 0.20 | 665.00 | 133.00 | Drafting emails to both experts and valuer |
| 24-02-2025 | Rory Campbell | 0.20 | 665.00 | 133.00 | Editing N Caton affidavit |
| 25-02-2025 | Rory Campbell | 0.20 | 665.00 | 133.00 | Reviewing expert report of Brian Lacy |
| 26-02-2025 | Rory Campbell | 0.40 | 665.00 | 266.00 | Planning & preparation of expert affidavits |
| 27-02-2025 | Natalie Caton | 0.50 | 850.00 | 425.00 | Reviewing and settling draft affidavit of B Lacy |
| 27-02-2025 | Rory Campbell | 0.40 | 665.00 | 266.00 | Drafting affidavit of expert |
| 27-02-2025 | Rory Campbell | 0.90 | 665.00 | 598.50 | Meetings with N Caton to discuss draft affidavits of experts |
| 27-02-2025 | Rory Campbell | 0.10 | 665.00 | 66.50 | Drafting follow up email to McGee re his expert affidavit |
| 02-03-2025 | Rory Campbell | 0.20 | 665.00 | 133.00 | Drafting response to client re update |
| 02-03-2025 | Rory Campbell | 0.80 | 665.00 | 532.00 | Editing Affidavit of McGee |
| 03-03-2025 | Rory Campbell | 0.20 | 665.00 | 133.00 | Preparing expert affidavits |
| 03-03-2025 | Rory Campbell | 0.10 | 665.00 | 66.50 | Telephone call with counsel |
| 03-03-2025 | Rory Campbell | 0.10 | 665.00 | 66.50 | Meetings with N Caton to discuss expert affidavits |
| 03-03-2025 | Rory Campbell | 0.60 | 665.00 | 399.00 | Organising exhibits for affidavits |
| 03-03-2025 | Rory Campbell | 2.90 | 665.00 | 1,928.50 | Drafting and editing experts affidavit |
| 03-03-2025 | Rory Campbell | 0.10 | 665.00 | 66.50 | Drafting email to counsel re expert affidavits |
| 04-03-2025 | Rory Campbell | 0.40 | 665.00 | 266.00 | Reviewing and further amending expert affidavits |
| 04-03-2025 | Rory Campbell | 0.20 | 665.00 | 133.00 | Reviewing documents from document production re expert affidavits |
| 04-03-2025 | Rory Campbell | 0.20 | 665.00 | 133.00 | Finalising expert affidavits to send off for signature |
| 04-03-2025 | Rory Campbell | 0.20 | 665.00 | 133.00 | Drafting email to send to experts outlining affirmation of affidavit process |
| 05-03-2025 | Rory Campbell | 0.20 | 665.00 | 133.00 | Meeting with N Caton to give update re her affidavit and client's |
| 07-03-2025 | Natalie Caton | 0.10 | 850.00 | 85.00 | Email to Mariano's lawyers |

| Date | Name | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| | | | | | regarding questions that the court enforcement officer has raised |
| 07-03-2025 | Rory Campbell | 0.30 | 665.00 | 199.50 | Drafting emails to counsel (0.2) and expert (0.1) following up re affidavit finalisation |
| 10-03-2025 | Rory Campbell | 0.10 | 665.00 | 66.50 | Drafting email following up to D Magee |
| 11-03-2025 | Rory Campbell | 0.20 | 665.00 | 133.00 | Drafting email to Lacy and Counsel re expert affidavit |
| 11-03-2025 | Rory Campbell | 0.10 | 665.00 | 66.50 | Reviewing Lacy affidavit |
| 11-03-2025 | Rory Campbell | 0.40 | 665.00 | 266.00 | Drafting email to clients providing an update |
| 11-03-2025 | Natalie Caton | 0.50 | 850.00 | 425.00 | Preparing for call with Corrs (Maritimo's lawyers) (0.2 units) and attending the same (0.3 units) |
