# **EXHIBIT D-3**

**(DLA Singapore Invoice)**



DLA Piper Singapore Pte. Ltd.
80 Raffles Place
#48-01 UOB Plaza 1
Singapore 048624
**GST Reg No.** 200404750D
**T** +65 6512 9595
**F** +65 6512 9500
**W** www.dlapiper.com

**Attn:** John Lyons

DLA Piper LLP (US)
650 South Exeter Street
Suite 1100
Baltimore MD  21202
USA

| | |
|---|---|
| **Your reference** | 411031.000003 |
| **Our reference** | 00393437-000017 |
| **Date** | 18 June 2025 |
| **Invoice no** | 9215006361 |

By email delivery to :  jonathan.king@dlapiper.com

# Tax Invoice

| | |
|---|---|
| **Client** | Jonathan D. King acting as Trustee for Zetta Jet Pte Ltd |
| **Matter** | Chapter 7 (US referral CMA: 411031-000003) |

| | GST% | |
|---|---|---|
| **Disbursements** | | |
| Vroom Plus | 0.0 | 1,366.17 |
| **Total** | **USD** | **1,366.17** |

This invoice is payable on presentation.

*DLA Piper Singapore Pte. Ltd.*

**DLA Piper Singapore Pte. Ltd.**

DLA Piper Singapore Pte. Ltd. Is part of DLA Piper, a global law firm, operating through various separate and distinct legal entities.

A foreign law firm registered in Singapore (Reg. No 200404750D).

A list of offices and regulatory information can be found at www.dlapiper.com

## Expenses and Disbursements Analysis - Invoice 9215006361

| Disbursements detail | | Value (USD) |
|---|---|---|
| 18-10-2024 | vRoom plus charges Oct 24-Zetta Jet Dataroom | 234.10 |
| 20-11-2024 | vRoom plus charges NOv 24-Zetta Jet Dataroom | 227.55 |
| 20-12-2024 | vRoom plus charges Dec 24-Zetta Jet Dataroom | 225.24 |
| 20-01-2025 | vRoom plus charges Jan 25-Zetta Jet Dataroom | 219.53 |
| 20-02-2025 | vRoom plus charges Feb 25-Zetta Jet Dataroom | 226.31 |
| 20-03-2025 | vRoom plus charges Mar 25-Zetta Jet Dataroom | 233.44 |
| **Total** | | **1,366.17** |

# Remittance Advice

18 June 2025

| | |
|---|---|
| **Our ref** | 00393437-000017 |
| **Payer** | DLA Piper LLP (US) |
| **Invoice no** | 9215006361 |

Please choose a payment method and return this advice to our office.

## 1. Bank Transfer

Please return this advice to our office or email AR.Singapore@dlapiper.com stating the invoice number and the amount paid.

| | |
|---|---|
| Transfer amount | USD 1,366.17 to our account |
| Bank | Citibank N.A. Singapore Branch |
| Bank address | 8 Marina View #17-01, Asia Square Tower 1, Singapore 018960 |
| Bank account name | DLA Piper Singapore Pte Ltd |
| Bank account number | 0-855809-036 |
| Bank and Branch code | 7214-001 |
| SWIFT | CITISGSG |
| Date of transfer | |

## 2. CHEQUE

Please return this advice to the below address with your cheque payable to DLA Piper Singapore Pte. Ltd. for USD 1,366.17

**Finance Department**
DLA Piper Singapore Pte. Ltd.
80 Raffles Place
#48-01 UOB Plaza 1
Singapore 048624