# **EXHIBIT E**

**(King Declaration)**

DAVID M. RILEY (SBN 292087)
david.riley@us.dlapiper.com
DLA PIPER LLP (US)
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, California 90067-4704
Telephone: (310) 595-3000
Facsimile: (310) 595-3300

JOHN K. LYONS (*Pro Hac Vice*)
john.lyons@us.dlapiper.com
JEFFREY S. TOROSIAN (*Pro Hac Vice*)
jeffrey.torosian@us.dlapiper.com
JOSEPH A. ROSELIUS (*Pro Hac Vice*)
joseph.roselius@us.dlapiper.com
DLA PIPER LLP (US)
444 West Lake Street, Suite 900
Chicago, Illinois 60606-0089
Telephone: (312) 368-4000
Facsimile: (312) 236-7516

Attorneys for Jonathan D. King as Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>ZETTA JET USA, INC., a California corporation,<br><br>Debtor. | Lead Case No.: 2:17-bk-21386-BR<br><br>Chapter 7<br><br>Jointly Administered With:<br>Case No.: 2:17-bk-21387-BR |
| In re:<br><br>ZETTA JET PTE, LTD., a Singaporean corporation,<br><br>Debtor. | **DECLARATION AND CERTIFICATION OF JONATHAN D. KING** |

I, Jonathan D. King, under the penalty of perjury, certify as follows:

1. I am the duly appointed chapter 7 trustee for the above-captioned bankruptcy estates.

2. I have reviewed the *Thirteenth Interim Application of DLA Piper for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses Incurred as Counsel to the Chapter 7 Trustee for the Period from October 1, 2024 Through March 31, 2025* (the

1

1621564503

1  "Application"), including the Fee Statements attached as Exhibit D-1 through Exhibit D-3 to the
2  Application.

3      3.    I have reviewed the requirements of the *Guidelines for Reviewing Applications for*
4  *Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330* (the "Guidelines"),
5  and I believe that the Application substantially complies with the Guidelines.

6      4.    I hereby certify to the best of my knowledge, information and belief, formed after
7  reasonable inquiry that the compensation and expense reimbursement sought in the Application is
8  reasonable.

9      5.    I hereby certify based upon information provided to me by my advisory team
10 working under my direction the compensation and expense reimbursement sought in this
11 Application is the same compensation and expense reimbursement provided to the fee examiner,
12 less any reductions agreed to between DLA Piper and the fee examiner, prior to the filing of this
13 Application.

14     I hereby declare the foregoing to be true under penalty of perjury pursuant to 28 U.S.C.
15 § 1746 this 28th day of October, 2025.

16 DATED:   October 28, 2025
                 Chicago, Illinois
17                                                                  Jonathan D. King

2

1621564503