# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
DLA Piper LLP (US)
2000 Avenue of the Stars, Suite 400 North Tower
Los Angeles, CA 90067-4704

A true and correct copy of the foregoing document entitled *Thirteenth Interim Application of DLA Piper for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses Incurred as Counsel to the Chapter 7 Trustee for the Period From October 1, 2024 Through March 31, 2025* will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On October 28, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

| | | |
|---|---|---|
| John-Patrick M. Fritz | Zetta Jet USA, Inc. | jpf@lnbyb.com |
| Juliet Y. Oh | Zetta Jet USA, Inc. | jyo@lnbyb.com |
| Ron Bender | Zetta Jet USA, Inc. | rb@lnbyb.com |
| Jeanne M. Jorgensen | Universal Weather & Aviation, Inc. | jjorgensen@pj-law.com |
| Jeanne M. Jorgensen | Universal Fuels, Inc. | jjorgensen@pj-law.com |
| Dawn M. Coulson | Scout Aviation II, LLC | dcoulson@eppscoulson.com |
| William W. Huckins | Ample United Limited | whuckins@allenmatkins.com |
| Michael S. Greger | Ample United Limited | mgreger@allenmatkins.com |
| Andrew Troop | Bombardier Aerospace | andrew.troop@pillsburylaw.com |
| Alan I. Nahmias | NEF Request | anahmias@mbnlawyers.com |
| Mary H. Rose | NEF Request | mrose@buchalter.com |
| Michael D. Breslauer | Big Fly LLC | mbreslauer@swsslaw.com |
| Stephen F. Biegenzahn | NEF Request | sbiegenzahn@mbnlawyers.com |
| David W. Meadows | NEF Request | david@davidwmeadowslaw.com |
| Dare Law | U.S. Trustee | dare.law@usdoj.gov |
| Tiffany M. Ikeda | Li Entities | tiffany.ikeda@aarnoldporter.com; vicky.apodaca@arnoldporter.com; natasha.brunstein@arnoldporter.com; mary.aertker@arnoldporter.com |
| Michael B. Lubic | New Target Investments Limited | michael.lubic@klgates.com |
| Nolan Thomas | New Target Investments Limited | nolan.thomas@klgates.com |
| Victor A. Vilaplana | ARINC Direct, LLC | vavilaplana@foley.com |
| Jeffrey N. Pomerantz | Creditor Committee | jpomerantz@pszjlaw.com |
| John W. Lucas | Creditor Committee | jlucas@pszjlaw.com |
| Paul Laurin | Rolls-Royce Deutschland | paul.laurin@btlaw.com |
| Scott M. Ewing | Rust Consulting/Omni Bankruptcy | sewing@omnimgt.com; ecf@omnimgt.com |
| Kristina S. Azlin | | Kristina.azlin@hklaw.com; ericka.mendez@hklaw.com |
| Jonathan Boustani | | jboustani@btlaw.com |
| J. Scott Bovitz | Fee Examiner | bovitz@bovitz-spitzer.com |
| Brian K. Condon | | brian.condon@arnoldporter.com |
| Jamie L. Edmonson | | jedmonson@rc.com; lshaw@rc.com |

☒ Service information continued on attached page

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                              **F 9013-3.1.PROOF.SERVICE**

1625425454

**2. SERVED BY UNITED STATES MAIL**:
On October 28, 2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| | |
|---|---|
| Festin Management Corp., SN 1360 LLC, SN 1372 LLC<br>Attn.:  Daniel J. McCarthy, Esq.<br>Hill, Farrer & Burrill LLP<br>515 South Grand Avenue, 7th Floor<br>Los Angeles, California 90071 | Festin Management Corp., SN 1360 LLC, SN 1372 LLC<br>Attn.:  James Torrey<br>Jimmy Jets<br>2808 Northeast First Avenue<br>Wilton Manors, Florida 33334 |

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on October 28, 2025, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

VIA HAND DELIVERY

VIA ELECTRONIC MAIL

(Party, who is being served if different, and email address for each)

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 28, 2025 | William L. Countryman, Jr. | /s/  William L. Countryman, Jr. |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**

