1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## EXHIBIT A

**Proposed Order**

DAVID M. RILEY (SBN 292087)
david.riley@us.dlapiper.com
DLA PIPER LLP (US)
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, California 90067-4704
Telephone: (310) 595-3000
Facsimile: (310) 595-3300]

JOHN K. LYONS (*Pro Hac Vice*)
john.lyons@us.dlapiper.com
JEFFREY S. TOROSIAN (*Pro Hac Vice*)
jeffrey.torosian@us.dlapiper.com
JOSEPH A. ROSELIUS (*Pro Hac Vice*)
joseph.roselius@us.dlapiper.com
DLA PIPER LLP (US)
444 West Lake Street, Suite 900
Chicago, Illinois 60606-0089
Telephone: (312) 368-4000
Facsimile: (312) 236-7516

Attorneys for Jonathan D. King as Chapter 7 Trustee

## UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA
### LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>ZETTA JET USA, INC., a California corporation,<br><br>      Debtor. | Lead Case No.: 2:17-bk-21386-BR<br><br>Chapter 7<br><br>Jointly Administered With:<br>Case No.: 2:17-bk-21387-BR |
| In re:<br><br>ZETTA JET PTE, LTD., a Singaporean corporation,<br><br>      Debtor. | **ORDER GRANTING SUPPLEMENTAL APPLICATION OF THE CHAPTER 7 TRUSTEE FOR ENTRY OF AN ORDER (I) MODIFYING THE COMPENSATION OF DLA PIPER LLP (US) AS COUNSEL TO THE TRUSTEE TO A CONTINGENT FEE BASIS WITH RESPECT TO CERTAIN MATTERS AND (II) GRANTING RELATED RELIEF** |
| ☒    Affects Both Debtors<br><br>☐    Affects Zetta Jet USA, Inc., a California corporation, only<br><br>☐    Affects Zetta Jet PTE, Ltd., a Singaporean corporation, only | <u>Hearing Date & Time</u>:<br>Date:  November 18, 2025<br>Time:  10:00 a.m. (PST)<br>Place: Courtroom 1668<br>         255 East Temple Street<br>         Los Angeles, California 90012 |

1    Upon the application (the "<u>Application</u>"),[1] filed by Jonathan D. King, solely in his capacity

2    as the duly appointed chapter 7 trustee (the "<u>Trustee</u>") in the above-captioned, jointly administered

3    bankruptcy cases of the Debtors for entry of an order (this "<u>Order</u>"), (i) authorizing the Trustee to

4    modify the compensation terms of DLA Piper as counsel to the Trustee to a contingent fee basis

5    with respect to certain matters, and (ii) granting related relief; all as further described in the

6    Application; and the Court having found that (i) this Court has jurisdiction over this matter pursuant

7    to 28 U.S.C. §§ 157 and 1334 (ii) the Court may enter a final order consistent with Article III of

8    the United States Constitution; (iii) this is a core proceeding under 28 U.S.C. § 157(b), (iv) venue

9    of this proceeding and the Application in this district are proper under 28 U.S.C. §§ 1408 and 1409;

10   (v) notice of this Application and any hearing on the Application was appropriate under the

11   circumstances; and (vi) no further or other notice of the Application is required under the

12   circumstances; and this Court having reviewed the Application and having heard the statements in

13   support of the relief requested in the Application at any hearing before this Court, and any hearing

14   on the Application, establish just cause for the relief granted in this Order, and this Court having

15   found and determined that the relief sought in the Application is in the best interests of the Debtors'

16   estates, their creditors, and other parties in interest; and after due deliberation and sufficient cause

17   appearing therefor,

18        **IT IS HEREBY ORDERED THAT:**

19        1.      The Application is GRANTED as set forth in this Order.

20        2.      The Trustee is authorized to modify the compensation of DLA Piper as its counsel

21   in connection with the Contingent Fee Matters, pursuant to sections 327(a) and 328(a) of the

22   Bankruptcy Code, Bankruptcy Rule 2014, and Local Bankruptcy Rule 2014-1, on a contingent fee

23   basis as more fully set forth in the Application.

24        3.      This Court shall retain jurisdiction to hear and determine all matters arising from or

25   related to the implementation or interpretation of this Order.

26

27

28

---

[1]      Capitalized terms not otherwise defined in this Order have the meanings given to them in the Application.