DAVID M. RILEY (SBN 292087)
david.riley@us.dlapiper.com
DLA PIPER LLP (US)
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, California 90067-4704
Telephone: (310) 595-3000
Facsimile: (310) 595-3300]

JOHN K. LYONS (*Pro Hac Vice*)
john.lyons@us.dlapiper.com
JEFFREY S. TOROSIAN (*Pro Hac Vice*)
jeffrey.torosian@us.dlapiper.com
JOSEPH A. ROSELIUS (*Pro Hac Vice*)
joseph.roselius@us.dlapiper.com
DLA PIPER LLP (US)
444 West Lake Street, Suite 900
Chicago, Illinois 60606-0089
Telephone: (312) 368-4000
Facsimile: (312) 236-7516

Attorneys for Jonathan D. King as Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>ZETTA JET USA, INC., a California corporation,<br><br>    Debtor.<br><br>In re:<br><br>ZETTA JET PTE, LTD., a Singaporean corporation,<br><br>    Debtor.<br><br>☒    Affects Both Debtors<br><br>☐    Affects Zetta Jet USA, Inc., a California corporation, only<br><br>☐    Affects Zetta Jet PTE, Ltd., a Singaporean corporation, only | Lead Case No.: 2:17-bk-21386-BR<br><br>Chapter 7<br><br>Jointly Administered With:<br>Case No.: 2:17-bk-21387-BR<br><br>**NOTICE OF SUPPLEMENTAL APPLICATION OF THE CHAPTER 7 TRUSTEE FOR ENTRY OF AN ORDER (I) MODIFYING THE TERMS OF COMPENSATION OF DLA PIPER LLP (US) AS COUNSEL TO THE TRUSTEE TO A CONTINGENT FEE BASIS WITH RESPECT TO CERTAIN MATTERS AND (II) GRANTING RELATED RELIEF**<br><br><u>Hearing Date & Time</u>:<br>Date:  November 18, 2025<br>Time: 10:00 a.m. (PST)<br>Place: Courtroom 1668<br>          255 East Temple Street<br>          Los Angeles, CA 90012 |

1625274215

**TO THE HONORABLE BARRY RUSSELL, UNITED STATES BANKRUPTCY JUDGE, AND ALL INTERESTED PARTIES:**

## NOTICE

**PLEASE TAKE NOTICE** that, Jonathan D. King, solely in his capacity as the duly appointed chapter 7 trustee (the "Trustee") in the above-captioned, jointly administered bankruptcy cases (the "Bankruptcy Cases") of Zetta Jet USA, Inc. ("Zetta USA") and Zetta Jet PTE, Ltd. ("Zetta PTE" and, together with Zetta USA, the "Debtors"), by and through his undersigned counsel, hereby submits this application (the "Application") for entry of an order supplementing and modifying the terms of compensation of DLA Piper LLP (US) as counsel to the Trustee to a contingent fee basis with respect to certain matters.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Application will be held before the Honorable Barry Russell in Courtroom 1668 of the Edward R. Roybal Federal Building at 255 East Temple Street, Los Angeles, California 90012 (the "Court"), on November 18, 2025, at 10:00 a.m. (PST), or as soon thereafter as counsel may be heard (the "Hearing").

**PLEASE TAKE FURTHER NOTICE** that responses, if any, to the Application must (i) be in writing; (ii) state the name and address of the objecting party and nature of the claim or interest of such party; (iii) state with particularity the legal and factual bases of such objection; (iv) conform to the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rules; (v) be filed with the Bankruptcy Court, together with proof of service, and (vi) be served on the appropriate parties.

**PLEASE TAKE FURTHER NOTICE** that if no responses are timely filed and served with respect to the Application, the Trustee may, on or after the response deadline, submit an order, which the Bankruptcy Court may enter with no further notice or opportunity to be heard.

Dated: October 28, 2025          */s/ John K. Lyons*
                                 **DLA PIPER LLP (US)**
                                 David M. Riley (SBN 292087)
                                 John K. Lyons (*Pro Hac Vice*)
                                 Jeffrey S. Torosian (*Pro Hac Vice*)
                                 Joseph A. Roselius (*Pro Hac Vice*)

                                 *Counsel to the Chapter 7 Trustee*

2

1625274215