**LINDEMANN LAW FIRM, APC**
Blake J. Lindemann, SBN 255747
9777 Wilshire Blvd., 4th Floor
Beverly Hills, CA 90212
Telephone: (310) 279-5269
Facsimile:  (310) 300-0267
E-mail:      blake@lawbl.com

Attorneys for Former Employees
*Jeff Nelson, et al.*

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>ZETTA JET USA, INC., a California corporation,<br><br>Debtor and Debtor-In-Possession | **Case No. 2:17-bk-21386-BR**<br><br>**Jointly Administered with:**<br>**Case No. 2:17-bk-21387-BR**<br><br>**Chapter 7** |
| In re:<br><br>ZETTA JET PTE, LTD., a Singapore corporation,<br><br>Debtor and Debtor-In-Possession | **REPLY BRIEF IN SUPPORT OF MOTION FOR ORDER DIRECTING CHAPTER 7 TRUSTEE TO DISTRIBUTE LINDEMANN LAW FIRM'S CONTRACTUAL CONTINGENCY FEE PORTION OF INTERIM DISTRIBUTION ON ACCOUNT OF ALLOWED CLAIMS OF FORMER EMPLOYEES TO COUNSEL** |
| ☐ Affects Both Debtors<br><br>☒ Affects ZETTA JET USA, INC., a California Corporation, only<br><br>☐ Affects ZETTA JET PTE, LTD., a Singapore Corporation, only | **Hearing:**<br>Date:   July 14, 2026<br>Time:    10:00 a.m.<br>Place:   Courtroom 1668<br>             255 E. Temple St.<br>             Los Angeles, CA 90012<br>Judge: Hon. Barry Russell |

TO THE HONORABLE BARRY RUSSELL, UNITED STATES BANKRUPTCY JUDGE, THE CHAPTER 7 TRUSTEE, AND ALL INTERESTED PARTIES:

Lindemann Law Firm, APC ("LLF") submits this short Reply to the Chapter 7 Trustee's Limited Opposition [Dkt. No. 2830] (the "Opposition").

## I.      THE OPPOSITION CONFIRMS THERE IS NO REMAINING DISPUTE.

LLF filed this Motion for one reason: the Trustee's professionals advised LLF—on February 21, 2026 (Mr. Lyons) and again in writing on February 23, 2026 (Ms. Sokol)—that the Trustee would not distribute any funds on account of the Claimants' allowed claims absent a Court order, and directed LLF to file a noticed motion. (Lindemann Decl. ¶¶ 8–9.) LLF proposed the bifurcated structure in the Motion specifically to address the Trustee's then-stated reluctance to place client funds in counsel's hands.

The Opposition now reverses course: the Trustee "consents to disburse the entire amount of allowed administrative priority employee claims . . . directly to the Firm" in a single check of $90,535.09. (Opp'n at 5–6.) The parties therefore agree that the full $90,535.09 should be released now and that LLF may properly receive the funds. The only question remaining is the form of payment—one check or thirty-two.

## II.      THE BIFURCATED DISTRIBUTION SHOULD BE ORDERED.

The bifurcated distribution proposed in the Motion is plainly the better structure, and it is the structure the Trustee's own professionals asked for. The Trustee's stated concern—the reason LLF revised its request in the first place—was that client funds should not pass through counsel's hands. The Motion honors that concern completely: LLF receives only its contractual contingency fee ($36,214.03), and each Former Employee is paid his or her sixty percent (60%) share directly by the estate. The Trustee's new proposal accomplishes the opposite of what he previously demanded, routing one hundred percent (100%) of the client funds through counsel.

