| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| RON BENDER (SBN 143364) JULIET Y. OH (SBN 211414) JOHN-PATRICK M. FRITZ (SBN 245240) LEVENE, NEALE, BENDER, YOO & BRILL L.L.P. 2818 La Cienega Avenue Los Angeles, California 90034 Telephone: (310) 229-1234; Facsimile: (310) 229-1244 Email: RB@LNBYG.COM; JYO@LNBYG.COM; JPF@LNBYG.COM  Chapter 11 Bankruptcy Counsel for Debtors  ☐ *Attorney for chapter 7 trustee* ☐ *Chapter 7 trustee* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:  ZETTA JET USA, INC., Debtor 2:17-bk-21386-BR    ZETTA JET PTE LTD, Debtor 2:17-bk-21387-BR                                                           Debtor(s). | CASE NO.: 2:17-bk-21386-BR  CHAPTER: 7  **NOTICE OF HEARING ON APPLICATION FOR PAYMENT OF:**  ☐ **INTERIM FEES AND/OR EXPENSES** ☒ **FINAL FEES AND/OR EXPENSES**  **[11 U.S.C. § 331 OR § 330]** |
|---|---|

TO ALL INTERESTED PARTIES:  NOTICE IS GIVEN that on the following date and time and in the indicated courtroom, the following Applicant(s) will move this court for an order approving a fee and/or expense application(s):

1. **Application Information**:  ☐ See attached page for information on additional applicants
   a. Name of Applicant *(specify)*: Levene, Neale, Bender, Yoo & Golubchik L.L.P.
   b. Amount of fees requested: $ 201,978.00
   c. Amount of costs requested: $ 18,639.15
   d. Period covered by Application *(specify)*: September 16, 2017 - December 3, 2017
   e. Address of Applicant *(specify)*: 2818 La Cienega Avenue, Los Angeles, California 90034

   *(If more than one application is included in this notice, attach a separate sheet stating the above information for each Applicant)*

2. | Hearing Date 08/11/2026    Time 10:00 am    Courtroom 1668    Floor 16 |
   |---|
   | ☒ 255 East Temple Street, Los Angeles, CA 90012          ☐ 411 West Fourth Street, Santa Ana, CA 92701 |
   | ☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367    ☐ 1415 State Street, Santa Barbara, CA 93101 |
   | ☐ 3420 Twelfth Street, Riverside, CA 92501 |

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

3.  **Deadline for Opposition Papers**: If you wish to object to the application(s), you must file a written objection with the court and serve a copy of it upon the Applicant(s), the Debtor's attorney, and trustee's attorney, if any, no less than 14 days prior to the above hearing date.  If you fail to file a written objection to the application(s) within such time period, the court may treat such failure as a waiver of your right to object to the application(s) and may approve the application(s). If you wish to review the full application(s), you may review the application(s) on file with the court or obtain a copy from Applicant(s).

4.  **Deadline for Filing Other Professional Fee Applications**: If the above application(s) are for payment of interim fees, pursuant to LBR 2016-1, other professional persons retained pursuant to court approval may also seek approval of interim fees at this hearing, provided that they file and serve their applications in a timely manner.  Unless otherwise ordered by the court, hearings on interim fee applications will not be scheduled less than 120 days apart.

Date:  07/20/2026

Levene, Neale, Bender, Yoo & Golubchik L.L.P.
Print name of law firm

/s/ Juliet Y. Oh
Signature

Juliet Y. Oh
Print name of attorney

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*                              Page 2                    **F 2016-1.1.NOTICE.HEARING.APP.FEES**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 2818 La Cienega Avenue, Los Angeles, CA 90034.

A true and correct copy of the foregoing document entitled**: Notice Of Hearing On Application For Payment Of Interim Or Final Fees And/Or Expenses Under 11 U.S.C. § 331 Or § 330** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **July 21, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒Service list attached

**2.  SERVED BY UNITED STATES MAIL**: On **July 21, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒Service lists attached

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **July 21, 2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Email service lists attached

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| July 21, 2026 | Rebecka Merritt | /s/ Rebecka Merritt |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                        **F 9013-3.1.PROOF.SERVICE**

