DAVID M. RILEY (SBN 292087)
david.riley@us.dlapiper.com
DLA PIPER LLP (US)
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, California 90067-4704
Tel:  (310) 595-3000
Fax: (310) 595-3300

JOHN K. LYONS (*Pro Hac Vice*)
john.lyons@us.dlapiper.com
JEFFREY S. TOROSIAN (*Pro Hac Vice*)
jeffrey.torosian@us.dlapiper.com
JOSEPH A. ROSELIUS (*Pro Hac Vice*)
joseph.roselius@us.dlapiper.com
DLA PIPER LLP (US)
444 West Lake Street, Suite 900
Chicago, Illinois 60606-0089
Tel:  (312) 368-4000
Fax: (312) 236-7516

Attorneys for Jonathan D. King as Chapter 7 Trustee

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>ZETTA JET USA, INC., a California corporation,<br><br>　　　　Debtor.<br><br>In re:<br><br>ZETTA JET PTE, LTD., a Singaporean corporation,<br><br>　　　　Debtor.<br><br>☒　Affects Both Debtors<br><br>☐　Affects Zetta Jet USA, Inc., a California corporation, only<br><br>☐　Affects Zetta Jet PTE, Ltd., a Singaporean corporation, only | Lead Case No.: 2:17-bk-21386-BR<br><br>Chapter 7<br><br>Jointly Administered With:<br>Case No.: 2:17-bk-21387-BR<br><br>**NOTICE OF HEARING ON FINAL CHAPTER 11 FEE APPLICATIONS**<br><br>Hearing:<br>Date:　August 11, 2026<br>Time:　10:00 a.m. (PDT)<br>Place:　Courtroom 1668<br>　　　　255 East Temple Street<br>　　　　Los Angeles, California 90012 |

1634682240

**TO THE HONORABLE BARRY RUSSELL, BOVITZ & SPITZER, DLA PIPER, NANCY B. RAPOPORT, OMNI AGENT SOLUTIONS, WONGPARTNERSHIP LLP, SEABURY CORPORATE FINANCE LLC AND SEABURY SECURITIES LLC, PRICEWATERHOUSECOOPERS CONSULTING (SINGAPORE) PTE LIMITED, AND INTERESTED PARTIES**

**PLEASE TAKE NOTICE** that the following fee applications (each, an "Application", and together, the "Applications") were filed:

- Final Application of DLA Piper for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses Incurred as Counsel to the Chapter 11 Trustee for the Period From October 5, 2017 Through December 4, 2017 [Docket No. 2851];

- Final Fee Application of Omni Agent Solutions as Chapter 11 Claims, Noticing, and Administrative Agent for the Period from October 12, 2017, Through December 4, 2017 [Docket No. 2852];

- Final Fee Application of Seabury Corporate Finance LLC and Seabury Securities LLC as Financial Advisor to the Chapter 11 Trustee in Singapore from October 5, 2017 Through December 3, 2017 [Docket No. 2853];

- Final Fee Application of WongPartnership LLP, Special Counsel to the Chapter 11 Trustee, for Allowance of Compensation of Fees and Reimbursement of Expenses Incurred for the Period From November 20, 2017 Through December 3, 2017 [Docket No. 2854]; and

- Final Fee Application of PricewaterhouseCoopers Consulting (Singapore) PTE Limited for Forensic Accounting, Technology, and Advisory Services for the Period from September 16, 2017 Through October 30, 2017 [Docket No. 2855].

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Applications will be held on **August 11, 2026 at 10:00 a.m. (PDT)** (the "Hearing") before the **Honorable Barry Russell, United States Bankruptcy Judge, at the Edward R. Roybal Federal Building and Courthouse, 255 East Temple Street, Courtroom 1668, Los Angeles, California 90012** (the "Court").

**PLEASE TAKE FURTHER NOTICE** that any objection (each, an "Objection" and together, the "Objections") to an Application filed by a party in interest (an "Objector") must be made in accordance with the Bankruptcy Rules and the Local Rules, and must be filed with the Clerk of the Court, 255 East Temple Street, Los Angeles, California 90012, and be served upon and receive by: (i) the applicant; (ii) DLA Piper LLP (US), 2000 Avenue of the Stars, Suite 400

North Tower, Los Angeles, California 90067-4704 (Attn.: David M. Riley) and 444 West Lake Street, Suite 900, Chicago, Illinois 60606 (Attn.:  John K. Lyons, Jeffrey S. Torosian, and Joseph A. Roselius); and (iii) the Office of the United States Trustee for the Central District of California, 915 Wilshire Boulevard, Suite 1850, Los Angeles, California 90017 (Attn.: Ron Maroko) by no later than **July 28, 2025 at 12:00 p.m. (noon) (PDT)** (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that only those Objections made in writing and timely filed and received in accordance with the procedures described herein will be considered by the Court at the Hearing.  If no Objection to an Application is timely filed, served and received by the Objection Deadline, the Court may enter an order granting the request fees and expenses without further notice of a hearing.

**PLEASE TAKE FURTHER NOTICE** that any reply (a "Reply") to any Objection must be made in accordance with the Bankruptcy Rules and the Local Rules, and must be filed with the Clerk of the Court, 255 East Temple Street, Los Angeles, California 90012, and be served upon and receive by: (i) the Objector; (ii) DLA Piper LLP (US), 2000 Avenue of the Stars, Suite 400 North Tower, Los Angeles, California 90067-4704 (Attn.: David M. Riley) and 444 West Lake Street, Suite 900, Chicago, Illinois 60606 (Attn.: John K. Lyons, Jeffrey S. Torosian, and Joseph A. Roselius); and (iii) the Office of the United States Trustee for the Central District of California, 915 Wilshire Boulevard, Suite 1850, Los Angeles, California 90017 (Attn.: Ron Maroko) by no later than **August 4, 2026 at 12:00 p.m. (noon) (PDT)** (the "Reply Deadline").

Dated: July 21, 2026
Los Angeles, California                    **DLA PIPER LLP (US)**

   */s/  John K. Lyons*
David M. Riley (SBN 292087)
John K. Lyons (*Pro Hac Vice*)
Jeffrey S. Torosian (*Pro Hac Vice*)
Joseph A. Roselius (*Pro Hac Vice*)

*Counsel for the Chapter 7 Trustee*

3