| 12-03-2025 | Rory Campbell | 0.20 | 665.00 | 133.00 | Meeting with N Caton to discuss next steps |
| 12-03-2025 | Rory Campbell | 0.20 | 665.00 | 133.00 | Liaising with experts re affidavits |
| 12-03-2025 | Rory Campbell | 0.40 | 665.00 | 266.00 | Drafting email to valuer |
| 12-03-2025 | Rory Campbell | 0.20 | 665.00 | 133.00 | Planning & preparation of finalising valuers agreement for N Caton to sign |
| 13-03-2025 | Rory Campbell | 0.10 | 665.00 | 66.50 | Drafting email to valuer |
| 13-03-2025 | Rory Campbell | 0.10 | 665.00 | 66.50 | Drafting email to Brian Lacey to follow up on affidavit |
| 13-03-2025 | Rory Campbell | 0.10 | 665.00 | 66.50 | Meeting with N Caton to provide update and discuss next steps |
| 13-03-2025 | Rory Campbell | 0.10 | 665.00 | 66.50 | Drafting emails to Corrs to request update |
| 14-03-2025 | Rory Campbell | 0.10 | 665.00 | 66.50 | Reviewing affidavit from B Lacey |
| 14-03-2025 | Rory Campbell | 0.10 | 665.00 | 66.50 | Drafting email to counsel re second expert report |
| 14-03-2025 | Rory Campbell | 0.30 | 665.00 | 199.50 | Reviewing N Caton Affidavit |
| 14-03-2025 | Rory Campbell | 2.40 | 665.00 | 1,596.00 | Reviewing counsels submissions and addressing comments raised by counsel |
| 17-03-2025 | Rory Campbell | 0.20 | 665.00 | 133.00 | Finalisation of ▓▓▓▓▓▓ |
| 19-03-2025 | Rory Campbell | 0.40 | 665.00 | 266.00 | Reviewing Corrs response regarding questions asked by the Enforcement Officer |
| 19-03-2025 | Rory Campbell | 0.30 | 665.00 | 199.50 | Drafting emails to valuer (0.1) and the enforcement registry (0.2) |
| 20-03-2025 | Natalie Caton | 0.40 | 850.00 | 340.00 | Reviewing my affidavit in support of funds coming out of trust in Federal court |
| 20-03-2025 | Rory Campbell | 1.10 | 665.00 | 731.50 | Reviewing J Lyons affidavit |

| Date | Name | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 20-03-2025 | Rory Campbell | 0.10 | 665.00 | 66.50 | Drafting email to enforcement registrar |
| 20-03-2025 | Rory Campbell | 0.50 | 665.00 | 332.50 | Drafting email to the Trustee providing update |
| 20-03-2025 | Rory Campbell | 0.50 | 665.00 | 332.50 | Meeting with N Caton to discuss her affidavit and the Trustee's affidavit to file in the Federal Court application |
| 20-03-2025 | Rory Campbell | 0.80 | 665.00 | 532.00 | Research ▓▓▓▓ |
| 20-03-2025 | Rory Campbell | 0.20 | 665.00 | 133.00 | Reviewing corer between N Caton and Counsel re Corrs response |
| 20-03-2025 | Rory Campbell | 0.30 | 665.00 | 199.50 | Meeting with N Caton to discuss next steps |
| 20-03-2025 | Rory Campbell | 0.30 | 665.00 | 199.50 | Drafting email to the enforcement officer |
| 20-03-2025 | Rory Campbell | 0.40 | 665.00 | 266.00 | Drafting form for ▓▓▓▓ |
| 21-03-2025 | Rory Campbell | 4.20 | 665.00 | 2,793.00 | Drafting and editing J Lyons affidavit |
| 21-03-2025 | Rory Campbell | 0.30 | 665.00 | 199.50 | Planning & preparation - ▓▓▓▓ |