1625425454

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF) (Continued)**:

| | | |
|---|---|---|
| Daniel H. Slate | NEF Request | dslate@buchalter.com |
| Ron Maroko | US Trustee | ron.maroko@usdoj.gov |
| Robert Labate | AVIC International Leasing Co. Ltd. | robert.labate@hklaw.com |
| Alan J. Watson | AVIC International Leasing Co. Ltd. | alan.watson@hklaw.com |
| Michael McCollum | New Jubilee Global Limited | michael@mccollumcounsel.com |
| Blake J. Lindemann | NEF Request | blake@lawbl.com |
| Sabari Mukherjee | NEF Request | notices@becket-lee.com |
| Corey R. Weber | NEF Request (Brutzkus Gubner) | cweber@bg.law; ecf@bg.law |
| Robyn B. Sokol | NEF Request (Brutzkus Gubner) | ecf@bg.law; rsokol@leechtishman.com; lmoya@leechtishman.com |
| David J. Richardson | NEF Request (Baker Hostetler LLP) | drichardson@bakerlaw.com |
| Aaron S. Craig | | acraig@kslaw.com; mtunson@kslaw.com; eripley@kslaw.com; mciatti@kslaw.com |
| Scott D. Cunningham | | scunningham@condonlaw.com; epatmore@condonlaw.com |
| Jonathan R. Doolittle | | jonathan.doolittle@pillsburylaw.com |
| Cecily A. Dumas | | cdumas@bakerlaw.com; hhammonturano@bakerlaw.com |
| Michael J. Edelman | | mjedelman@vedderprice.com; edfladocket@vedderprice.com; Michael-jedelman-7401@ecf.pacerpro.com |
| Amir Gamliel | | amir-gamliel-9554@ecf.pacerpro.com; cmallahi@perkinscoie.com; docketla@perkinscoie.com |
| Jonathan L. Gerber | | jgerber@millermenthelaw.com; sjohal@millermenthelaw.com |
| Brian D. Huben | | hubenb@ballardspahr.com; carolod@ballardspahr.com |
| Allison B. Hudson | | ahudson@vedderprice.com; ecfladocket@vedderprice.com; Allison-hudson-3974@ecf.pacerpro.com |
| Talin Keshishian | | tkeshishian@bg.law; ecf@bg.law |
| Michael D. Kibler | | mkibler@stblaw.com; Janie.franklin@stblaw.com; raul.duran@stblawcom |
| Daniel J. McCarthy | | dmccarthy@hillfarrer.com; spadilla@hillfarrer.com; nchacon@hfbllp.com |
| Thor D. McLaughlin | | tmclaughlin@allenmatkins.com; igold@allenmatkins.com |
| Joshua M. Mester | | jmester@jonesday.com |
| Malcolm D. Minnick | | dminnick@pillsburylaw.com; m.minnick@comcast.net |
| Daniel T. Moss | | dtmoss@jonesday.com; dstorborg@jonesday.com |
| Scott H. Olson | | solson@vedderprice.com; scott-olson-2161@ecf.pacerpro.com; ecfsfdocket@vedderprice.com; nortega@vedderprice.com |
| R. Gibson Pagter | | gibson@ppilawyers.com; ecf@ppilawyers.com; pagterrr51779@notify.bestcase.com |
| Kathy Bazoian Phelps | | kphilps@diamondmccarthy.com; |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE

1625425454

| | |
|---|---|
| Samuel Price | helen.choi@diamondmccarthy.com<br>sprice@pooleshaffery.com;<br>mvalenti@pooleshaffery.com |
| Oscar D. Ramallo | oramallo@kayescholer.com |
| Michael B. Reynolds | mrenolds@swlaw.com; kcollins@swlaw.com |
| Paul A. Rigali | prigali@larsonllp.com; hpark@larsonllp.com;<br>ygurierrez@larsonllp.com |
| David M. Riley | David.riley@morganlewis.com;<br>davidzriley@gmail.com |
| Caroline A. Sayers | caroline.sayers@lathropgpm.com |
| Alan D. Smith | adsmith@perkinscoie.com;<br>docketla@perkinscoie.com; ecf-3ac9070a3959@ecf.pacerpro.com; al-smith-9439@ecf.pacerpro.com |
| Randye B. Soref | rsoref@polsinelli.com; ccripe@polsinelli.com;<br>ladocketing@polsinelli.com |
| United States Trustee | ustpregion16.la.ecf@usdoj.gov |
| Philip S. Warden | Philip.warden@pillsburylaw.com;<br>Thomas.loran@pillsburylaw.com;<br>Kathy.stout@pillsburylaw.com;<br>Deirdre.campino@pillsburylaw.com |
| Jessica Wellington | jwellington@bg.law; ecf@bg.law |