The bifurcated structure is also the more efficient one. The Trustee is already calculating allowed amounts and issuing distribution checks estate-wide under the Interim Distribution Order; each Employee Claimant's allowed amount is fixed by the Allowance Order; and the checks would

1

be mailed to a single address of record. Cutting thirty-one checks from a distribution the Trustee is already administering imposes no meaningful burden on the estate. By contrast, the Trustee's single-check proposal shifts onto claimants' counsel the trust-account receipt, accounting, check-issuance, and re-disbursement functions the estate is already performing for every other allowed claimant—after LLF was put to the expense of this Motion at the Trustee's direction. That said, LLF does not wish to burden the Court with a dispute over payment mechanics: if the Court prefers the structure to which the Trustee now consents, and the Trustee can articulate a reasoned basis for routing the entirety of the client funds through the Firm—the very arrangement his professionals previously disclaimed—LLF will accept a single check in the amount of $90,535.09 and will promptly account to and disburse to each Former Employee the amount to which he or she is entitled. Either form of order fully resolves the Motion.

### III.    NO FURTHER NOTICE TO THE EMPLOYEE CLAIMANTS IS REQUIRED.

The Trustee's insistence that LLF separately mail-serve its own clients elevates form over substance and would impose needless expense. As the Trustee himself concedes, the address of record for each Employee Claimant—for both notice and payment—is LLF. (Opp'n at 5.) Each Former Employee designated LLF as his or her authorized agent on the proof of claim, as Federal Rule of Bankruptcy Procedure 3001(b) and Official Form 410 expressly permit. Service on counsel of record is notice to the client under elementary principles of agency that operate in every case, including every bankruptcy case: "each party is deemed bound by the acts of his lawyer-agent and is considered to have notice of all facts, notice of which can be charged upon the attorney." *Irwin v. Dep't of Veterans Affairs*, 498 U.S. 89, 92 (1990) (quoting Link v. Wabash R.R. Co., 370 U.S. 626, 634 (1962)) (internal quotation marks omitted). Notification through counsel is "the common and established practice," and notice delivered to counsel's office "qualifies as notice to the client." *Id*. at 93. Service on LLF via NEF—which occurred—is service on the Claimants at their address of record.

Nor does the Motion implicate any interest requiring heightened notice. This is not a Rule 9019 compromise; the Former Employees are not fiduciaries of the estate; and the Motion does not

2

seek to reduce, compromise, or impair any claim. It seeks to pay the Claimants' allowed claims in full, in the amounts this Court has already fixed by the Allowance Order, with each Claimant's attorney's fee governed by the written Fee Agreement each Claimant executed.

The Trustee's Rule 7001 objection misreads the rule. None of Rule 7001's enumerated categories is implicated. There is no dispute that LLF is and has been counsel of record for the Claimants since 2018; the Motion does not seek to recover money or property from the estate beyond a distribution this Court has already authorized; it does not seek to determine the validity of a lien against property of the estate (LLF's lien attaches to its clients' recoveries, not to estate property); and it does not seek an injunction or other equitable relief within the meaning of Rule 7001(7). It seeks direction as to the payee and form of an authorized distribution—quintessential estate administration properly presented by motion as a contested matter under Rule 9014 and 11 U.S.C. § 105(a). Indeed, the Trustee's own Opposition asks this Court to enter, on this very Motion, an order authorizing a distribution directly to the Firm—necessarily conceding that motion practice, not an adversary proceeding, is the proper vehicle for the relief at issue.

### IV.    REQUEST TO APPEAR VIA ZOOMGOV.

Because this matter is not controversial and does not require significant argument—the parties agree on the release of the full amount and differ only as to form—LLF respectfully requests that the hearing proceed remotely and that counsel be permitted to appear via ZoomGov in accordance with the Court's remote appearance procedures.

### V.    TREATMENT OF THE TRANSFERRED GRIPPIN CLAIM IN THE PROPOSED ORDER.

One of the thirty-one (31) allowed claims—that of Abigail Grippin (Claim No. 235, allowed in the amount of $2,154.48)—was sold and transferred to CRG Financial LLC ("CRG") pursuant to a transfer of claim under Federal Rule of Bankruptcy Procedure 3001(e)(2). LLF and CRG have conferred and agreed upon the treatment of that claim, and the proposed order will so provide: LLF will voluntarily reduce its contingency fee on the Grippin claim to $430.90 (twenty percent (20%) of the allowed amount), and the entire balance of the distribution on that claim—$1,723.58—shall be

paid to CRG as transferee of record. Accordingly, under the bifurcated structure proposed in the Motion, the contingency check to LLF would be $35,783.14 (the $36,214.03 contingency portion less the $430.89 voluntarily forgiven on the Grippin claim), the Trustee would pay $1,723.58 to CRG on account of the Grippin claim, and each of the remaining thirty (30) Former Employees would receive sixty percent (60%) of his or her allowed claim directly. Alternatively, if the Court orders a single check to LLF, LLF will disburse $1,723.58 to CRG on account of the Grippin claim and the applicable share to each other Former Employee.