**2:17-bk-21386-BR**

**Electronic Mail Notice List:**

- Kristina S Azlin    Kristina.Azlin@hklaw.com, ericka.mendez@hklaw.com;hapi@hklaw.com
- Tanya Behnam    tbehnam@polsinelli.com, tanyabehnam@gmail.com;ccripe@polsinelli.com;ladocketing@polsinelli.com
- Ron Bender    rb@lnbyg.com
- Stephen F Biegenzahn    steve@sfblaw.com
- J Scott Bovitz    bovitz@bovitz-spitzer.com
- Michael D Breslauer    mbreslauer@swsslaw.com, sdurazo@swsslaw.com
- Sara Chenetz    sara.chenetz@ashurstperkins.com, docketLA@perkinscoie.com;cmallahi@perkinscoie.com;jkulow@perkinscoie.com;chenetz-sara-perkins-coie-8670@ecf.pacerpro.com;rleibowitz@perkinscoie.com
- Brian K Condon    brian.condon@arnoldporter.com, edocketscalendaring@arnoldporter.com,ecf-10cc1820d4f0@ecf.pacerpro.com,maousbccourts@arnoldporter.com
- Dawn M Coulson    dawn@eppscoulson.com, ecfnotices@eppscoulson.com
- Aaron S Craig    acraig@kslaw.com, mciatti@kslaw.com;kobrien@kslaw.com;mcadavid@kslaw.com;jseufert@kslaw.com
- Andrew Michael Cummings    andrew.cummings@hklaw.com, philip.dobbs@hklaw.com;hapi@hklaw.com;sandy.olalde@hklaw.com
- Scott D Cunningham    scunningham@condonlaw.com, hbeck-kilps@condonlaw.com
- Jonathan R Doolittle    jonathan.doolittle@pillsburylaw.com, courtalertecf@pillsburylaw.com
- Cecily A Dumas    cdumas@bakerlaw.com, hhammonturano@bakerlaw.com
- Michael J Edelman    mjedelman@vedderprice.com, ecfladocket@vedderprice.com;michael-jedelman-7401@ecf.pacerpro.com
- Jamie L Edmonson    jedmonson@rc.com, lshaw@rc.com
- Scott Ewing    contact@omnimgt.com, sewing@omnimgt.com;ecf@omnimgt.com;docketalarm-ecf-cacb-5715976304852992@inbound.docketalarm.com
- John-Patrick M Fritz    jpf@lnbyg.com, JPF.LNBYB@ecf.inforuptcy.com
- Jonathan L Gerber    jgerber@mmg-llp.com, sjohal@millermenthelaw.com
- Robert P Goe    rgoe@goeforlaw.com, kmurphy@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com
- Eric D Goldberg    eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- Richard H Golubow    rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- Michael S Greger    mgreger@allenmatkins.com, kpreston@allenmatkins.com
- David M. Guess    dguess@buchalter.com, david-guess-9268@ecf.pacerpro.com
- Brian D Huben    hubenb@ballardspahr.com, carolod@ballardspahr.com
- William W Huckins    whuckins@allenmatkins.com, clynch@allenmatkins.com;igold@allenmatkins.com
- Allison B Hudson    ahudson@vedderprice.com, ecfladocket@vedderprice.com;allison-hudson-3974@ecf.pacerpro.com
- Tiffany M Ikeda    tiffany.ikeda@arnoldporter.com, vicky.apodaca@arnoldporter.com;natasha.brunstein@arnoldporter.com;mary.aertker@arnoldporter.com
- Robbin L. Itkin    ritkin@sklarkirsh.com, mduran@sklarkirsh.com
- Lawrence M Jacobson    lmj@gfjlawfirm.com
- Michael Jones    michael.jones4@usdoj.gov
- Jeanne M Jorgensen    jjorgensen@pj-law.com, cpage@pj-law.com
- Talin Keshishian    tkeshishian@bg.law, ecf@bg.law
- Michael D Kibler    Mkibler@stblaw.com, Janie.franklin@stblaw.com;raul.duran@stblaw.com
- Jonathan D King (TR)    jonathan.king@dlapiper.com
- Robert Labate

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                    **F 9013-3.1.PROOF.SERVICE**