| 24-03-2025 | Rory Campbell | 0.20 | 665.00 | 133.00 | Drafting and sending email to J Lyons and J King re update |
| 24-03-2025 | Rory Campbell | 0.30 | 665.00 | 199.50 | Call with Julie Wilson (Enforcement Officer) |
| 24-03-2025 | Rory Campbell | 0.80 | 665.00 | 532.00 | Drafting and reviewing affidavit of John Lyons |
| 24-03-2025 | Rory Campbell | 1.00 | 665.00 | 665.00 | Drafting and editing N Caton Affidavit |
| 24-03-2025 | Rory Campbell | 0.20 | 665.00 | 133.00 | Meetings with N Caton to discuss phone call with enforcement officer |
| 24-03-2025 | Rory Campbell | 0.10 | 665.00 | 66.50 | Drafting email to ▓▓▓▓ |
| 24-03-2025 | Rory Campbell | 0.60 | 665.00 | 399.00 | Drafting email to enforcement officer |
| 24-03-2025 | Rory Campbell | 0.30 | 665.00 | 199.50 | Meeting with N Caton to discuss J Lyons affidavit, counsel email and also email to the Court |
| 24-03-2025 | Rory Campbell | 0.40 | 665.00 | 266.00 | Reviewing documents that relate to the service of Ms Du Yan |
| 24-03-2025 | Rory Campbell | 1.10 | 665.00 | 731.50 | Research re enforcement warrant expiry |
| 25-03-2025 | Natalie Caton | 0.30 | 850.00 | 255.00 | Reviewing and approving J Lyon's affidavit in support of application for return of funds from Federal Court |
| 25-03-2025 | Rory Campbell | 0.30 | 665.00 | 199.50 | Drafting agenda for meeting with counsel |

| Date | Name | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 25-03-2025 | Natalie Caton | 2.80 | 850.00 | 2,380.00 | Finalising my affidavit in support of return of funds |
| 25-03-2025 | Rory Campbell | 1.20 | 665.00 | 798.00 | Reviewing counsels draft applications for Friday |
| 25-03-2025 | Natalie Caton | 0.50 | 850.00 | 425.00 | Call with counsel regarding Federal Court application |
| 25-03-2025 | Rory Campbell | 0.50 | 665.00 | 332.50 | Drafting and finalising John Lyons Affidavit to send for execution |
| 25-03-2025 | Rory Campbell | 0.20 | 665.00 | 133.00 | Planning & preparation of affidavits to give N Caton |
| 25-03-2025 | Rory Campbell | 0.50 | 665.00 | 332.50 | Meeting with Counsel in preparation for 28 March review before Perram J |
| 25-03-2025 | Rory Campbell | 0.30 | 665.00 | 199.50 | Meeting with N Caton to discuss action list following meeting with counsel |
| 25-03-2025 | Rory Campbell | 0.20 | 665.00 | 133.00 | Drafting email to counsel containing draft email to Perram J associate |
| 25-03-2025 | Rory Campbell | 0.20 | 665.00 | 133.00 | Drafting letter to Mills Oakley for service of application |
| 25-03-2025 | Rory Campbell | 0.30 | 665.00 | 199.50 | Drafting email to N Caton to send to John Lyons attaching affidavit |
| 25-03-2025 | Rory Campbell | 0.80 | 665.00 | 532.00 | Research into ▮▮▮▮ |
| 25-03-2025 | Rory Campbell | 2.40 | 665.00 | 1,596.00 | Drafting and editing N Caton Affidavit |
| 25-03-2025 | Rory Campbell | 1.00 | 665.00 | 665.00 | Meeting with N Caton to discuss her affidavit |
| 26-03-2025 | Natalie Caton | 0.10 | 850.00 | 85.00 | Affirming my affidavit in support of application for return of funds |