| **20 Largest Creditors Served via Electronic Mail** ||
|---|---|
| **Bombardier Aerospace Corporation**<br><br>Attn.:  Jonathan R. Doolittle<br>Email:  Jonathan.doolittle@pillsburylaw.com<br><br>Attn.:  Andrew Troop<br>Email:  andrew.troop@pillsburylaw.com<br><br>Attn.:  Carolina A. Fornos<br>Email:  carolina.fornos@pillsburylaw.com<br><br>Attn.:  Brian L. Beckerman<br>Email:  brian.beckerman@pillsburylaw.com<br><br>Attn.:  Eric Fishman<br>Email:  eric.fishman@pillsburylaw.com | **Rolls-Royce Deutschland Ltd & Co KG**<br><br>Attn.:  Paul Laurin<br>Email:  paul.laurin@btlaw.com<br><br>Attn.:  Michael K. McCrory<br>Email:  mmccrory@btlaw.com<br><br>Attn.:  Jonathan Sundheimer<br>Email:  jsundheimer@btlaw.com |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                    **F 9013-3.1.PROOF.SERVICE**

1625425454

| **20 Largest Creditors Served via Electronic Mail** | |
|---|---|
| **World Fuel Services, Inc.**<br>Attn.:  Calvin Chia<br>Email: cchia@wfscorp.com<br><br>Attn.:  Randye Soref<br>Email: rsoref@polsinelli.com<br><br>Attn.:  Justin Edelson<br>Email: jedelson@polsinelli.com | **Corporate Jet Support**<br>Attn.:  Whitne Keenan<br>Email: wkeenan@corpjetsupport.com |
| **Rainbow Aviation Limited**<br>Attn.:  Benedict Tan<br>Email: benedicttan@stamfordland.com<br><br>Attn.:  Dawn M. Coulson<br>Email: dcoulson@eppscoulson.com | **Associated Energy Group, LLC (AEG Fuel)**<br>Attn.:  Christopher Clementi<br>Email: cclementi@aegfuels.com<br><br>Attn.:  Jack Praetzellis<br>Email: jpraetzellis@foxrothschild.com |
| **Hongkong & Shanghai Banking Corp Ltd.**<br>Attn.:  Jennifer W. Crastz<br>Email: jcrastz@hrhlaw.com | **Wex Bank**<br>Attn.:  Kiran Patel<br>Email: kiran.patel@wexinc.com |
| **Universal Weather & Aviation Inc. (UWA) and Universal Fuels, Inc. (UVAir)**<br>Attn.:  Jeanne M. Jorgensen<br>Email: jjorgensen@pj-law.com | **UVAir European Fuelling Services Ltd**<br>Attn.:  Jeanne M. Jorgensen<br>Email: jjorgensen@pjlaw.com |
| **Hanergy [Yoda Aviation]**<br>Attn.:   John Zhang<br>Email: zhangbin@hanergy.com | **Festin Management, SN 1360 LLC, and SN 1372 LLC**<br>Attn.:  Daniel J. McCarthy, Esq.<br>Email: dmccarthy@hillfarrer.com<br><br>Attn.:  James Torrey at Jimmy Jets<br>Email: jimt@jimmyjets.net |
| **Eurocontrol**<br>Attn.:  Paul Sanze<br>Email: paul.sanze@eurocontrol.int<br><br>Attn.:  David J. Richardson, Esq.<br>Email: drichardson@bakerlaw.com | **Jeppesen Sanderson, Inc.**<br>Attn.:  Doris Fuller<br>Email: Doris.fuller@jeppesen.com |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                **F 9013-3.1.PROOF.SERVICE**