## VI.    CONCLUSION.

LLF respectfully requests that the Court grant the Motion and enter an order directing distribution in either form: (i) the bifurcated distribution proposed in the Motion; or (ii) alternatively, if the Court so prefers and the Trustee articulates a reasoned basis for routing the entirety of the client funds through the Firm, a single check payable to Lindemann Law Firm, APC in the amount of $90,535.09, with LLF to disburse to each Former Employee his or her allowed share; and granting such other and further relief as the Court deems just and proper.

Dated: July 7, 2026

Respectfully submitted,

**LINDEMANN LAW FIRM, APC**

*/s/ Blake J. Lindemann*
BLAKE J. LINDEMANN, SBN 255747
9777 Wilshire Blvd., 4th Floor
Beverly Hills, CA 90212
Telephone: (310) 279-5269

Attorneys for Former Employees

4

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 9777 Wilshire Blvd., 4th Floor, Beverly Hills, CA 90212

A true and correct copy of the foregoing document entitled: **REPLY IN SUPPORT OF MOTION FOR ORDER DIRECTING CHAPTER 7 TRUSTEE TO DISTRIBUTE LINDEMANN LAW FIRM'S CONTRACTUAL CONTINGENCY FEE PORTION OF INTERIM DISTRIBUTION ON ACCOUNT OF ALLOWED CLAIMS OF FORMER EMPLOYEES TO COUNSEL**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On July 7, 2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On July 7, 2026, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**
(state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on July 7, 2026, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 7, 2026 | Blake Lindemann | /s/ Blake J. Lindemann |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                 **F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**

Tanya Behnam on behalf of Defendant Avinode Inc.
tbehnam@polsinelli.com, tanyabehnam@gmail.com

Tanya Behnam on behalf of Defendant World Fuel Services (Singapore) PTE Ltd
tbehnam@polsinelli.com, tanyabehnam@gmail.com

Tanya Behnam on behalf of Defendant World Fuel Services, Inc.
tbehnam@polsinelli.com, tanyabehnam@gmail.com

Ron Bender on behalf of Debtor Zetta Jet PTE Ltd.
rb@lnbyb.com

Ron Bender on behalf of Debtor Zetta Jet USA, Inc.
rb@lnbyb.com

Stephen F Biegenzahn on behalf of Creditor Tony Robbins Productions, Inc.
efile@sfblaw.com

Stephen F Biegenzahn on behalf of Interested Party Courtesy NEF
efile@sfblaw.com

Jonathan Boustani on behalf of Defendant Rolls-Royce Deutschland Ltd &Co KG
jboustani@btlaw.com

Jonathan Boustani on behalf of Defendant Rolls-Royce PLC
jboustani@btlaw.com

Michael D Breslauer on behalf of Creditor Big Fly LLC
mbreslauer@swsslaw.com, wyones@swsslaw.com;mbreslauer@ecf.courtdrive.com;wyones@ecf.courtdrive.com

Brian K Condon on behalf of Creditor Glove Assets Investment Ltd.
Brian.Condon@arnoldporter.com

Brian K Condon on behalf of Creditor Universal Leader Investment Ltd.
Brian.Condon@arnoldporter.com

Brian K Condon on behalf of Defendant Glove Assets Investment Limited
Brian.Condon@arnoldporter.com

Brian K Condon on behalf of Defendant Truly Great Global Limited
Brian.Condon@arnoldporter.com

Brian K Condon on behalf of Defendant Universal Leader Investment Limited
Brian.Condon@arnoldporter.com