- Paul J Laurin    paul.laurin@offitkurman.com, slmoore@btlaw.com
- Dare Law    dare.law@usdoj.gov
- Blake J Lindemann    Blake@lawbl.com, Nataly@lawbl.com
- Michael B Lubic    michael.lubic@klgates.com, jonathan.randolph@klgates.com,klgatesbankruptcy@klgates.com
- John W Lucas    jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- John K Lyons    , john-lyons-7790@ecf.pacerpro.com;docketingchicago@dlapiper.com
- John K Lyons    john.lyons@us.dlapiper.com, john-lyons-7790@ecf.pacerpro.com;docketingchicago@dlapiper.com
- Ron Maroko    ron.maroko@usdoj.gov
- Daniel J McCarthy    dmccarthy@hillfarrer.com, spadilla@hillfarrer.com;dflowers@hfbllp.com
- Michael McCollum    michael@mccollumcounsel.com
- Thor D McLaughlin    tmclaughlin@allenmatkins.com, igold@allenmatkins.com
- David W. Meadows    david@davidwmeadowslaw.com
- Joshua M Mester    jmester@jonesday.com
- Malcolm D Minnick    dminnick@pillsburylaw.com, m.minnick@comcast.net
- Kelly L Morrison    kelly.l.morrison@usdoj.gov
- Daniel T Moss    dtmoss@jonesday.com, dstorborg@JonesDay.com
- Sabari Mukherjee    notices@becket-lee.com
- Alan I Nahmias    anahmias@mbn.law, jdale@mbn.law
- Juliet Y. Oh    jyo@lnbyg.com, jyo@lnbyb.com
- Scott Olson    solson@seyfarth.com, chidocket@seyfarth.com
- R Gibson Pagter    gibson@ppilawyers.com, pagterandperryisaacson@jubileebk.net
- Kathy Bazoian Phelps    kphelps@raineslaw.com, hchoi@raineslaw.com
- Douglas A Plazak    dplazak@rhlaw.com
- Jeffrey N Pomerantz    jpomerantz@pszjlaw.com
- Samuel Price    sprice@edzantprice.com
- Oscar D Ramallo    oramallo@kayescholer.com
- Michael B Reynolds    mreynolds@swlaw.com, kcollins@swlaw.com
- David J Richardson    drichardson@bakerlaw.com, jrunner@bakerlaw.com
- Paul A Rigali    prigali@larsonllp.com, hpark@larsonllp.com;YGutierrez@larsonllp.com
- David M Riley    david.riley@us.dlapiper.com, davidzriley@gmail.com;DLAPiper@ecfxmail.com
- Mary H Rose    mrose@buchalter.com, marias@buchalter.com;docket@buchalter.com
- Caroline A Sayers    caroline.sayers@lathropgpm.com
- Daniel H Slate    dslate@buchalter.com, smartin@buchalter.com;ifs_filing@buchalter.com
- Alan D Smith    adsmith@perkinscoie.com, DocketLA@perkinscoie.com,ecf-3ac9070a3959@ecf.pacerpro.com,al-smith-9439@ecf.pacerpro.com
- Robyn B Sokol    robyn.sokol@stinson.com, lydia.moya@stinson.com;dennette.mulvaney@stinson.com;dbender@leechtishman.com;jnaiya.herd@stinson.com;michelle.hemer@stinson.com
- Randye B Soref    rsoref@polsinelli.com, ccripe@polsinelli.com;ladocketing@polsinelli.com
- Nolan Thomas    nolan.thomas@klgates.com, klgatesbankruptcy@klgates.com
- Andrew Troop    andrew.troop@pillsburylaw.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Victor A Vilaplana    victor.vilaplana@practus.com, smoreno@foley.com
- Philip S Warden    philip.warden@pillsburylaw.com
- Alan J Watson    alan.watson@hklaw.com, rosanna.perez@hklaw.com
- Jessica Wellington    jwellington@bg.law, ecf@bg.law