| 26-03-2025 | Rory Campbell | 0.30 | 665.00 | 199.50 | Reviewing and editing counsels submissions |
| 26-03-2025 | Rory Campbell | 0.70 | 665.00 | 465.50 | Finalising John Lyons affidavit |
| 26-03-2025 | Rory Campbell | 0.60 | 665.00 | 399.00 | Drafting and finalising N Caton affidavit |
| 26-03-2025 | Rory Campbell | 0.90 | 665.00 | 598.50 | Drafting and amending counsels application to be filed in Federal Court |
| 26-03-2025 | Rory Campbell | 0.50 | 665.00 | 332.50 | Finalisation of applications |
| 26-03-2025 | Rory Campbell | 0.70 | 665.00 | 465.50 | Drafting witness certificates for N Caton Affidavit |
| 26-03-2025 | Rory Campbell | 0.30 | 665.00 | 199.50 | Editing N Caton Affidavit to include ▮▮▮▮ |
| 26-03-2025 | Rory Campbell | 0.20 | 665.00 | 133.00 | Drafting email to Perram J associate |
| 27-03-2025 | Sarah Dunning | 0.20 | 665.00 | 133.00 | Filing affidavit of John Lyons |
| 27-03-2025 | Sarah Dunning | 0.50 | 665.00 | 332.50 | Reviewing and preparing sealed court documents for service |

| | | | | | |
|---|---|---|---|---|---|
| 31-03-2025 | Sarah Dunning | 0.20 | 665.00 | 133.00 | Reviewing sealed outline of submissions over various Victorian Federal Court files |
| **Total** | | **114.70** | | **80,011.50** | |

## Expenses and Disbursements Analysis - Invoice 9165051423

| Disbursements detail | | Value (USD) |
|---|---|---:|
| 21-10-2024 | Expert Fees/MotorSail Pty Ltd/DLA002/Desktop Valuation Vessel: Maritimo M70 Inspection Date: Friday 18th October 2024 | 1,493.62 |
| 31-10-2024 | International- Company Search - Other - Fee Adjustment - Aimee Griffin - DLA Piper Australia | 107.48 |
| 31-10-2024 | International- Company Search - Other - Fee Adjustment - Aimee Griffin - DLA Piper Australia | 156.74 |
| 14-11-2024 | Agent fee-Kaiman-202402469-USD 2,629.26 | 2,480.43 |
| 18-11-2024 | Counsel Fees/Harry Hill-Smith C/- Dever s List/922314/ Devers invoice 922314 - Hill-Smith H - Zetta Jet (00393437-000008) | 325.87 |
| 13-03-2025 | Valuation Fee | 1,165.32 |
| 28-03-2025 | Counsel Fees/Harry Hill-Smith C/- Dever s List/00931376/Harry Hill-Smith C/- Dever s List Counsel Fees | 187.33 |
| 25-03-2025 | 2025-03-25-Affidavit-Brisbane, Queensland | 47.80 |
| 20-02-2025 | Counsel Fees/Harry Hill-Smith C/- Dever s List/928472/ Harry Hill-Smith C/- Dever s List charges | 273.59 |
| 26-03-2025 | Court Fees/Liam Prescott ANZ Visa (0277)/3070213/ Credit card charges | 976.13 |
| 26-03-2025 | Court Fees/Liam Prescott ANZ Visa (0277)/3070201/ credit card charges | 976.13 |
| 26-03-2025 | Court Fees/Liam Prescott ANZ Visa (0277)/3070210/ credit card charges | 976.13 |
| 26-03-2025 | Court Fees/Liam Prescott ANZ Visa (0277)/3070367/ credit card charge | 976.13 |
| 26-03-2025 | Court Fees/Liam Prescott ANZ Visa (0277)/3070205/ credit card | 976.13 |
| 26-03-2025 | Court Fees/Liam Prescott ANZ Visa (0277)/3070207/ credit card | 976.13 |
| Cross-jurisdictional tax | | 212.37 |
| **Total** | | **12,307.33** |