1625425454

Case 2:17-bk-21386-BR    Doc 2719-8    Filed 10/28/25    Entered 10/28/25 19:55:59
Desc  Proof of Service    Page 6 of 8

| **20 Largest Creditors Served via Electronic Mail** ||
|---|---|
| **Tongda Air Service**<br>Attn.:   Fuhua Mansion<br>Email:   tongda@tdas-intl.com | **ARINC Direct, LLC**<br>Attn.:   Victor A. Vilaplana<br>Email: vavilaplana@foley.com<br><br>Attn.:   Erika L. Morabito<br>Email: emorabito@foley.com<br><br>Attn.:   Brittany J. Nelson<br>Email: bnelson@foley.com |

| **Aircraft Finance and Aircraft Lease Parties by Electronic Mail** ||
|---|---|
| **(if not listed above)** ||
| **Argus Marine Ventures, Ltd.**<br>Attn.:  Stephen G. Larson<br>Email:  slarson@larsonobrienlaw.com | **Jet Support Services (JSSI)**<br>Attn.:  Richard Schumacher<br>Email:  rschumacher@jetsupport.com |
| **AVIC International Leasing Co., Ltd.**<br>Attn.:   Wayne Wong<br>Email: wangqicong@chinaleasing.net<br><br>Attn.:  Robert J. Labate<br>Email: robert.labate@hklaw.com<br><br>Attn.:  Alan J. Watson<br>Email: alan.watson@hklaw.com | **Tony Robbins Productions, Inc.**<br>Attn.:   Alan I. Nahmias<br>Email: anahmias@mbnlawyers.com<br><br>Attn.:   Stephen F. Biegenzahn<br>Email: sbiegenzahn@mbnlawyers.com |
| **Big Fly LLC**<br>Attn.:  Michael D. Breslauer<br>Email: mbreslauer@swsslaw.com | **Ample United Limited**<br>Attn.:   William W. Huckins<br>Email: whuckins@allenmatkins.com<br><br>Attn.:   Michael S. Greger<br>Email: mgreger@allenmatkins.com |
| **TVPX ARS, Inc.**<br>Attn.:   David Wall<br>Email: dwall@tvpx.com | **PTJ Associates LLC**<br>Attn.:   Stephen Hofer<br>Email: shofer@aerlex.com |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                    **F 9013-3.1.PROOF.SERVICE**

1625425454

| **Jet Aviation**<br><br>Attn.:  Sarah R. Borders<br>Email:  sborders@kslaw.com | **ECN Capital Corp. and ECN Aviation, Inc. (f/k/a Element Aviation, Inc.)**<br><br>Attn.:   Michael O'Keefe<br>Email:  mokeefe@ecncapitalcorp.com<br><br>Attn.:   Cecily A. Dumas<br>Email:  Cecily.dumas@pillsburylaw.com |
|---|---|
| **Yuntian 3 Leasing Company Limited and Yuntian 4 Leasing Company Limited**<br><br>Attn.:  Joshua M. Mester<br>Email:  jmester@jonesday.com<br><br>Attn.:  Dan T. Moss<br>Email:  dtmoss@jonesday.com | |

| **Other Requests for Service by Electronic Mail** ||
|---|---|
| **The Debtors (Zetta Jet USA, Inc. and Zetta Jet PTE, Ltd.)**<br><br>Attn.:  John-Patrick M. Fritz<br>Email:  jpf@lnbyb.com<br><br>Attn.:  Juliet Y. Oh<br>Email:  jyo@lnbyb.com<br><br>Attn.:  Ron Bender<br>Email:  rb@lnbyb.com | **The Li Entities (Truly Great Global, Ltd., Universal Leader Investment Ltd., and Glove Assets Investment Ltd.)**<br><br>Attn.:  Michael L. Bernstein<br>Email:  michael.bernstein@apks.com<br><br>Attn.:  Lisa Hill Fenning<br>Email:  lisa.fenning@apks.com<br><br>Attn.:  Tiffany M. Ikeda<br>Email:  tiffany.ikeda@apks.com |
| **United States Trustee**<br><br>Attn.:   Dare Law<br>Email:  dare.law@usdoj.gov<br><br>Attn.:   Ron Maroko<br>Email:  ron.maroko@usdoj.gov | **New Jubilee Global Limited**<br><br>Attn.:  Michael B. McCollum<br>Email:  Michael@mccullumcounsel.com |
| **Export Development Canada**<br><br>Attn.:   Jeff Blattman<br>Email:  jblattman@edc.ca | **Bank of Utah**<br><br>Attn.:   Colleen Schulthies<br>Email:  cschulthies@bankofutah.com |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                         **F 9013-3.1.PROOF.SERVICE**

1625425454

| **Silver Lake Technology Management, L.L.C.** | **New Target Investments Limited** |
|---|---|
| Attn.:  Michael D. Kibler<br>Email:  mkibler@stblaw.com | Attn:  Michael Lubic<br>Email: michael.lubic@klgates.com |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

1625425454