Dawn M Coulson on behalf of Defendant Scout Aviation II, LLC
dcoulson@eppscoulson.com, cmadero@eppscoulson.com

Dawn M Coulson on behalf of Interested Party Epps & Coulson, LLP

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                          **F 9013-3.1.PROOF.SERVICE**

dcoulson@eppscoulson.com, cmadero@eppscoulson.com

Aaron S Craig on behalf of Defendant FK Group Ltd.
acraig@kslaw.com, mtunson@kslaw.com;eripley@kslaw.com;mciatti@kslaw.com

Aaron S Craig on behalf of Defendant FK Partners Limited
acraig@kslaw.com, mtunson@kslaw.com;eripley@kslaw.com;mciatti@kslaw.com

Aaron S Craig on behalf of Defendant Jetcoast 5000-5 LLC
acraig@kslaw.com, mtunson@kslaw.com;eripley@kslaw.com;mciatti@kslaw.com

Aaron S Craig on behalf of Defendant Jetcraft Asia
acraig@kslaw.com, mtunson@kslaw.com;eripley@kslaw.com;mciatti@kslaw.com

Aaron S Craig on behalf of Defendant Jetcraft Corporation
acraig@kslaw.com, mtunson@kslaw.com;eripley@kslaw.com;mciatti@kslaw.com

Aaron S Craig on behalf of Defendant Jetcraft Global, Inc.
acraig@kslaw.com, mtunson@kslaw.com;eripley@kslaw.com;mciatti@kslaw.com

Aaron S Craig on behalf of Defendant Jahid Fazal-Karim
acraig@kslaw.com, mtunson@kslaw.com;eripley@kslaw.com;mciatti@kslaw.com

Scott D Cunningham on behalf of Defendant Air Charter Service (California) Inc.
scunningham@condonlaw.com, epatmore@condonlaw.com

Scott D Cunningham on behalf of Defendant Air Charter Service - CA
scunningham@condonlaw.com, epatmore@condonlaw.com

Robert W Davis on behalf of Defendant CAVIC Aviation Leasing (Ireland) 22 Co. Designated Activity Company
robert.davis@hklaw.com, pauline.nye@hklaw.com;leizl.hinajon@hklaw.com

Cecily A Dumas on behalf of Creditor ECN Aviation, Inc.
Cecily.dumas@pillsburylaw.com

Cecily A Dumas on behalf of Creditor ECN Capital Corp.
Cecily.dumas@pillsburylaw.com

Jamie L Edmonson on behalf of Defendant Associated Aircraft Group Inc.
jedmonson@rc.com, lshaw@rc.com

Scott Ewing on behalf of Interested Party Courtesy NEF
contact@omnimgt.com, sewing@omnimgt.com;ecf@omnimgt.com;docketalarm-ecf-cacb-5715976304852992@inbound.docketalarm.com

Alan W Forsley on behalf of Attorney Alan Forsley
alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy.flores@flpllp.com

Alan W Forsley on behalf of Creditor AVIC Enterprises Inc
alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy.flores@flpllp.com

John-Patrick M Fritz on behalf of Debtor Zetta Jet PTE Ltd.
jpf@lnbyb.com, JPF.LNBYB@ecf.inforuptcy.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

John-Patrick M Fritz on behalf of Debtor Zetta Jet USA, Inc.
jpf@lnbyb.com, JPF.LNBYB@ecf.inforuptcy.com

Amir Gamliel on behalf of Defendant Jeppesen Sanderson, Inc.
amir-gamliel-9554@ecf.pacerpro.com, cmallahi@perkinscoie.com;DocketLA@perkinscoie.com

Jonathan L Gerber on behalf of Creditor Miller Miller Gerber LLP
jgerber@millermenthelaw.com, sjohal@millermenthelaw.com

Robert P Goe on behalf of Defendant Arthur J. Gallagher RMS Inc.
kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com

Eric D Goldberg on behalf of Creditor CAE, Inc.
eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com

Eric D Goldberg on behalf of Interested Party Courtesy NEF
eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com

Debra I Grassgreen on behalf of Creditor Committee The Official Committee of Unsecured Creditors
dgrassgreen@pszyjw.com