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**

**2:17-bk-21386-BR**

**US MAIL SERVICE:**

20 Largest Creditors

| | | |
|---|---|---|
| Bombardier (Learjet Inc.)<br>7761 West Kellogg<br>Coldwater, KS 67029 | Rolls-Royce<br>Deutschland Ltd & Co KG<br>PO Box 31<br>Derby, DE24 8BJ<br>UNITED KINGDOM | World Fuel Svcs (Singapore) Pte Ltd<br>238A Thomson Road #08-01/10<br>Novena Square Tower A 307684<br>SINGAPORE |
| Universal Fuels, Inc. (UVAir)<br>1150 Gemini Street<br>Houston, TX 77058 | CAE SimuFlite, Inc<br>POB 619119 2929 W. Airfield TX<br>Dallas, TX 75261 | Hongkong & Shanghai Banking Corp Ltd<br>Robinson Road P.O.Box 896<br>901746<br>SINGAPORE |
| Scout Aviation II, LLC<br>Trafalgar Court,<br>2nd Floor East Wing<br>Admiral Park, Saint Peter Port<br>Guernsey, GY1 3EL<br>GUERNSEY | Universal Weather & Aviation Inc. (UWA)<br>1150 Germini Street<br>Houston, TX 77058-2708 | Festin Management<br>2808 NE 1st Avenue<br>Wilston<br>Manners, FL<br>33334 |
| Hanergy [Yoda Aviation]<br>10th Fl, KeJi Mansion<br>#28 of TianZhu Rd<br>ShunYi District, Beijing<br>CHINA | Corporate Jet Support<br>1 Graphic Place<br>Moonachie, NJ 07074 | Eurocontrol<br>Rue De la Fusee 96<br>Bruxelles, Bruxelles-Capitale 1130<br>BELGIUM |
| Tongda Air Service<br>B-7-D, Fuhua Mansion,<br>No.8 Chaoyangmen North Street<br>Dongcheng District, Beijing 100027<br>CHINA | WEX BANK<br>33548 TREASURY CENTER<br>CHICAGO, IL 60694-3500 | Jeppesen Sanderson, Inc.<br>55 Inverness Drive East<br>Englewood, CO 80112-5498 |
| UVair European Fuelling Svcs Ltd<br>Office 10-14, Wing 5  Shannon Arpt<br>Shannon, Co. Clare<br>IRELAND | ARINC Direct<br>2551 Riva Road<br>M/S 6-2566<br>Annapolis, MD 21401-7465 | SN 1360, LLC<br>2808 NE 1st Avenue<br>Wilston Manners, FL 33334 |
| Jet Support Services (JSSI)<br>180 N. Stetson Ave. 29th Floor<br>Chicago, IL 60601-6704 | Associated Energy Group, LLC (AEG Fuel)<br>PO Box 5606, 165 Hwy 50<br>Stateline, NV 89449 | Rainbow Aviation Limited<br>09-01 Southpoint<br>200 Cantonment Road<br>Singapore 08763 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                    **F 9013-3.1.PROOF.SERVICE**

**2:17-bk-21386-BR**

**US MAIL SERVICE:**

| | | |
|---|---|---|
| John K Lyons<br>DLA Piper LLP (US)<br>444 West Lake St, Ste 900<br>Chicago, IL 60606-0089 | David M Riley<br>Morgan Lewis & Bockius LLP<br>2049 Century Park East<br>Suite 700<br>Los Angeles, CA 90067 | Robyn B Sokol<br>Leech Tishman Fuscaldo & Lampl, Inc.<br>200 S. Los Robles Avenue<br>Suite 300<br>Pasadena, CA 91101 |
| Michael Jones<br>1270 Avenue of the Americas<br>Ste 30th Floor<br>New York, NY 10020-1708 | Dare Law<br>915 Wilshire Blvd.<br>Suite 1850<br>Los Angeles, CA 90017 | Ron Maroko<br>915 Wilshire Blvd., Ste 1850<br>Los Angeles, CA 90017 |
| Kelly L Morrison<br>915 Wilshire Blvd., Ste. 1850<br>Los Angeles, CA 90017 | | |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                    **F 9013-3.1.PROOF.SERVICE**