Michael S Greger on behalf of Creditor Ample United Limited
mgreger@allenmatkins.com, kpreston@allenmatkins.com

David M. Guess on behalf of Creditor Festin Management Corp., SN 1360 LLC, and SN 1372 LLC
guessd@gtlaw.com

Brian D Huben on behalf of Defendant American Express Company
hubenb@ballardspahr.com, carolod@ballardspahr.com

Brian D Huben on behalf of Defendant American Express National Bank
hubenb@ballardspahr.com, carolod@ballardspahr.com

William W Huckins on behalf of Creditor Ample United Limited
whuckins@allenmatkins.com, clynch@allenmatkins.com

William W Huckins on behalf of Debtor Zetta Jet PTE Ltd.
whuckins@allenmatkins.com, clynch@allenmatkins.com

William W Huckins on behalf of Debtor Zetta Jet USA, Inc.
whuckins@allenmatkins.com, clynch@allenmatkins.com

Tiffany M Ikeda on behalf of Creditor Mr. Li Qi, Truly Great Global Ltd., Universal Leader Investment Ltd. and Glove
Assets Investment Ltd.
tiffany.ikeda@arnoldporter.com,
vicky.apodaca@arnoldporter.com;natasha.brunstein@arnoldporter.com;mary.aertker@arnoldporter.com

Robbin L. Itkin on behalf of Debtor Zetta Jet USA, Inc.
robbin.itkin@dlapiper.com, cheryleigh.bullock@dlapiper.com;robbin-itkin-6765@ecf.pacerpro.com

Robbin L. Itkin on behalf of Interested Party Jonathan King
robbin.itkin@dlapiper.com, cheryleigh.bullock@dlapiper.com;robbin-itkin-6765@ecf.pacerpro.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of
California.

*June 2012*                                                                                      **F 9013-3.1.PROOF.SERVICE**

Robbin L. Itkin on behalf of Plaintiff Jonathan D. King
robbin.itkin@dlapiper.com, cheryleigh.bullock@dlapiper.com;robbin-itkin-6765@ecf.pacerpro.com

Robbin L. Itkin on behalf of Trustee Jonathan D King (TR)
robbin.itkin@dlapiper.com, cheryleigh.bullock@dlapiper.com;robbin-itkin-6765@ecf.pacerpro.com

Robbin L. Itkin on behalf of Trustee Jonathan D. King
robbin.itkin@dlapiper.com, cheryleigh.bullock@dlapiper.com;robbin-itkin-6765@ecf.pacerpro.com

Robbin L. Itkin on behalf of U.S. Trustee United States Trustee (LA)
robbin.itkin@dlapiper.com, cheryleigh.bullock@dlapiper.com;robbin-itkin-6765@ecf.pacerpro.com

Lawrence M Jacobson on behalf of Witness OJets Pte Ltd., Appearing Specially
lmj@gfjlawfirm.com

Jeanne M Jorgensen on behalf of Creditor Universal Fuels, Inc.
jjorgensen@pj-law.com, cpage@pj-law.com

Jeanne M Jorgensen on behalf of Creditor Universal Weather & Aviation, Inc.
jjorgensen@pj-law.com, cpage@pj-law.com

Talin Keshishian on behalf of Plaintiff Jonathan D. King
tkeshishian@bg.law, ecf@bg.law

Talin Keshishian on behalf of Trustee Jonathan D King (TR)
tkeshishian@bg.law, ecf@bg.law

Michael D Kibler on behalf of Creditor Silver Lake Technology Management, L.L.C.
Mkibler@stblaw.com, Janie.franklin@stblaw.com;raul.duran@stblaw.com

Jonathan D King (TR)
jonathan.king@dlapiper.com

Robert Labate on behalf of Creditor AVIC International Leasing Co. Ltd.