**2:17-bk-21386-BR**

**EMAIL SERVICE:**

20 Largest Creditors

| | |
|---|---|
| **Bombardier Aerospace Corporation**<br>Attn.: Andrew Troop<br>Email: andrew.troop@pillsburylaw.com<br>Attn.: Carolina A. Fornos<br>Email: carolina.fornos@pillsburylaw.com<br>Attn.: Brian L. Beckerman<br>Email: brian.beckerman@pillsburylaw.com<br>Attn.: Eric Fishman<br>Email: eric.fishman@pillsburylaw.com | **Rolls-Royce Deutschland Ltd & Co KG**<br>Attn.: Paul Laurin<br>Email: paul.laurin@btlaw.com<br>Attn.: Michael K. McCrory<br>Email: mmccrory@btlaw.com<br>Attn.: Jonathan Sundheimer<br>Email: jsundheimer@btlaw.com |
| **World Fuel Services, Inc.**<br>Attn.: Calvin Chia<br>Email: cchia@wfscorp.com<br>Attn.: Randye Soref<br>Email: rsoref@polsinelli.com<br>Attn.: Justin Edelson<br>Email: jedelson@polsinelli.com | **Corporate Jet Support**<br>Attn.: Whitne Keenan<br>Email: wkeenan@corpjetsupport.com |
| **Rainbow Aviation Limited**<br>Attn.: Benedict Tan<br>Email: benedicttan@stamfordland.com<br>Attn.: Dawn M. Coulson<br>Email: dcoulson@eppscoulson.com | **Associated Energy Group, LLC (AEG Fuel)**<br>Attn.: Christopher Clementi<br>Email: cclementi@aegfuels.com<br>Attn.: Jack Praetzellis<br>Email: jpraetzellis@foxrothschild.com |
| **Hongkong & Shanghai Banking Corp Ltd.**<br>Attn.: Jennifer W. Crastz<br>Email: jcrastz@hrhlaw.com | **Wex Bank**<br>Attn.: Kiran Patel<br>Email: kiran.patel@wexinc.com |
| **Universal Weather & Aviation Inc. (UWA) and Universal Fuels, Inc. (UVAir)**<br>Attn.: Jeanne M. Jorgensen<br>Email: jjorgensen@pj-law.com | **UVAir European Fuelling Services Ltd**<br>Attn.: Jeanne M. Jorgensen<br>Email: jjorgensen@pjlaw.com |
| **Hanergy [Yoda Aviation]**<br>Attn.: John Zhang<br>Email: zhangbin@hanergy.com | **Festin Management, SN 1360 LLC, and SN 1372 LLC**<br>Attn.: Daniel J. McCarthy, Esq.<br>Email: dmccarthy@hillfarrer.com<br>Attn.: James Torrey at Jimmy Jets<br>Email: jimt@jimmyjets.net |
| **Eurocontrol**<br>Attn.: Paul Sanze<br>Email: paul.sanze@eurocontrol.int | **Jeppesen Sanderson, Inc.**<br>Attn.: Doris Fuller<br>Email: Doris.fuller@jeppesen.com |
| **Tongda Air Service**<br>Attn.: Fuhua Mansion<br>Email: tongda@tdas-intl.com | **ARINC Direct, LLC**<br>Attn.: Victor A. Vilaplana<br>Email: vavilaplana@foley.com<br>Attn.: Erika L. Morabito<br>Email: emorabito@foley.com<br>Attn.: Brittany J. Nelson<br>Email: bnelson@foley.com |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                         **F 9013-3.1.PROOF.SERVICE**

**2:17-bk-21386-BR**

**EMAIL SERVICE:**

| | |
|---|---|
| Nancy B. Rapoport, Fee Examiner<br>Attn.: Nancy B. Rapoport<br>Email: zettajetfeeexaminer@gmail.com | Leech Tishman Fuscaldo & Lampl, Inc<br>Attn: Robyn B Sokol<br>Email: robyn.sokol@stinson.com |
| Morgan Lewis & Bockius LLP<br>Attn: David M Riley<br>Email: david.riley@us.dlapiper.com | Attn: Michael Jones<br>Email: michael.jones4@usdoj.gov |
| Dare Law<br>Office of the United States Trustee<br>Email: dare.law@usdoj.gov | Attn: Ron Maroko<br>Email: ron.maroko@usdoj.gov |
| Attn: Kelly L Morrison<br>Office of the US Trustee<br>Email: kelly.l.morrison@usdoj.gov | |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                    **F 9013-3.1.PROOF.SERVICE**

**2:17-bk-21386-BR**

**EMAIL SERVICE:**

Request for Special Notice

| *Attorneys for Vincenzo Cante*<br>Attn: Danielle Al-Chalati<br>Email: Dac.brownlipinsky@gmail.com | *McCollum Counsel*<br>Attn: Michael McCollum, Esq<br>Email: michael@mccollumcounsel.com |
|---|---|
| *Attorneys for ARINC Direct, LLC*<br>Attn: Erika L. Morabito<br>Attn: Brittany J. Nelson<br>Email: emorabito@foley.com;<br>Email: bnelson@foley.com | *Attorneys for ARINC Direct, LLC*<br>Attn: Victor Vilaplana<br>Email:  vavilaplana@foley.com |
| *Counsel to Jet Aviation*<br>Attn: Sarah R. Borders<br>Email: sborders@kslaw.com | |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                    **F 9013-3.1.PROOF.SERVICE**