Paul J Laurin on behalf of Creditor Rolls-Royce Deutscheland Ltd. & Co. KG.
plaurin@btlaw.com, slmoore@btlaw.com;jboustani@btlaw.com

Paul J Laurin on behalf of Creditor Rolls-Royce Deutschland Ltd. & CO. KG.
plaurin@btlaw.com, slmoore@btlaw.com;jboustani@btlaw.com

Dare Law on behalf of U.S. Trustee United States Trustee (LA)
dare.law@usdoj.gov

Matthew A Lesnick on behalf of Interested Party Courtesy NEF
matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com

Blake J Lindemann on behalf of Interested Party Courtesy NEF
Blake@lawbl.com, Nataly@lawbl.com

Michael B Lubic on behalf of Creditor New Target Investments Limited

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

michael.lubic@klgates.com, jonathan.randolph@klgates.com

Michael B Lubic on behalf of Defendant Linkage Access Limited
michael.lubic@klgates.com, jonathan.randolph@klgates.com

Michael B Lubic on behalf of Defendant New Target Investments Limited
michael.lubic@klgates.com, jonathan.randolph@klgates.com

John W Lucas on behalf of Attorney The Official Committee of Unsecured Creditors
jlucas@pszjlaw.com, ocarpio@pszjlaw.com

John W Lucas on behalf of Creditor Committee The Official Committee of Unsecured Creditors
jlucas@pszjlaw.com, ocarpio@pszjlaw.com

John K Lyons on behalf of Attorney DLA Piper LLP (US)
john.lyons@us.dlapiper.com, john-lyons-7790@ecf.pacerpro.com

John K Lyons on behalf of Plaintiff Jonathan D. King
, john-lyons-7790@ecf.pacerpro.com

John K Lyons on behalf of Plaintiff Jonathan D. King
john.lyons@us.dlapiper.com, john-lyons-7790@ecf.pacerpro.com

John K Lyons on behalf of Trustee Jonathan D King (TR)
, john-lyons-7790@ecf.pacerpro.com

Ron Maroko on behalf of U.S. Trustee United States Trustee (LA)
ron.maroko@usdoj.gov

Daniel J McCarthy on behalf of Creditor Festin Management Corp., SN 1360 LLC, and SN 1372 LLC
dmccarthy@hillfarrer.com, spadilla@hillfarrer.com;nchacon@hfbllp.com

Michael McCollum on behalf of Creditor New Jubilee Global Limited
michael@mccollumcounsel.com

Thor D McLaughlin on behalf of Creditor Ample United Limited
tmclaughlin@allenmatkins.com, igold@allenmatkins.com

David W. Meadows on behalf of Interested Party Courtesy NEF
david@davidwmeadowslaw.com

Joshua M Mester on behalf of Defendant Minsheng Business Aviation Limited
jmester@jonesday.com

Joshua M Mester on behalf of Defendant Yuntian 3 Leasing Company Designated Activity Company
jmester@jonesday.com

Joshua M Mester on behalf of Defendant Yuntian 4 Leasing Company Designated Activity Company
jmester@jonesday.com

Malcolm D Minnick on behalf of Creditor Yuntian 3 Leasing Company Limited
dminnick@pillsburylaw.com, m.minnick@comcast.net

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of
California.

Malcolm D Minnick on behalf of Creditor Yuntian 4 Leasing Company Limited
dminnick@pillsburylaw.com, m.minnick@comcast.net

Daniel T Moss on behalf of Defendant Minsheng Business Aviation Limited
dtmoss@jonesday.com, dstorborg@JonesDay.com

Daniel T Moss on behalf of Defendant Minsheng Financial Leasing Co., Ltd.
dtmoss@jonesday.com, dstorborg@JonesDay.com

Daniel T Moss on behalf of Defendant Yuntian 3 Leasing Company Designated Activity Company
dtmoss@jonesday.com, dstorborg@JonesDay.com

Daniel T Moss on behalf of Defendant Yuntian 4 Leasing Company Designated Activity Company
dtmoss@jonesday.com, dstorborg@JonesDay.com

Sabari Mukherjee on behalf of Interested Party Courtesy NEF
notices@becket-lee.com

Alan I Nahmias on behalf of Creditor Tony Robbins Productions, Inc.
anahmias@mbnlawyers.com, jdale@mbnlawyers.com

Alan I Nahmias on behalf of Interested Party Courtesy NEF
anahmias@mbnlawyers.com, jdale@mbnlawyers.com

Juliet Y Oh on behalf of Debtor Zetta Jet PTE Ltd.
jyo@lnbrb.com, jyo@lnbrb.com

Juliet Y Oh on behalf of Debtor Zetta Jet USA, Inc.
jyo@lnbrb.com, jyo@lnbrb.com

Scott H Olson on behalf of Defendant Export Development Canada
solson@vedderprice.com, scott-olson-2161@ecf.pacerpro.com,ecfsfdocket@vedderprice.com,nortega@vedderprice.com

R Gibson Pagter, Jr. on behalf of Creditor Vincenzo Cante
gibson@ppilawyers.com, ecf@ppilawyers.com;pagterrr51779@notify.bestcase.com

R Gibson Pagter, Jr. on behalf of Interested Party Interested Party
gibson@ppilawyers.com, ecf@ppilawyers.com;pagterrr51779@notify.bestcase.com

Douglas A Plazak on behalf of Attorney Douglas A. Plazak
dplazak@rhlaw.com

Douglas A Plazak on behalf of Creditor AU Card LLC
dplazak@rhlaw.com

Jeffrey N Pomerantz on behalf of Creditor Committee The Official Committee of Unsecured Creditors
jpomerantz@pszjlaw.com

Samuel Price on behalf of Defendant Jet Tech
sprice@pooleshaffery.com, mvalenti@pooleshaffery.com

Samuel Price on behalf of Defendant Jet Tech Ltd
sprice@pooleshaffery.com, mvalenti@pooleshaffery.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                          **F 9013-3.1.PROOF.SERVICE**

Oscar D Ramallo on behalf of Creditor Glove Assets Investment Ltd.
oramallo@kayescholer.com

Oscar D Ramallo on behalf of Creditor Universal Leader Investment Ltd.
oramallo@kayescholer.com

Michael B Reynolds on behalf of Defendant Blue Shield CA
mreynolds@swlaw.com, kcollins@swlaw.com

David J Richardson on behalf of Defendant Eurocontrol / Eurocontrol - EUR
drichardson@bakerlaw.com, aagonzalez@bakerlaw.com

David J Richardson on behalf of Interested Party Courtesy NEF
drichardson@bakerlaw.com, aagonzalez@bakerlaw.com

David J Richardson on behalf of Interested Party Interested Party
drichardson@bakerlaw.com, aagonzalez@bakerlaw.com

Paul A Rigali on behalf of Creditor Argus Bahamas Ltd
prigali@larsonobrienlaw.com,
hpark@larsonobrienlaw.com;UNiv@larsonobrienlaw.com;YGutierrez@larsonobrienlaw.com

Paul A Rigali on behalf of Creditor Argus Marine Ventures, Ltd., et al.
prigali@larsonobrienlaw.com,
hpark@larsonobrienlaw.com;UNiv@larsonobrienlaw.com;YGutierrez@larsonobrienlaw.com

David M Riley on behalf of Plaintiff Jonathan D. King
david.riley@dlapiper.com, david-riley-8770@ecf.pacerpro.com

David M Riley on behalf of Trustee Jonathan D King (TR)
david.riley@dlapiper.com, david-riley-8770@ecf.pacerpro.com

Mary H Rose on behalf of Interested Party Courtesy NEF
mrose@buchalter.com

Caroline A Sayers on behalf of Defendant MJets Limited
csayers@lathropgage.com

Daniel H Slate on behalf of Interested Party Courtesy NEF
dslate@buchalter.com, smartin@buchalter.com;ifs_filing@buchalter.com

Alan D Smith on behalf of Defendant Jeppesen Sanderson, Inc.
adsmith@perkinscoie.com, DocketLA@perkinscoie.com,ecf-3ac9070a3959@ecf.pacerpro.com,al-smith-9439@ecf.pacerpro.com

Robyn B Sokol on behalf of Attorney Brutzkus Gubner
ecf@bg.law, rsokol@bg.law

Robyn B Sokol on behalf of Interested Party Jonathan King
ecf@bg.law, rsokol@bg.law

Robyn B Sokol on behalf of Plaintiff Jonathan D. King

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**

ecf@bg.law, rsokol@bg.law

Robyn B Sokol on behalf of Trustee Jonathan D King (TR)
ecf@bg.law, rsokol@bg.law

Robyn B Sokol on behalf of Trustee Jonathan D. King
ecf@bg.law, rsokol@bg.law

Randye B Soref on behalf of Creditor World Fuel Services, Inc.
rsoref@polsinelli.com, ccripe@polsinelli.com;ladocketing@polsinelli.com

Randye B Soref on behalf of Debtor Zetta Jet PTE Ltd.
rsoref@polsinelli.com, ccripe@polsinelli.com;ladocketing@polsinelli.com

Nolan Thomas on behalf of Creditor New Target Investments Limited
nolan.thomas@klgates.com, klgatesbankruptcy@klgates.com

Andrew Troop on behalf of Creditor Bombardier Aerospace Corporation
andrew.troop@pillsburylaw.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Victor A Vilaplana on behalf of Creditor ARINC Direct, LLC
vavilaplana@foley.com, rhurst@foley.com

Matthew S Walker on behalf of Creditor Bombardier Aerospace Corporation
matthew.walker@pillsburylaw.com, renee.evans@pillsburylaw.com,docket@pillsburylaw.com

Matthew S Walker on behalf of Creditor Bombardier Inc.
matthew.walker@pillsburylaw.com, renee.evans@pillsburylaw.com,docket@pillsburylaw.com

Matthew S Walker on behalf of Defendant Bombardier Aerospace Corporation
matthew.walker@pillsburylaw.com, renee.evans@pillsburylaw.com,docket@pillsburylaw.com

Matthew S Walker on behalf of Defendant Bombardier, Inc.
matthew.walker@pillsburylaw.com, renee.evans@pillsburylaw.com,docket@pillsburylaw.com

Matthew S Walker on behalf of Defendant Learjet Inc
matthew.walker@pillsburylaw.com, renee.evans@pillsburylaw.com,docket@pillsburylaw.com

Matthew S Walker on behalf of Interested Party Courtesy NEF
matthew.walker@pillsburylaw.com, renee.evans@pillsburylaw.com,docket@pillsburylaw.com

Philip S Warden on behalf of Creditor ECN Aviation, Inc.
philip.warden@pillsburylaw.com,
thomas.loran@pillsburylaw.com;kathy.stout@pillsburylaw.com;deirdre.campino@pillsburylaw.com

Philip S Warden on behalf of Creditor ECN Capital Corp.
philip.warden@pillsburylaw.com,
thomas.loran@pillsburylaw.com;kathy.stout@pillsburylaw.com;deirdre.campino@pillsburylaw.com

Philip S Warden on behalf of Creditor Yuntian 3 Leasing Company Limited

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

philip.warden@pillsburylaw.com,
thomas.loran@pillsburylaw.com;kathy.stout@pillsburylaw.com;deirdre.campino@pillsburylaw.com

Philip S Warden on behalf of Creditor Yuntian 4 Leasing Company Limited
philip.warden@pillsburylaw.com,
thomas.loran@pillsburylaw.com;kathy.stout@pillsburylaw.com;deirdre.campino@pillsburylaw.com

Alan J Watson on behalf of Creditor AVIC International Leasing Co. Ltd.
alan.watson@hklaw.com, rosanna.perez@hklaw.com

Alan J Watson on behalf of Defendant CAVIC Aviation Leasing (Ireland) 22 Co. Designated Activity Company
alan.watson@hklaw.com, rosanna.perez@hklaw.com

Corey R Weber on behalf of Attorney Brutzkus Gubner
ecf@bg.law, cweber@bg.law

Rebecca J Winthrop on behalf of Creditor CAE SimuFlite Inc.
rebecca.winthrop@nortonrosefulbright.com, evette.rodriguez@nortonrosefulbright.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of
California.

*June 2012*                                                                          **F 9013-3.1.PROOF.SERVICE**